**THOMSON REUTERS EXPERT WITNESS SERVICES**
A Division of West Publishing Corporation
39921 Treasury Center
Chicago, IL 60694-9900

# Invoice

thomson.TREWS-billing@thomsonreuters.com

Burg Simpson Eldredge Hersh & Jardine, P
Attn: Melanie Bailey
312 Walnut Street, Suite 2090
Cincinnati, OH 45202

| INVOICE DATE | | 1/4/2016 |
|---|---|---|
| DUE DATE | PROJECT NUMBER | INVOICE # |
| 1/4/2016 | 40456 | 34268 |
| PROJECT DESCRIPTION | | |
| Lucas Moughler v. Abbott Laboratories and Abbvie Laboratories | | |

| DATE | HOURS | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|
| | | Refundable Retainer for Robert Lerer | 2,250.00 | 2,250.00 |
| | | ** Due upon receipt** | | |
| | | Total Sales Tax | 0.00% | 0.00 |

EXHIBIT 2
Lerer 8/9/16

| | |
|---|---|
| **Total** | $2,250.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $2,250.00 |

PAYMENT ADDRESS: Make checks payable to Thomson Reuters Expert Witness Services
-BY US MAIL: 39921 Treasury Center, Chicago, IL 60694-9900
-BY OVERNIGHT: Harris Bank/TREWS, Attn: Remittance Processing Division, 8th floor, Lockbox 39921,
      311 W. Monroe, Chicago, IL 60606
-BY WIRE: Acct #: 424-471-1; ABA#: 071 000 288; SWIFT Code #: HATRUS44;.

CORRESPONDENCE ADDRESS (No payments): 610 Opperman Drive; D5-N351; Eagan, MN 55123

**THOMSON REUTERS EXPERT WITNESS SERVICES**
A Division of West Publishing Corporation
39921 Treasury Center
Chicago, IL 60694-9900

Trews.Finance@thomsonreuters.com

Burg Simpson Eldredge Hersh & Jardine, P
Attn: Melanie Bailey
312 Walnut Street, Suite 2090
Cincinnati, OH 45202

# Invoice

| INVOICE DATE | 1/28/2016 |
|---|---|

| DUE DATE | PROJECT NUMBER | INVOICE # |
|---|---|---|
| 2/27/2016 | 40456 | 34394 |

**PROJECT DESCRIPTION**

Lucas Moughler v. Abbott Laboratories and Abbvie Laboratories

| DATE | HOURS | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|
|  |  | Professional Services of Robert Lerer - January 2016 |  |  |
| 1/2/2016 | 4 | Reviewed document labeled Depakote Research Literature | 375.00 | 1,500.00 |
| 1/2/2016 | 0.5 | Telephone conference with Ms. Bailey | 375.00 | 187.50 |
| 1/28/2016 | 6.5 | Reviewed medical records forwarded with cover letter dated 1/22/2016 | 375.00 | 2,437.50 |
|  |  | HOURLY FEES SUBTOTAL: |  | 4,125.00 |
|  |  | Full application of Refundable retainer | -2,250.00 | -2,250.00 |
|  |  | Total Sales Tax | 0.00% | 0.00 |

| **Total** | $1,875.00 |
|---|---|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,875.00 |

PAYMENT ADDRESS: Make checks payable to Thomson Reuters Expert Witness Services
-BY US MAIL: 39921 Treasury Center, Chicago, IL 60694-9900
-BY OVERNIGHT: TREWS c/o BMO Harris, LBX 39921, 141 W. Jackson Blvd., Suite 1000, Chicago, IL 60604
-BY WIRE: Acct #: 424-471-1; ABA#: 071 000 288; SWIFT Code #: HATRUS44;.

CORRESPONDENCE ADDRESS (No payments): 610 Opperman Drive; D5-N351; Eagan, MN 55123

GST/HST ID# 13641 8480 RT000; PST/QST# BC: PST-1000-4632, QC: 1021623993 TQ0001, SK: 1895663

# THOMSON REUTERS EXPERT WITNESS SERVICES
A Division of West Publishing Corporation
39921 Treasury Center
Chicago, IL 60694-9900

# Invoice

Trews.Finance@thomsonreuters.com

Burg Simpson Eldredge Hersh & Jardine, P
Attn: Melanie Bailey
312 Walnut Street, Suite 2090
Cincinnati, OH 45202

| INVOICE DATE | | 2/25/2016 |
|---|---|---|
| DUE DATE | PROJECT NUMBER | INVOICE # |
| 3/26/2016 | 40456 | 34657 |
| PROJECT DESCRIPTION | | |
| Lucas Moughler v. Abbott Laboratories and Abbvie Laboratories | | |

| DATE | HOURS | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|
| | | Professional Services of Robert Lerer - February 2016 | | |
| 2/6/2016 | 3 | Review of records in preparation for meeting | 375.00 | 1,125.00 |
| 2/8/2016 | 4 | Meet lead attorneys in their offices | 375.00 | 1,500.00 |
| 2/11/2016 | 2 | Review psychological tests, updated records | 375.00 | 750.00 |
| 2/15/2016 | 0.5 | Communicate opinions with attorney Abaray | 375.00 | 187.50 |
| | | HOURLY FEES SUBTOTAL: | | 3,562.50 |
| | | Total Sales Tax | 0.00% | 0.00 |

| | |
|---|---|
| **Total** | $3,562.50 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $3,562.50 |

PAYMENT ADDRESS: Make checks payable to Thomson Reuters Expert Witness Services
-BY US MAIL: 39921 Treasury Center, Chicago, IL 60694-9900
-BY OVERNIGHT: TREWS c/o BMO Harris, LBX 39921, 141 W. Jackson Blvd., Suite 1000, Chicago, IL 60604
-BY WIRE: Acct #: 424-471-1; ABA#: 071 000 288; SWIFT Code #: HATRUS44;.

CORRESPONDENCE ADDRESS (No payments): 610 Opperman Drive; D5-N351; Eagan, MN 55123

GST/HST ID# 13641 8480 RT000; PST/QST# BC: PST-1000-4632, QC: 1021623993 TQ0001, SK: 1895663

# THOMSON REUTERS EXPERT WITNESS SERVICES

A Division of West Publishing Corporation
39921 Treasury Center
Chicago, IL 60694-9900

Trews.Finance@thomsonreuters.com

Burg Simpson Eldredge Hersh & Jardine, P
Attn: Melanie Bailey
312 Walnut Street, Suite 2090
Cincinnati, OH 45202

# Invoice

| INVOICE DATE | | 5/27/2016 |
|---|---|---|
| DUE DATE | PROJECT NUMBER | INVOICE # |
| 6/26/2016 | 40456 | 35455 |

**PROJECT DESCRIPTION**

Lucas Moughler v. Abbott Laboratories and Abbvie Laboratories

| DATE | HOURS | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|
| | | Professional Services of Robert Lerer - May 2016 | | |
| 5/11/2016 | 8 | Review multiple depositions, additional records | 375.00 | 3,000.00 |
| 5/25/2016 | 3 | Review records in preparation for meeting attorney | 375.00 | 1,125.00 |
| 5/25/2016 | 3 | Meeting with attorney at her office (portal to portal) | 375.00 | 1,125.00 |
| 5/26/2016 | 2 | Research articles reviewed/search embryonic data | 375.00 | 750.00 |
| | | HOURLY FEES SUBTOTAL: | | 6,000.00 |
| | | Total Sales Tax | 0.00 | 0.00 |

| **Total** | $6,000.00 |
|---|---|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $6,000.00 |

PAYMENT ADDRESS: Make checks payable to Thomson Reuters Expert Witness Services
-BY US MAIL: 39921 Treasury Center, Chicago, IL 60694-9900
-BY OVERNIGHT: TREWS c/o BMO Harris, LBX 39921, 141 W. Jackson Blvd., Suite 1000, Chicago, IL 60604
-BY WIRE: Acct #: 424-471-1; ABA#: 071 000 288; SWIFT Code #: HATRUS44;.

CORRESPONDENCE ADDRESS (No payments): 610 Opperman Drive; D5-N351; Eagan, MN 55123

GST/HST ID# 13641 8480 RT0001; PST/QST# BC: PST-1000-4632, QC: 1021623993 TQ0001, SK: 1895663

# THOMSON REUTERS EXPERT WITNESS SERVICES

A Division of West Publishing Corporation
39921 Treasury Center
Chicago, IL 60694-9900

Trews.Finance@thomsonreuters.com

Burg Simpson Eldredge Hersh & Jardine, P
Attn: Melanie Bailey
312 Walnut Street, Suite 2090
Cincinnati, OH 45202

# Invoice

| INVOICE DATE | 6/28/2016 |
|---|---|
| DUE DATE | PROJECT NUMBER | INVOICE # |
| 7/28/2016 | 40456 | 35732 |

**PROJECT DESCRIPTION**

Lucas Moughler v. Abbott Laboratories and Abbvie Laboratories

| DATE | HOURS | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|
| | | Professional Services of Robert Lerer - May/June 2016 | | |
| 5/26/2016 | 1 | wrote segment on "Embryologic development of the brain | 375.00 | 375.00 |
| 5/27/2016 | 1 | edited first portion of expert report. Qualifications to be an expert | 375.00 | 375.00 |
| 5/28/2016 | 2 | edited second portion of expert report...chronology of medical history | 375.00 | 750.00 |
| 6/7/2016 | 2 | review additional materials sent by e mail | 375.00 | 750.00 |
| 6/8/2016 | 2 | review third section of my proposed comprehensive report. History of teratology relative to Valproate | 375.00 | 750.00 |
| 6/8/2016 | 2 | 6/8-6/12 Received Fed Ex overnight folder with additional medical articles. Review scientific articles and dovetail with Lucas' damages | 375.00 | 750.00 |
| 6/13/2016 | 2 | Dovetailing all articles and Lucas' disabilities. Wrote preliminary report | 375.00 | 750.00 |
| 6/20/2016 | 1 | drafting and editing segment on autism spectrum disorder | 375.00 | 375.00 |
| 6/21/2016 | 3 | drafting segment on autism spectrum disorder. Additional research | 375.00 | 1,125.00 |
| 6/22/2016 | 4 | travel to attorney's offices. Examine Lucas (portal to portal.) | 375.00 | 1,500.00 |
| 6/23/2016 | 4 | write report | 375.00 | 1,500.00 |
| 6/23/2016 | 1 | review additional articles | 375.00 | 375.00 |
| 6/24/2016 | 2 | Read deposition of Dr. Tcheng | 375.00 | 750.00 |
| 6/24/2016 | 2 | Read Dr. Caldwell's deposition | 375.00 | 750.00 |
| 6/24/2016 | 1 | Read Kathy Moughler's medical records | 375.00 | 375.00 |
| 6/27/2016 | 3 | continue drafting my expert report for submission. Read three additional scientific articles on adult vocational outcomes in autism | 375.00 | 1,125.00 |
| 6/28/2016 | 2 | continue working on my report | 375.00 | 750.00 |
| | | HOURLY FEES SUBTOTAL: | | 13,125.00 |
| | | Total Sales Tax | 0.00% | 0.00 |

| **Total** | $13,125.00 |
|---|---|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $13,125.00 |

PAYMENT ADDRESS: Make checks payable to Thomson Reuters Expert Witness Services
-BY US MAIL: 39921 Treasury Center, Chicago, IL 60694-9900
-BY OVERNIGHT: TREWS c/o BMO Harris, LBX 39921, 141 W. Jackson Blvd., Suite 1000, Chicago, IL 60604
-BY WIRE: Acct #: 424-471-1; ABA#: 071 000 288; SWIFT Code #: HATRUS44;.

CORRESPONDENCE ADDRESS (No payments): 610 Opperman Drive; D5-N351; Eagan, MN 55123

GST/HST ID# 13641 8480 RT0001; PST/QST# BC: PST-1000-4632, QC: 1021623993 TQ0001, SK: 1895663