Confidential - Subject to Further Confidentiality Review

Page 397

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

B.P., A MINOR, BY DAWN FRAGNOLI    ) No. 13-cv-324-SCW

INDIVIDUALLY AS PARENT AND NEXT    )

FRIEND,                            )

                    Plaintiffs,    )

J.B., A MINOR, BY LINDA LEJEUNE    ) No. 13-cv-326-SCW

INDIVIDUALLY AS LEGAL CUSTODIAN    )

AND NEXT FRIEND,                   )

                    Plaintiffs,    )

          vs.                      )

ABBOTT LABORATORIES, INC.,         )

                    Defendant.     )

        CROSS-NOTICED IN OTHER VARIOUS ACTIONS


          - C O N F I D E N T I A L -
      SUBJECT TO FURTHER CONFIDENTIALITY REVIEW

                  * * * * *

          The continuation of the videotaped
deposition of TRACEY HEIMBERGER, M.D., called for
examination by the Plaintiffs, taken pursuant to the
Federal Rules of Civil Procedure of the United States
District Courts pertaining to the taking of
depositions, taken before JULIANA F. ZAJICEK, CSR No.
84-2604, a Certified Shorthand Reporter of said State
of Illinois, at the Chicago Marriott O'Hare, 8535 West
Higgins Road, Chicago, Illinois, on January 14, 2014,
at 8:03 a.m.

Confidential - Subject to Further Confidentiality Review

## Page 398

```
 1   PRESENT:
 2   APPEARED ON BEHALF OF THE PLAINTIFFS:
 3      WILLIAMS KHERKER
        8441 Gulf Freeway, Suite 600
 4      Houston, Texas 77017-5051
        713-230-2200
 5      BY: JOHN E. WILLIAMS, JR., ESQ.
        jwilliams@williamskherker.com
 6
        -and-
 7
        BRACEWELL & GIULIANI LLP
 8      711 Louisiana Street, Suite 2300,
        Houston, Texas 77002,
 9      713-223-2300
        BY: PHILLIP L. SAMPSON, JR., ESQ.
10      phillip.sampson@bgllp.com
11      -and-
12      BURG SIMPSON ELDREDGE HERSH JARDINE PC
        312 Walnut Street, Suite 2090
13      Cincinnati, Ohio 45202
        513-852-5600
14      BY: JANET G. ABARAY, ESQ.
        jabaray@burgsimpson.com
15
        APPEARED ON BEHALF OF THE DEFENDANT:
16
        VENABLE LLP
17      750 East Pratt Street, Suite 900
        Baltimore, Maryland 21202
18      410-244-7514
        BY: PAUL F. STRAIN, ESQ.
19      pfstrain@venable.com
        MICHAELA F. ROBERTS, ESQ.
20      mfroberts@venable.com
21   ALSO PRESENT:
        MS. ANJELICA NGUYEN, Paralegal,
22      Burg Simpson Eldredge Hersh Jardine PC.
23   THE VIDEOGRAPHER:  MR. STEPHAN HOOG,
        Golkow Technologies.
24
```

## Page 399

```
 1            I N D E X
 2
 3   WITNESS:              PAGE:
 4   TRACEY HEIMBERGER, M.D.
 5      EXAM BY MS. ABARAY.................404
 6      EXAM BY MR. WILLIAMS...............673
 7
 8            *****
 9
10         E X H I B I T S
11   EXHIBIT              MARKED FOR ID
12   No. 237  Abstract and Article published    409
            in Neurology titled "In utero
            exposure to levetiracetam versus
13          valproate".......................
14   No. 238  News release from the FDA    417
            Recalling the Omniflox
15          (Temafloxacin) Tablets..............
16   No. 239  Archived content in regard to    422
            "Meridia (sibutramine):  Market
17          Withdrawal Due to the Risk of
            Serious Cardiovascular Events"......
18
19   No. 240  Global Medical Services    429
            Organizational Chart dated
            3/19/04 ............................
20
     No. 241  Abbott Organization chart,    437
21          November 2005;
            ABTILSD000041672 - 675..............
22
     No. 242  String of e-mails, dated 4/7/03,    449
23          with two attachments...............
     No. 243  White Paper from April 18, 2005;    464
24          ABTPAW000304847 - 890 ..............
```

## Page 400

```
 1         E X H I B I T S (Continued)
 2   EXHIBIT              MARKED FOR ID
 3   No. 244  Memorandum from Lewis B. Holmes,    474
            et al. to Charles Schwamlein, et
 4          al., Re: Findings in pregnancies
            in which the infant had been
 5          exposed to valproic acid,
            Dated August, 2002;
 6          ABTDOT000309807 - 822..............
 7   No. 245  E-mail string between Heimberger    481
            and Roebel, dated 10/22/02
 8          05:58:22 PM GMT w/attachment;
            ABTDOT000404370 - 372..............
 9
     No. 246  10-page document off the FDA    488
10          website, from Robert Temple,
            M.D. to David C. Furlano, Ph.D.,
11          Abbott Laboratories,
            Pharmaceutical Product Division,
12          date stamped October 31, 1996,
            on the letterhead Department of
13          Health & Human Services............
14   No. 247  E-mail from John Kody at Abbott    491
            to Charles Schwamlein and John
15          Kody, dated 1/8/04;
            ABTDOT000404948...................
16
     No. 248  E-mail dated 1/12/04 from Louis    501
17          Mini to Charles Schwamlein,
            Subject: Re: Compiled comments
18          on the manuscript,
            ABTDPW000404951 - 952, with
19          attachment..........................
20   No. 249  E-mail string dated 3/2/04    506
            between Kody, Mini and
21          Schwamlein; ABTDLD000405154........
22   No. 250  E-mail sent by Jane Meinhold to    520
            Louis Mini at Abbott, dated
23          4/29/04; ABTILSD003234414..........
24
```

## Page 401

```
 1         E X H I B I T S (Continued)
 2   EXHIBIT              MARKED FOR ID
 3   No. 251  E-mail exchange between Abbott    517
            employees dated 6/1/04, Subject:
 4          CNS imaging - neurodevelopmental
            delay - study concept from
 5          investigator; ABTILSD000789261.....
 6   No. 252  E-mail from Vogdes to Carlson,    528
            dated 10/30/02, Subject: Revised
 7          Sanofi CSI for Valproate;
            ABPTILSD00240475...................
 8
     No. 253  E-mail chain, from Embrescia to    540
 9          Kormany, dated 4/15/04, Subject
            APA; ABTILSD000141237..............
10
     No. 254  E-mail chain, from Welch to    547
11          Bryzinski, dated 4/15/04,
            Subject FYI; ABTDOT000369917.......
12
     No. 255  Letter from Medical College of    551
13          Georgia, School of Medicine,
            Department of Neurology,
14          Dr. Meador to Dr. Schwamlein,
            dated 12/18/00;
15          ABTPAW000058240 - 244.............
16   No. 256  E-mail from Giordano to Dean,    552
            et al., dated 1/6/05, Subject:
17          Depakote Pre-advisory Meeting;
            ABTILSD002074159...................
18
     No. 257  PowerPoint by Dr. Meador titled:    555
19          NEAD Study, Neurodevelopmental
            Effects of Antiepileptic Drugs.....
20
     No. 258  Article published in 1988 in the    590
21          American Journal of Medical
            Genetics called "Verification of
22          the Fetal Valproate Syndrome
            Phenotype"..........................
23
24
```

Confidential - Subject to Further Confidentiality Review

Page 402

```
 1              E X H I B I T S (Continued)
 2    EXHIBIT                        MARKED FOR ID
 3    No. 259  Internal Abbott e-mail dated      597
               3/14/05, Subject Re: White
 4             Paper, with a draft of the White
               Paper; ABTDPT000407890.............
 5
      No. 260  Article by Dale Williams entitled  623
 6             "Fetal Valproate Syndrome and
               Autism: Additional Evidence of
 7             an Associates"......................
 8    No. 261  Article entitled "Behavioral       630
               Alterations in Rats Prenatally
 9             Exposed to Valproic Acid:
               Animal Model of Autism"............
10
      No. 262  Article by Bromley, et al.,        642
11             entitled, "The prevalence of
               neurodevelopmental disorders in
12             children prenatally exposed to
               antiepileptic drugs"...............
13
      No. 263  E-mail from Cheryl Renz to         647
14             Matthew Frekko, et al., dated
               3/21/05, Subject: ACTION
15             REQUIRED: Depakote White Paper
               regarding teratogenicity and dev
16             delay..............................
17    No. 264  E-mail from Dr. Meador to Jeff     648
               Baker at Abbott, dated 01/20/07;
18             ABTILSD002393889..................
19    No. 265  E-mail from Jeff Baker to          652
               Michelle Collins, dated 7/19/06,
20             Subject Fw: ALERT: MEIP 3 DOCS
               Q0003 [VALPROATE](AL0268-A
21             13903010); ABTDOT001337119.........
22    No. 266  E-mail chain from Richard          655
               Tresley to Jeff Baker, dated
23             3/23/07, Subject Re: FDA letter
               - include white paper?;
24             KBTD2001429147....................
```

Page 403

```
 1              E X H I B I T S (Continued)
 2    EXHIBIT                        MARKED FOR ID
 3
      No. 267  Document entitled "Contact         659
 4             Report: Division of Neurology
               Teleconference", dated 9/18/09;
 5             ABTDPW000492635...................
 6    No. 268  April 30, 2009 submission of a     665
               White Paper by Abbott to the
 7             FDA, the title of the letter
               states, "Subject:  General
 8             Correspondence - Request For
               Advice Regarding Developmental
 9             Delay and/or Autism/Autism
               Spectrum Disorder Labeling With
10             In Utero Exposure to Valproate";
               ABTPAW00352662 - 736 ...............
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Page 404

```
 1         THE VIDEOGRAPHER:  Today's date is January 14th,
 2    2014.  We are back on the record at 8:03 a.m.
 3         MR. SAMPSON:  Because of problems with the
 4    witness's responsiveness yesterday, I reserve the
 5    right to bring the witness back for more questioning
 6    and to get answers to my questions.  Subject to that,
 7    I pass the witness.
 8         MR. STRAIN:  And I completely oppose.  That's
 9    completely unjustified.
10         All right.  Please proceed.
11         MS. ABARAY:  I'm just turning my phone off.  I
12    apologize.
13              TRACEY HEIMBERGER, M.D.,
14    called as a witness herein, having been previously
15    duly sworn and having testified, was examined and
16    testified further as follows:
17              EXAMINATION
18    BY MS. ABARAY:
19    Q.   Good morning, Dr. Heimberger.
20    A.   Good morning.
21    Q.   My name is Janet Abaray.  I am here on
22    behalf of Plaintiffs in Cincinnati and the Plaintiffs
23    in the Illinois cases as well as Plaintiffs throughout
24    the country.  And I want to remind you that we are
```

Page 405

```
 1    continuing from yesterday and you are still under
 2    oath.
 3    A.   Yes.
 4    Q.   Okay.  Thank you.
 5         I wanted to back up a little bit and ask
 6    some questions in regard to actually a new item that
 7    we saw yesterday evening.
 8         Are you aware of new literature that was
 9    published yesterday in regard to Depakote and
10    developmental delay?
11    A.   No.
12    Q.   Do you monitor the literature as part of
13    your job responsibilities?
14    A.   As part of my personal job
15    responsibilities, no.  That would be the
16    responsibility of staff that work for me.
17    Q.   Okay.  So your staff didn't tell you that
18    yesterday an article was published in Neurology in
19    regard to development and language at three years of
20    age and valproate as opposed to levetiracetam, is that
21    how you say that one?
22    A.   I'm not sure.  The article is not in front
23    of me.
24         I -- I would comment, my staff do not tell
```

3 (Pages 402 to 405)

Confidential - Subject to Further Confidentiality Review

Page 406

1   me about articles as they come in.  The responsibility
2   of my staff, which is made up of multiple physicians
3   who report to a physician responsible for all of the
4   medical staff, who then reports to Dr. Embrescia, who
5   is the head of pharmacovigilance, their responsibility
6   is to monitor the safety profile of our drug.  We
7   talked about that yesterday.  And --
8        Q.   Ma'am, there is not even a question
9   pending.
10       MR. STRAIN:  Wait.  Please, please don't
11  interrupt.
12       MS. ABARAY:  There is not even a question
13  pending.
14       MR. STRAIN:  Just don't --
15       MS. ABARAY:  She is just giving a speech.
16       MR. STRAIN:  Please don't interrupt.
17       MS. ABARAY:  Well, no, I'm sorry.  I -- I will
18  ask a question and she'll give an answer.
19       MR. STRAIN:  She is going to finish what she is
20  saying.
21            Please finish.
22       MS. ABARAY:  There is no question pending.
23       MR. STRAIN:  You can't interrupt her.
24            Go ahead, Doctor.

Page 407

1        MS. ABARAY:  Yes, I can.
2        MR. STRAIN:  No, you can't.
3        MS. ABARAY:  There is not a question pending.
4        MR. STRAIN:  You can't interrupt her.
5             Please continue, Doctor.
6        MS. ABARAY:  I object.
7   BY THE WITNESS:
8        A.   As I -- I was letting you know how the
9   organization works because you stated not correctly
10  that these people would bring things to my attention.
11  They monitor the safety profile of the drug.  If in
12  that monitoring there are issues which we believe
13  changes the safety profile, there are processes
14  through our Safety Review Board, which is a
15  cross-functional group of people, to review those
16  issues, and that is chaired by Dr. Embrescia.
17  BY MS. ABARAY:
18       Q.   All right.  And Dr. Embrescia reports
19  directly to you?
20       A.   He does.
21       Q.   All right.  And you are the vice president
22  of clinical, what's your --
23       A.   Medical Services.
24       Q.   Vice president of Medical Service --

Page 408

1   Services at Abbott Laboratories.
2             And Depakote does fall under your
3   responsibility?
4        A.   Not all aspects of Depakote, but the
5   safety monitoring for Depakote at this particular time
6   falls under our responsibility.  You recall yesterday
7   we talked about in the earlier years some of that was
8   done by the clinical teams.
9        Q.   And -- and, ma'am, that's a pretty simple
10  question, yes or no, does Depakote safety fall under
11  your responsibility?
12       A.   Again, currently my team has
13  responsibility for monitoring the safety profile of
14  Depakote.  Those people report in to Dr. Jim
15  Embrescia, the head of pharmacovigilance.  In the
16  past, as we talked about yesterday, the clinical team
17  did the monitoring of the clinical trials and so on.
18       Q.   So the answer is yes?
19       A.   The answer, as I've said, has changed over
20  the years.  In the --
21       Q.   No.  I asked you right now does Depakote
22  safety fall under your responsibility?
23       A.   In 2013, the responsibility for monitoring
24  the safety profile falls within our group.  When we

Page 409

1   get to the point where we find potentially a new issue
2   with the product, we work with the clinical team to
3   talk about the benefit/risk of the product.
4        Q.   Well, ma'am, it is 2014.  So does Depakote
5   safety fall under your responsibility today as of
6   January 14, 2014?
7        A.   And, again, I have answered that
8   monitoring the safety profile of the product falls
9   under our responsibility.
10       Q.   All right.  Thank you.
11            And in that regard, I'd like to show you
12  what we'll mark as the next exhibit, please.
13       MS. ABARAY:  Thank you.
14            (WHEREUPON, a certain document was
15            marked Deposition Exhibit No. 237,
16            for identification, as of 01/14/14.)
17  BY MS. ABARAY:
18       Q.   I'm going to mark as Exhibit 237 the
19  abstract and the article that was published yesterday
20  in Neurology.
21            Okay.  Here.  You can have the abstract
22  one.  I don't have the whole article.
23       MR. STRAIN:  And there is an article as well?
24       MS. ABARAY:  Yes.

4 (Pages 406 to 409)

Confidential - Subject to Further Confidentiality Review

Page 410

1    MR. STRAIN:  Are you going to ask about the
2  article as well?
3    MS. ABARAY:  Yes.  I just handed her both.
4    MR. STRAIN:  Okay.  I'll look at that as soon as
5  she is finished.
6  BY MS. ABARAY:
7    Q.   And, ma'am, you see the title here, "In
8  utero exposure to levetiracetam versus valproate"?
9    A.   I do.
10   Q.   All right.  And this is Exhibit 237.
11   MR. STRAIN:  Are they together as 237?
12   MS. ABARAY:  Yes, I was just going to clip them
13  together.
14   MR. STRAIN:  Okay.
15  BY MS. ABARAY:
16   Q.   And what is the marketed name of
17  levetiracetam?
18   A.   I -- I don't know.
19   Q.   So you're not familiar that's that's Keppra?
20   A.   No, I'm not.
21   Q.   And do you see that this -- and -- and you
22  do know that Keppra is an antiepileptic drug?
23   A.   I have heard the term.  But, again, we
24  have worked with hundreds of drugs.  I don't know

Page 411

1  every marketed drug that there is.
2    Q.   So you are not familiar that that's one of
3  the major antiepileptic drugs and it's -- actually has
4  higher sales than valproate at this point?
5    A.   I --
6    MR. STRAIN:  Objection to form.  Improper
7  representation.
8  BY THE WITNESS:
9    A.   I have no understanding of sales of any
10  antiepileptic drugs.
11  BY MS. ABARAY:
12   Q.   I see.
13       All right.  And then the printing of this
14  article, as explained here, do you see that it's
15  published, first of all, by Shallcross, Bromley, et
16  al, who are with the Liverpool and Manchester
17  Neurodevelopmental Group and The UK Epilepsy and
18  Pregnancy Register?
19   A.   Yes, I see that.
20   Q.   So this is another prospective study on a
21  comparison of valproate exposure in pregnancy for
22  women taking -- excuse me -- this is another
23  prospective study comparing valproate to another
24  antiepileptic drug during pregnancy?

Page 412

1    MR. STRAIN:  You can answer that, Doctor, if you
2  can answer it without having looked at the article.  I
3  see you are looking only at the abstract.
4  BY THE WITNESS:
5    A.   I -- I don't know.
6  BY MS. ABARAY:
7    Q.   I see.
8        And you don't know because you didn't look
9  at this when it came out yesterday?
10   A.   That's correct.
11   Q.   All right.
12       And so under the Results it says, "After
13  controlling for confounding variables, children
14  exposed to LEV," which would be Keppra, "did not
15  differ from unexposed control children on any scale
16  administered."  Excuse me.  "Children exposed to
17  valproate in utero scored, on average, 15.8 points
18  below children exposed to Keppra on measurements of
19  gross motor skills, and the 95 percent confidence
20  interval is negative 24.5 to negative 7.1 with a
21  p-value of less than .001, and 6.4 points below on
22  comprehension language abilities, with a 95 percent
23  confidence interval of negative 11 to negative 1.8,
24  with a p-value of .005, and 9.5 points below on

Page 413

1  expressive language abilities, with a 95 percent
2  confidence interval of negative 14.7 to negative 4.4,
3  with a p-value of less than .001."
4        Do you see those results?
5    A.   I do.
6    Q.   And have you seen any other studies that
7  have specifically measured gross motor skills in
8  children exposed to valproate in utero compared to
9  other children?
10   A.   I know there have been other studies done
11  on developmental delay.  I haven't read those studies
12  in my refreshing, but I do know, for instance, the
13  NEAD study is one I can name that did work on
14  developmental delay and we do have that in our current
15  product labeling.
16   Q.   So is it your understanding that the NEAD
17  study measured gross motor skills as opposed to
18  cognitive abilities?
19   A.   As -- as I said previously, I couldn't
20  tell you about the measurements specifically in the
21  article.
22   Q.   All right.  So you don't know if the NEAD
23  study has anything to do with gross motor skills or
24  not?

5 (Pages 410 to 413)

Confidential - Subject to Further Confidentiality Review

Page 414

1     A.   I know that they measured components of
2  developmental delay.  I don't know which components
3  those were.
4     Q.   And you also see that the results are
5  consistent with several other published articles now
6  in regard to a reduction in language and expression
7  skills for children exposed to valproate as exposed --
8  as compared to children taking other antiepileptic
9  drugs?
10     MR. STRAIN:  Where -- where are you reading
11  from, Counsel?
12  BY THE WITNESS:
13     A.   I'm not sure where you are reading.
14  BY MS. ABARAY:
15     Q.   I wasn't reading.  I was asking, you see
16  these results are consistent with the other published
17  articles that have shown an increase in developmental
18  delay in terms of cognitive and in terms of expressive
19  and language ability for children exposed to valproate
20  as opposed to children taking other antiepileptic
21  drugs?
22     MR. STRAIN:  Objection; form.
23  BY THE WITNESS:
24     A.   Given that I've not even read this

Page 415

1  article, I could certainly not say it's consistent.
2  BY MS. ABARAY:
3     Q.   All right.
4        So you, for instance, don't have a Google
5  Scholar Alert to tell you when new articles come out
6  on valproate and -- and birth defects, do you?
7     A.   I do not.
8     Q.   Now, yesterday you testified that you had
9  prior deposition experience on two occasions.
10        Do you recall that?
11     A.   I do.
12     Q.   And your first testimony that you
13  described, you stated it was in the early 1990s, I
14  think.
15        Here is your question:  "Roughly what were
16  the dates when you testified?"
17        And you answered:  "One was in the very
18  early '90s, I think, and one was in the first half of
19  the 2000s.
20        "What did the deposition in the early '90s
21  have to do with?
22        "It had to do with a drug tema" --
23  "temafloxacin."
24        Did I say that --

Page 416

1     A.   Temafloxacin.
2     Q.   Temafloxacin.  All right.
3        And you were then asked what that case was
4  about.  And you stated:  "All I remember is it was a
5  shareholder suit.  I don't know what the claims were."
6     A.   That's correct.
7     Q.   You recall that testimony.
8        You do recall that temafloxacin was a
9  fluoroquinolone antibiotic?
10     A.   Yes.
11     Q.   And it was withdrawn by Abbott from the
12  market, isn't that right?
13     A.   That's correct.
14     Q.   And it was drawn -- withdrawn because the
15  FDA required Abbott to withdraw it because it was
16  causing serious adverse events?
17     A.   My recollection is that is not correct.
18  We talked to the FDA.  They asked us to withdraw it,
19  and we voluntarily withdrew it.
20     Q.   All right.
21     MR. STRAIN:  Let's -- let's -- what -- what's
22  funny?  Did I miss something?
23     MR. WILLIAMS:  Yeah, do you want -- do you
24  really want to know?

Page 417

1     MR. STRAIN:  No, I -- what I want you to do is
2  not -- is not distract the witness by this -- these
3  theatrics.  Please, you didn't do that yesterday, at
4  least that I picked up, please don't do it today.
5     MR. WILLIAMS:  I apologize.  It -- it was -- it
6  was hilarious, though.
7     MR. STRAIN:  Well, I'll tell you what, just
8  don't continue the theatrics and the showing off,
9  please.
10     MS. ABARAY:  I -- I hope you're not directing
11  any comments to me.  I don't think I did anything.
12     MR. STRAIN:  I'm talking to Mr. Williams.
13        (WHEREUPON, a certain document was
14        marked Deposition Exhibit No. 238,
15        for identification, as of 01/14/14.)
16  BY MS. ABARAY:
17     Q.   I'm going to mark as Exhibit 283, here you
18  go -- oh, I should have given you this copy of it with
19  the sticker.  I apologize.
20        Can we switch copies?  I apologize.  I
21  should have given you the one with the sticker.
22     MR. STRAIN:  Did you say 283?
23     MS. ABARAY:  Oh, I probably misspoke.  238.
24  BY MS. ABARAY:

6 (Pages 414 to 417)

Confidential - Subject to Further Confidentiality Review

Page 418

1    Q.    And do you see that this news release from
2  the FDA, which we marked as Exhibit 238, describes
3  that the FDA announced that Abbott will voluntarily
4  recall the broad-spectrum anti-infective drug
5  Omniflox?
6    A.    Yes.
7    Q.    Which is temafloxacin tablets?
8    A.    Yes.
9    MR. STRAIN:  Have you read the document, Doctor?
10   THE WITNESS:  Not all of it, but I've read that
11  sentence.
12  BY MS. ABARAY:
13   Q.    All right.  And surely you are --
14   MR. STRAIN:  All right.  Please read the
15  document, please.
16  BY MS. ABARAY:
17   Q.    Well, surely you were familiar with the
18  reason that the FDA asked Abbott to withdraw this drug
19  from the market?
20   MR. STRAIN:  Doctor, read the document, please.
21   MS. ABARAY:  Excuse me.  I have a question
22  pending separate from the document.
23   MR. STRAIN:  You don't give her a document
24  without giving her the opportunity to see it.  This is

Page 419

1  a half page and it will take a few seconds.  It could
2  have been done if we weren't talking.
3  BY THE WITNESS:
4    A.    So your question?
5  BY MS. ABARAY:
6    Q.    You were aware yesterday when your
7  deposition was taken that tomox --
8    A.    Temafloxacin.
9    Q.    -- temafloxacin was recalled from the
10  market due to serious adverse reactions, correct?
11   A.    Yes.
12   Q.    And you were aware that these reactions
13  incurred -- included complex and adverse reactions
14  consisting of hemolytic anemia, which is a destruction
15  of red blood cells, and other blood cell abnormal --
16  abnormalities and that there were patients with kidney
17  dysfunction, about half of which required renal
18  dialysis, and other patients suffered liver
19  dysfunction?
20   A.    Yes.
21   Q.    And you were aware that there were deaths
22  associated with this?
23   A.    I don't recall, and I'm looking at this to
24  see whether it says whether there were deaths --

Page 420

1  there -- there does say three deaths, so.
2    Q.    Yes.  50 reported cases of se- --- serious
3  adverse reactions, including three deaths within three
4  months of marketing the drug?
5    A.    Yes.
6    Q.    And you were aware of that and yet
7  yesterday when we asked the question, "What were these
8  cases about," your testimony was "All I remember is it
9  was a shareholder suit.  I don't know what the claims
10  were"?
11   A.    I assumed from the question that you were
12  asking me what the legal claims for the case were, and
13  I don't know.
14   Q.    So you don't know if the shareholder suit
15  had to do with the fact that Abbott was selling a drug
16  that caused all of these adverse reactions and
17  prompted a shareholder suit?
18   A.    I know that the shareholder suit had to do
19  with temafloxacin.  I know that the issue with
20  temafloxacin and its being recalled were the adverse
21  reactions.  I don't know the claims in the shareholder
22  suit.
23   Q.    I see.
24        And then you were asked a second question

Page 421

1  about the other case you testified on.
2        And you said -- "Question:  How about the
3  case in the early 2000s?
4        "Answer:  It had to do with sibutramine.
5        "Another drug?
6        "That's correct.
7        "Do you recall in general what the claims
8  involved in that case?
9        "I don't know what the claims were.
10        "Do you remember whether it was a personal
11  injury case?
12        "I don't know."
13        Now, is that still your testimony today?
14   A.    And, again, my interpretation of the
15  question was that you were asking me what the legal
16  claims are -- were to the suit and I do not know what
17  those are.
18   Q.    You are aware, of course, that sibutramine
19  is also known as Meridia?
20   A.    I am.
21   Q.    And you are aware that Meridia is another
22  drug that the FDA required Abbott to take off of the
23  market?
24   MR. STRAIN:  Objection; form.

7 (Pages 418 to 421)

Confidential - Subject to Further Confidentiality Review

Page 422

1  BY THE WITNESS:
2      A.   Again, I think we worked with the FDA and
3  then we withdrew the drug ourselves after discussing
4  with them.
5  BY MS. ABARAY:
6      Q.   All right.  We'll mark this as the next
7  exhibit.
8           (WHEREUPON, a certain document was
9           marked Deposition Exhibit No. 239,
10          for identification, as of 01/14/14.)
11 BY MS. ABARAY:
12     Q.   I'll hand you what we're marking as 239.
13     MR. STRAIN:  Thank you.
14 BY MS. ABARAY:
15     Q.   And you see this is the question and
16 answer in regard to the -- excuse me.  It is the
17 archived content in regard to "Meridia (sibutramine):
18 Market Withdrawal Due to the Risk of Serious
19 Cardiovascular Events."
20     MR. STRAIN:  Read the document, Doctor.
21 BY THE WITNESS:
22     A.   Can I make a comment?
23 BY MS. ABARAY:
24     Q.   No, there is no question pending.

Page 423

1      MR. STRAIN:  If --
2      MS. ABARAY:  No, she may not make a --
3      MR. STRAIN:  Just -- she -- she may hear from
4  me.
5          If you need to make a comment before
6  the -- you answer the question --
7      THE WITNESS:  Okay.
8      MR. STRAIN:  -- you can signify it then.
9      THE WITNESS:  Okay.
10     MR. STRAIN:  Right now read the document.
11     THE WITNESS:  Okay.
12 BY THE WITNESS:
13     A.   Okay.  And your --
14 BY MS. ABARAY:
15     Q.   Have you finished reading the document?
16     A.   I have.
17     Q.   And do you see in the middle of the
18 paragraph under Background it says, "FDA has now
19 requested market withdrawal after reviewing data from
20 the Sibutramine Cardiovascular Outcomes Trial
21 (SCOUT)"?
22          Do you see that?
23     A.   I see that sentence.
24          Additionally, I would point out in the

Page 424

1  first sentence they talk about the voluntary
2  withdrawal of Meridia.  And I would add that this is
3  not the action that I was deposed for.
4      Q.   And just to back up a little bit, if the
5  FDA asks the drug company to withdraw a drug, the FDA
6  can either voluntarily withdraw it at that time or the
7  FDA has to go to court to force a drug company to
8  withdraw it, correct?
9      MR. STRAIN:  You didn't mean the FDA can then
10 voluntarily withdraw.
11 BY MS. ABARAY:
12     Q.   Oh, excuse me, yeah, the company can
13 voluntarily withdraw it?
14     A.   And, again, I -- I can't testify to things
15 regarding the legal expertise, but I do understand
16 that FDA has powers beyond asking companies to do
17 things.
18     Q.   And, again, this drug was withdrawn
19 because it caused an increase in the risk of serious
20 events, including serious heart attacks, non-fatal
21 heart attacks and non-fatal stroke, the need to be
22 resuscitated once the heart stopped, and death.
23          Do you see that?
24     A.   I'm looking.  Do you have it underlined?

Page 425

1          Yes, I do see that.  Thank you.
2      Q.   So back to your testimony yesterday, when
3  you were asked:  "Do you recall in general what claims
4  were involved in that case?
5          "Answer:  I don't know what the claims
6  were.
7          "Do you remember whether it was a personal
8  injury case?
9          "I don't know."
10          Does -- was that accurate testimony when
11 you gave it yesterday?
12     A.   Yes, it's accurate testimony.
13          As I've said, the SCOUT study was not even
14 done when I was deposed.  The -- I don't -- I -- I
15 talked about I don't know what the legal claims were
16 for that particular case, but it was not based on the
17 SCOUT study or this release.
18     Q.   No, it wasn't based on --
19     MR. STRAIN:  I didn't hear the last word.
20     THE WITNESS:  Or -- or this particular release,
21 what's described in this release.
22     MR. STRAIN:  I think you just dropped your voice
23 on the last word.
24 BY MS. ABARAY:

8 (Pages 422 to 425)

Confidential - Subject to Further Confidentiality Review

Page 426

1     Q.   And what it was based on was the many,
2  many adverse events that had already been reported to
3  Abbott and the FDA regarding people having heart
4  attacks and strokes on Meridia before the epidemiology
5  even came out, that's when your deposition was taken,
6  wasn't it?
7     MR. STRAIN: Objection; form.
8  BY THE WITNESS:
9     A.   It was taken before the SCOUT study came
10  out.  It was taken -- again, I don't remember the
11  year.  I think I said in the early 2000s.  And it was
12  around cardiovascular events.  The drug was not
13  withdrawn at that particular time either in the US or
14  in Europe.  The -- opinion, including that of the
15  regulators, was that the SCOUT study should be
16  conducted.
17  BY MS. ABARAY:
18     Q.   And so Abbott decided to wait and let
19  people continue to be exposed to a drug that was
20  causing heart attacks and strokes until a study was
21  finished and ultimately when the study was finished,
22  the conclusion was people were being injured from this
23  drug, isn't that true?
24     MR. STRAIN: Objection; form.  I'm not even

Page 427

1  objecting to the complete irrelevancy, but I object to
2  the form.
3  BY THE WITNESS:
4     A.   And, again, I -- I haven't looked at any
5  of that data for a very long period of time.  There
6  were issues, a lot of them were events that came in
7  through post-marketing safety, as I recall.  As we've
8  talked about before, that's a hypothesis-generating
9  system, in particular, with common events, meaning
10  whether you are taking a drug or not, people
11  frequently have heart attacks.  If -- and so forth.
12  The -- you can't sort that information out well from
13  post-marketing reporting.  It was decided in
14  conjunction with the regulatory agencies that the best
15  thing to do was the SCOUT study.
16  BY MS. ABARAY:
17     Q.   And so, ma'am, your testimony yesterday:
18     "Question:  Do you remember whether it was
19  a personal injury case?
20     "Answer:  I don't know."
21  That is not truthful testimony, was it?
22     A.   Yes, that was.  Again, I don't know the
23  legal types of cases that they were and I don't know
24  what type of case it was.

Page 428

1     Q.   So you just testified it was a case
2  involving cardiovascular injury, heart attacks to
3  people, and you don't know that that's personal
4  injury, is that your testimony?
5     A.   I talked about the subject matter of my
6  depositions, as I talked about, and I specifically
7  remember temafloxacin was a shareholders case and it
8  was around a similar sort of thing.  So all I'm saying
9  is I don't recall.
10     Q.   And you didn't volunteer yesterday in
11  response to either of Mr. Sampson's questions that
12  both of these cases involved drugs that were causing
13  an increased risk of injury, including death, that
14  your deposition was taken both times in regard to
15  product safety, and that the cases involved personal
16  injury in regard to the Meridia case where you were
17  deposed?
18     MR. STRAIN: Objection. Excuse me. Objection,
19  form. She wasn't asked. It wasn't for her to
20  volunteer.
21     You may answer, Doctor.
22  BY THE WITNESS:
23     A.   Again, I think Dr. Sampson asked me
24  specifically about the claims, which I interpreted to

Page 429

1  be the legal claims of the case, which I truly do not
2  recall.  He did not ask me the -- the subject or the
3  content of my deposition.
4  BY MS. ABARAY:
5     Q.   Now, I want to ask you about
6  organizational responsibilities.
7     You referred several times yesterday to
8  the clinical group.
9     A.   I did.
10     Q.   And doesn't the clinical group ultimately
11  report to you as well?
12     A.   No, that has never been the case.
13     Q.   All right.  Then where -- if I could show
14  you what we'll mark as Exhibit 240.
15     (WHEREUPON, a certain document was
16     marked Deposition Exhibit No. 240,
17     for identification, as of 01/14/14.)
18  BY MS. ABARAY:
19     Q.   If you could tell me where the clinical
20  group is or if they are not on this chart?
21     A.   This is a chart reporting to me.  So the
22  clinical trials group does not report to me and they
23  are not on this chart.
24     Q.   But nonetheless, the post-marketing

9 (Pages 426 to 429)

Confidential - Subject to Further Confidentiality Review

Page 430

1   clinical group reports to you?
2       A.   The post-marketing group is a safety
3   group. It's -- what I was very clear about yesterday
4   did not report to me were groups that did clinical
5   trials. The post-marketing group does not do clinical
6   trials. They monitor the post-marketing data that
7   comes in. We talked about that, the spontaneous
8   adverse events and so forth.
9       Q.   So yesterday when we tried to clarify with
10  you that the clinical group works on randomized
11  clinical trials and that's totally separate from your
12  responsibilities, I -- I thought you were trying to
13  make a distinction, and I apologize if I wasn't
14  following it, but it would seem to me that Depakote
15  and the safety of Depakote and any kind of published
16  literature and post-marketing studies is within your
17  responsibility, correct?
18      MR. STRAIN: Excuse me. Objection; form. I
19  simply don't understand the question.
20      Go ahead and answer it if you do, Doctor.
21  BY THE WITNESS:
22      A.   I think yesterday we talked a lot about
23  there are multiple groups ul- -- ultimately involved
24  in deciding about the risk/benefit of the product. We

Page 431

1   talked about that the post-marketing group looks at
2   the post-marketing safety. We talked about the
3   clinical safety group at -- at that early time
4   collects the adverse -- serious adverse events from
5   the clinical trials. We talked about in those early
6   years that the clinical trials group was responsible
7   for looking at the safety data from the clinical
8   trials, a lot of the literature data, and we talked
9   about in the later years, I think from about 2010 and
10  so forth, our group has been tasked with looking at
11  the safety in general from trials and other places,
12  and that when we detect an issue that needs to be
13  discussed, there are mechanisms where we meet in a
14  matrix fashion with the clinical people and others as
15  needed to talk about the risk/benefit of the product.
16  BY MS. ABARAY:
17      Q.   Well, let's just focus on whether Depakote
18  causes birth defects or other fetal harm.
19      Can we -- I -- I just want your agreement,
20  that's what my questions are going to be about, okay?
21      MR. STRAIN: Wait a minute now. You -- make
22  that clear in your questions, all right.
23      MS. ABARAY: I -- I am.
24  BY MS. ABARAY:

Page 432

1       Q.   I'm just saying I want to ask you
2   questions strictly in regard to whether Depakote
3   causes birth defects or fetal harm, all right?
4       MR. STRAIN: Just make sure your questions make
5   that clear.
6       MS. ABARAY: That's what I'm doing.
7   BY MS. ABARAY:
8       Q.   And in that --
9       MR. STRAIN: Well, you didn't on the last one.
10      MS. ABARAY: Mr. Strain, please. You don't need
11  to be interrupting me.
12      MR. STRAIN: Counsel --
13      MS. ABARAY: No, I'm making --
14      MR. STRAIN: -- why are you saying that's what
15  I'm doing when --
16      MS. ABARAY: That's what I am doing. I'm asking
17  a specific question on this point.
18      MR. STRAIN: Okay. All right. That's what you
19  are going to be doing going forward, all right.
20      MS. ABARAY: Yes.
21  BY MS. ABARAY:
22      Q.   So in regard to Depakote causing birth
23  defects or other fetal harm, the clinical trials group
24  will have nothing to do with that issue, correct?

Page 433

1       A.   No, that's not correct.
2       Q.   So you are going to run a clinical trial
3   that includes pregnant women, is that your testimony,
4   randomized?
5       A.   That's not my testimony either.
6       Q.   All right. So the clinical trials group
7   does randomized clinical trials, correct?
8       A.   We talked yesterday for quite some time
9   about that the clinical trials group does randomized
10  clinical trials and that they also were looking at the
11  literature. We talked about that for quite some time
12  yesterday.
13      Q.   All right. So let me just --
14      A.   Current --
15      MR. STRAIN: Let her --
16      MS. ABARAY: No, I don't want to recite what we
17  did. I'm just trying to get a clarification.
18      MR. STRAIN: I'll tell you what, I don't want
19  you to interrupt her.
20      Please continue your -- and complete your
21  answer.
22      MS. ABARAY: Well, she's given a half hour
23  speech to a very short question.
24      MR. STRAIN: Complete your answer, Doctor.

Confidential - Subject to Further Confidentiality Review

1    MS. ABARAY: No.
2    MR. STRAIN: Don't interrupt her, please.
3    MS. ABARAY: No. I am going to interrupt
4  because I have a specific question.
5    MR. STRAIN: If you ask -- you are actually not
6  going to interrupt. The next thing that's going to
7  happen here is the doctor is going to complete her
8  answer.
9    MS. ABARAY: No. I am going to call the court
10  if you don't let me conduct the questioning.
11    MR. STRAIN: You --
12    MS. ABARAY: I don't want a recitation of
13  everything she did yesterday.
14    MR. STRAIN: I don't want --
15    MS. ABARAY: I have the transcript.
16    MR. STRAIN: Well, you --
17    MS. ABARAY: I have a specific question,
18  Mr. Strain.
19    MR. STRAIN: You are not to interrupt the
20  witness. You are not --
21    MS. ABARAY: Well, then the witness is to answer
22  the question.
23    MR. STRAIN: You are not the judge.
24    MS. ABARAY: No.

1    MR. STRAIN: Continue your answer, Doctor.
2    MS. ABARAY: And you are not either, and the
3  witness needs to just answer the simple questions. I
4  am not going to sit here today and have every question
5  be answered by a recitation of everything she said
6  yesterday.
7    MR. STRAIN: What we are not -- what we are not
8  going to do today is have the witness interrupted at
9  your whim.
10    Please complete your answer, Doctor.
11  BY THE WITNESS:
12    A.  I was just moving on to say that currently
13  my team is responsible for the safety profile, but in
14  thinking about any issue, first of all, we talk to the
15  clinical teams, because the safety comes from the
16  clinical trial teams. They are the experts. They
17  also have extensive expertise on the product. And we
18  talk to them about the overall risk/benefit of the
19  product.
20  BY MS. ABARAY:
21    Q.  And my question is simply this: It is my
22  understanding from looking at your organizational
23  charts that clinical trials teams do randomized
24  clinical studies, is that correct?

1    A.  The clinical -- I don't know how you tell
2  that from my organizational chart, but the clinical
3  trial teams do randomized clinical studies. And as
4  we've talked about, they are also very knowledgeable
5  on the product and they look at the literature.
6    Q.  Well, but the ultimate responsibility for
7  this post-marketing safety of the drug is within your
8  responsibility, not the clinical trials team who is
9  out doing experiments on new ways to market this drug
10  and new test populations?
11    MR. STRAIN: Objection; form, misstates the
12  testimony.
13    You may answer, Doctor.
14  BY THE WITNESS:
15    A.  There are several different components.
16    The first that you stated, the
17  post-marketing safety and monitoring the
18  post-marketing safety is the responsibility of our
19  group.
20    The clinical trials people are experts in
21  the disease as well as the product. And so we
22  interact with them when we're looking at something
23  that has risen to a level of it being a risk and we
24  feel that we need to do something about it.

1    MR. STRAIN: I object to all of these questions.
2  They are completely repetitious of yesterday's
3  testimony.
4    MS. ABARAY: Well, I object because she is not
5  answering. It is --
6    MR. STRAIN: She is absolutely answering --
7    MS. ABARAY: No, she isn't. How can it be
8  accurate --
9    MR. STRAIN: -- today and she answered -- she
10  answered yesterday.
11    MS. ABARAY: No, she is not taking response --
12  okay. Never mind. I'll show you the next exhibit.
13    (WHEREUPON, a certain document was
14    marked Deposition Exhibit No. 241,
15    for identification, as of 01/14/14.)
16  BY MS. ABARAY:
17    Q.  I'm handing you what we're marking as
18  Exhibit 241.
19    MR. STRAIN: Thank you.
20  BY MS. ABARAY:
21    Q.  And do you see this is another
22  organizational chart for Abbott?
23    A.  I do.
24    Q.  And if you turn to the second page --

Confidential - Subject to Further Confidentiality Review

Page 438

1    well, let's see. It is the one that has 673 on the
2    bottom right-hand corner. It says "Optimized GPRD
3    Organization."
4        A.   Yes.
5        Q.   Do you see here that under you, Tracey
6    Heimberger, division vice president for Medical
7    Services, you have pharmacovigilance, medical
8    communications, director of AEGIS, which -- what is
9    that; is that an adverse event system?
10       A.   Yes, it is.
11       Q.   And associate director of operations and a
12   senior project manager reporting to you?
13       A.   That's correct.
14       Q.   And then we have another person, E. Sun,
15   VP of Clinical Development?
16       A.   Yes.
17       Q.   All right. And the various people
18   reporting there for Clinical Development, that's for
19   developing new drugs or new applications for drugs,
20   correct?
21       A.   That's for developing new drugs or at
22   various times we have developed new indications for
23   older products as well.
24       Q.   Thank you.

Page 439

1            Now, yesterday you testified that one of
2    your responsibilities is to detect signals in adverse
3    events?
4        A.   That's correct.
5        Q.   And could you tell me how you go about
6    detecting these signals?
7        A.   And are we talking about current day?
8        Q.   Let's start with current day and then
9    we'll go back a little bit.
10       A.   Okay. So information comes in from
11   various sources. I think we talked yesterday about
12   post-marketing calls that come in. We have global
13   responsibility, so we would have things coming in from
14   our affiliates as well as from the US. So that's a
15   source of data.
16           We also, I think we talked yesterday,
17   monitor the literature. We are required to report if
18   adverse events are -- are in the literature as well,
19   and I think I mentioned that currently we work with
20   the clinical teams and we are involved with looking at
21   the safety of the clinical trial data as well. So
22   those are probably the main sources of information
23   that come out on a product.
24       Q.   Okay. And I understand where you get your

Page 440

1    information.
2            My question is: Once you get the
3    information, how do you determine that something
4    contained within there constitutes a signal?
5        A.   The -- and -- and recognize people that
6    work for me do this particular work. I do not. So I
7    am not intimately familiar with all of our processes.
8    But I do know that physicians review this information.
9    Depending on what it is they find in their review,
10   they or the clinical people that we're working with
11   may say, We think we see a signal, either from trials
12   or for something else, something that needs to be
13   explored further. Depending on what that is, we may
14   do a case series, we may review the trial data, the
15   literature and other pieces of data and medically
16   assess that particular issue.
17       Q.   So you have no statistical means of
18   calculating a signal in the data?
19       A.   We -- for clinical trials, of course, they
20   use statistical measures in clinical trials. The
21   literature may describe a study that has used
22   statistics. In post-marketing information we use data
23   mining to help us determine whether we should look at
24   something. That's an algorithm. It was created by

Page 441

1    the FDA that they use on their data as well. That may
2    pop up things of interest, but you can't do
3    statistical calculations --
4        Q.   Well, you --
5        A.   -- on post-marketing data.
6        Q.   You use an algorithm which develops ratios
7    to compare reports on a given product to reports for
8    other products, correct?
9        A.   Essentially it's your product versus
10   everything else that is reported into the FDA's AERS
11   database.
12       Q.   And who at the company is responsible for
13   conducting the analysis using that algorithm?
14       A.   For looking at the outputs that come out
15   of that?
16       Q.   Yes.
17       A.   The various physicians who are assigned to
18   their various products.
19       Q.   And is there a statistician who runs all
20   of this various data?
21       A.   The data management and epidemiology group
22   run it. My understanding -- and, again, if you want
23   detail, I'm not the right person, but my understanding
24   is there is a formula, if you will, that's built in

12 (Pages 438 to 441)

Confidential - Subject to Further Confidentiality Review

Page 442

1 and when you run it, it pops up the information.
2    Q.  Do you routinely get reports from the
3 epidemiology group in which this algorithm is run on
4 products that you are responsible for in order to
5 review them to see if there is a potential signal?
6    A.  I personally do not get reports.  Again,
7 as I mentioned, those are things that have not even
8 been assessed.  That information goes to the
9 physician.  They work on assessing the information in
10 conjunction with the other right people in the
11 organization, depending on where that has come from.
12 If there are issues that are of significance, we have
13 processes where they are raised through the Safety
14 Review Board, which is chaired by Dr. Embrescia.
15    Q.  Do you know of any particular numerical
16 value from this algorithm that is considered to be a
17 flag of a signal?
18    A.  That level of detail you would have to ask
19 the people working for me what they are using.
20    Q.  So who would you ask if you wanted to know
21 if there was any signals in the Depakote data?
22    A.  Who would I ask if I wanted to know
23 whether there were any data mining signals, probably
24 Steve Niemcryk.

Page 443

1    Q.  I'm sorry.  The last name again?
2    A.  Niemcryk.
3    Q.  And how do you spell that?
4    A.  N-i-e-m-c-r-y-k.
5    Q.  Has there ever been an occasion where --
6 is it Mr. or Dr. Niemcryk?
7    A.  Dr. Niemcryk.
8    Q.  Has there ever been an occasion where
9 Dr. Niemcryk has brought to your attention data from
10 the spontaneous reports for Depakote that constituted
11 a signal?
12    A.  A couple of different things.
13       First of all, Dr. Niemcryk has the group
14 that runs the reports.  He is not responsible for
15 assessing the reports.  They hand those reports off to
16 physicians who work in Dr. Embrescia's group.  It
17 would not be part of my responsibility to be
18 monitoring signals from various reports.  I have staff
19 that do do that.  We do that in my organization.
20    Q.  And have they ever come up to you and
21 said, We see a signal for Depakote?
22    A.  From -- I don't recall them coming up from
23 data mining and saying they see a signal from
24 Depakote.  As I said, the way this works is they may

Page 444

1 see a potential signal, which is what you get out of
2 data mining.  They assess that with the appropriate
3 people to determine whether they believe there is a
4 risk.  If there is a significant risk that we -- they
5 are concerned about, they may take that to the Safety
6 Review Board, a cross-functional group chaired by
7 Dr. Embrescia.  I am not part of the Safety Review
8 Board.
9    Q.  Have you ever asked anyone to do a
10 comparative analysis of adverse events for Depakote
11 versus other antiepileptic drugs?
12    A.  I -- I don't recall.  In the earlier years
13 before we had the Safety Review Board process that I
14 just described, I -- I could have asked.  I don't
15 know.
16    Q.  Well, for example, have you ever asked
17 anyone to compare the reports of autism with Depakote
18 compared to other antiepileptic drugs?
19    A.  I do not believe so.
20    Q.  And have you ever asked them to compare
21 autism with Depakote versus other migraine medications
22 or bipolar medications?
23    A.  I don't believe so.
24    Q.  And would the same be true for

Page 445

1 neurodevelopmental delay?
2    A.  Neurodevelopmental delay I don't recall.
3    Q.  Do you recall seeing data on the total
4 numbers of neurodevelopmental delay reports in the
5 Depakote without any comparison to other drugs?
6    A.  Honestly, that was 15 or more years ago.
7 I don't recall.
8    Q.  Now, how long has Abbott used this FDA
9 algorithm to analyze signals in its data for adverse
10 events?
11    A.  I don't remember the exact number of
12 years.  I -- I'm thinking at least five is probably
13 directionally correct.
14    Q.  Do you know what the process was before
15 Abbott started using the FDA algorithm?
16    A.  The process -- and -- and recognize that
17 the FDA algorithm evolved over time, has come --
18 become adopted in -- in industry as -- as a common
19 tool.
20       Prior to that, we, as well as all of the
21 other people in industry, and FDA, for that matter,
22 would have the adverse events we talked about, that
23 they came in, they got into the system.  Physicians
24 would look at the individual adverse events and we

13 (Pages 442 to 445)

Confidential - Subject to Further Confidentiality Review

Page 446

1 would also look at groups of data. If they saw a
2 particular case that seemed to be different from our
3 previous safety profile, they may have asked that a
4 case series be done and look at a group of cases.
5     Q.   So is it fair to say that prior to the FDA
6 algorithm, your review was more qualitative than
7 quantitative?
8     A.   We may have made a reporting rate. That
9 would have been any quantitative thing that we used.
10 There -- there are lots of limitations and issues with
11 making reporting rates, but sometimes we did that
12 because that's all the data we had available.
13        So in -- in the sense of quantitative, if
14 you mean something like data mining, that's yes. Did
15 we -- did we count cases, look at how many females,
16 how many males, yes, we did that, which is a form of
17 quantitative. But we did not do the analysis like is
18 done in the data mining, because that wasn't
19 available.
20     Q.   So you didn't do the comparative analysis
21 to the adverse reporting system as a whole?
22     A.   We didn't use the data mining. On
23 occasion we may have either, and, again, depending on
24 time period, obtained FOI information, which was very

Page 447

1 difficult to get, or we may have looked at counts for
2 another product. But, again, it wasn't the
3 algorithmic -- my understanding is that's a complex
4 mathematical thing. We didn't use that methodology.
5     Q.   Is Abbott signed up to get the quarterly
6 reports of adverse events from FDA for all drugs?
7     A.   What do you mean?
8     Q.   That you can order from the FDA every
9 quarter, they'll send you a compilation of all of the
10 adverse events that they've received in their entire
11 database for all drugs?
12     MR. STRAIN: Objection; form.
13 BY THE WITNESS:
14     A.   My understanding is what we have access
15 to, and I couldn't tell you if it's quarterly, and I
16 think we use it through a vendor today, is an update
17 to the electronic piece of AERS, so not -- I don't
18 know whether you were talking about paper or
19 electronic. We have an electronic version. But the
20 electronic version does not include all of the data
21 that might be on a MedWatch form, for instance. But
22 it -- it would have some information, and that's what
23 the data mining tool runs against.
24 BY MS. ABARAY:

Page 448

1     Q.   So you don't have to do a Freedom of
2 Information Act request to get that, you can order
3 those CDs, and they've been doing that since at least
4 2000, that you can get quarterly updates from the FDA
5 of all adverse events available?
6     MR. STRAIN: Objection; form.
7 BY THE WITNESS:
8     A.   A couple of things. Yes, we are getting
9 the electronic piece. As you mentioned, I brought up
10 FOI because sometimes -- there is -- there is really
11 limited information on those CDs. It is very
12 difficult to get the sense of the case. So we may
13 occasionally have ordered FOIs to try to get more
14 detail, which is a very difficult process.
15 BY MS. ABARAY:
16     Q.   And you also said that you use a vendor
17 now.
18        What vendor?
19     A.   I believe -- I believe we use a vendor.
20 You have to ask the people that work for me which
21 vendor that is.
22     Q.   Dr. Heimberger, do you recall a time
23 period in around 2003 when their became a discussion
24 about adverse events regarding neurodevelopmental

Page 449

1 delay reported to Abbott for Depakote?
2     A.   I know that during that particular period
3 the North American registry was going on. I have been
4 refreshed in that. And so I'm familiar that that was
5 a topic, but I don't specifically recall a particular
6 meeting or so on and so forth.
7        (WHEREUPON, a certain document was
8        marked Deposition Exhibit No. 242,
9        for identification, as of 01/14/14.)
10 BY MS. ABARAY:
11     Q.   Dr. Heimberger, I'm going to hand you what
12 we're marking as Exhibit 242, which is an e-mail with
13 attachments, from April 7, 2003.
14     MR. STRAIN: Thank you.
15 BY MS. ABARAY:
16     Q.   It's usually easiest --
17     MR. STRAIN: I -- I have two attachments.
18     MS. ABARAY: Yeah, there is two attachments.
19 No, there is two attachments. Two attachments.
20 BY MS. ABARAY:
21     Q.   Can you go to the last page.
22        It is usually easier to start at the end
23 of these e-mails and then work backwards.
24        So if -- if you start at the end of the

14 (Pages 446 to 449)

Confidential - Subject to Further Confidentiality Review

Page 450

1    e-mail, you'll see it's an e-mail to Claudine from
2    Beth Santi at Global Medical Services, and there is an
3    attachment of two printouts on developmental delay.
4         Do you see the attachments on this?
5    A.   Yes.
6    Q.   All right.  And then if you look at the
7    discussion here, it's a woman at Abbott named Beth
8    Santi and Claudine Brisard at Sanofi.
9    A.   Okay.
10   Q.   And Sanofi would be your European
11   marketing partner for Depakote, correct?
12   A.   At that time, yes.
13   Q.   All right.  And you can see that they are
14   discussing analyzing reports about developmental delay
15   in the adverse events?
16   A.   I can see that they plan to discuss
17   developmental delay.
18   Q.   All right.  And then they end up sending
19   back and forth information on the MedDRA codes that
20   they are going to use?
21   A.   Where would that be?
22   Q.   Well, now I'm looking at the bottom of the
23   second page.  "Dear" -- is that Gilles or Gilles?  I
24   don't know how you say that, G-i-l-l-e-s.

Page 451

1    A.   "Thank you for your patience."
2    Q.   "Dear Gilles, Thank you for your
3    patience."
4    A.   Yes.
5    Q.   "I have attached the line listing of our
6    cases.  The search performed was for all spontaneous
7    reports to any valproate formulation received from
8    Abbott marketing territories from February 28, 1978
9    through December 31st, 2002."
10        And then it lists the MedDRA terms.  There
11   is probably about 10 or 12 terms there.
12   A.   Yes, I see them.
13   Q.   Okay.  And then a response from William
14   Kormany at Abbott.
15        Do you know William?
16   A.   He was a physician who used to work in the
17   group.  He is no longer with the company.
18   Q.   Did he work in your pharmacovigilance
19   group?
20   A.   He worked in Jim Embrescia's
21   pharmacovigilance group.
22   Q.   Okay.  And Jim Embrescia reports to you?
23   A.   That's correct.
24   Q.   All right.  So this gentleman from Sanofi

Page 452

1    is writing to William Karmony at Abbott and he says,
2    "You should find hereafter the line listing of
3    developmental delay cases that we identified in the
4    post-marketing pharmacovigilance database."
5         And it says that there were ten cases from
6    Abbott's database and apparently the remainder from
7    Sanofi's and there is a total of 106 cases.
8         Do you see that discussion?
9    A.   "This includes all of the cases" -- I
10   don't know that I agree with exactly what you said.
11   It says, you should find a line -- you should -- we
12   have identified a line list.  "This includes all of
13   the cases except the ten issued from your database."
14        I don't know which ten that refers to.
15   Q.   All right.  And then if you read down a
16   little further, it says, "In combining our data with
17   the ones you sent, a total of 106 cases have been
18   reported."
19   A.   Yes, I see that sentence.
20   Q.   All right.  And then if we look at the
21   attachments here, we see the first one says,
22   "Valproate/Developmental delay, non-Abbott cases," and
23   you see the number is 96?  I'm looking at the
24   attachment.

Page 453

1    A.   Okay.  Where -- are you looking at the
2    cover?  Yes, 96.
3    Q.   Yeah.  The cover number is 96.
4         And then we have a printout here with 96
5    different numbered events that describe the individual
6    and the nature of the abnormality and they all list
7    some type of developmental delay in the description of
8    the preferred terms.
9         Do you see that?
10   A.   I see the terms that are listed that
11   relate to developmental delay.  I don't see a
12   description of the event.  But I do see the event
13   preferred terms.
14   Q.   All right.  And then the next attachment
15   is the ten reports for Abbott US.
16        And, again, it has a description of, for
17   instance, the first case has "fetal distress,
18   development, psychomotor impaired (developmental
19   coordination disorder not otherwise specified),
20   anomaly congenital multiple and anom" -- "anomaly
21   congenital musculoskeletal?"
22        Do you see that?
23   A.   Yes, I do.
24   Q.   All right.  And, again, each of these has

15 (Pages 450 to 453)

Confidential - Subject to Further Confidentiality Review

Page 454

1  descriptions.  I -- I'd like to focus your attention
2  on the second entry here on the Abbott report.
3      A.  Okay.
4      Q.  Do you see for this particular person we
5  have "development psychomotor impaired (developmental
6  coordination disorder NOS)," that means not otherwise
7  specified?
8      A.  That's correct.
9      Q.  And Abbott has labeled that as "not
10  serious and labeled"?
11      MR. STRAIN:  Unlabeled.
12  BY MS. ABARAY:
13      Q.  Excuse me.  "Not serious and unlabeled"?
14      A.  Yes.
15      Q.  All right.  So you considered that a
16  developmental psychomotor impaired description is not
17  serious?
18      A.  Again, these cases are from 1978 to 2002.
19  These -- the -- the data on the side relates to all
20  criteria set about by the regulators for regulatory
21  recording.  I don't recall.  It's changed a little bit
22  over the years, but they had various things whereby it
23  would be serious.  So, for instance, if you were
24  hospitalized, if you died of it, et cetera.  This does

Page 455

1  say that it's unlabeled.
2      Q.  Yet, and in point of fact, serious also
3  includes permanent disability, doesn't it?
4      A.  It has --
5      MR. STRAIN:  Objection; form.
6  BY THE WITNESS:
7      A.  I can't remember it has for the entire
8  time period that this report has run.  You'd have to
9  ask somebody with closer knowledge of that.
10  BY MS. ABARAY:
11      Q.  All right.
12          Well, for instance, turn to page 4 of this
13  report.
14      A.  Is this counting these things on the back?
15      Q.  I'm just looking at the top page, it says
16  page 4.
17      A.  Yes.
18      Q.  Okay.  Do you see right across the type
19  there it says, "blindness"?
20      A.  Yes.
21      Q.  And then the comment says, "not serious"?
22      A.  Yes.
23      Q.  All right.  And then looking down towards
24  the bottom the -- of the same page, that child has:

Page 456

1  respiratory disorder - not serious; autism - not
2  serious, unlabeled; and disorder joint (joint disorder
3  not other specified -- specified), not serious.
4      A.  I see them.
5      Q.  And then continuing on with that same
6  child:  behavior abnormal - not serious, unlabeled;
7  coordination abnormal - not serious, unlabeled; muscle
8  tone flaccid - not serious, unlabeled; speech
9  disorder - not serious, unlabeled; hearing decreased -
10  not serious, unlabeled; bone development abnormal -
11  not serious, unlabeled.
12          Do you see that?
13      A.  I do.
14      Q.  And then the next child, if you go down
15  about halfway down the same page, we now have autism
16  again, not serious, unlabeled --
17      MR. STRAIN:  I'm -- I'm lost here.  We are on
18  page 5 now?
19      MS. ABARAY:  Yes.
20  BY MS. ABARAY:
21      Q.  Under 01P-163-0108945-00(0) USA.
22      A.  I --
23      Q.  At the bottom of page 5.
24      A.  Is this page 5?  That's page 2.

Page 457

1      MR. STRAIN:  Page 5, yeah, it is in the top
2  right corner, No. 5.
3  BY THE WITNESS:
4      A.  Hold on.  I -- I went the wrong way.
5      MR. STRAIN:  No. 5.
6      THE WITNESS:  Okay.
7      MR. STRAIN:  And it's the --
8      THE WITNESS:  Okay.
9      MR. STRAIN:  -- first full --
10      THE WITNESS:  I apologize.
11      MR. STRAIN:  -- first full case listed.
12  BY THE WITNESS:
13      A.  Okay.
14  BY MS. ABARAY:
15      Q.  And, again, I was just pointing out that
16  this child has several conditions including autism,
17  sepsis, seizure, asthma, muscle tone flaccid and
18  behavior abnormal.  And, again, Abbott has listed all
19  of those as not serious and unlabeled?
20      A.  I see that.
21      Q.  And then continuing on the next page with
22  that same chart, do you have page 6?
23      A.  I do.
24      Q.  We have development psychomotor impaired -

16 (Pages 454 to 457)

Confidential - Subject to Further Confidentiality Review

Page 458

1   not serious, unlabeled; speech disorder - not serious,
2   unlabeled; hearing impaired - not serious, labeled;
3   and birth premature - not serious, unlabeled.
4       Do you see that?
5       A.   I do.
6       Q.   Do you agree with me that under the regs
7   it's not appropriate to consider a permanent
8   disability as a nonserious event?
9       MR. STRAIN:  Under the FDA regs?
10      MS. ABARAY:  Yes.
11  BY THE WITNESS:
12      A.   Again, and you're going to have to ask
13  somebody who works in this day-to-day, the regulations
14  have changed over time.  This report goes back to
15  1978, and I think the current regulations didn't even
16  come into effect until the '80s.  I do know during my
17  time the definition of serious has changed.  I do
18  know, I think currently permanent disability, I
19  believe, is part of the definition of serious, and so
20  I can't speak to these particular cases, but I do know
21  that in relation to the current regs.
22  BY MS. ABARAY:
23      Q.   So you think back in 1978 blindness was
24  not considered serious?

Page 459

1       A.   Again, I don't even know the -- what the
2   regulations were in 1978 and there is a difference
3   between how you would look at these things medically
4   versus the definition of serious, which is really what
5   drives adverse event reporting.  I can't speak to
6   1978.
7       Q.   All right.  So the -- the fact that the
8   regs state that a serious adverse drug experience
9   includes any of the following outcomes, death, a life
10  threatening adverse drug experience, in-patient
11  hospitalization or prolongation of existing
12  hospitalization, a persistent or significant
13  disability/incapacity or a congenital anomaly/birth
14  defect, you are not familiar with that definition of
15  serious?
16      MR. STRAIN:  Objection; what -- what year is
17  those regs, first?
18      MS. ABARAY:  I have no information whatsoever to
19  support that the definition was different in 1978.  If
20  you want to --
21      MR. STRAIN:  That wasn't my question.  Do you
22  want to give the -- the date?
23      MS. ABARAY:  I -- I -- this has been the reg
24  throughout.

Page 460

1       MR. STRAIN:  And I'm just asking what you were
2   reading from to the doctor, what year was that
3   regulation?
4   BY MS. ABARAY:
5       Q.   I am reading from 21 CFR 310.305 and I'm
6   asking you if you are familiar with that?
7       MR. STRAIN:  All right.  I gathered it was
8   current, but in any event, I object for the obvious
9   reason.
10      You may answer, Doctor.
11  BY THE WITNESS:
12      A.   My -- my --
13  BY MS. ABARAY:
14      Q.   Let me ask you this:  You're coming in and
15  suggesting to the jury the definition was different in
16  1978.  So I'd like you to tell me what you think the
17  definition was in 1978 and what you're relying on to
18  say that that definition has changed?
19      A.   So, let's start from current.  I believe
20  what you read is the current regulation.  I know -- I
21  don't know what year, and I can't remember the
22  details, but I know the definition of serious changed
23  during my course with the company.
24      I also know that the regulations are in their

Page 461

1   current format came about in about the mid '80s.  I
2   don't know what requirements were in 1978.  I don't
3   know what the definitions specifically were earlier.
4       Q.   And just to be clear, these reports that
5   we're reading, this is a report prepared by Abbott in
6   2003, March 14th of 2003.
7       Do you see that?
8       A.   Yes.
9       Q.   So is it your testimony that as any
10  changes happened to be made to the regs, Abbott
11  doesn't update its files to bring them current?
12      MR. STRAIN:  Objection; form.
13  BY THE WITNESS:
14      A.   No, no one in the industry does that.  The
15  point of making these determinations, as I said, is
16  for expedited reporting rules.  As the labeling
17  changes, for instance, some other issues with the --
18  the criteria may even change.  So there is no way you
19  could back -- back change all of the information that
20  you've already submitted to various agencies.
21      That said, when you evaluate things
22  medically, you look for a group of terms regardless of
23  whether they've been coded serious or nonserious.
24  BY MS. ABARAY:

17 (Pages 458 to 461)

Confidential - Subject to Further Confidentiality Review

Page 462

1    Q.   And it's your testimony that the serious
2   designation changed such that blindness was not
3   serious in 1978 and autism was not serious in 1978 but
4   it is serious now?
5       MR. STRAIN: Objection; form.
6   BY THE WITNESS:
7       A.   I don't think any of that was my testimony
8   and I didn't specify that.
9           The information that I can give you is the
10  information that you read a minute ago I believe is in
11  the current regulations.  I think I told you that
12  sometime in my career here that definition has
13  changed, and I can't give you the exact wording, and
14  I'm not familiar with what was in the regulations in
15  the earlier time periods, but my recollection is that
16  in the mid '80s the current kind of regulations came
17  into being.  But I can't speak further than that.
18  BY MS. ABARAY:
19      Q.   All right.  And that nonetheless, you will
20  agree with me that as of December of 2002, the end of
21  the calendar year -- well, let me strike that because
22  this one report goes to February of 2003.
23          So by February of 2003, Abbott had a total
24  of 106 reports of neurodevelopmental delay based upon

Page 463

1   this data we are reviewing right here in Exhibit 242?
2       A.   I -- I have to say, I'm a little confused
3   in the numbers between all of these reports because of
4   what was on this particular list.
5           Does it say on here there is 106 reports
6   in here?
7       Q.   It says it in the e-mail, "In combining
8   our data with the ones you sent, a total of 106 cases
9   have been reported."
10      A.   This is Sanofi writing to us.
11      Q.   Correct.
12      A.   So that -- they are talking about their
13  data and the ones you sent, I thought you told me this
14  was a CIOMS line listing run from our database.
15      Q.   Yes.  You have 10 reported by Abbott and
16  96 reported by Sanofi.
17      A.   The -- the best I can say without looking
18  at this in detail is that the e-mail suggests that
19  there are 106 cases.
20      Q.   Okay.  Thank you.
21          Now, you're familiar with the White Paper
22  that FDA -- or excuse me -- that Abbott sent to the
23  FDA in April of 2005 regarding teratogenicity?
24      A.   I know there was -- I have seen in

Page 464

1   preparation one White Paper.  I don't recall the date.
2   I believe it was 2005.
3       Q.   And you helped edit this White Paper,
4   didn't you?
5       A.   I don't recall.  I may have.
6           (WHEREUPON, a certain document was
7           marked Deposition Exhibit No. 243,
8           for identification, as of 01/14/14.)
9   BY MS. ABARAY:
10      Q.   Let me hand you what we'll mark as
11  Exhibit 243.
12      MR. STRAIN: Thank you.
13  BY MS. ABARAY:
14      Q.   And you see this is the White Paper from
15  April 18, 2005?
16      A.   Mine appears -- I'm starting with a -- a
17  letter to Dr. Katz.
18      Q.   Yeah, it's a -- enclosing the White Paper.
19      MR. STRAIN: Now, this is 243, the last was 240.
20  Did you do that deliberately?
21      MS. ABARAY: No.  I must have picked up the
22  wrong pad.
23          Was the last -- what was the last exhibit,
24  242?  242 was the e-mail with the two attachments.

Page 465

1       MR. STRAIN: Okay.  Then I must have
2   misnumbered.  I thought that was 240.  Excuse me.
3       MS. ABARAY: 240 is the organizational charts.
4       MR. STRAIN: You -- you are right.  Thank you.
5   I have it now.
6       MS. ABARAY: All right.
7   BY THE WITNESS:
8       A.   So you are looking at page 1 of the White
9   Paper, is that correct?
10  BY MS. ABARAY:
11      Q.   I'm actually -- yeah, there is
12  page numbers in the bottom right-hand corner.
13          Do you see those?
14      A.   Mine say P-2 and P-3.
15      Q.   Yes.  So, yes.  P-2 is the White Paper
16  from March of 2005, and you're -- you've seen that
17  document before, correct?
18      A.   I was refreshed on this document and I
19  likely saw it at the time.
20      Q.   All right.  And if I can turn your
21  attention specifically to -- do you see that page 6 is
22  the discussion of developmental delay?
23      A.   I do.
24      Q.   And then as a subcategory under

18 (Pages 462 to 465)

Confidential - Subject to Further Confidentiality Review

Page 466

1  Developmental Delay, do you see Post-Marketing
2  Analysis on page 9?
3      A.  Yes.
4      Q.  And post-marketing analysis would be your
5  area of responsibility, correct, one of your areas of
6  responsibility?
7      A.  They -- in a hierarchical manner; in other
8  words, the people doing the day-to-day work did not
9  report directly to me but through other supervisors.
10     Q.  All right.  And in reviewing this
11 information, do you see that as of April 18, 2005,
12 when the FDA was provided this document by Abbott,
13 Abbott represented that they had a total of 49 reports
14 of neurovas- -- neurodevelopmental delay with
15 Depakote?
16     MR. STRAIN:  Read those first two pages under --
17     THE WITNESS:  Can you --
18     MR. STRAIN:  -- Post-Marketing Analysis, please.
19 Just read the first two pages, Doctor.
20     THE WITNESS:  Starting with Post-Marketing
21 Analysis?
22     MR. STRAIN:  Please.
23 BY THE WITNESS:
24     A.  Actually, what it says here is 71 reports

Page 467

1  came up via the search methodology, 22 of the 71 when
2  they read them did not describe in utero exposure and
3  so were not analyzed further.
4  BY MS. ABARAY:
5      Q.  Correct.  So your number them is 49?
6      A.  In this analysis for the search terms that
7  they were -- that were pulled up from MedDRA, they
8  came up with 71, because some weren't in utero
9  exposure, they an -- they analyzed 49, and that's
10 what's further described in the report.
11     Q.  All right.  So their highest total is 71
12 when previously in 2003 you had 106, correct?
13     A.  The 106 was a combination from Sanofi's
14 database as well as Abbott's, per my understanding of
15 the e-mail.
16         And back especially in the earlier years,
17 if -- if memory serves, and you need to check with
18 someone who is closer to this data, but FDA required
19 us to report serious cases from ex-US.  So I don't
20 know whether Sanofi sent us all of their cases.  I
21 don't know whether if you look at these MedDRA terms
22 we've now gone to a higher level term, called an HLT.
23 MedDra has revised the dictionary multiple times.  I
24 don't know whether any of those things impact it.

Page 468

1      Q.  So going back to my question, as of 2003,
2  the combined report from Sanofi and Abbott was 106
3  reports.  And it specifically says in the e-mail, "In
4  all of the cases the fetus had received transplacental
5  exposure to valproate.  However, the route of
6  administration was sometimes reported to be oral based
7  on our previous data entry procedures."
8          So they are affirming that all of these
9  cases, all 106 cases involved fetal exposure to
10 valproate and neurodevelopmental delay as of April 7,
11 2003?
12     MR. STRAIN:  Objection; form.
13 BY THE WITNESS:
14     A.  In the Sanofi analysis, and this -- this
15 Exhibit 242, when you had me look through the prior
16 e-mails, it looked like Sanofi had an inquiry from
17 someone where they were doing an analysis.  I don't
18 know what they have in their database.  It looked like
19 much of this came from their database.  I don't know
20 over all these years how much they have sent us.  And
21 they probably asked us for a specific list of coded
22 terms.  That's generally what you did, otherwise you'd
23 have apples and oranges if the two companies picked
24 different terms.

Page 469

1          So that is what I believe is in this
2  information.  In this information, it appears that on
3  our database, what is in there, we did a search with a
4  number of MedDRA terms.  They are not exactly the
5  same.  One is a higher level term, which includes a
6  multitude of preferred terms, I couldn't tell you what
7  those were, and we came to 71 cases, and when they
8  read these cases they didn't believe they described in
9  utero exposure.
10         Short of that, I can't try to reconcile
11 this number with the information here.
12 BY MS. ABARAY:
13     Q.  So you would agree that as of April 7,
14 2003, the coni-- con-- let me start over.
15         You would agree that as of April 7, 2003,
16 the combined reports of neurodevelopmental delay from
17 Sanofi and Abbott were calculated as 106 and when the
18 report was sent by Abbott to the FDA on April 18th of
19 2005, Abbott reported 49?
20     MR. STRAIN:  Objection; form, misleading.
21         You may answer, Doctor, subject to the
22 objection.
23 BY THE WITNESS:
24     A.  I would not agree to that because of the

19 (Pages 466 to 469)

Confidential - Subject to Further Confidentiality Review

Page 470

1  factors that I've talked about.
2      I think I would agree with you that in
3  this analysis with Sanofi there were 106 cases as
4  stated here and it seemed that the bulk of this came
5  from Sanofi's database and this was done with a
6  perc- -- particular set of preferred terms, which is
7  likely what Sanofi requested from us so that it would
8  match the analysis that they were doing.
9      Separately, and I think several years
10 later, we did an analysis on our database, not
11 Sanofi's, so this appears to be only our data.  The
12 MedDRA term listing is different, including the higher
13 level group term.  We excluded some cases, as I
14 mentioned, so the 71 cases went to 49 and those are
15 the ones described in the report.
16 BY MS. ABARAY:
17     Q.   So is it your testimony that in reporting
18 adverse events to the FDA Abbott does not report
19 significant serious events from foreign reports?
20     MR. STRAIN:  Objection; form.
21 BY THE WITNESS:
22     A.   No, that's not my testimony.
23 BY MS. ABARAY:
24     Q.   All right.

Page 471

1      A.   I was saying that --
2      Q.   Well, I do have a question.
3          Why would the Sanofi data not be included
4  when you submitted it to the FDA if Sanofi had given
5  it to you in 2002 or '3?
6      A.   And -- and, again, you're asking me to
7  reconcile reports and I have -- have no data present
8  here to do it, so I can't do that.
9          What I can tell you is the various
10 regulators require different types of reporting.  My
11 recollection, and you need to verify with someone who
12 works with this day-to-day, is that FDA requires us to
13 report serious things from ex-US reports.  I can't say
14 over the years what our exchange has been with Sanofi
15 You'd have to ask someone else.
16     Q.   All right.  So even though you've got 96
17 reports from Sanofi in 2003, you have
18 neurodevelopmental delay, and you ended up with 49
19 reports to the FDA in 2005, you -- you're saying you
20 don't have the data from Sanofi?
21     MR. STRAIN:  Objection; form.
22 BY THE WITNESS:
23     A.   Again, I'm saying that I can't reconcile
24 this with the information that you provided.  I've

Page 472

1  noted that the search terms are different.  That may
2  be a big reason.  I can't do an analysis on that with
3  the data that's here.
4  BY MS. ABARAY:
5      Q.   And by changing the search terms, you can
6  dramatically change the results, correct?
7      A.   As I said, the MedDRA dictionary has
8  changed over time.  It may be also that, you know, in
9  interacting with the regulator, Sanofi was replicating
10 something from a particular paper.  I don't know.  But
11 the results can change as the MedDRA dictionary
12 changed or if different search terms are chosen.
13     Q.   Now, you're familiar with Dr. Lew Holmes?
14     A.   Who?
15     Q.   Lew Holmes?
16     A.   Yes.  Not personally.
17     Q.   All right.  And -- and how are you
18 familiar with Dr. Holmes?
19     A.   I know that he was the lead investigator
20 for the North American Pregnancy Registry.
21     Q.   And you say was.
22          Is he -- is he still working on that, do
23 you know?
24     A.   I believe he is.

Page 473

1      Q.   And is Abbott still involved in that?
2      A.   I believe we are.
3      Q.   And are you aware that Lew Holmes provided
4  data to Abbott in 2002 regarding the results from the
5  pregnancy registry in regard to Depakote?
6      A.   I was refreshed during my deposition, and
7  I know that there was data provided in 2002.
8      Q.   You say during your -- you mean yesterday
9  you were refreshed about it?
10     A.   No, in preparation, sorry --
11     Q.   Okay.
12     A.   -- for my deposition.
13     Q.   All right.  I just wanted to make clear.
14          So this was something that you
15 discussed -- well, strike that.  I don't want to --
16     MR. STRAIN:  Thank you.
17     MS. ABARAY:  Yeah, sure.
18 BY MS. ABARAY:
19     Q.   You reviewed some documents about
20 Dr. Holmes' study prior to today?
21     A.   I reviewed the articles that Dr. Holmes
22 wrote.  There was discussion about them.
23     MR. STRAIN:  That's no -- no more on discussion,
24 please, Doctor.

20 (Pages 470 to 473)

Confidential - Subject to Further Confidentiality Review

Page 474

1    THE WITNESS: Okay.
2    BY MS. ABARAY:
3        Q.  Well, did you --
4        MR. WILLIAMS: You interrupted the witness. I
5    want to hear the rest of the answer. No, seriously.
6        MR. STRAIN: Okay. I'm serious too.
7    BY MS. ABARAY:
8        Q.  Well, when you say "discussion," do you
9    mean you read e-mail discussion? I don't want to hear
10   about your discussion with Mr. Strain.
11       A.  No, I did not read e-mail discussion.
12       Q.  All right. I'm going to hand you what
13   we're marking as Exhibit 244.
14           Oh, you know what, I -- that might be a
15   marked copy. I apologize. Wait a minute.
16           Here we are.
17           (WHEREUPON, a certain document was
18            marked Deposition Exhibit No. 244,
19            for identification, as of 01/14/14.)
20       MR. STRAIN: Thank you.
21       MS. ABARAY: Sure.
22   BY MS. ABARAY:
23       Q.  I've handed you what we marked as
24   Exhibit 244, and this is a memorandum from Lew Holmes

Page 475

1    Diego Wyszynski, Maya Nambisan and Kristin Morales who
2    apparently are all with the NE -- EAD -- AED -- N --
3    New England Antiepileptic Drug -- NA -- NE --
4        MR. STRAIN: It is North American.
5    BY MS. ABARAY:
6        Q.  Yeah, New England or --
7        MR. STRAIN: North American.
8    BY MS. ABARAY:
9        Q.  North American. Okay. He is with the
10   North American Antiepileptic Drug Pregnancy Registry,
11   correct?
12       A.  Yes.
13       Q.  And this is the prospective study in
14   regard to the risk of birth defects for women taking
15   antiepileptic drugs in the United States and also --
16   strictly United States, correct?
17       A.  I believe it's the United States and
18   Canada. I don't know whether Canada was the entire
19   time period.
20       Q.  All right. And this memorandum went to
21   Charles Schwamlein.
22           And do you know Dr. Schwamlein?
23       A.  Dr. Schwamlein worked for me, yes. I know
24   him.

Page 476

1        Q.  And how about Dr. Sommerville, does he
2    also work for you?
3        A.  No, he does not work for me. He was in
4    the clinical trials group.
5        Q.  All right. And this is as of August 30,
6    20 -- 2002, and it's regarding, "Findings in pregnancy
7    in which the infant had been exposed to valproic acid
8    (brand names Depakote and Epival)."
9           Do you see that?
10       A.  In the reason, yes.
11       Q.  Yes. And Epival would be the name of
12   Depakote in Canada?
13       A.  I'm assuming that's the case. I don't
14   know that for a fact.
15       Q.  And if you look through this document, you
16   see it's a report of data that has been generated in
17   regard to the risk of birth defects for women exposed
18   to Depakote as opposed to the other drugs that were
19   being analyzed in the database.
20           Have you seen this before?
21       A.  I don't believe I've seen this version
22   necessarily. I have seen the final paper on this.
23       Q.  If I could direct your attention to --
24   it's page 10 in this bottom left-hand corner.

Page 477

1        A.  Okay.
2        Q.  And it's a little awkward because the
3    heading is actually cut off from the prior page, but
4    it says Table 4, "Relative Risks and 95 percent
5    Confidence Intervals For the Association Between
6    Exposure to Depakote and Major Congenital Anomalies."
7        A.  In -- in my article I think you are
8    referring to page 9 --
9        Q.  That's on --
10       A.  -- not 10.
11       Q.  That's on the bottom of page 9 and then
12   you flip the page and that's the rest of the chart.
13   So it's just not paginated very well. So see the
14   chart at the top is Table 4.
15           See here it says Table 4 on the bottom of
16   page 9?
17       A.  Oh, I see what you're pointing out. I --
18   I was distracted by the chart up above I thought you
19   were referring to. Yes, I see the Table 4.
20       Q.  Okay. So it's confusing.
21           So the heading for Table 4 is on the
22   bottom of page 9 and then Table 4 is on the top of
23   page 10?
24       A.  Yes.

21 (Pages 474 to 477)

Confidential - Subject to Further Confidentiality Review

Page 478

1  Q. All right. And we see here that the
2  percentages for malformation in the women who have
3  been exposed to valproate compared to the other women
4  in the study is a 6.02 relative risk for what they
5  call the pure prospective cases?
6  A. That's correct.
7  Q. And a 3.96 for the impure prospective
8  cases?
9  A. Yes.
10  Q. With a combined total of a 5.22 relative
11  risk compared to the other antiepileptic drugs?
12  A. I don't -- I can speak to the final paper
13  because I -- that's what I've seen. These numbers are
14  a little bit different than the final paper. I
15  couldn't say for sure from what I am just looking at
16  that this compares to the other drugs because the
17  asterisks under Relative Risk appears to talk to the
18  1.62 percent reference rates for malformation which
19  was the external control group, I do believe, not the
20  group on the other drugs.
21  Q. All right. So this was compared to no
22  drugs?
23  A. I think this was compared to their
24  external control group that they had done in a totally

Page 479

1  separate study. So I don't know whether any of those
2  drugs -- any of those patients had ever been on
3  valproate or not.
4  Q. And if you read the paragraph underneath
5  the Description, it says, "We also tested whether the
6  significant findings would hold when comparing the
7  major malformation prevalence rate in
8  valproate-exposed women to that of women exposed to
9  phenobarbital (a risk factor for birth defects in this
10  data set) and to that of women exposed to three other
11  commonly used AEDs. Table 5, 6 and 7 present the
12  comparison of demographic exposure, and perinatal
13  information for 'pure', 'impure', and 'pure' plus
14  'impure' pregnancies retrospect" -- "respectively. We
15  include all enrolled cases, live births, stillbirths,
16  and those having spontaneous abortions and elective
17  terminations. As shown, valproate has a significantly
18  higher malformation rate than the other groups in all
19  cases."
20  Do you see that?
21  A. I do see that.
22  Q. And these charts continue on.
23  So my question is: Would you agree that
24  the company was on notice as of August 30th, 2002,

Page 480

1  that in the prospective study being conducted by
2  Dr. Holmes' group that valproate had a statistically
3  significant increased risk of birth defects compared
4  to the other drugs in the study and compared to no use
5  of drugs?
6  MR. STRAIN: Objection; form.
7  BY THE WITNESS:
8  A. Let me just look at that.
9  I -- I -- I would agree that we were aware
10  of the information that there was a finding in the
11  study that there was a higher rate in the valproate
12  group versus the external controls and versus a -- a
13  combination of a group of other drugs. What I'm not
14  seeing here is the point that you added, a statistical
15  significance, but we were aware that there was a
16  higher rate.
17  BY MS. ABARAY:
18  Q. And this information was kept confidential
19  within the company, isn't that true?
20  It was not made known to the FDA or to the
21  public in 2002?
22  A. Well, this was our -- not our data. So we
23  would not have made it available to the public. This
24  is in -- what year are we talk -- in again?

Page 481

1  Q. 2002.
2  A. 2002?
3  Q. Um-hum.
4  A. So I believe that we just worked with the
5  investigator who owned the data.
6  Q. And then you were aware that abstracts
7  were developed in regard to the results developed by
8  Dr. Holmes?
9  A. That Dr. Holmes and his advisory committee
10  put together an abstract relating to the findings with
11  Depakote.
12  MR. STRAIN: Counsel, would you find a
13  convenient time to you to take a break? We've been
14  going about an hour and a half. It doesn't have to be
15  now, just sometime convenient to you.
16  MS. ABARAY: Well, why don't I finish this
17  exhibit and then we can do that.
18  (WHEREUPON, a certain document was
19  marked Deposition Exhibit No. 245,
20  for identification, as of 01/14/14.)
21  BY MS. ABARAY:
22  Q. I'm handing you what we've marked as
23  Exhibit 245.
24  MR. STRAIN: Thank you.

22 (Pages 478 to 481)

Confidential - Subject to Further Confidentiality Review

Page 482

BY MS. ABARAY:

1  Q.   Which is an e-mail and an attachment of
2  the abstract by Dr. Holmes, and this is an e-mail sent
3  to you, Dr. Heimberger, on October 22nd, 2002.
4       Do you see that?
5  A.   Isn't it sent by me on the top?
6  Q.   Well, both.  It is sent to you and then
7  you respond.  So you are correct.
8  A.   Oh, yes.  Okay.  I didn't know where you
9  were referring.
10  Q.   Do you recall having received this e-mail?
11  A.   I may have seen this one in refreshing for
12  this deposition.  I -- I didn't recall.  It was ten
13  years ago.
14  Q.   Sure.
15       All right.  So we do have attached here a
16  copy of the abstract prepared by Dr. Holmes' group
17  with the North American Antiepileptic Drug Pregnancy
18  Registry?
19  A.   Yes.
20  Q.   And this abstract includes results.  If
21  you look down at the Results section.
22       A relative risk of 3.5, which was
23  statistically significant when compared to the

Page 483

1  internal control of other monotherapies, that would be
2  other antiepileptic drugs.
3       Do you see that?
4  A.   Wait.  One moment.
5       Yes, I do see that.
6  Q.   And there is also a relative risk of 6.0
7  when compared to the external group, which is women
8  who were not taking antiepileptic drugs?
9  A.   Yes, I see that.
10  Q.   And what this would mean when you see a
11  relative risk of 3.5 would be a 350 percent increase
12  in the risk of birth defects for women who were
13  exposed to valproate as compared to women taking the
14  other drugs in the study, correct?
15  A.   So, what it means to me, and you have to
16  take it in conjunction with the confidence interval
17  because I believe these are point estimates for
18  relative risks.  So, for instance, if you look at the
19  3.5, 3.5 by itself would mean three-and-a-half times
20  higher than whatever you are comparing to.  The
21  confidence interval tells you that given the power
22  that we had in the study, it could be anywhere from 2
23  to 6.
24  Q.   So it could be anywhere from a doubling of

Page 484

1  the risk to a 620 percent increase in risk?
2  A.   To a six times increase in risk, that's
3  right.
4  Q.   And then the -- the conclusion of the
5  paper is, "Our results suggest that use of valproate
6  during pregnancy may be a risk factor for major birth
7  defects."
8       Do you see that?
9  A.   I do.
10  Q.   And then this e-mail was forwarded to you,
11  attaching the abstract, and a question was raised to
12  you by Mick Roebel, Ph.D.?
13  A.   Yes.
14  Q.   And his question is:  "Charles wasn't sure
15  about high" -- "how, when or why we got into the
16  registry.  Can you set" -- "shed some light on this?
17  Thanks."
18  A.   Yes.
19  Q.   Do you recall this discussion with
20  Dr. Roebel?
21  A.   Independently, no, but I saw it in
22  refreshing for dep.
23  Q.   And do you see what your response was?
24  A.   Yes.

Page 485

1  Q.   Could you just read that into the record?
2  A.   "This was a clinical team discussion
3  point.  Regarding Depakote, I believe we did not want
4  to be blindsided (as all AEDs were included regardless
5  of whether the manufacturer sponsored, we wanted a
6  chance for an early heads up as well as for input into
7  the registry design).  I also believe that it was a
8  Phase IV commitment for" -- its blanked out for some
9  reason -- "but you will need to have one of your
10  people research that."
11  Q.   And do you recall that you suspected it
12  was a Phase IV commitment for Gabitril?
13  A.   Yes.
14  Q.   And was it a Phase IV commitment for
15  Gabitril?
16  A.   I -- I don't know.  Again, all I'm
17  refreshed on is this, but I believe they strongly
18  recommended us to do something for Gabitril.  Whether
19  it was this, I don't know.
20  Q.   And Gabitril is another antiepileptic drug
21  marketed by Abbott, correct?
22  A.   I don't -- we eventually sold that drug, I
23  believe, and so I don't recall where in the process we
24  sold that particular drug.

23 (Pages 482 to 485)

Confidential - Subject to Further Confidentiality Review

Page 486

1    Q.   All right.  Well, at least --
2    A.   It was developed by Abbott.
3    Q.   Okay.  So Abbott developed another
4  antiepileptic drug called Gabitril?
5    A.   That's correct.
6    Q.   And when you say it was a Phase IV
7  commitment, what you're referring to is as part of the
8  approval for the marketing of Gabitril, the FDA asked
9  Abbott to conduct additional post-marketing studies on
10  the safety of the drug in pregnancy?
11    A.   My under -- on Gabitril?
12    Q.   On Gabitril.
13    A.   So I agree.  A Phase IV commitment is when
14  FDA generally asks or I've -- I think I've seen
15  something that says strongly recommends that we do
16  something around pregnancy.  I don't know any more
17  details about it than that.
18    Q.   So the reason that Abbott funded or
19  participated in the funding for the North American
20  Antiepileptic Drug and Pregnancy Registry by Lew
21  Holmes was because the FDA recommended that Abbott do
22  so as a condition of approval of Gabitril?
23    A.   We -- we may have been exploring for that,
24  but we found out that this registry was going on, and

Page 487

1  it says in particular regarding Depakote, we were more
2  interested in finding out what information would come
3  out with regard to something that was on the market.
4  Again, I can't remember when we sold Gabitril, but we
5  were interested in Depakote in the registry.
6    Q.   As well as a Phase IV commitment for
7  Gabitril?
8    A.   And, again, I don't know what happened
9  around the Phase IV commitment for Gabitril.
10    Q.   But you thought at the time that it had
11  something to do with the Phase IV commitment for
12  Gabitril?
13    A.   I thought that we had been asked for a
14  Phase IV commitment.  You can see I say you need to
15  have one of your people look into that, because I was
16  not sure.  And I think that FDA recommended it, but I
17  think our discussion was we have Depakote and we want
18  to understand what's going on with Depakote.
19    Q.   Okay.  And just to show you something, I
20  don't have extra copies of this, but it is from the
21  FDA's website on Gabitril, and if you look at the
22  bottom of this page, it has a recommendation that the
23  company participate or conduct a pregnancy registry.
24    Do you see that?

Page 488

1    A.   Yes, I do.
2    Q.   All right.  And, again --
3    MR. STRAIN:  Are you going to mark this,
4  Counsel?
5    MS. ABARAY:  No, I don't think we need to mark
6  it.
7    MR. STRAIN:  So this is October 31, 19 -- I
8  think we should mark it.  October 31, 1996 to
9  Dr. Furlano at Abbott Laboratories.
10    MS. ABARAY:  Do you want the whole document, if
11  you want to mark it?
12    MR. STRAIN:  Yeah.  What I -- what I have,
13  Counsel, is up to page 7.
14    MS. ABARAY:  I just was having her read one
15  paragraph to refresh her recollection.
16    MR. STRAIN:  Okay.  All right.  So we don't need
17  to mark the whole thing then.
18    MS. ABARAY:  That's fine.
19      (WHEREUPON, a certain document was
20      marked Deposition Exhibit No. 246,
21      for identification, as of 01/14/14.)
22  BY MS. ABARAY:
23    Q.   All right.  And then just to wrap this up
24  before we go off the record here, you stated that the

Page 489

1  company was interested in getting additional
2  information on Depakote and in particular the -- the
3  term you used in your e-mail, which was in
4  Exhibit 245, was the company did not want to be
5  blindsided.
6    Do you see that?
7    A.   I do.
8    Q.   And by blindsided, you are referring to
9  the fact that the company didn't want to be caught off
10  guard by bad information being published, isn't that
11  true?
12    A.   I think that what I meant with blindsided
13  is that we wanted to understand the information as it
14  came out so that we would be aware of the current
15  state of our product.
16    Q.   And you also wanted a chance for an early
17  heads up as well as input into the registry design.
18    Do you see that?
19    A.   That's correct.
20    Q.   Did you participate in input into the
21  registry design?
22    A.   I don't recall that I did.
23    Q.   And so by having this opportunity to avoid
24  being blindsided and having an early heads up and have

24 (Pages 486 to 489)

Confidential - Subject to Further Confidentiality Review

Page 490

1  input, you felt that that was worth paying a
2  contribution towards the study by Dr. Holmes?
3  MR. STRAIN: Objection to form.
4  BY MS. ABARAY:
5  Q. I say you. I mean Abbott.
6  MR. STRAIN: Excuse me. Excuse me. Objection;
7  form.
8  BY THE WITNESS:
9  A. And, again, I had nothing to do with the
10  contributions. That didn't come out of my department,
11  so I wasn't worried about contribution or no
12  contribution. I think that this says that we wanted
13  to be involved, we wanted to understand the data as it
14  was evolving, which is what we're supposed to be doing
15  with our drugs.
16  And input into the registry design, while
17  I did not do that, there were people from Abbott who
18  did do that. We wanted to make sure that it was going
19  to be a well-designed, robust study.
20  BY MS. ABARAY:
21  Q. And you wanted to get your money's worth?
22  MR. STRAIN: Objection to form.
23  BY THE WITNESS:
24  A. Again, as I said, I had nothing to do with

Page 491

1  the money. My department didn't pay it.
2  MS. ABARAY: I think this will be a good time
3  for a break.
4  MR. STRAIN: All right. Thank you.
5  THE VIDEOGRAPHER: Going off the record at
6  9:39 a.m.
7  (WHEREUPON, a recess was had
8  from 9:39 to 9:53 a.m.)
9  THE VIDEOGRAPHER: We are back on the record at
10  9:53 a.m.
11  MS. ABARAY: Thank you.
12  (WHEREUPON, a certain document was
13  marked Deposition Exhibit No. 247,
14  for identification, as of 01/14/14.)
15  BY MS. ABARAY:
16  Q. Dr. Heimberger, I'm going to hand you what
17  we're marking as Exhibit 247.
18  MR. STRAIN: Thank you.
19  BY MS. ABARAY:
20  Q. If you could take a moment to review this.
21  Do you see that Exhibit 247 is an e-mail
22  from John Kody at Abbott to Charles Schwamlein and
23  John Kody, he must have copied himself, and that you
24  are one of the many people who received a carbon copy

Page 492

1  of this e-mail?
2  A. Yes.
3  Q. And the -- there is no re line.
4  Is that customary in your company to send
5  e-mails without re lines?
6  A. I don't know what a re line is.
7  Q. A subject line, like regarding, R-E.
8  A. Currently we have subject lines. I don't
9  recall what was done in 2004. It's probably our
10  e-mail system at the time. I don't know.
11  Q. Okay. And do you see it states, "Charles,
12  Thank you for leading a very productive discussion.
13  Attached are specific comments. J."
14  A. Yes.
15  Q. So that would be an e-mail from John to
16  Charles Schwamlein that you were copied on?
17  A. That's correct.
18  Q. And what we see here is the abstract of
19  the manuscript to be published by the North American
20  Antiepileptic Drug Pregnancy group headed by
21  Dr. Holmes which has been edited by employees at
22  Abbott?
23  MR. STRAIN: Objection; form.
24  BY THE WITNESS:

Page 493

1  A. I think what we see is a title and I see a
2  conclusion, but I don't see any other piece of an
3  abstract.
4  BY MS. ABARAY:
5  Q. All right. And do you see that the title
6  has been changed, so, instead of saying -- stating,
7  "Valproate Monotherapy is a Potent Teratogen in
8  Humans," it now says, "Teratogenicity Related to
9  Valproate Monotherapy"?
10  A. Yes.
11  Q. And do you also see that the Conclusions
12  has a strikeout so that the sentence suggested by
13  Dr. Holmes or written by his group: "VPA is a potent
14  teratogen in humans and its use should be reduced to
15  the minimum or substituted by another safer AED"?
16  A. Yes.
17  MR. STRAIN: Objection; form.
18  BY MS. ABARAY:
19  Q. Do you see that sentence has been
20  scratched out by the employees at Abbott?
21  MR. STRAIN: Objection; form.
22  BY THE WITNESS:
23  A. I believe what I see is that it has
24  been -- there is a strike through that particular

25 (Pages 490 to 493)

Confidential - Subject to Further Confidentiality Review

Page 494

1 sentence. I am presuming that was done by John Kody.
2 BY MS. ABARAY:
3     Q. Did you participate in the very productive
4 discussion about this manuscript?
5     A. I -- I don't recall.
6     Q. And did you have any alarm when you saw
7 that Abbott was changing a title from stating that
8 "Valproate is a Potent Teratogen in Humans" and simply
9 calling it "Teratogenicity Related to Valproate
10 Monotherapy"?
11     MR. STRAIN: Objection; form.
12 BY THE WITNESS:
13     A. Again, I don't have recollection of
14 details at this time. This was 10 years ago. What I
15 would say is that potent teratogen, teratogenicity
16 related to valproate, the important point is that
17 there is an issue of birth defects.
18 BY MS. ABARAY:
19     Q. So you don't think that the word "potent"
20 would inform the reader that there is a very serious
21 risk of teratogenicity with valproate?
22     MR. STRAIN: Objection; form.
23 BY THE WITNESS:
24     A. I personally think teratogenicity informs

Page 495

1 the reader because it says -- goes to birth defects,
2 which are well known to be significant injuries re --
3 regardless. I honestly don't know by potent -- I -- I
4 don't know what a definition of a potent teratogen is.
5 I don't know how the people who wrote this used it,
6 but as you say, these were written from John Kody
7 to -- to Charles.
8 BY MS. ABARAY:
9     Q. Well, wouldn't you agree that a drug that
10 causes birth defects, for instance, in 1 in 10,000
11 women is much less potent than one that causes it in 1
12 out of 20 women?
13     MR. STRAIN: Objection; form.
14 BY THE WITNESS:
15     A. I would say it's significantly less. My
16 only point is I don't know whether there is a
17 particular definition of potent. You gave an example,
18 but I don't know that.
19 BY MS. ABARAY:
20     Q. Well, do these folks report to you? John
21 Kody, does he report to you?
22     A. No.
23     Q. Is he within the chain of people who are
24 under you?

Page 496

1     A. No.
2     Q. And where is John Kody? Who does he
3 report to?
4     A. On the back of this, it says he is the
5 business unit director of neurology, long-term care,
6 and medical liaison.
7     Q. So Mr. Kody is not even a medical person?
8     A. I don't know anything about Mr. Kody other
9 than what's written on this paper.
10     Q. So he is in the business department at
11 Abbott, not in medical?
12     A. He is in the business unit of the
13 Pharmaceutical Products Division. He certainly is not
14 in Medical Services, which was my area.
15     Q. And he is not a doctor or any Ph.D. in any
16 scientific discipline?
17     A. I -- I don't know what his background is.
18     Q. So is it then the custom at Abbott that
19 part of this ability not to get blindsided and to get
20 an early heads up on data is to have people from the
21 business departments at Abbott edit literature written
22 by independent experts?
23     MR. STRAIN: Objection; form.
24 BY THE WITNESS:

Page 497

1     A. I disagree with that.
2     In -- in this instance he may have given a
3 comment, but our objective in being involved with the
4 registry was, as I said before, so we could give input
5 on design, make sure it was a robust study, so we are
6 aware of the data as it's coming out and we could be
7 kept apprised about the safety profile of our
8 particular product.
9     Regarding this, this is John Kody's edit.
10 We may have even made recommendations back to the
11 authors, Dr. Holmes and company. You'll recall there
12 is an entire advisory panel which contains
13 neurologists and government officials on that panel.
14 So they are free to take our comments or -- or not.
15 But this is one person's edit that you are showing in
16 the e-mail.
17 BY MS. ABARAY:
18     Q. So you are suggesting that this edit
19 didn't actually occur to the data?
20     A. I'm not suggesting that. I'm just saying
21 that what I know from this particular piece of paper
22 is that this was an edit by John Kody. I think I said
23 we may have sent edits back. I don't know what those
24 were. Regardless of what they were, the advisory

26 (Pages 494 to 497)

Confidential - Subject to Further Confidentiality Review

Page 498

1 panel contains neurologists and some government
2 employees on that panel for the registry that could
3 take or not take our comments.
4     Q.   So what you bought by participating in the
5 North American Antiepileptic Pregnancy Registry was
6 the right to make edits on the published manuscript?
7     MR. STRAIN: Objection; form.
8 BY MS. ABARAY:
9     Q.   When I say "you," I mean Abbott.
10     MR. STRAIN: Excuse me.  Objection; form.
11 BY THE WITNESS:
12     A.   I don't agree with that at all.
13          We entered or joined the North American
14 Pregnancy Registry.  We are allowed to participate to
15 a certain degree.  We can suggest, as I said, you
16 know, input into design.  We do get things where we
17 can suggest edits, but we are not the controlling
18 individual in that particular function.  In fact,
19 they've said in some of the documents, the scientific
20 advisory committee meets separately without the
21 participants and it contains neurologists and several
22 people from the government, and they make the
23 decisions.
24 BY MS. ABARAY:

Page 499

1     Q.   And, Dr. Heimberger, were you appalled as
2 a medical professional that a marketing or business
3 person was editing the paper prepared by this
4 scientific group?
5     MR. STRAIN: Objection; form.
6 BY THE WITNESS:
7     A.   I -- I think that, you know, everybody
8 makes input.  You may have a marketing person, and, as
9 I said, he works in a -- a business unit, who may give
10 input.  The medical people who work together and our
11 contacts to the registry would work together to decide
12 whether that's the input we want to give or whether we
13 want to give different input.
14 BY MS. ABARAY:
15     Q.   And Blasine Penkowski is also carbon
16 copied on this e-mail.
17          Do you see that?
18     A.   That is correct.
19     Q.   And is -- is that Ms. or Mr.?
20     A.   Blasine?
21     Q.   Blasine.
22     A.   Ms.
23     Q.   Ms.  Is she also in marketing?
24     A.   I -- I be -- she is in the commercial

Page 500

1 area.
2     Q.   How many other commercial people are being
3 copied and participating in the editing of the
4 manuscript prepared by Dr. Holmes' group?
5     MR. STRAIN: Objection; compound.
6 BY THE WITNESS:
7     A.   I don't know how many comments we got or
8 how many people were giving editing information.  I
9 don't know.
10 BY MS. ABARAY:
11     Q.   Well, if we look at the people on this
12 e-mail, let's look at the gray portion, can you point
13 out to me who all on this list is in the business area
14 rather than medical?
15     A.   Where I know I will point that out.
16     Q.   Yes.
17     A.   Bruce McCarthy is in clinical, Jim
18 Embrescia is in pharmacovigilance, I think Kevin
19 McRaith is in commercial.  I don't know the next
20 gentleman.  Steve Townsend is in regulatory.  Next is
21 myself.  Bill Kormany works in our group.  And Blasine
22 we've already discussed.  Whether any of these other
23 people made edits, I don't know.
24     Q.   Blasine being the marketing person?

Page 501

1     A.   That's correct.
2     MS. ABARAY:  And we'll mark the next document as
3 Exhibit 248.
4          (WHEREUPON, a certain document was
5          marked Deposition Exhibit No. 248,
6          for identification, as of 01/14/14.)
7     MR. STRAIN:  Thank you.
8 BY MS. ABARAY:
9     Q.   All right.  And this is a pretty lengthy
10 document, but I wanted to give you a chance to get an
11 overview for it, and I just have a few specific
12 questions.
13     A.   Do you want me to look at all of these
14 changes or are we going to -- I -- I know what -- I
15 know what the document is.
16     Q.   Okay.  Yeah.  And I'll direct your
17 attention.
18     A.   It's a draft of an article.
19     Q.   Okay.  So Exhibit 248 is an e-mail dated
20 January 12th, 2004, from Louis Mini to Charles
21 Schwamlein and various people at Abbott, and it's
22 attaching a Word version of the manuscript with
23 comments from various people at Abbott written in red
24 and blue ink?

27 (Pages 498 to 501)

Confidential - Subject to Further Confidentiality Review

Page 502

1    A.   That's correct.
2    Q.   And, again, do you see that the original
3  title as set forth by Dr. Holmes' group is "Valproate
4  Monotherapy is a Potent Teratogen in Humans"?
5    A.   Yes.
6    Q.   And Abbott, again, is taking issue with
7  that title and suggesting a different title.
8       Do you see in the blue down there a
9  suggestion of "Teratogenicity Related to Valproate
10 Monotherapy" or another suggestion in red just to use
11 the same title that was in the 2002 abstract?
12   A.   I see that and I think Dr. Mini's points
13 related to how the North American group had tutle --
14 titled abstracts in the past, including what sounds
15 like a previous one on this particular issue.
16   MR. STRAIN:  Counsel, let me -- let me just --
17 you said an additional suggestion in red and then you
18 read -- and then you quoted utilize original abstract
19 title.  On my copy that's in blue.
20   MS. ABARAY:  I thought I said that.  No, it's in
21 red.  In blue it says "teratogenicity related to
22 monotherapy or utilize original abstract."
23   MR. STRAIN:  Right.
24   THE WITNESS:  Mine is in blue.

Page 503

1    MS. ABARAY:  All right.  I apologize.
2    MR. STRAIN:  The only reason I make the
3  distinction red and blue, because it matters as to
4  apparently this indicates -- apparently, the blue was
5  the way it was received and the red were comments.
6  Thank you.
7    MS. ABARAY:  No, actually, I think the --
8  BY MS. ABARAY:
9    A.   Just for the record, Dr. Heimberger, would
10 you agree that what's written in black is the way it
11 was originally received and then the red and the blue
12 are comments from people at Abbott?
13   MR. STRAIN:  Oh, I see.
14 BY THE WITNESS:
15   A.   I would say that's possible.  I don't have
16 anything to compare from what was originally received
17 The -- the blue and the red appear to be edits to the
18 black is what I think I can get at.
19 BY MS. ABARAY:
20   Q.   Thank you.
21      And, again, this study is important
22 because Dr. Holmes is confirming that valproate is a
23 potent teratogen, correct?
24   MR. STRAIN:  Objection; form.

Page 504

1  BY THE WITNESS:
2    A.   I would say what this study showed was
3  that valproate had a four times higher rate of birth
4  defects than a group of other antiepileptics, and we
5  had the discussion previously.  I think we agreed that
6  valproate can and may cause teratogenic effects.  We
7  talked about my question of what is a definition for a
8  potent teratogen.
9  BY MS. ABARAY:
10   Q.   And the reason this is important is
11 because doctors and women using the drug want to make
12 an informed decision and they want to use a safer
13 product?
14   MR. STRAIN:  Objection; form, compound, "doctors
15 and women."
16 BY THE WITNESS:
17   A.   Doctors even at this time already had the
18 labeling for Depakote which confirms that where a
19 Category D drug, as defined by FDA, meaning we've had
20 fetal harm in humans, that we have descriptions in
21 there about spina bifida and other anomalies, and we
22 say use in the essential management of patients.
23 Doctors use all of that information in the
24 risk/benefit decision about what they would recommend

Page 505

1  for and discuss with a particular woman.
2  BY MS. ABARAY:
3    Q.   And they didn't have any quantification of
4  the comparison, that's why this data from Dr. Holmes
5  was so important, there was no quantification of the
6  comparison of the risk of valproate to other drugs on
7  the market for antiepilepsy or other indications?
8    MR. STRAIN:  Objection; form.
9  BY THE WITNESS:
10   A.   This article doesn't compare valproate to
11 any particular other drug in order to help pick one
12 versus the other.  This compares valproate to a group
13 of other antiepileptic drugs and it had a four high --
14 four times higher rate of birth defects.
15 BY MS. ABARAY:
16   Q.   It was four times higher than the entire
17 group that they compared it to?
18   A.   That's correct, in the entire group.  It
19 doesn't state anything about any particular drug.
20   Q.   And, again, this is confirming the same
21 information that you knew back in 2002 when you got
22 the first abstract from Dr. Holmes?
23   MR. STRAIN:  Objection; form.
24 BY THE WITNESS:

28 (Pages 502 to 505)

Confidential - Subject to Further Confidentiality Review

Page 506

1      A.   This is -- this is -- an abstract was
2   based on data that was at a certain place at that
3   particular time.
4           This article, which I haven't been
5   through, my -- my recollection is the draft included
6   more data.  The abstract is generally issued on
7   preliminary data.  If this was his final draft for his
8   final paper, this would have been what they were
9   looking at to send out into the peer review world for
10  publication.
11  BY MS. ABARAY:
12      Q.   And Abbott didn't want that to go out?
13      A.   No, that's not the case at all.  We gave
14  input into Dr. Holmes, we knew when we signed up for
15  the registry that if findings were had with particular
16  drugs there would be publications.  We knew that when
17  we signed up.  And we have not tried to stop that.
18      Q.   I see.
19           Now, let me hand you what we'll mark as
20  Exhibit 249.
21           (WHEREUPON, a certain document was
22            marked Deposition Exhibit No. 249,
23            for identification, as of 01/14/14.)
24  MR. STRAIN:  Thank you.

Page 507

1      MS. ABARAY:  Uh-huh.
2   BY MS. ABARAY:
3      Q.   I might have clipped more than one --
4      MR. STRAIN:  You did.  I have -- let me just
5   tell you what I have and you can tell me whether
6   that's what you want.
7      MS. ABARAY:  Yeah.
8      MR. STRAIN:  I have one -- two chains dated
9   March 2nd, '04, one at 9:36 and one at 6:29, both
10  p.m., and then I have a single page abstract which has
11  a Bates 5153.
12           Was that your intention?
13      MS. ABARAY:  Yeah, let's --
14  BY MS. ABARAY:
15      Q.   Do you have the one that has 154 on the
16  Bates number?
17      A.   Okay.
18      Q.   Okay.
19      A.   And set these aside?
20      Q.   Yes, please.  Thank you.
21      MR. STRAIN:  That's -- that's the only one?
22      MS. ABARAY:  Yes.  Here, let me take that other
23  one back.  Thanks.
24           Sorry for the confusion there.

Page 508

1   BY MS. ABARAY:
2      Q.   All right.  You have Exhibit 154 before
3   you?
4      A.   No.  I have 249.
5      Q.   Oh, sorry.  249.
6           And do you see it's an e-mail dated
7   March 2nd, 2004, between various people at Abbott?
8      A.   That's correct.
9      Q.   All right.
10          And, again, this is an e-mail in regard to
11  the -- the manuscript, the proposed manuscript for the
12  antiepileptic drug registry?
13      A.   I'm a little bit confused on the e-mail,
14  because I see what you're pointing to.  The e-mail
15  with Charles does talk about regarding a proposed
16  manuscript.  The next e-mail talks about the last
17  sentence of an abstract discussion.  I don't know
18  whether that was part of the manuscript, and then
19  says, also, I just received the manuscript, and then
20  it does talk a little about that.
21      Q.   All right.  So let's look at the
22  discussion from Louis Mini to Charles on the middle of
23  the first page.
24      A.   Yes.

Page 509

1      Q.   And do you see that, first of all, there
2   is a discussion about changing the last sentence of
3   the abstract of the article to -- to state, "When
4   consulting women of childbearing age, risk of
5   teratogenicity should be an important factor in
6   selecting therapy."
7      A.   I see that sentence.
8      Q.   And then if you go on, there is a
9   statement, "Also, I just received the revised
10  valproate AED Pregnancy Registry manuscript,"
11  underlined, "and although the authors did not fully
12  incorporate all our comments, they did indeed change
13  most of the major ones, such as," first bullet point,
14  "changing the title from 'Valproate Monotherapy is a
15  Potent Teratogen in Humans' to one identical to this
16  abstract, 'Evidence of Increased Birth Defects in the
17  Offspring of Women Exposed to Valproate During
18  Pregnancy, Findings From the AED Pregnancy Registry.'"
19          Do you see that?
20      A.   Yes.
21      Q.   Would you agree with me that the title
22  "Valproate Monotherapy is a Potent Teratogen in
23  Humans" delivers quite a different message than a
24  title of "Evidence of Increased Birth Defects in the

Confidential - Subject to Further Confidentiality Review

Page 510

1  Offspring of Women Exposed to Valproate During
2  Pregnancy, Findings From the AED Pregnancy Registry"?
3       MR. STRAIN:  Objection; form.
4  BY THE WITNESS:
5       A.  I would go back to what we discussed
6  previously.  Namely, that my comments around, you
7  know, what is a potent teratogen.  The important point
8  is to compare -- convey the message that there are
9  birth defects associated with valprodate, which is
10  either used by calling them birth defects or by
11  calling them a teratogen.  We talked about the word
12  "potent" previously.
13       And as I said, we put forward our -- our
14  comments, one of which was should the title be
15  consistent to what you titled the abstract previously,
16  and it was up to the scientific advisory committee,
17  which included the neurologists and the -- the people
18  from the government to decide what they thought was
19  appropriate.
20       MS. ABARAY:  Could you read my question back
21  again, please.
22       (WHEREUPON, the record was read
23            by the reporter as requested, as
24            follows:

Page 511

1            "Q.  Would you agree with me that
2       the title 'Valproate Monotherapy is a
3       Potent Teratogen in Humans' delivers
4       quite a different message than a
5       title of 'Evidence of Increased Birth
6       Defects in the Offspring of Women
7       Exposed to Valproate During
8       Pregnancy, Findings From the AED
9       Pregnancy Registry'?")
10  BY MS. ABARAY:
11       Q.  Could you answer that question, please?
12       A.  Again, in -- in my mind the two titles
13  describe either birth defects or a teratogen, which is
14  something that would be concerning, either way.  And
15  so I don't agree that the message within these two is
16  different.  It's stated differently.  Again, we
17  commented back to them about perhaps they should use
18  the title related to their original abstract.
19       Q.  Do you agree that the important point from
20  Dr. Holmes' study as well as many of the studies that
21  were discussed with you yesterday by Mr. Sampson is
22  the comparative risk of birth defects with valproate
23  as opposed to other treatment options?
24       MR. STRAIN:  Objection; form, compound.

Page 512

1  BY THE WITNESS:
2       A.  So, I believe that Dr. Holmes' study is
3  different from the previous studies that were
4  discussed yesterday.  So I'm not going to compare it
5  to them.  It was a prospective study.  It had a common
6  definition of malformations.  It was done with a group
7  of people judging in a very deliberate way and had
8  many other advantages and has been the best and I
9  think the largest study done to date.
10       I think the finding of that particular
11  study was that Depakote has a four times higher rate
12  of birth defects than all of the other agents,
13  antiepileptic agents as a group, and that it doesn't
14  state data about any individual antiepileptic agent
15  versus Depakote.
16  BY MS. ABARAY:
17       Q.  The point being that the quantitative
18  information is important for doctors and patients?
19       MR. STRAIN:  Objection; form, calls for --
20  compound, "doctors and patients."
21  BY THE WITNESS:
22       A.  The -- the information, which is currently
23  in our product labeling, for physicians to utilize, is
24  that it's four times greater than the group of other

Page 513

1  antiepileptics.  As I said before, it doesn't compare
2  to every individual antiepileptic.
3  BY MS. ABARAY:
4       Q.  And Abbott didn't want that message to get
5  out that Depakote created a four times greater risk
6  than the other antiepileptic drugs?
7       A.  I don't agree with that.
8       Q.  And if we continue on in these bullet
9  points, the next successful thing that Abbott managed
10  to do in regard to editing this manuscript was
11  removing the words "potent teratogen" throughout the
12  paper.
13       Do you see that?
14       MR. STRAIN:  Objection; improper form.
15  BY THE WITNESS:
16       A.  Yes, I see the sentence that you are
17  referring to.
18  BY MS. ABARAY:
19       Q.  And the next bullet point is, "Removing
20  the conclusion sentence, 'VPA is a potent teratogen in
21  humans and its use should be reduced to the minimum or
22  substituted by another safer AED.'"
23       A.  Yes.
24       MR. STRAIN:  Objection; form.

30 (Pages 510 to 513)

Confidential - Subject to Further Confidentiality Review

Page 514

1  BY MS. ABARAY:
2     Q.  So that was another success for Abbott in
3  terms of editing the manuscript?
4     MR. STRAIN:  Objection; form.
5  BY THE WITNESS:
6     A.  I disagree with that.  I think we've
7  talked about before that there was no comparison to
8  any individual AED.  So how one would say from their
9  article that Depakote is safer than one versus the
10 other quantitatively, I don't know, because, as we
11 know, there was an issue published with phenobarbital
12 and our rates weren't four times greater than
13 phenobarbital.
14        Aside from that, in treating the epileptic
15 patient, there are a whole host of things that come
16 into play that have to be considered.  We also talked
17 about the word "potent teratogen" previously.  As I
18 said, I'm not sure exactly what that means, but the
19 important point to convey is that there are
20 teratogenic or birth defects issues that are caused
21 with the drug.
22 BY MS. ABARAY:
23    Q.  Then the next conclusion by Dr. Mini is,
24 "Overall much better."

Page 515

1        Do you see that?
2     A.  Yes, I do.
3     Q.  And finally, turning the page he states,
4  "So it appears our input did make a difference.  Good
5  job, Charles."
6        Do you see that?
7     A.  Yes, I do.
8     Q.  And going back to your original e-mail
9  about why did we fund the North America Antiepileptic
10 Drug Pregnancy Registry, you had stated it was so the
11 company could have input.
12        Do you recall that?
13    A.  I would like to see the original e-mail.
14    MR. STRAIN:  It is 245, Doctor.
15 BY THE WITNESS:
16    A.  I did not discuss funding in the e-mail
17 that I sent.  I talked about why we joined the
18 registry.  We joined the registry so we'd be kept
19 apprised of what was coming out of it and so that we
20 could give input.  We did give input on the abstract,
21 on the draft.
22        Again, they have an independent group who
23 own this study.  They have a scientific advisory
24 committee, which includes someone from the CDC and the

Page 516

1  NIH, as well as neurologists, and it's up to them to
2  take our input, plus any other input that any other
3  company gives them, whatever publications they review.
4  BY MS. ABARAY:
5     Q.  And Dr. Heimberger, joining the registry
6  means paying money to the registry?
7     A.  When we joined the registry, not my area,
8  but the company had to pay a certain amount of money
9  to support the efforts that went into collecting the
10 data.
11    Q.  And if the company decides to quit paying
12 the money to the registry, then the company would no
13 longer be a member of the registry?
14    MR. STRAIN:  Objection; form.
15 BY THE WITNESS:
16    A.  If -- if the company decides not to pay
17 the money or not to be a mem- -- presumably we
18 wouldn't be a member of the registry.  However, the
19 data about our product would continue to come out.
20 BY MS. ABARAY:
21    Q.  Without any input from the company?
22    MR. STRAIN:  Objection; form.
23 BY MS. ABARAY:
24    Q.  Correct?

Page 517

1     A.  Without -- presumably if we were not a
2  member of the company, they wouldn't send us things to
3  review.
4     Q.  Dr. Heimberger, I'm handing you what we're
5  marking as Exhibit 251.
6        (WHEREUPON, a certain document was
7        marked Deposition Exhibit 251, for
8        identification, as of 01/14/14.)
9     MR. STRAIN:  Thank you.  2 --
10    MS. ABARAY:  Do I have the wrong number?  Oh, I
11 skipped 250.  Oh, we'll do this as 251 and I'll come
12 back to 250.
13 BY MS. ABARAY:
14    Q.  Oh, I'm sorry.
15        Do you see that Exhibit 251 is an e-mail
16 exchange between Abbott employees dated June 1st,
17 2004, regarding a study proposal by Dr. Lew Holmes?
18    A.  It is an e-mail from that time period.  It
19 talks about an inquiry from Dr. Holmes, which I don't
20 think I see in -- in this e-mail.  If it's here,
21 please point it out.
22    Q.  It is on the back side.
23    A.  Oh, I'm sorry.
24    Q.  That's okay.

31 (Pages 514 to 517)

Confidential - Subject to Further Confidentiality Review

Page 518

1    A.   I didn't know there was a back side.
2         Okay.
3    Q.   All right.  So you see on the back side of
4    Exhibit 251 is an e-mail from Dr. Holmes to Dr. Lou
5    Mini at Abbott.  So it's from Lew to Lou.  It is a
6    little confusing.  But Lew Holmes from the pregnancy
7    registry is asking Lou Mini at Abbott if Abbott would
8    be willing to sponsor a study that Lew Holmes wanted
9    to conduct in regard to neurodevelopmental delay with
10   valproate-exposed children.
11   A.   He is asking about how to present a
12   potential pilot study to Abbott that his team has met
13   about, I think.
14   Q.   All right.  And the pilot study is one
15   where he wanted to conduct imaging of brains of
16   children exposed to valproate to see if there were any
17   changes that could be identified?
18   A.   It says, "I propose that we carry out a
19   pilot study of VPA-exposed children to determine
20   whether or not they have associated brain changes that
21   would be identified with imaging."
22   Q.   And the response from Dr. Mini, who
23   forwarded this to John Kody, was that he wasn't going
24   to recommend this, correct?

Page 519

1    A.   But let me just refresh my --
2    Q.   Sure.
3    A.   Actually, what it says is that he referred
4    Dr. Holmes to the investigator-initiated study
5    process, which would be the process that one would use
6    if one were an external investigator and wanted to
7    request funding for a pilot study.
8    Q.   He -- and then he said in his last
9    sentence, "However, I'm passing this on, just FYI"?
10   A.   Yes.
11   Q.   And, again, this went to John Kody, who
12   you previously identified, I believe, as the business
13   person?
14   A.   I think it said business unit director on
15   the e-mail we looked at earlier.
16   Q.   All right.  So, again, research requests
17   for scientific studies are being discussed at Abbott
18   with the business folks?
19   A.   I don't --
20   MR. STRAIN:  Did you finish your question?
21   MS. ABARAY:  Yes.
22   MR. STRAIN:  Objection; form.
23        You may answer, Doctor.
24   BY THE WITNESS:

Page 520

1    A.   There is a process.  I don't think that
2    Dr. Holmes has initiated the process for making a
3    research request.  I think that's pointed out in the
4    e-mail.  I do think that Lou Mini shared that
5    information with John.
6    BY MS. ABARAY:
7    Q.   And Abbott never sponsored a study by
8    Dr. Holmes to do CMS imaging the brains of children
9    exposed to valproate, did it?
10   A.   I do not know whether it was ever
11   submitted or whether it was ever sponsored.
12   Q.   You've never heard of it before?
13   A.   I'm not familiar with it.
14   Q.   And I'll hand you what we'll now mark as
15   Exhibit 250.
16        (WHEREUPON, a certain document was
17        marked Deposition Exhibit 250, for
18        identification, as of 01/14/14.)
19   MR. STRAIN:  Thank you.
20   MS. ABARAY:  Uh-huh.
21   BY THE WITNESS:
22   A.   Do I need to read this press release?
23   BY MS. ABARAY:
24   Q.   Yes.  In particular, do you see the part

Page 521

1    that's in red?
2    A.   Oh, I haven't gotten to that yet.
3    Q.   Okay.
4        All right.  Do you see that Exhibit 250 is
5    an e-mail sent by Jane Meinhold to Louis Mini at
6    Abbott?
7    A.   I do.
8    Q.   And it's a -- a forward of information
9    that had been circulated regarding a press release of
10   April 28, 2004?
11   A.   Yes.
12   Q.   And the press release is from Em -- it
13   states, "Emory researcher examines effects of
14   antiepileptic drugs on pregnant women and their
15   offspring."
16        Do you see that?
17   A.   Yes.
18   Q.   And this would be an early report of the
19   NEAD study, which is the neuro -- neuro epileptic --
20   yes, neurodevelopmental --
21   MR. STRAIN:  It says it in the press release.
22   MS. ABARAY:  Oh, thank you.  It is hard to keep
23   it straight.  Okay.
24   BY MS. ABARAY:

32 (Pages 518 to 521)

Confidential - Subject to Further Confidentiality Review

Page 522

1    Q.   The Neurodevelopmental Effects of
2  Antiepileptic Drugs is the NEAD study, and that is the
3  one that is headed up by Dr. Meador, correct?
4    A.   That's correct.
5    Q.   And so this is a report of the results of
6  Dr. Meador, and if you note the part that's in red, it
7  states, "The percentages of children with birth
8  defects, developmental disabilities or death for each
9  antiepileptic drug were as follows:  carbamazepine
10  10 percent, lamotrigine 2 percent, phenytoin
11  7 percent, and valproate 28 percent."
12    A.   I see that.
13    MR. STRAIN:  Objection; form.
14  BY MS. ABARAY:
15    Q.   And were you aware of that at the time
16  back in 2004 that Dr. Meador had obtained these
17  results?
18    A.   Was I aware of this particular press
19  release, I don't have recollection of that.  I was
20  aware at some point in that time period that
21  Dr. Meador had a study.
22    Q.   Were you aware that his study indicated
23  that the risk of birth defects, developmental delay or
24  death for children exposed to Depakote in utero

Page 523

1  totaled 28 percent?
2    MR. STRAIN:  Objection; form.
3  BY THE WITNESS:
4    A.   I don't know specifically to this.  In
5  fact, they are adding different things together, and I
6  think somewhere in this article it was noted that it
7  was preliminary information and they essentially
8  concluded by saying this needed to be considered when
9  thinking about options for drugs during pregnancy and
10  that Dr. Meador's study needed to continue to help us
11  determine the different risks between the AEDs on the
12  market.
13  BY MS. ABARAY:
14    Q.   Did you consider it alarming that more
15  than 1 in 4 of the fetuses exposed to Depakote in this
16  study either died, had a birth defect, or a
17  developmental delay?
18    MR. STRAIN:  Objection; form.
19  BY THE WITNESS:
20    A.   I think a couple of things.
21    No. 1, there is no study here.  This is a
22  press release that we are looking at and we are
23  combining three different conditions that we are
24  talking about.

Page 524

1    We did know that Dr. Meador was focused on
2  developmental delay.  In fact, there was a meeting at
3  the company and I believe he was included, as well as
4  other researchers, and as the output of some input
5  that we received from that meeting, when we filed the
6  North American changes in early 2005, we also filed
7  for developmental delay and the FDA would not approve
8  that because they said the data was preliminary.
9  BY MS. ABARAY:
10    Q.   And we will get to the accuracy or
11  inaccuracy of the information that Abbott provided to
12  the FDA in 2005.
13    I would like to look back at Exhibit 250
14  where it's an e-mail sent privately from Jane Meinhold
15  to Lou Mini in regard to the NEAD data.  And she
16  states, "I wanted to write this privately.  Three
17  years ago when I first started, Meador was looking for
18  assistance with this project.  (I believe they were
19  originally not going to include Divalproex).  Ken and
20  I consulted various people about powering, design, et
21  cetera.  Then, we were told that there was no interest
22  on Abbott's part to find something of this nature, so
23  we eventually dropped following up with this idea.
24  Ken was afraid it would 'come back and get us', much

Page 525

1  like the PCOS issue."
2    Do you see that?
3    A.   I do.
4    MR. STRAIN:  Just -- just --
5  BY MS. ABARAY:
6    Q.   And PC --
7    MR. STRAIN:  Let me just for a minute, Counsel,
8  I object and move to strike the preamble to that last
9  question.  Please continue.
10  BY MS. ABARAY:
11    Q.   PCOS would be polycystic ovary syndrome,
12  correct?
13    A.   That's correct.
14    Q.   So apparently there was an issue that
15  Abbott had funded a study on PCOS and it had come back
16  and gotten Abbott, is that correct?
17    A.   I'm not aware of that.
18    Q.   Are you aware that Abbott had to change
19  its label for Depakote in regard to polycystic ovary
20  syndrome to add a warning in regard to that?
21    A.   I -- No. 1, I can't recall right now
22  without looking at labeling as to whether it is in the
23  warning section or not.  It may not be.
24    I did know that we had a label change.  I

33 (Pages 522 to 525)

Confidential - Subject to Further Confidentiality Review

Page 526

1  don't -- I'm not recalling the basis behind that label
2  change and I don't know whether or not we -- I'm not
3  involved in the decisions about funding research. So
4  I can't speak to that.
5  　Q.　Do you know who Ken is?
6  　A.　I believe that is Ken Sommerville.
7  　Q.　And what is Ken Sommerville's position?
8  　A.　He was -- he is not with the company right
9  now.
10  　Q.　Well, what was his position back in 2004?
11  　A.　He is a neurologist who was on the
12  clinical research team.
13  　Q.　So Abbott had no interest to fund
14  something of the nature of what Dr. Meador was doing
15  in regard to studying neurodevelopmental delay and
16  other congenital abnormalities?
17  　A.　All I can say about this e-mail, I don't
18  even know who Jane Meinhold is, but it is her belief,
19  she wrote this e-mail, she is writing down what she
20  believes Ken's beliefs were. I -- I don't know
21  anything else about it.
22  　Q.　So Abbott turned down Dr. Holmes or failed
23  to fund Dr. Holmes in regard to doing a study on the
24  brains of children exposed to Depakote to detect if

Page 527

1  there was any neurodevelopmental delay and they turned
2  down an opportunity to fund Dr. Meador in regard to
3  his study on neurodevelopmental delay, is that
4  correct?
5  　MR. STRAIN: Objection; form, compound, in
6  addition to prior -- the prior marked
7  exhibit concerning Dr. Holmes makes it clear that your
8  reference is not accurate.
9  　　You may -- you may answer, Dr. Heimberger.
10  BY THE WITNESS:
11  　A.　As I said previously, I don't have any
12  involvement in funding research studies. I don't know
13  what has or has not been funded over a period.
14  　MS. ABARAY: And if I could ask, in the future,
15  Mr. Strain, if you could avoid the speaking
16  objections.
17  　MR. STRAIN: Please, Counsel, don't -- I'm --
18  you've referred to Dr. Holmes and the document made
19  clear that your reference was not accurate and posed
20  it up as a --
21  　MS. ABARAY: That's still a speaking objection.
22  　MR. STRAIN: Not at all.
23  　MS. ABARAY: That's a speaking objection.
24  　MR. STRAIN: Not at all.

Page 528

1  　MR. WILLIAMS: Mr. Strain, please don't coach
2  the witness and suggest answers or perhaps avoiding
3  the answer, please. That's -- that's really
4  inappropriate.
5  　MR. STRAIN: Not at -- not at all, Counsel.
6  　MR. WILLIAMS: If you would -- if you would
7  restrain, it would be appreciated.
8  　MR. STRAIN: Not at all, Counsel.
9  　MR. WILLIAMS: Not at all you won't restrain?
10  　MR. STRAIN: Not at all what I have done is
11  inappropriate.
12  　MR. WILLIAMS: Oh...
13  　MR. STRAIN: Thank you.
14  　MS. ABARAY: I'm going to mark Exhibit 252.
15  　　(WHEREUPON, a certain document was
16  　　marked Deposition Exhibit 252, for
17  　　identification, as of 01/14/14.)
18  BY MS. ABARAY:
19  　Q.　Do you see that this is an e-mail
20  regarding the revised Sanofi CSI for valproate?
21  　A.　Yes.
22  　Q.　And the CSI is the core safety
23  information?
24  　A.　Yes.

Page 529

1  　Q.　And so this would be a document that sets
2  forth safety information regarding valproate that is
3  published by Sanofi in Europe?
4  　A.　Not quite. What I believe this is was --
5  I believe previously that Sanofi's product probably
6  had national labels and then they need to come to a
7  core of information and it's the core of what the
8  company believes is the safety related to the product,
9  I think is what this is referring to.
10  　Q.　So this core safety information would be
11  the model used by countries throughout the world to
12  develop labeling for Depakote in their particular
13  country?
14  　A.　Can you say that again?
15  　Q.　This core of information would be used
16  throughout the rest of the world to develop labeling
17  in each country where Depakote was marketed?
18  　A.　If they were -- it's hard to say, because
19  I suspect that there were originally national
20  approvals. So if Sanofi developed core information,
21  what would have been desired to be happened is that
22  the countries adopt that into their labeling,
23  depending whether it was still national or whether it
24  had -- that had been brought into a more common

34 (Pages 526 to 529)

Confidential - Subject to Further Confidentiality Review

Page 530

1  process may have made a difference at that time.  But
2  conceptually it's what you would put -- what Sanofi
3  would put in all its territories for that
4  particular --
5      Q.  And Sanofi's territories would have been
6  the entire world except the United States?
7      A.  And Canada, I believe.
8      Q.  So Canada was separate from Sanofi?
9      A.  I believe we had the US and Canada.
10     Q.  So turning your attention to Exhibit 252,
11  do you see there is a comparison here that shows
12  changes being made in the Sanofi core safety
13  information and then a comparison to what is in the
14  Abbott or the United States and Canada information?
15         And first off, do you see in -- on the
16  first page under Changes in Sanofi CSI under Pregnancy
17  there has been new language added that states,
18  "Developmental delay has been very rarely reported in
19  children born to mothers with epilepsy.  It is not
20  possible to differentiate with what may be due to
21  genetic, social, environmental factors, maternal
22  epilepsy or antiepileptic treatment."
23     A.  Yes.
24     Q.  And they are pointing out that even though

Page 531

1  developmental delay is included as a potential in the
2  Sanofi core sheet, it is not included in Abbott's?
3      MR. STRAIN:  Objection; form.
4  BY THE WITNESS:
5      A.  They are pointing that out that it is in
6  the core sheet.  That doesn't necessarily mean it's in
7  the -- every individual country label.  And as I said
8  before, we were rejected on our mult -- on our
9  developmental delay submissions to FDA when we tried
10  to add that language several different times.
11  BY MS. ABARAY:
12     Q.  Yes, and we are going to get into that.
13         So then moving to the next page, do you
14  see the strikeout in red on the Sanofi data?  The
15  strikeout specifically, "The global risk of
16  malformations in women receiving valproate during the
17  first trimester of pregnancy is not higher than the
18  risk described with other antiepileptics."
19     A.  Yes, I see the strike out.
20     Q.  And so Sanofi decided to delete that
21  language from their label in 2002 because obviously it
22  would be misleading to suggest that the risk was not
23  higher with valproate?
24     MR. STRAIN:  Objection; form.

Page 532

1  BY THE WITNESS:
2      A.  Again, I can't say why Sanofi decided to
3  strike the language and on what they based that.
4  BY MS. ABARAY:
5      Q.  And by comparison, the Abbott label in
6  2002 stated, "There are multiple reports in the
7  clinical literature that indicate the use of
8  antiepilepsy drugs during pregnancy results in an
9  increased incidence of birth defects.  The higher
10  incidence of congenital anomalies in antiepileptic
11  drug-treated women with seizure disorders cannot be
12  regarded as a cause-and-effect relationship."
13     A.  That is what that says.  And as we talked
14  about yesterday, this is class labeling from the FDA.
15     Q.  And Abbott still had that class labeling
16  in its label in 2002 and all of the way through 2006
17  even though it was highly inaccurate?
18     A.  I would say several things.  This is one
19  piece of multiple things that we had about birth
20  defects in our labeling.
21         First of all, we had Category D, that's
22  FDA's categorization of pregnancy, which says we have
23  fetal harm.  Not all other products had that
24  information.  We had the spina bifida information in

Page 533

1  there.  We have always said, use this when it's
2  essential in the management or later we used
3  risk/benefit terms.  So this information was in there.
4         I can't speak to the years.  You said 2002
5  to 2006.  I know that -- I haven't seen all of the
6  labels, so I can't say was that exactly in here in
7  this way the whole time.
8      Q.  You do agree that it's inaccurate to say
9  that the higher incidence of congenital anomalies with
10  Depakote cannot be regarded as a cause-and-effect
11  relationship?
12     MR. STRAIN:  Objection; form.
13  BY THE WITNESS:
14     A.  I believe, as I've said before, that this
15  is class labeling.  What this talks about, the higher
16  incidence in epileptic women with seizures cannot be
17  regarded as cause and effect, has been played out over
18  time.  We have since added the North American data
19  which was published in 2005 and we promptly submitted
20  that for a labeling change.
21  BY MS. ABARAY:
22     Q.  You promptly submitted it years after
23  Sanofi had already changed its label to remove any
24  suggestion that valproate did not have a higher risk?

35 (Pages 530 to 533)

Confidential - Subject to Further Confidentiality Review

Page 534

1     MR. STRAIN: Objection; form.
2     BY THE WITNESS:
3         A.   There are -- there are a couple of things.
4         I don't know what language got into any of
5     Sanofi's labels. I can't say that from this
6     particular document. We were participating in the
7     North American registry. That was the best data that
8     there has been. And when that was finalized and
9     through peer review we changed it promptly.
10    BY MS. ABARAY:
11        Q.   So your definition of prompt is whenever
12    Abbott did it?
13        MR. STRAIN: Objection; form.
14    BY THE WITNESS:
15        A.   My definition of prompt was after the
16    final data came out.
17            FDA does not change labels based on
18    preliminary information. In fact, for another reason
19    we actually submitted to them, because they requested
20    the abstract in January of 2004. So they had the data
21    from the registry. There were government people on
22    the scientific advisory. And we were not asked to
23    change the labeling.
24    BY MS. ABARAY:

Page 535

1         Q.   Well, may I ask you, whose drug is
2     Depakote? Is it FDA's drug? Does FDA make the money
3     off the sales of Depakote?
4         MR. STRAIN: Objection; form.
5     BY THE WITNESS:
6         A.   Clearly, Abbott is FD -- Abbott is the
7     manufacturer of Depakote. That said, there is a
8     process by which labeling for drugs is both
9     developed --
10    BY MS. ABARAY:
11        Q.   Excuse me.
12        A.   And --
13        Q.   That's not responsive to my question.
14        MR. STRAIN: Please -- please -- please don't
15    interrupt.
16        MS. ABARAY: Well, no. She is giving speeches.
17        MR. STRAIN: Please -- please don't --
18        MS. ABARAY: I asked a very simple question,
19    whose drug --
20        MR. STRAIN: You asked, with respect, you asked
21    a nonsensical question.
22        MS. ABARAY: Well --
23        MR. STRAIN: Everybody knows that Depakote is
24    manufactured by Abbott, okay.

Page 536

1     BY MS. ABARAY:
2         Q.   All right. And everybody knows that the
3     label is the responsibility of the drug company.
4         MR. STRAIN: Okay. Now --
5     BY MS. ABARAY:
6         Q.   Do you agree with that?
7         MR. STRAIN: Now, Counsel, you interrupted her.
8         MS. ABARAY: I know, because she is giving
9     speeches.
10        MR. STRAIN: Let me finish what I'm saying. She
11    wasn't giving a speech.
12        MS. ABARAY: She is.
13        MR. STRAIN: She was doing her best --
14        MS. ABARAY: She has been doing it all day.
15        MR. STRAIN: Just please don't interrupt me.
16    Just let me just finish what I'm saying. You might
17    even like what I'm going to say. All right.
18            You interrupted her. With respect, it was
19    a very nonsensical question. For that reason, I'm not
20    going to make a big issue of your interrupting her
21    that time.
22            You may ask your next question.
23    BY MS. ABARAY:
24        Q.   Do you agree with me that Abbott is the

Page 537

1     marketer of Depakote?
2         A.   Abbott is the marketer of Depakote.
3         Q.   And do you agree with me that Abbott has a
4     responsibility to be sure that its products are safe?
5         A.   Abbott has a responsibility to reflect the
6     safety profile that's necessary for prescribing in the
7     labeling and that goes through a process which has to
8     be approved by FDA.
9         Q.   Well, it is more than just making sure
10    your label has information, isn't it, Dr. Heimberger?
11        A.   I don't understand your question.
12        MR. STRAIN: Objection; vague.
13    BY MS. ABARAY:
14        Q.   Well, we started off today looking at two
15    products that Abbott had on the market that both had
16    to be taken off the market because they weren't safe?
17        MR. STRAIN: Objection; form.
18    BY MS. ABARAY:
19        Q.   Do you recall that?
20            We talked about Meridia and we talked
21    about Om -- Omniflox.
22        A.   I recall talking about them, yes.
23        Q.   And both of those are products that came
24    off the market because it was Abbott's responsibility

36 (Pages 534 to 537)

Confidential - Subject to Further Confidentiality Review

Page 538

1 to make sure that its products are safe?
2     MR. STRAIN: Objection; form.
3 BY THE WITNESS:
4     A.   Those products came off the market.
5 Temafloxacin came off the market because of adverse
6 events. We talked about that. We talked about we had
7 a conversation with the FDA and we voluntarily re --
8 recalled that. With Meridia, we talked about that it
9 was the result of the SCOUT study around
10 cardiovascular effects. Again, discussions with the
11 agency, and we removed the drug.
12 BY MS. ABARAY:
13     Q.   And interestingly, was the SCOUT study
14 done by Abbott?
15     A.   Yes.
16     Q.   You paid for that study?
17     A.   I believe we conducted the study, but,
18 again, I'm not the person in clinical research.
19     Q.   And one of the responsibilities of a drug
20 company is to conduct studies to make sure their
21 product is safe?
22     A.   A -- a -- a drug company needs to make
23 sure that you look at the information around safety
24 and when there are issues that you take actions,

Page 539

1 dependent on what the issue is. One doesn't study
2 every single item. You label, you may do different
3 sorts of activities.
4     Q.   And so you agree with me that merely
5 changing a label is not the be all and end all of a
6 drug company's responsibility in terms of maintaining
7 the safety of its products?
8     MR. STRAIN: Object. Excuse me.
9        Objection; form, vague.
10 BY THE WITNESS:
11     A.   It's hard to know how to address that
12 question.
13        The labeling is the most key piece of
14 information that contains the important prescribing
15 information and it needs to contain the information
16 physicians need to prescribe and it needs to reflect
17 the safety profile of the product.
18        I think what I said is we may do other
19 things depending on what we're trying to investigate,
20 but most importantly is if we know there is a clear
21 issue that we inform the prescriber.
22 BY MS. ABARAY:
23     Q.   And it would also be important to timely
24 identify an issue by doing adequate study?

Page 540

1     A.   Again, it depends on the particular issue
2 at hand.
3        (WHEREUPON, a certain document was
4        marked Deposition Exhibit No. 253,
5        for identification, as of 01/14/14.)
6 BY MS. ABARAY:
7     Q.   I'm going to hand you what we're marking
8 as Exhibit 253.
9     MR. STRAIN: Thank you.
10 BY MS. ABARAY:
11     Q.   And you see that Exhibit 253 is a set of
12 e-mails dated April 15th, 2004, in which Abbott is
13 being informed by Sanofi that they are going to change
14 the label for Depakote in Europe based upon the
15 concern for developmental delay?
16     A.   It says it's Sanofi's intention to change
17 the package insert.
18     Q.   And the package insert is synonymous with
19 the label?
20     A.   Yes, that's correct.
21     Q.   If we look at the second page of the
22 document, there is an Ag -- Agnes Giudicelli from
23 Sanofi who is writing to Louis Mini at Abbott and she
24 states, "Thanks for the letter. We use quite the same

Page 541

1 arguments. Our concern is regarding new data on
2 developmental delay. Even though the teratogenicity
3 of valproate at birth is known and well documented,
4 developmental delay is only recognized years after
5 birth and may increase dramatically the percentage of
6 birth defects related to valproate. We are looking at
7 all data that can help in understanding the role of
8 valproate internal as well as from academics. We plan
9 to amend our summary of product characteristics
10 accordingly. I'm afraid we have no more contact in
11 the marketing team. Could you please help once more
12 on this matter."
13     A.   I see that, yes.
14     Q.   So the point the Sanofi doctor was making
15 is that you can't look at birth defects in isolation,
16 you have to add in all of the risks to the fetus which
17 includes not just the percentage of birth defects but
18 also the risk of developmental delay?
19     MR. STRAIN: Objection; form.
20 BY THE WITNESS:
21     A.   My understanding is that these are two
22 separate types of things. There are birth defects and
23 malformations which occur. Quite separately are
24 developmental delay issues. I'm not sure that they

Confidential - Subject to Further Confidentiality Review

Page 542

1    occur at the same time during pregnancy. Again, I'm
2    not a specialist in -- in either of these fields, but
3    my understanding is that they are two different
4    issues.
5    BY MS. ABARAY:
6        Q.   Well, they are two different issues in
7    terms of study, but in terms of being a woman who is
8    pregnant, if you are exposed to the valproate during
9    your pregnancy, you're not just only being exposed to
10   the risk of spina bifida or only being exposed to
11   hypospadias or only being exposed to heart problems,
12   you are also being exposed to the neurodevelopmental
13   and behavioral delays as well?
14       MR. STRAIN:  Objection.
15   BY MS. ABARAY:
16       Q.   It's a cumulative risk, wouldn't you
17   agree?
18       MR. STRAIN:  Objection; form.
19   BY THE WITNESS:
20       A.   I don't agree to your cumulative problem.
21   I agree there are risks.  There are separate risks.
22       So you have a risk of getting a birth
23   defect of various types.  You also may have a risk of
24   your child having developmental delay.  I don't

Page 543

1    understand what you mean by cumulative.  In my
2    understanding those are two different types of medical
3    issues.
4    BY MS. ABARAY:
5        Q.   Well, what I mean by that is if I'm a
6    pregnant woman and I want to know is my baby going to
7    be hurt because I'm taking this medicine, I want to
8    know what's my odds of having a healthy, normal child,
9    and if they are diminished because of
10   neurodevelopmental delay, if they are diminished
11   because of autism, if they are diminished because of
12   limb defects, of spina bifida.  I want to know the
13   whole picture.  What's my chances of having a normal,
14   healthy child.
15       Don't you think that's what women want to
16   know?
17       MR. STRAIN:  Objection; form.
18   BY THE WITNESS:
19       A.   I -- I think women are going to be
20   concerned about whether or not their child will be
21   healthy and they will want to understand the risks.
22       What I'm trying to say is the risks are
23   not cumulative.  When any patient takes any drug we
24   may know that the risk of a certain thing is

Page 544

1    5 percent, a risk of another thing is 2 percent, but
2    you don't add all of that together.
3        In this instance we know that the risk of
4    having a birth defect, which was one of the things you
5    said you might be concerned about, is 10 percent.
6    That's in the labeling.  It's also in the labeling
7    that there may be a risk regarding developmental
8    delay.
9    BY MS. ABARAY:
10       Q.   But did you tell folks, did you tell the
11   ladies, if you take this when you're pregnant, there
12   is a -- at least a 1 in 4 chance that your child is
13   not going to be a normal, healthy child?
14       MR. STRAIN:  Objection; form.
15   BY THE WITNESS:
16       A.   I don't know what data that you're
17   referring to for that information.
18       What we tell them is that there is a -- a
19   10 percent chance of birth defect, a 1 to 2 percent
20   chance on spina bifida, and we tell them that you can
21   have developmental delay and -- and we quote some
22   numbers in there.  I don't remember them off the top
23   of my head.
24   BY MS. ABARAY:

Page 545

1        Q.   So this issue that is raised by Agnes
2    Giu -- Giudicelli from Sanofi that developmental delay
3    being recognized years after birth may dramatically
4    increase the percentage of birth defects related to
5    valproate just wasn't something that you at Abbott
6    were ever focused on?
7        MR. STRAIN:  Objection; form.
8    BY THE WITNESS:
9        A.   Well, let me come in in two parts on this
10   one.
11       Honestly, I don't understand this
12   particular sentence as she wrote it.  What I do know
13   is that we were involved with developmental delay at
14   the time period that we've been discussing, and I
15   don't know the exact time period, but it probably was
16   around 2004.
17       We convened -- not myself, but we convened
18   a group of experts in the field.  I believe that
19   included a Dr. Meador.  It included another -- a
20   number of other reputable neurologists, and we talked
21   about issues, particularly about developmental delay.
22       When we submitted the North American
23   results, we submitted based on preliminary data.  I'm
24   not even sure his three-year data was done at that

38 (Pages 542 to 545)

Confidential - Subject to Further Confidentiality Review

---

Page 546

1  time, and FDA said no, you can't put that in the
2  labeling. There is not enough data. It's
3  preliminary, as they said later in 2007 or '8 when we
4  submitted.
5  BY MS. ABARAY:
6      Q.  So let's just ask this question: Had
7  Abbott bothered to do a study on developmental delay
8  back in the '80s or '90s, then the information would
9  have been available?
10     MR. STRAIN: Objection; form.
11  BY THE WITNESS:
12     A.  Again, I don't even know that
13  developmental delay was a potential question back in
14  that period of time, but what I am aware of is that
15  Dr. Meador did a study, that his study was reasonably
16  well done.
17         Our current labeling, I think as added by
18  FDA, notes that it's the best weight of the evidence,
19  even if there are some methodologic issues. And
20  honestly, when we submitted developmental delay, we
21  presented more recent information in the argument to
22  include it in the delay -- labeling. It wasn't from
23  the '80s. I think it was from the 2000s. And, again,
24  FDA, who looks at that plus anything else in the

---

Page 547

1  literature, said no.
2  BY MS. ABARAY:
3      Q.  And you don't recall that you and legal
4  and other people at Abbott went through and deleted
5  half of the studies from the 2005 White Paper that
6  Abbott sent in?
7      A.  I don't recall what you're talking about.
8      Q.  I see. All right.
9         Let me hand you what we'll mark as
10  Exhibit 254.
11         (WHEREUPON, a certain document was
12         marked Deposition Exhibit No. 254,
13         for identification, as of 01/14/14.)
14  BY MS. ABARAY:
15     Q.  And Dr. Heimberger, do you see that
16  Exhibit 254 is an e-mail dated April 15th, 2004?
17     A.  Yes.
18     Q.  Between various people at Abbott. And on
19  this one, Steve Townsend, which -- what is doctor --
20  is it Dr. or Mr. Townsend?
21     A.  I don't recall. I think it's Mr.
22     Q.  And he is in the marketing department or
23  the business area?
24     A.  No. He is not. He was in the regulatory

---

Page 548

1  department.
2      Q.  All right.
3         He said, "Lou," to Lou Mini, "Can you
4  share with me the information that was exchanged
5  between Abbott and Sanofi regarding developmental
6  delay? We will need to address their proposal
7  internally and may want to see if we can influence
8  their choice of language. In addition to our
9  prescribed exchanges of information, I believe we will
10  utilize Sanofi's PSUR for our international filings
11  (annual reports). The core data sheets which would
12  reflect a change would be part of the PSUR."
13         Do you see that?
14     A.  I do.
15     Q.  So once again, Abbott is attempting to
16  influence the language that is going out to the public
17  in regard to the risks posed by Depakote?
18     MR. STRAIN: Objection; form.
19  BY THE WITNESS:
20     A.  I think in all instances the people who
21  work on labeling are the medical people. They may
22  show it to others. With any product, we may propose
23  labeling, we share that with our partner if it's --
24  or -- or the company that's co-marketing the drug, if

---

Page 549

1  it's something where we have such an arrangement, and
2  we discuss back and forth what would be the most
3  appropriate language. At the end of the day the
4  company makes its own decision.
5      MS. ABARAY: Would you mind rereading my
6  question?
7         (WHEREUPON, the record was read
8         by the reporter as requested.)
9  BY MS. ABARAY:
10     Q.  Yeah, that was the question.
11         So you were trying to influence the
12  language used by Sanofi?
13     MR. STRAIN: Objection.
14  BY MS. ABARAY:
15     Q.  Because Abbott was going to be stuck with
16  that language in the PSUR?
17     MR. STRAIN: Objection; form.
18  BY THE WITNESS:
19     A.  Actually, there is a number of things in
20  that I don't think are true.
21  BY MS. ABARAY:
22     Q.  All right.
23     A.  We -- we talked upfront, and what I was
24  trying to say was we do talk about labeling back and

---

Confidential - Subject to Further Confidentiality Review

Page 550

1  forth and there may be difference of opinion between
2  companies. At the end of the day each company can
3  make their choice. I don't think we were trying to
4  influence or prevent, I think you said, Sanofi's
5  publication of the label. And then you said something
6  else which I can't recall at the end of the last
7  sentence.
8      Q.  And were you aware that back in 2000
9  Dr. Meador asked Charles Schwamlein to help fund his
10 research and the -- obviously the company failed to do
11 so?
12     A.  I -- I don't recall. And I haven't seen
13 the document you're looking at.
14     Q.  Now, you mentioned a meeting that the
15 company had, and this was a Depakote pre-advise -- or
16 excuse me. There was a meeting in regard to experts
17 to review Abbott's label for teratogenicity and
18 developmental delay in January of 2005, correct?
19     MR. STRAIN: Excuse me. Excuse me, just one
20 minute.
21         Objection to form, not to that question,
22 but to the prior one, since no document was marked and
23 there was an assertion by counsel. But the answer and
24 the next question were given quickly and I couldn't

Page 551

1  get it in.
2      Thank you, Counsel.
3      MS. ABARAY: Well, I am allowed to ask questions
4  and get answers without having a document.
5      MR. STRAIN: Well, I have the objection to form.
6  If you want to argue about whether it's appropriate,
7  you can, but I just wanted to, without interrupting
8  further, make sure I got the objection to form in the
9  record.
10     MS. ABARAY: Excuse me. Well, if you want me to
11 lay the foundation on that one, I'll be happy to.
12         (WHEREUPON, a certain document was
13         marked Deposition Exhibit No. 255,
14         for identification, as of 01/14/14.)
15 BY MS. ABARAY:
16     Q.  Dr. Heimberger, do you see that
17 Exhibit 255 is the request by Dr. Meador for funding
18 to Abbott in 2000?
19     MR. STRAIN: Do you have another copy?
20     MS. ABARAY: I don't know where it went.
21 BY THE WITNESS:
22     A.  Yes, I see the -- the letter.
23 BY MS. ABARAY:
24     Q.  All right. And that never happened,

Page 552

1  Abbott never funded Dr. Meador?
2      A.  I think, as I've said before, (a) I didn't
3  recall this particular letter; (b) as we talked about
4  before, my group wasn't the group who ran the process
5  for funding of studies. I think that we saw in a
6  previous e-mail that somebody said that was the
7  investigator-initiated study process, and I'm not
8  aware of whether he submitted this or did not submit
9  this to that process.
10     MR. STRAIN: Let me see that for a moment,
11 please.
12     MS. ABARAY: I assume that was Dr. Holmes that
13 you were talking about there, but I'll move to strike
14 the whole thing.
15 BY MS. ABARAY:
16     Q.  Can you just say yes or no, did Abbott
17 sponsor Dr. Meador?
18     A.  I don't know.
19     Q.  Okay. Let me hand you what we'll mark as
20 Exhibit 256.
21         (WHEREUPON, a certain document was
22         marked Deposition Exhibit No. 256,
23         for identification, as of 01/14/14.)
24 BY MS. ABARAY:

Page 553

1      Q.  And do you see that Exhibit 256 is one
2  that you were copied on and it is sending the agenda
3  for the pre-advisory meeting and also enclosing the
4  agenda for the expert meeting, the Depakote advisory,
5  to be held January 13th and 14th, 2005, at the Sofitel
6  Hotel in Chicago?
7      A.  Yes, I see it.
8      Q.  And turning to the agenda that's attached,
9  there were to be presentations by a Dr. Yerby,
10 Dr. Westerveld, Blaise Bourgeois, Dr. Meador,
11 Dr. Yerby, Dr. Hauser and then some discussion headed
12 by Dr. Pellock.
13     A.  Yes, I see that.
14     Q.  Did you attend this meeting?
15     A.  Yes.
16     Q.  Now, did you help arrange this meeting?
17     A.  No.
18     Q.  Who put the meeting together?
19     A.  I believe the sponsor was Marleen
20 Verlinden.
21     Q.  Does Marleen report -- or did Marleen
22 report to you?
23     A.  No.
24     Q.  Who did she report to?

40 (Pages 550 to 553)

Confidential - Subject to Further Confidentiality Review

Page 554

1    A.   I believe she reported to John Leonard at
2   that time.
3    Q.   John Leonard?
4    A.   That's correct.
5    Q.   And what -- what area was John Leonard in?
6    A.   Research.
7    Q.   Did any of these people report up the
8   chain to you?
9    A.   On -- on this e-mail?
10    Q.   No.  I -- I meant Marleen Van -- Verlinden
11   or John Leonard.
12    A.   No.
13    Q.   Then how about the other people in the
14   e-mail, I would assume some of these people are in
15   your area?
16    A.   Charles Schwamlein we've already said, Jim
17   Embrescia we've said.
18    Q.   Some of these people, are they also in the
19   business area?
20    A.   Bill Kormany.
21      I don't know.  I mean, some of these
22   people were admins.  I see my admin on here.  The --
23   at the end of this to list is a -- a number of admins.
24   But other than the people that we have spoken of

Page 555

1   previously, I don't know who every person on this list
2   is or where they are from.
3    Q.   Okay.  Could you refresh my recollection
4   of which ones are in the business side of Abbott?
5    A.   The ones that I know about, Blasine
6   Penkowski.  Blasine is the one that I'm sure is in the
7   business unit.
8    Q.   And she is in marketing?
9    A.   That's correct.
10    Q.   So we've established, then, that
11   Dr. Meador presented at the meeting on January 13 and
12   14 that you attended?
13    A.   That's correct.
14    Q.   And we'll mark, as our next exhibit,
15   No. 257, the PowerPoint.
16      (WHEREUPON, a certain document was
17       marked Deposition Exhibit 257, for
18       identification, as of 01/14/14.)
19    MS. ABARAY:  Oh, wait.  I'm sorry.  That's the
20   wrong one.  I don't need to use that one.  I'm trying
21   to keep moving.
22      I'm going to mark Dr. Meador's PowerPoint
23   as Exhibit 257.
24    BY MS. ABARAY:

Page 556

1    Q.   I was afraid you'd get -- these staples
2   are nasty here, so just be careful.
3    A.   Okay.
4    Q.   It was too thick to staple really.  I
5   apologize.
6      Do you recall seeing Exhibit 257 at the
7   meeting in January of 2005?
8    A.   No, I don't recall.  I know I was there,
9   but I don't recall.
10    Q.   Do you recall that you listened to
11   Dr. Meador's presentation?
12    A.   This was about ten years ago.  I was --
13   specifically remember I was there and I listened to
14   the presentations, but I don't have independent
15   recollection of it.
16    Q.   And it -- it describes, first of all, as
17   we go through this some background on behavior and
18   neurodevelopment in animals and describes how the NEAD
19   study was set up.
20      Do you see that?
21    A.   It describes some background about other
22   AEDs and impact on the brain, some demographic
23   information, then, about the NEAD study, and the aim
24   of the study, and then I think it goes into the

Page 557

1   design.
2    Q.   And under the specific aim, it says, "to
3   determine the differential effects of commonly-used
4   AEDs on neurobehavioral outcomes due to in utero AED
5   exposure."
6    A.   That's correct.
7    Q.   And by AED, we mean antiepileptic drugs?
8    A.   That's correct.
9    Q.   And then there is an explanation of the
10   study design.
11      This was a prospective study, correct?
12    A.   That's what this says.
13    Q.   And it was blinded, meaning that people
14   who were doing the assessments don't know what drug a
15   particular woman may have been exposed to at the time
16   they evaluate the outcome of the pregnancy?
17    A.   What I know from here is it says blinded
18   cognitive assessments.  So that piece was blinded.
19   And blinded generally does mean what you said, the
20   person doing the assessing doesn't know the therapy.
21    Q.   All right.  And then there is a depiction
22   of the usage, the monotherapy issue that we had
23   discussed, yesterday you talked about that, a little
24   bit more background on the study groups, inclusion

41 (Pages 554 to 557)

Confidential - Subject to Further Confidentiality Review

Page 558

1   criteria.
2       And one of the interesting things here is
3   there was a control regarding the maternal IQ in this
4   study, correct?
5       A.   I don't -- I don't know what page you've
6   gotten to.  I don't have independent recollection
7   about that.
8       Q.   Do you see the page entitled "Inclusion
9   Criteria"?
10      A.   Yes.
11      Q.   Okay.  I was looking at that, and they had
12  an inclusion criteria that the mother's IQ had to be
13  at least greater than 70.
14          But do you recall that in this study they
15  did control for maternal IQ?
16      A.   No, I don't recall.
17      Q.   And just paging through, it then says,
18  "Neurodevelopment in children of women with epilepsy"
19  and it's got this little beach picture.
20          Do you have that?
21      A.   Yes.
22      Q.   And here are some of the issues that they
23  looked at:  Maternal seizure type, number of seizures
24  in pregnancy, IQ and education of parents, other

Page 559

1   environmental factors.  And then the next
2   page indicates that "when maternal IQ is controlled,
3   no other single environmental factor has a large
4   effect," and that's from a study in 1992.
5           Do you see that?
6       A.   Presuming this is a quote from what's
7   underneath.
8       Q.   And what that means is the biggest
9   predictor of a child's IQ is their mother's IQ?
10      A.   I don't know that that's correct.
11      Q.   I see.
12          And then go to the next page.  Do you see
13  that the IQ of the mother is an issue that was
14  reviewed in this study?  They controlled for the
15  genetic influences of an IQ by tracking the IQ of the
16  mothers here?
17      A.   It -- it looks as if the IQ of the mother
18  was measured by some test, is -- is how I would
19  interpret this.  Again, I haven't read these studies.
20  And so I can only glean from what you're showing me on
21  this particular document.
22      Q.   And, again, you're the vice president of
23  clinical safety, is that the title?
24          MR. STRAIN:  Four times.

Page 560

1           You may answer again, Doctor.
2   BY THE WITNESS:
3       A.   I am the vice president of Medical
4   Services.
5   BY MS. ABARAY:
6       Q.   Medical Services.
7           Then do you see the page that has the
8   picture of the premature infant?
9       A.   I do.
10      Q.   And if you look at the issues that were
11  assessed in the NEAD study by Dr. Meador, they looked
12  at seizure classification and frequency, AED dosage
13  levels, doses and levels, pregnancy complications,
14  maternal and child diseases, nutrition and weight,
15  home environment, socioeconomic status and maternal
16  depression?
17      A.   I see those listed.
18      Q.   And then on the next page, they have the
19  primary variable for the outcome, which was the IQ
20  score of the child at age 6, and then it says,
21  "Covaried for maternal IQ plus or minus paternal plus
22  one degree maternal relative."
23          Do you know what that means to have a
24  covaried for maternal IQ?

Page 561

1       A.   So, as I said before, in my refreshing for
2   the deposition, I have not read this article, and this
3   was ten years ago.
4           I'm -- I'm assuming, based on what -- only
5   what is written here, that covaried talks about
6   something they did statistically, but that's as far as
7   I can go.
8       Q.   When you did your work at the Centers For
9   Disease Control, was covarying something that you
10  addressed in your studies?
11      A.   We may have looked at a -- let me step
12  back.
13          When I worked at the CDC, the data that I
14  actually worked with was primarily descriptive
15  epidemiology data, not statistical analysis.  If I had
16  something that required statistical analysis, that was
17  handed off to a statistician to do and actually was
18  quite infrequent.  I do know that sometimes people
19  look at covariates.  It is just the way that it is
20  worded here, it's not exactly clear to me what they
21  did.
22      Q.   All right.  And then moving onto the
23  page that says "Serious Adverse Outcomes," it's the
24  next page.

Confidential - Subject to Further Confidentiality Review

Page 562

1    MR. STRAIN: Two pages later.
2    MS. ABARAY: Yes, thank you.
3    BY THE WITNESS:
4    A.   Yes.
5    BY MS. ABARAY:
6    Q.   Do you see here that Dr. Meador was
7    explaining to Abbott -- and -- by the way, how
8    many Abbott people were at this meeting?
9    A.   Do you want me to go back to the e-mail?
10   I -- I don't know.
11   Q.   No. I'm just wondering if you remember,
12   was it a big meeting, a small meeting?
13   A.   I don't remember. If you look at that
14   previous paper, a number of experts were invited. I
15   don't know how many people from Abbott attended.
16   Q.   Do you visually remember the meeting at
17   this hotel?
18   A.   I -- I can't give you specifics about how
19   it -- I can't even tell you where the hotel was, how
20   big the conference room is. It's probably at least --
21   it's probably bigger than this, when you have the
22   number of experts who were there, but I don't have a
23   visual picture --
24   Q.   All right.

Page 563

1    A.   -- of that.
2    Q.   And do you see that the serious adverse
3    outcomes that Dr. Meador was calculating here included
4    fetal death, congenital malformation, which could be
5    related to an AED, and developmental delay?
6    A.   I see those listed under Serious Adverse
7    Outcomes.
8    Q.   Right. And so one of the things that he
9    did is if the congenital malformation was clearly a
10   congenital condition or a chromosomal condition, then
11   those were excluded.
12        Do you recall that?
13   A.   I don't recall how he treated those and I
14   don't recall whether it was in a similar manner to the
15   North American registry.
16   Q.   And then on the next page, he presents his
17   interim analysis of serious adverse events with 361
18   mother/child pairs enrolled and four antiepileptic
19   drug monotherapy groups.
20        Do you see that?
21   A.   The totalling of serious adverse events by
22   drug?
23   Q.   Yes.
24   A.   Yes, I do.

Page 564

1    Q.   And then there is data on the child's
2    gestational age, the maternal demographics in which
3    they -- maternal age and IQ have been recorded and
4    controlled for and then the next page --
5    A.   Can -- can I just comment?
6    Q.   Sure, uh-huh.
7    A.   This appears to me to be a page that lists
8    the maternal demographics. I don't know that that's
9    been controlled for anything on this page. I just
10   think what he is saying is this was the average in
11   each of these particular groups. I don't think it
12   was --
13   Q.   And you don't recall from the presentation
14   that the data presented was controlled for maternal
15   IQ?
16   A.   We talked -- that's an analysis. I think
17   this is the demographics --
18   Q.   Right.
19   A.   -- of the people as they come into the
20   study, which is before you start analyzing the data.
21   Q.   Right.
22        And then when he did analyze the data,
23   because he had the foundational information, he was
24   able to control for maternal IQ?

Page 565

1    A.   And -- and I think I said I don't recall
2    that. In particular you did have one page that I
3    think talked to control.
4    Q.   All right. And then the next
5    page similarly puts out the background information on
6    the amount of convulsions during pregnancy?
7    A.   Yes.
8    Q.   And now it's another page --
9    MR. STRAIN: It really doesn't say during
10   pregnancy, but...
11   BY MS. ABARAY:
12   Q.   That's -- that would be the implication, I
13   believe.
14   MR. STRAIN: That's a possible implication,
15   certainly.
16   BY MS. ABARAY:
17   Q.   The next page looks like a repeat page.
18   Okay. And now we have the data.
19        So starting with the data on the
20   percentage of fetal death, the maximum percentage here
21   of any group was 5 percent with the CBZ.
22        What's your understanding of CBZ?
23   A.   It's carbamazepine or tegretol.
24   Q.   And the LTG would be what?

43 (Pages 562 to 565)

Confidential - Subject to Further Confidentiality Review

Page 566

1    A.   I'm presuming that's lamotrigine.
2    Q.   And PHT?
3    A.   I'm presuming is Dilantin.
4    Q.   And which is phenytoin or phen -- how do
5  you say that?
6    A.   Phenytoin.
7    Q.   Phenytoin.
8         And then VPA being the Depakote, correct?
9    A.   That's correct.
10   Q.   So you see in this that the Depakote is
11 probably about 2.5 and the CBZ -- Z is 5 percent for
12 fetal death?
13   A.   Yes.
14   Q.   Then the next page is the percentage of
15 congenital malformations among the monotherapy groups.
16 And again we see a -- valproate at probably 13 or
17 14 percent?
18   A.   I don't see anywhere on this page that it
19 says these are the monotherapy groups.
20   Q.   Well, everybody on the study was a
21 monotherapy group, everything that we looked at --
22   A.   I -- I'd have to go back to confirm, but
23 if that's -- if it's true that everybody in the study
24 was on monotherapy, then I see the graph you are

Page 567

1  talking about for malformations.
2    Q.   So the percentage of malformations for
3  women who took VPA was approximately 13 or 14 percent
4  according to this chart?
5    A.   Yes.
6    Q.   And that is by far the highest compared to
7  the other three drugs?
8    A.   It is higher than the other drugs.  I
9  think phenytoin is 5 percent.
10   Q.   And then there is a description of the
11 types of congenital malformations that were observed,
12 and you can see these are significant malformations,
13 atrial septal defect, ventricle -- or septal defect,
14 hypoplastic right heart, coarctation of the aorta,
15 cerebral defects, cleft palates?
16   A.   I would -- I would comment that, yes, I
17 agree with you that defects -- that these are defects,
18 that defects in -- in general are serious defects.  I
19 think there are some on this list that are probably
20 more serious than others.
21   Q.   Sure, certainly.
22        And then we have the percentage of
23 developmental delay that Dr. Meador reported.  You can
24 see it looks like there is none for lamotrigine, only

Page 568

1  about 1 percent for the carbamazepine, phenytoin is
2  about 2.5 and valproate is over 10 percent.
3         Do you see those bars?
4    A.   Yes, I see those.
5    Q.   And then when you look at all three risks
6  combined, which Dr. Meador has presented, the
7  percentage of the total serious adverse event for the
8  women exposed to valproate is 25 percent.
9         Do you see that?
10   A.   I do.
11   Q.   And the next closest would be the
12 phenytoin, which is below 10 percent or maybe right at
13 10 percent?
14   A.   Yes.
15   Q.   And do you notice it says that this is
16 statistically significant to a p-value of less than
17 .0001?
18   A.   Yes, I see that.
19   Q.   So that would be a chance of 1 in 10,000
20 that this is a random association, less than 1 in
21 10,000?
22   MR. STRAIN:  Objection; form.
23 BY THE WITNESS:
24   A.   Again, I'm not going to comment on this

Page 569

1  having not even been refreshed on reading the study.
2         I -- I agree with you about what it says
3  on the page.  You are correct on that.  I think we've
4  talked about another -- a couple of different things.
5         Is it reasonable to add all of these
6  together because they are separate types of issues?  I
7  think we've said that we know Depakote can be
8  associated with birth defects and developmental
9  delays.  The fetal death, I have no understanding of
10 what those deaths were and were they related to the
11 drug or not.  And I don't know how this data was done
12 and whether it was done on final data or whether it
13 was a preliminary analysis.  So I can't comment any
14 further on that, other than to say what you read from
15 the page was correct.
16 BY MS. ABARAY:
17   Q.   And -- and so, just so the jury
18 understands, when you say the p-value is less than or
19 equal to .0001, that means it's a chance of 1 in
20 10,000 that this is a random association?
21   A.   I think it's 10,000.
22   Q.   1 in 10,000?
23   A.   Right.
24   MR. STRAIN:  Counsel, are you going to be much

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

Page 570

1   longer on this document?
2      MS. ABARAY:  I'm getting near the end.  Do you
3   have a question you want to ask?
4      MR. STRAIN:  Yeah, no.  I want to take a break.
5   It has been about an hour and 40 minutes.  You don't
6   have to do it now.
7      MS. ABARAY:  All right.
8      MR. STRAIN:  You can go ahead and finish your
9   document.  I just wanted to know how much longer you
10  were going to be.
11  BY MS. ABARAY:
12     Q.   Now, you mentioned that the FDA did not
13  require Abbott to take action in 2005 about
14  neurodevelopmental delay.
15         Do you remember that testimony?
16     MR. STRAIN:  Misstates testimony, object.
17     MS. ABARAY:  Well, she said it about ten times
18  today.  Did I miss something?
19  BY THE WITNESS:
20     A.   I -- I -- I said that we sent in a
21  proposal to FDA and they did not approve that proposal
22  because their view of the data was that it was
23  preliminary.
24  BY MS. ABARAY:

Page 571

1      Q.   And you didn't send FDA this PowerPoint by
2   Dr. Meador that he had kindly provided to Abbott on
3   January of 2005?
4      A.   I don't recall what was sent to FDA.  I
5   know that we did -- we -- we showed one document that
6   was sent to FDA.  We did talk about developmental
7   delay in there.
8          So they certainly could have pulled that
9   information from Dr. Meador or even contacted him if
10  they wanted to, and there were other citations in
11  there or they could have asked us to go back and
12  provide anything.  I don't know what was or wasn't
13  sent in addition to that or what was or was not asked.
14     Q.   And of course FDA couldn't ask for a copy
15  of the presentation that Dr. Meador made to Abbott
16  unless Abbott told them that they had this meeting and
17  that this information was presented?
18     A.   They could have asked us whether we had
19  any additional information.  They would not have asked
20  specifically about a meeting.
21     Q.   Yeah, they wouldn't ask about a meeting if
22  you didn't tell them you had the meeting.
23     MR. STRAIN:  Objection; form.
24  BY MS. ABARAY:

Page 572

1      Q.   Right?
2          I mean, they can't ask about the meeting
3   that you had on January of 2005 if you didn't tell
4   them you had a meeting in January of 2005?
5      MR. STRAIN:  Objection; form.
6   BY THE WITNESS:
7      A.   Again, I -- I think I've testified, I
8   don't know what the chain of conversation was between
9   us or FDA.  I don't know whether they asked us for
10  additional information.
11  BY MS. ABARAY:
12     Q.   And you also don't know -- let me rephrase
13  that.
14         You've looked at what Abbott sent in 2005
15  and you're aware that Abbott did not provide this data
16  of the total risk of serious adverse events for women
17  exposed to Depakote in pregnancy to the FDA?
18     MR. STRAIN:  You say "this data."  Are you
19  referring to the PowerPoint?
20     MS. ABARAY:  Yes, I am.
21     MR. STRAIN:  All right.
22  BY THE WITNESS:
23     A.   We would -- I can't testify to that.  When
24  we looked at the document, I believe you gave me a

Page 573

1   thick document, only a piece of which was the White
2   Paper.  I don't know what proceeded that, but I do
3   know in the White Paper we described developmental
4   delay.  We talked about a number of studies, not just
5   Dr. Meador's study.
6   BY MS. ABARAY:
7      Q.   But you never talked about the overall
8   pregnancy risk from all of the ways that Depakote can
9   harm a fetus, including neurodevelopmental, autism,
10  serious birth defects and fetal demise?
11     MR. STRAIN:  Objection; form.
12  BY THE WITNESS:
13     A.   As -- as I said earlier, right, we talked
14  about those issues separately.  We talked about birth
15  defects, we talked about developmental delay.
16  BY MS. ABARAY:
17     Q.   Turning to the next page, do you recall
18  that Dr. Meador presented data showing the consistency
19  of his results with results from other pregnancy
20  registries?
21     A.   I -- I think I said before, I -- I recall
22  that I was at this meeting, but I don't recall the
23  meeting.  It was ten years ago.
24     Q.   And in particular, he is pointing out just

45 (Pages 570 to 573)

Confidential - Subject to Further Confidentiality Review

Page 574

1  in regard to the anatomical defects, so this is not
2  including fetal demise and it's not including diver --
3  neurodevelopmental delay, the Australian study had a
4  14.2 percent rate of birth defects from their
5  pregnancy registry that you -- for valproate, the U.K.
6  had 6.1 percent and the Holmes study had 10.7 percent.
7       Do you see all of those data?
8    A.  I see what you are pointing to.  They
9  don't say exactly what you said.  There are various
10  rates.  And the title to this is "Studies of
11  Anatomical Defects and Major Adverse Event Outcomes."
12  I can't tell from this what all is included in that.
13  We've talked about the -- the North American registry,
14  and I'm not familiar with everything about all of what
15  he is saying here other than what he has on the page.
16    Q.  Well, and you'll agree with me, the data
17  that he put forth, valproate is the worst for
18  anatomical defects and major adverse outcomes in the
19  North America study, the U.K. study and the Australian
20  study, all of the data he presented here?
21    MR. STRAIN:  Objection; form.
22  BY THE WITNESS:
23    A.  Again, just to clarify, I said I wasn't
24  sure what he was including when he referred to

Page 575

1  anatomical defects and major adverse outcomes.  All I
2  can look at are the names of these registries and the
3  numbers and if you're asking about that, the valproate
4  number is higher.
5  BY MS. ABARAY:
6    Q.  And then on the next page, Dr. Heimberger,
7  do you see Dr. Meador presented data on cognitive
8  deficits from other studies?
9    A.  I see it's called "Cognitive Effects of In
10  Utero AEDs."
11    Q.  And he pointed out that phenobarbital had
12  a 7 point reduction in verbal IQ in the Reinisch
13  study.  And then, as to valproate, the special
14  education needs were 30 percent in the valproate
15  versus 3 to 6 percent in the comparative group in the
16  Adab study, that valproate reduced verbal IQ 10 to 14
17  points in another study by Adab in 2004, and that
18  there was slower development in children under 6 years
19  old, also in the Adab study, and that a final study,
20  the Gaily study, had a verbal IQ reduction of 12
21  points in the VPA exposed group.
22    A.  I see that that's what he has written
23  here.
24    Q.  And when we started out the deposition

Page 576

1  this morning, we were looking at another study that
2  just came out yesterday that showed a reduction in
3  development and cognitive abilities for children
4  exposed to valproate out of the U.K.
5    MR. STRAIN:  We didn't look at the study.  We
6  looked only at either a press release or an abstract.
7       You may answer, Doctor.
8  BY THE WITNESS:
9    A.  You showed me an abstract this morning.
10  BY MS. ABARAY:
11    Q.  No.  We -- we attached the whole article,
12  didn't we?  Yeah, we had the whole article.
13    MR. STRAIN:  But you never asked her questions
14  or gave the doctor an opportunity to read the article.
15    MS. ABARAY:  Well, then you are misleading.  You
16  are interrupting.
17    MR. STRAIN:  No, no.
18    MS. ABARAY:  I attached.  I -- I gave her the
19  abstract and the article.
20  BY MS. ABARAY:
21    Q.  And I said we discussed this morning that
22  another study has come out with the exact same results
23  as what Dr. Meador presented here.
24       Do you agree with that?

Page 577

1    MR. STRAIN:  Your question was -- your question
2  was:  Earlier this morning, we discussed another
3  study, that's not correct.
4    MS. ABARAY:  Yes, we did.
5    MR. STRAIN:  That's not correct.
6       You may answer, Dr. Heimberger.
7    MS. ABARAY:  Well, you can do a redirect.  All
8  right.  I am going to ask this question again.
9  BY MS. ABARAY:
10    Q.  You agree with me, Dr. Heimberger, that
11  the first exhibit that I marked this morning was yet
12  another study from another pregnancy registry, this
13  time in the U.K., indicating neurodevelopmental and
14  cognitive delay in children exposed to valproate at a
15  higher rate than the comparator drugs?
16    A.  I don't agree with that.  I -- I do agree
17  you presented me a study, but you're asking me about
18  data.  This is data from ten years ago.  I don't
19  recall what the studies may say.  There is one line
20  pulled out of each of these.  I saw the study this
21  morning for a minute and haven't reviewed this.  I do
22  know there was data out there about developmental
23  delay, which is why we asked the FDA to put it into
24  the labeling in early 2005.

46 (Pages 574 to 577)

Confidential - Subject to Further Confidentiality Review

Page 578

1    Q.    Well, isn't it true that from the time
2 back in the early '80s when fetal valproate syndrome
3 was first identified, one of the features of that
4 syndrome was neurodevelopmental delay?
5    A.    I'm not familiar with that.
6    MR. STRAIN:  If you are going to another
7 document, let's take a break.  It's been an hour and
8 45 minutes.
9    MS. ABARAY:  Well, I would like to finish this
10 line of questioning because I'm trying to go
11 through --
12    MR. STRAIN:  If you are going to another --
13 that's fine, if you can finish this document, but it
14 is a long time for the doctor to sit in a hot room for
15 an hour and 45 minutes answering questions.  I -- I
16 said before, I'm not going to interrupt you if you are
17 continuing with this document.
18 BY MS. ABARAY:
19    Q.    Could you turn to 2 -- the next -- the --
20 two pages in, AEDs and Neurological Outcome and we are
21 still looking at the presentation Dr. Meador made to
22 Abbott in January of 2005 at a meeting that you
23 attended, which is Exhibit 257.
24       Do you have that?

Page 579

1    A.    I do.
2    Q.    And on this, do you see under AEDs and
3 Neurological Outcome, there were 40 children exposed
4 in utero to an AED with monotherapy evaluated at
5 six years of age and they looked at phenobarbital,
6 phenytoin or valproate and the poorest outcome was in
7 children exposed in utero to valproate?
8    A.    That's what the page says.
9    Q.    And that's a study from 1996?
10    A.    That is a very small study from 1996 that
11 says nothing about how it's done or powered.
12    Q.    Well, do you know anything about how this
13 study was done?
14    A.    No, I don't.  I'm just letting you know
15 it's not stated there.
16    Q.    And then here is a -- more detail on the
17 Adab study, which was previously referenced in
18 Dr. Meador's PowerPoint.  In here he has got the
19 statistics regarding additional educational needs in
20 children of epileptic women, and you can see that the
21 VPA monotherapy, 30 percent of the children had
22 additional educational needs after being exposed to
23 valproic acid?
24    A.    I see that line.

Page 580

1    Q.    And that the odds ratio is statistically
2 significant at a 3.40 and that none of the other drugs
3 or combinations were statistically significant except
4 for the polytherapy with VPA which also has an
5 increased odds ratio of 2.51.
6    A.    I don't know.  I know they cross 1.  The
7 cross -- confidence interval crosses 1, but if it's
8 less than an odds of 2, you'd have to ask the stats
9 people whether it is statistically significant, but I
10 will agree that it crosses 1.
11    Q.    Well, if it crosses 1, it is not
12 statistically significant?
13    A.    That was my point.  And I was saying,
14 these do cross 1.  There have been times, if you
15 recall the North American, they didn't consider
16 something with enough power until the lower bounds of
17 the confidence interval was 2, that's the only point
18 I'm making.
19    Q.    Which in your --
20    A.    Because you used the word "statistically
21 significant."
22    Q.    Yes, and that's a very interesting point,
23 because statistical significance has nothing to do
24 with the odds ratio itself.  It has to do with whether

Page 581

1 the confidence intervals cross 1, as you just stated?
2    MR. STRAIN:  Objection; form.
3 BY MS. ABARAY:
4    Q.    Isn't that true?
5    A.    And, again, I am not in any regard a
6 statistician.  It is an -- I do know, yes, it has to
7 do with it crossing 1, but additionally, I don't know
8 that the things that just cross 1 are statistically
9 significant and also things with very wide confidence
10 intervals may not be.  That -- those are questions for
11 a statistician.
12    Q.    Well, don't you -- I thought you had a --
13 some type of degree in epidemiology, right?
14    A.    I do not have a degree in epidemiology.
15    Q.    You have training in -- as a Master of
16 Public Health?
17    A.    No, I don't have any degree or a Master of
18 Public Health in epidemiology.
19    Q.    Well, what was your two years at the CDC?
20 I thought you got something, a title out of that or?
21    A.    No, I did not get a title out of that.  I
22 think we talked about that and we talked about that it
23 was a training program and most of what I did was
24 descriptive epidemiology.  I described some of that.

Confidential - Subject to Further Confidentiality Review

Page 582

1    It was making surveys, it was asking people questions
2    about had they eaten this or that.  It was doing very
3    simple, you know, 2-by-2 tests.  This type of analyses
4    would have been done by statisticians.
5        Q.   Well, are you aware, you brought it up
6    yourself, that one of the requirements that the drug
7    companies that funded Dr. Holmes's research imposed
8    was he wasn't allowed to publish unless the relative
9    risk equaled 2 or higher?
10       MR. STRAIN: Objection.
11   BY MS. ABARAY:
12       Q.   That's what you just brought up, correct?
13       MR. STRAIN: Objection; form, compound, and
14   representing facts.
15   BY THE WITNESS:
16       A.   What I brought up was that I have read in
17   his articles that they set the initial criteria at a
18   confidence interval of 2 or above.  That's how -- I --
19   I don't know anything about any contract with
20   Dr. Holmes.
21   BY MS. ABARAY:
22       Q.   Okay.  It's not a confidence interval, it
23   is an odds ratio or a relative risk, it is not a
24   confidence interval.

Page 583

1        A.   It is a confidence interval.  It's the
2    lower confid -- the odds ratio is what it is from the
3    study.  The confidence interval, I believe, their
4    studies had to be at least 2 in the early days before
5    they published.
6        Q.   So you are saying that if the confidence
7    interval was less than 2 that the data would not have
8    been published from Dr. Holmes rather than the
9    relative risk being 2 or higher?
10       A.   It -- it has to do with statistical power,
11   and I am not the person to address that in detail, but
12   my understanding is what they thought was meaningful
13   a meaningful result was a lower bound confidence
14   interval of 2.  That's why I believe whether or not
15   things are statistically significant require a
16   statistician to -- to address.
17       Q.   Well, if we look back at that Meridia
18   document that we marked in the very beginning of this
19   deposition, FDA instructed Abbott to take Meridia off
20   the market based on a relative risk of 1.16.
21       Do you recall that?  It was a 16 percent
22   increase?
23       A.   I don't recall it from the document from
24   this morning.  I didn't take a look at that.

Page 584

1        Q.   Have you -- are you familiar, for
2    instance, with the studies on hormone replacement
3    therapy and the increased risk of potentially bent --
4    breast cancer out of the research from the Women's
5    Health Initiative?
6        A.   I'm generally familiar.  I have not read
7    and dissected them all.  I know they occurred.
8        Q.   And in those studies, the increased risk
9    was 30 percent or 40 percent, it wasn't a doubling of
10   the risk, was it?
11       A.   I -- I don't know.
12       Q.   And so what you're saying is that
13   Dr. Holmes was precluded from publishing unless not
14   only was the risk of doubling of the risk, but the
15   lower bounds of the confidence interval had to be
16   above 2, that's your understanding?
17       A.   No, that's -- that's not at all what I
18   said.
19       MR. STRAIN: Objection; form.
20   BY MS. ABARAY:
21       Q.   I thought that's what you just said.
22       A.   That's not at all what I said.
23       First of all, there is a difference
24   between the odds ratio, which I haven't even spoken

Page 585

1    to.  The only thing I have done is spoken to the
2    confidence interval, and I believe they set out,
3    related to the power that they designed into the
4    study, not something that we told them they couldn't
5    publish on or -- or whatever it was you said, that for
6    them to feel they had a meaningful result, the lower
7    bound of the confidence interval needed to be 2.
8        Q.   That was what I just said, that you are
9    stating that -- if the lower bound of the confidence
10   interval has to be 2, then the relative risk has to be
11   higher than 2?
12       MR. STRAIN: Objection; form.  That's not even
13   close to what you said, Counsel.
14       You may answer, Doctor.
15       MS. ABARAY: That is exactly what I said.
16       MR. STRAIN: It is not.
17   BY THE WITNESS:
18       A.   I don't believe that's what you're -- you
19   have said.
20       If you do have a lower bound of 2, the
21   relative risk or the odds, whichever it was, would be
22   higher than that.  I agree with that.
23       My only point here was you made the
24   comment on this page that these were statistically

Confidential - Subject to Further Confidentiality Review

Page 586

1  significant and I was pointing out that I wasn't a
2  statistician and I'm not sure about that.  You would
3  need to ask someone else.
4  BY MS. ABARAY:
5      Q.   So based upon your scientific background
6  as a medical doctor, you would agree that the
7  monotherapy for a VPA, which is 3.40, with a
8  confidence rank of 1.63 to 7.10, is statistically
9  significant?
10     A.   I don't know whether that -- I don't see a
11  p-value on this.  It may be.  I don't see a value on
12  here.
13     Q.   Well, when someone presents the confidence
14  intervals, then you don't have to present a p-value,
15  correct?
16     MR. STRAIN:  Pardon me?
17  BY THE WITNESS:
18     A.   I don't know that that's the case, because
19  you can have them in small studies with very wide
20  bounds.  Again, I'm willing to concede that it's
21  higher than 1, if that's what you're interested in for
22  this.
23  BY MS. ABARAY:
24     Q.   And you're aware that in common

Page 587

1  statistical and accepted practice, if the confidence
2  intervals do not include 1, the results are considered
3  statistically significant?
4      MR. STRAIN:  Objection; repetitious.
5  BY THE WITNESS:
6      A.   I -- I'm not sure that that's my
7  understanding.
8  BY MS. ABARAY:
9      Q.   All right.
10          And then we have, again, the data
11  presented by Dr. Meador establishing that there was
12  slower development for the VPA-exposed in the Adab
13  2004 study and --
14     MR. STRAIN:  Are you looking at the next page?
15     MS. ABARAY:  Yes.
16         We only have one-minute left, so I guess
17  we'll just have to finish this exhibit when we come
18  back from the break.
19     MR. STRAIN:  Okay.
20     THE VIDEOGRAPHER:  Going off the record --
21     MS. ABARAY:  Sorry for the interruption.
22     THE VIDEOGRAPHER:  -- at 11:51 a.m.
23         (WHEREUPON, a recess was had
24             from 11:51 to 12:06 p.m.)

Page 588

1      THE VIDEOGRAPHER:  We are back on the record at
2  12:06 p.m.
3      MS. ABARAY:  Thank you.
4  BY MS. ABARAY:
5      Q.   Dr. Heimberger, just finishing up with
6  Exhibit 257, which was Dr. Meador's presentation to
7  Abbott regarding the NEAD study and then he was also
8  comparing to other published articles, we were almost
9  done.
10         If you could turn to the page that says
11  "Retrospective Study:  In Utero AED Exposure and IQ."
12     A.   Yes.
13     Q.   And do you see these are results presented
14  from the 2004 paper by Adab which was in the Journal
15  of Neurology and Neurosurgery.  And once again, it's
16  showing that the results are the lowest for the fetal
17  valproate and we have a verbal IQ of 84 compared to 94
18  and 98 on the other two antiepileptic drugs being
19  reviewed.
20     A.   So, I see what you've pointed out about
21  the reference being from Dr. Adab.  This slide does
22  show some results.  There is no description about the
23  study or the size, but it does show the 84 that you
24  spoke of in the monotherapy for valproate group.

Page 589

1      Q.   And then also, there is no overlap of the
2  confidence intervals for valproate versus the other
3  two monotherapies?
4      A.   I'm not sure...
5      Q.   All right.  That's okay.  Then let's just
6  move on.
7          Do you see the next page, Prospective IQ
8  Study?
9      A.   I do.
10     Q.   And this is Dr. Meador showing the results
11  from Gaily's study that was published in Neurology in
12  2004?
13     A.   I see that.
14     Q.   And you were previously familiar with
15  Gaily's study?
16     A.   I don't recall that.
17     Q.   And you note it's a prospective IQ study
18  and he has pointed out that the verbal IQ scores for
19  valproate monotherapy were 84 as a mean compared to 96
20  for the carbamazepine group and 95 for the healthy
21  control group?  And --
22     A.   Yes.
23     Q.   And you see that this data was controlled
24  for age, education and polytherapy?

49 (Pages 586 to 589)

Confidential - Subject to Further Confidentiality Review

Page 590

1    A.   That's what this slide says.
2    Q.   And then he concluded with a discussion of
3  possible mechanisms of action.
4        And, again, has Abbott ever done any
5  research into the possible mechanisms of action by
6  which valproate causes birth defects or
7  neurodevelopmental delay?
8    A.   Not that I'm aware of.
9        (WHEREUPON, a certain document was
10       marked Deposition Exhibit No. 258,
11       for identification, as of 01/14/14.)
12 BY MS. ABARAY:
13   Q.   All right.  Now I'm going to hand you what
14 we've marked as Exhibit 258, and this is the document
15 I started to refer to prior to the break when we were
16 asking about -- oh, here you are -- the fact that
17 neurodevelopmental delay had been noted decades ago in
18 regards to exposure to valproate.
19       Do you recall that question?
20   A.   I do.
21   Q.   And have you ever seen this article before
22 which was published in 1988 in the American Journal of
23 Medical Genetics called "Verification of the Fetal
24 Valproate Syndrome Phenotype"?

Page 591

1    A.   I don't believe so.
2    Q.   And a phenotype would be observable
3  features associated with use of valproate?
4    A.   Characteristics, observable things.
5    Q.   And if you look at the Summary of this
6  report, it states that the authors back in 1988 had
7  evaluated 19 children who were exposed to valproic
8  acid in utero to look for manifestations of the fetal
9  valproate syndrome.
10   A.   Which line are you on?
11   Q.   It's the -- that's the first line of the
12 little indented paragraph.
13   A.   The one, "We have evaluated 19 children,"
14 that's the one?
15   Q.   Yes, um-hum.
16   A.   Okay.  What was your question?
17   Q.   All right.  So they evaluated 19 children
18 and they didn't find any consistent alterations of pre
19 or postnatal growth with exposure to VPA monotherapy,
20 but postnatal growth deficiency and microcephaly were
21 present, however, in two-thirds of the children
22 exposed to VPA in combination with other
23 anticonvulsants.
24       And then they continue to say that

Page 592

1  "developmental delay or neurological abnormality were
2  found in 71 percent of those exposed to VPA
3  monotherapy and in 90 percent of those exposed to VPA
4  and other anticonvulsants."
5    A.   I see that.
6    Q.   So back when you were saying that there
7  was no information prior to Dr. Meador's study that
8  neurodevelopmental delay was a risk with valproate, in
9  point of fact, this prospective study of 19 children
10 found that 71 percent exposed to monotherapy and 90
11 exposed to VPA polytherapy had neurodevelopmental
12 delay, isn't that true?
13       MR. STRAIN:  Objection; form.
14       And before you answer, take -- a question
15 concerning this study, take a moment to flip through
16 this study, please.
17 BY THE WITNESS:
18   A.   So, first of all, this is a -- a
19 publication of a very small study of 19 children which
20 I have not read or evaluated.  Just looking through in
21 the methods, it's not clear to me that it's
22 prospective.  It talks about case reports collected
23 after a general request was made for information.  The
24 cases come from diverse populations, not possible to

Page 593

1  calculate risk estimates for the various anomalies.
2  BY MS. ABARAY:
3    Q.   If you look at the photos of the children
4  on page 175, what would you describe the child
5  with ex -- in Photo A, what is that birth defect
6  called?
7    A.   It's a neural-tube birth defect.
8    Q.   And -- and so is that -- is it a type of
9  spina bifida or it's actually different from -- spina
10 bifida is a subcategory of a neural-tube defect,
11 right?
12   A.   I would use them interchangeably.  Spina
13 bifida is a neural-tube defect.
14   Q.   So do you think this child has spina
15 bifida?
16   A.   Again, I'm seeing a picture.  I told you I
17 thought that was what it was.  I'm not a teratologist.
18   Q.   All right.
19   A.   That's the best I can answer.
20   Q.   Okay.  And then some of the other
21 children, there is photos of their faces to
22 demonstrate wide-set eyes, sometimes they have this
23 real thin lip, upper lip.  The philtrum, which is the
24 little crease under the nose, is often kind of

Confidential - Subject to Further Confidentiality Review

Page 594

1 flattened out.
2     Do you see that of the -- the last child,
3 Child E?
4     Are there any other things that you would
5 point out here as being part of the fetal valproate
6 syndrome?
7     MR. STRAIN: Objection; form.
8 BY THE WITNESS:
9     A.   What I would say is, No. 1, I'm not even
10 sure they use a fetal valproate syndrome anymore. I
11 don't know. I'm not a teratologist. I do know there
12 have been craniofacial malformations with valproate
13 and it's in the labeling. And not being a
14 teratologist, I certainly couldn't assess
15 abnormalities on these children or from pictures of
16 children.
17 BY MS. ABARAY:
18     Q.   And so the second set of pictures, are
19 there any features there that you think are consistent
20 with the description of craniofacial anomalies that
21 can occur to children exposed to Depakote?
22     A.   I think, as we talked about, I'm not
23 having the background to assess anomalies of children.
24     Q.   Now, after this article was published in

Page 595

1 1988, Abbott never did anything to study
2 neurodevelopmental delay in children exposed to fetal
3 valproate syndrome, correct?
4     A.   Can -- can you say that again?
5     Q.   Well, this study was published in 1988,
6 and it showed that 71 percent of children exposed to
7 VPA monotherapy and 90 percent of those exposed to VPA
8 polytherapy had developmental delay, yet Abbott has
9 never done a study on that topic, correct?
10     A.   So, whether or not we ever funded anything
11 we -- we've talked about, I'm not involved with that
12 partic -- particular aspect. I'm not aware that we
13 have done a study.
14     As I said before, we talked about
15 developmental delay with the advisers, you showed me
16 the data Dr. Meador presented there. I specifically
17 remember after the presentations we talked with the
18 experts asking, based on this data, should we change
19 the label. And the answer that we got back was, we
20 can't tell whether this is a clear association, but
21 they recommended for it, which is why we submitted to
22 FDA. And they didn't feel at the time, having access
23 to what we sent them and any other data they wanted to
24 pull from the literature, that developmental delay had

Page 596

1 enough evidence to be in the labeling.
2     Q.   And you didn't happen to tell, when I say
3 "you," I mean Abbott, Abbott -- Abbott didn't happen
4 to let FDA know that this panel of experts had
5 recommended to Abbott that the label be changed in
6 2005?
7     A.   In terms of what we submitted to FDA, we
8 described some of the data, including Meador's data,
9 and I think we referenced a presentation that he had
10 done. I know, as with all submissions, there is a
11 back and forth that occurred. I don't know what was
12 discussed in that particular venue, but we were
13 advocating putting it in, which is why we submitted
14 it.
15     Q.   So you're not aware as you sit here today
16 that the original drafts of the White Paper for 2005
17 that were prepared by Abbott specifically referred to
18 this meeting of experts, including Dr. Meador, in
19 January of 2005, but then Abbott chose to delete that
20 from the final draft submitted to the FDA?
21     MR. STRAIN: Objection; form.
22 BY THE WITNESS:
23     A.   Again, that was ten years ago. I'm not --
24 I don't have recollection of who made edits of what.

Page 597

1     (WHEREUPON, a certain document was
2     marked Deposition Exhibit No. 259,
3     for identification, as of 01/14/14.)
4 BY MS. ABARAY:
5     Q.   Dr. Heimberger, I'm handing you what we're
6 marking as Exhibit 259.
7     MR. STRAIN: Thank you.
8     MS. ABARAY: Uh-huh.
9 BY MS. ABARAY:
10     Q.   Exhibit 259 is an internal Abbott e-mail
11 dated March 14th, 2005, with the subject being White
12 Paper and then a draft of the White Paper as of that
13 time period is attached.
14     Do you have that in front of you?
15     A.   Yes.
16     Q.   And do you see, in looking at this White
17 Paper, that there is a discussion on page -- it looks
18 like about page 7 called Expert Panel, the heading of
19 Expert Panel?
20     A.   What page are we on?
21     Q.   They're not numbered, but it is about the
22 7th page it. It says Expert Panel.
23     A.   Expert Panel, yes.
24     Q.   So in this draft of the White Paper that

51 (Pages 594 to 597)

Confidential - Subject to Further Confidentiality Review

Page 598

1  F -- that Abbott was intending to submit to the FDA,
2  there is a heading entitled Expert Panel, pardon me,
3  and it describes this January meeting in which
4  Dr. Meador and other experts presented to Abbott.
5       Do you see that?
6  A.  Yes.
7  Q.  All right.  It says, "Given the increased
8  literature in this area," and this is in regard to
9  neurodevelopmental delay, "and the complexity and
10 importance of this issue, Abbott Laboratories convened
11 an expert panel of advisers in January 2005 to advise
12 us on the scientific and clinical meaning of the
13 emerging literature.  While the advisers emphasized
14 the critical importance of optimal seizure control
15 during pregnancy and that many of the severest
16 epileptic patients are often optimally controlled with
17 valproate, it was concluded from the recent findings
18 from studies of neurodevelopmental delay associated
19 with in utero exposure to valproate (while complicated
20 by confounding variables and not causally informative)
21 may warrant education to clinicians and patients that
22 can assist them in the risk/benefit analysis of how to
23 move forward in the treatment of women who may become
24 pregnant."

Page 599

1       Do you see that?
2  A.  Yes.
3  Q.  And then it states, "With these
4  considerations in mind, Abbott Laboratories proposes
5  to add information regarding a possible association
6  between" -- "of valproate exposure in utero and
7  development of NDD in offspring."
8       Now, I'd like to direct your attention to
9  Exhibit 243, which was the final version of the White
10 Paper that Abbott sent to the FDA.
11 A.  Can -- can I just look at this e-mail for
12 a moment?
13 Q.  Certainly.
14 A.  Okay.
15 Q.  You see from the e-mail that this draft
16 was being circulated on March 14th, 2005, between
17 Susan Giordano, William Kormany, James Embrescia and
18 Cheryl Renz?
19 A.  Yes, I do.
20 Q.  All right.  Now, if you can turn to the
21 final version that was submitted to the FDA,
22 Exhibit 243.
23      The developmental delay discussion starts
24 on the page that has page 7 in the right-hand corner.

Page 600

1  A.  Yes.
2  Q.  And if you could take a moment to look
3  through that, do you see that Abbott omitted any
4  reference to the expert panel from the White Paper
5  that it submitted to the FDA?
6  A.  The question was:  Was the expert
7  discussion in the White Paper that Abbott submitted to
8  the FDA, which is what I'm holding.  And I believe the
9  answer to that is no, we talked about Meador's data,
10 we referenced his presentation.
11 Q.  You referenced his presentation, his
12 PowerPoint to Abbott from January of 2005?
13 A.  I believe -- no, it was a presentation to
14 an external group, which I can find in here if we need
15 to, but it was not to Abbott.
16     MR. STRAIN:  Dr. Heimberger, you are dropping
17 your voice just -- just a wee bit as you are thumbing
18 through the pages.  Could you just please be careful
19 so that the jury can hear you.
20 BY THE WITNESS:
21 A.  It is the last reference, 37.
22 BY MS. ABARAY:
23 Q.  And that is not a reference that
24 specifically acknowledges that Abbott received a

Page 601

1  PowerPoint from Dr. Meador, is it?
2  A.  This -- this is a reference to a
3  presentation at the American Epilepsy Society, not an
4  internal Abbott meeting.
5  Q.  And this discussion that was included in
6  the White Paper that Abbott -- Abbott actually sent
7  into the FDA also eliminates the bar graph information
8  provided by Dr. Meador, that 25 percent of all of the
9  children exposed to Depakote in his study either had
10 fetal demise, neurodevelopmental delay or congenital
11 malformation?
12 A.  I'm just looking back since you've -- this
13 talks about the issue of developmental delay.  We had
14 had a previous section that talked about birth defect
15 as we talked about previously.
16 Q.  So the answer is the cumulative data
17 showing that 25 percent of all children exposed to
18 Depakote in Dr. Meador's study either had fetal
19 demise, developmental delay or congenital
20 malformations was not included in the data that Abbott
21 actually sent to the FDA in 2005?
22 A.  The information on developmental delay was
23 in this document discussing developmental delay.  The
24 graph specifically that you showed in the exhibit that

52 (Pages 598 to 601)

Confidential - Subject to Further Confidentiality Review

Page 602

1  we looked at a bit ago was not reproduced in this
2  paper.
3      Q.  And turning to the front of this White
4  Paper --
5      A.  Which --
6      Q.  -- that was actually submitted.
7      A.  -- one?
8      Q.  Exhibit 243.  The title is "New
9  Information Concerning the Use of Valproate in Women
10 of Childbearing Potential, Teratogenicity and
11 Developmental Delay," March of 2005.
12     A.  Yes.
13     Q.  So this White Paper was addressing all
14 issues, not just neurodevelopmental delay?
15     A.  This White Paper was about two specific
16 issues, teratogenicity and developmental delay.  We
17 were asking for labeling changes in regards to both of
18 those issues and so we discussed both of those issues
19 in this document.
20     Q.  And then if we look at page 3 of the
21 document where Abbott is describing the North American
22 Antiepileptic Drug Pregnancy Registry.
23     A.  I'm not quite there.
24     Q.  Oh, I'm sorry.  There are two sets of

Page 603

1  page numbers.  I'll go with page 4 in the right-hand
2  corner.
3          Do you see --
4      A.  Yes.
5      Q.  -- page 4 in the right-hand corner, Abbott
6  included a paragraph on the North American
7  Antiepileptic Drug Pregnancy Registry?
8      A.  Yes.
9      Q.  That would be Dr. Holmes' data?
10     A.  That's correct.
11     Q.  And if we look at the footnote references
12 14 to 17, we see that Reference 17 is to the article
13 entitled "Increased Rate of Major Malformations in
14 Offspring Exposed to Valproate During Pregnancy"?
15     A.  Where are you?
16     Q.  17, Footnote 17 in the references.
17     A.  17.
18     Q.  Yes.
19     A.  Yes, I see what you are talking about.
20     Q.  And that's the article that the authors
21 had written to say valproate is a potent teratogen,
22 correct?
23     A.  That's the article that described that
24 there was a four times higher rate of birth defects

Page 604

1  with Depakote than there were for the other group of
2  AEDs.
3      Q.  And it's the one that we looked at that
4  had the title in the manuscript that "Valproate is a
5  Potent Teratogen" and Abbott changed that title?
6      MR. STRAIN:  Objection; form, misstates
7  testimony.
8  BY THE WITNESS:
9      A.  I think we talked about that before.  We
10 did look at a draft article related to this topic.  We
11 did talk about the title.  We talked about that Abbott
12 gave suggestions in terms of changes and that there
13 was an independent scientific advisory committee which
14 contained people from CDC and NIH which had final
15 decision.
16 BY MS. ABARAY:
17     Q.  I see.  So just to be clear then, in this
18 White Paper that Abbott submitted, first of all, we
19 have the title changed in Dr. Holmes' study, so it no
20 longer says that valproate is a potent teratogen,
21 we've deleted the information about the January
22 advisory expert panel that Abbott convened where
23 Dr. Meador presented and the experts concluded that
24 the label should be changed, and we have a different

Page 605

1  number of adverse events, because back in 2003 Sanofi
2  had counted 106 neurodevelopmental delay adverse
3  events and Abbott said that there were 49?
4      MR. STRAIN:  Objection; misleading.
5          You may answer, Doctor.
6      MS. ABARAY:  It is not misleading.
7      MR. STRAIN:  It is misleading, and I object to
8  it.
9  BY THE WITNESS:
10     A.  I believe it is misleading.  We've
11 discussed all of these different pieces.
12         Again, we were proposing, we were
13 proposing to FDA that we wanted to include the
14 information from the Holmes article with the issue of
15 title that we've already discussed into the labeling
16 and that was included.
17         We also were proposing and including the
18 idea that we should put developmental delay into the
19 labeling, with which FDA did not agree with.
20         Going from the article -- the -- the paper
21 that you show me here to here, I don't know or recall
22 the details, but we presented information.  FDA
23 certainly has resources at their disposal to evaluate
24 things and they do separate from companies.  I don't

53 (Pages 602 to 605)

Confidential - Subject to Further Confidentiality Review

Page 606

1  know that we typically tell them about internal
2  meetings.  And there is also a back and forth with
3  FDA, and I don't know the dialogue there.
4      The third piece that you asked about,
5  which related to line -- a line listings with Sanofi
6  analysis, I think we talked about that before.  I
7  think we talked about one of the big differences there
8  was that the coded terms, we're actually required to
9  use a dictionary to code adverse events, and that's
10 how we search on them, that the coded terms were not
11 exactly the same, that some cases did not appear to be
12 exposure in utero and so had not been further
13 discussed in that particular paper and that we
14 couldn't reconcile that further here with those
15 documents.
16 BY MS. ABARAY:
17     Q.  No, actually, that exhibit, the 106 were
18 all exposed were in utero.  Your 49 was a reduction
19 from the 71, and that's why you had 49 and they had
20 106 back in 2003.
21     MR. STRAIN:  Objection; misstates testimony.
22     You may answer, Doctor.
23 BY THE WITNESS:
24     A.  Well, what we talked about was in the

Page 607

1  e-mail in relation to the conversation with Sanofi
2  where they were probably responding to a regulatory
3  request or something.  They had likely asked us for
4  information about a certain group of things.  And that
5  e-mail said there were 106 cases.
6      The -- the analysis that we did, first of
7  all, was on our own database, it had a different set
8  of codes listed.  We'd said that MedDRA coding changes
9  over time.  We pulled up 79 cases.  They were
10 reviewed.  And not all of those had exposure in utero,
11 which was how we got to 49.
12 BY MS. ABARAY:
13     Q.  And now if we could look at the other
14 information --
15     MR. STRAIN:  This whole last line was completely
16 repetitious of earlier testimony.
17     MS. ABARAY:  Yeah, if she would answer the
18 questions instead of giving the same speeches.
19     MR. STRAIN:  She answered earlier and again now.
20 BY MS. ABARAY:
21     Q.  If we could now turn to the other
22 information that Abbott failed to include in the final
23 version of the White Paper dated April 18th, 2005.
24     Do you still have Exhibit 243 in front of

Page 608

1  you?
2      A.  Yes.
3      Q.  And do you also have --
4      MR. STRAIN:  I just move to strike that preamble
5  to the last question.
6  BY MS. ABARAY:
7      Q.  -- the attachment to Exhibit 259 in front
8  of you?
9      A.  Yes.
10     Q.  Now, if you turn to the section in
11 Exhibit 259 which was the draft entitled -- well, it
12 is entitled "Developmental Delay" and turn to the
13 discussion on page 3 of that exhibit, which is 259.
14     A.  Of the 259?
15     Q.  Do you see it starts --
16     A.  Oh, it is two-sided.  Sorry.
17     Q.  Yeah.
18     A.  Okay.
19     Q.  I'm sorry for the confusion.
20     Do you see it starts on the third page
21 with an article by Hattig?
22     A.  Yes.
23     Q.  H-a-t-t-i-g, in 1987?
24     A.  Yes.

Page 609

1      MR. STRAIN:  Let me find that.  Yes, okay.
2  BY MS. ABARAY:
3      Q.  Do you see that the final paper submitted
4  by Abbott to the FDA omits the paragraph describing
5  the Hattig study under the Developmental Delay
6  section?
7      A.  I don't know if there is a -- it is the
8  same study, but there is a Hattig study listed in 1987
9  as Reference No. 31.
10     Q.  The -- the paragraph describing the Hattig
11 study is no longer in the paper, correct?
12     A.  I'm just trying to find my way back to
13 that section of the paper.  Okay.  Here we go.
14     Actually, the paragraph talking about that
15 specific study is not in the paper.  What is in the
16 paper is a sentence that says, "The possibility that
17 in utero AED exposure may affect postnatal development
18 has been addressed in a number of smaller scale
19 prospective and retrospective studies since early
20 1980s."  And all of those references were provided to
21 the FDA, which included the Hattig reference.
22     Q.  So the discussion of the Hattig study was
23 omitted from what was submitted to the FDA?
24     A.  The exact paragraph that you were

Confidential - Subject to Further Confidentiality Review

Page 610

1 referring to in Exhibit 259 was not written into the
2 document that was in the March 2005 FDA submission.
3 We addressed it in the sense of there were a number of
4 smaller studies and we provided the information in
5 reference form to the FDA so they could make their own
6 assessment of it.
7    Q.   And the next study that was omitted, if
8 you look at the --
9    MR. STRAIN:  Objection; form.
10 BY MS. ABARAY:
11    Q.   -- exhibit of the draft, it says, "In a
12 case report of two sibling pairs, Christianson in
13 1994."
14        Do you see that reference reported --
15    A.   Yes.
16    Q.   -- that three or four children were
17 developmentally delayed?
18    MR. STRAIN:  Objection to form.
19 BY MS. ABARAY:
20    Q.   That article has been omitted by Abbott in
21 the submission to the FDA in the final version?
22    A.   I do not see that among the references
23 listing.
24        In the sentence that I read previously we

Page 611

1 talked about a number of small retrospective and
2 prospective studies.  This doesn't sound to be even as
3 robust of a -- either of those.  This is a case report
4 that has occurred.
5    MS. ABARAY:  Move to strike as non-responsive.
6 BY MS. ABARAY:
7    Q.   Dr. Heimberger --
8    MR. STRAIN:  I oppose.
9 BY MS. ABARAY:
10    Q.   -- it is not responsive if I ask a
11 question, Is the Christianson study referenced in the
12 final article -- final White Paper that was sent to
13 the FDA?  The answer is either yes, it's included, or
14 no, it's not included.
15        You would agree with me that Abbott
16 omitted the Christianson study from 1994 in the final
17 report of the White Paper to the FDA?
18    MR. STRAIN:  Objection; asked and answered.
19        You may answer again, Doctor.
20 BY THE WITNESS:
21    A.   I had agreed it was not in the list of
22 references and went on to say that we provided
23 references for small retrospective or prospective
24 studies versus this, which was a case report.

Page 612

1 BY MS. ABARAY:
2    Q.   So Christianson is left out.
3    MR. STRAIN:  Objection; form.
4 BY MS. ABARAY:
5    Q.   The next one is the Losche study.
6        Do you see that reference?
7    A.   In the neuro paper --
8    Q.   And Koch.  It says -- they describe it in
9 the original paper as a post hoc analysis of Losche
10 (1994) and it's the Koch (1996) study.
11        Do you see that?
12    A.   I do, but I'm not sure which one you're
13 asking me about.
14    Q.   I'm asking you about Koch (1996).  And I'm
15 asking about this paragraph that was in the original
16 version of the White Paper and it's omitted from what
17 was finally sent to the FDA.
18    MR. STRAIN:  I thought you were asking about
19 Losche.
20 BY MS. ABARAY:
21    Q.   No.  Koch is, according to Abbott, a post
22 hoc analysis of Losche, which may or may not be
23 accurate.
24        Do you see that the Losche -- excuse me --

Page 613

1 the Koch 1996 study and the description of the study
2 has been omitted in what Abbott sent to the FDA?
3    A.   You -- you are asking about Koch, right?
4    Q.   Yes, I am.
5    A.   So I'm --
6    Q.   Koch 1996.
7    A.   I'm -- I'm focusing on that.  And in the
8 reference section for the 2005 submission, there is a
9 Koch study that is listed.  It's referenced 1999.  I
10 don't know if it's additional data.  I don't see
11 here -- one here for the 1996.
12    Q.   And -- thank you.  And you also don't see
13 the paragraph describing Koch 1996 in what -- what
14 Abbott submitted to the FDA for their White Paper?
15    A.   As I -- as I said before, they talked
16 about a small number of retrospective studies.  I do
17 not see the paragraph that you have listed here.
18    Q.   And the next paragraph in the draft White
19 Paper regarding Williams, a case report of a
20 5.5-year-old, that's not in the 2005 White Paper?
21    A.   I don't see that as referenced in the
22 White Paper sent to the FDA.  In March that was
23 another of these case reports.
24    Q.   Yeah, and that particular case report was

55 (Pages 610 to 613)

Confidential - Subject to Further Confidentiality Review

## Page 614

1  entitled "A Male With Fetal Valproate Syndrome and
2  Autism."
3      Are you aware of that?
4      A.  I don't know what you're reading from.
5      Q.  And so you weren't aware that Williams
6  published an article called "A Male With Fetal
7  Valproate Syndrome and Autism"?
8      MR. STRAIN:  Objection; form.
9  BY THE WITNESS:
10     A.  I'm not aware of the article and I don't
11  have any document in front of me to say that that's
12  the title of the article --
13 BY MS. ABARAY:
14     Q.  All right.
15     A.  -- that I can tell.
16     Q.  And then the next article that was omitted
17  by Abbott in the final version of the White Paper sent
18  to the FDA is the Ohtsuka 1999 article, which is the
19  next paragraph in this draft report?
20     MR. STRAIN:  Objection; form.
21 BY MS. ABARAY:
22     Q.  It says -- it says, "Ohtsuka (1999)
23  examined 116 children born to mothers with epilepsy.
24  He found 37 of these children had NDD and that

## Page 615

1  polytherapy and valproate monotherapy were associated
2  with NDD" neurodevelopmental delays "in children
3  without a family history of NDD."
4      So that -- that didn't make it into the
5  White Paper that FDA received from Abbott?
6      A.  That was not one of the references.
7      Q.  Okay.  And then the next one, Moore 2000,
8  it says -- Abbott says, "Examined 52 children with
9  fetal anticonvulsant syndrome in a descriptive study."
10     Do you see that one?
11     A.  Oh, I see it, yes.
12     Q.  Okay.  And it says, "60 percent of the
13  sample had two or more autistic sym" -- "symptoms and
14  77 percent had learning difficulties such as speech or
15  motor delay."
16     So that paragraph was left out of what
17  Abbott sent to the FDA in 2005?
18     MR. STRAIN:  Objection; form.
19 BY THE WITNESS:
20     A.  This paragraph was not in the particular
21  paper, as I've said.  We've referenced a number of
22  small prospective and retrospective articles, as well
23  as the better data coming out of the Meador study.
24 BY MS. ABARAY:

## Page 616

1      Q.  And then the next one actually made it in,
2  Adab 2001.  So let's move onto the next paragraph --
3      MR. STRAIN:  Move to strike.
4  BY MS. ABARAY:
5      Q.  -- which is Mawer, M-a-w-e-r, 2002.  And
6  that one is not in the final version of the White
7  Paper?
8      A.  I don't see that on the reference list.
9      Q.  And then the next one, "Retrospective
10 Population-Based Study of 239 Children of Epileptic
11 Mothers," and that is Dean 2002, that one is not in
12 the final version of the White Paper?
13     A.  You've -- oh, okay.  I thought you had
14 lost me there for a minute.
15     I do not see it on the reference list.
16     Q.  So we've just identified one, two, three,
17 four, five, six, seven published articles pertaining
18 to neurodevelopmental delay in children exposed to
19 valproate in utero that Abbott omitted from the final
20 version of the White Paper?
21     MR. STRAIN:  Objection; form.
22 BY THE WITNESS:
23     A.  I haven't counted them, so I -- I don't
24 know that the seven is the right number.  We have

## Page 617

1  identified ref -- articles that were not on the
2  reference list.
3      What was included --
4      MS. ABARAY:  Move to strike as non-responsive.
5      MR. STRAIN:  Don't interrupt, don't interrupt.
6      MS. ABARAY:  No, no, I'm sorry.
7      MR. STRAIN:  Don't interrupt.
8      MS. ABARAY:  It's just -- no, it is just like in
9  court, she can't just go giving speeches.
10     MR. STRAIN:  I'll tell you what, in court we
11 have a judge.  That's not you.
12     Please continue your answer, Doctor.
13     MS. ABARAY:  I beg your pardon.  I think you can
14 instruct your witness to answer the questions and not
15 to give speeches every time I ask something.
16     MR. STRAIN:  I've just instructed the witness to
17 continue her answer --
18     MS. ABARAY:  Well, we --
19     MR. STRAIN:  -- which she should not have been
20 interrupted.
21     MS. ABARAY:  We state our --
22     MR. STRAIN:  Do you need to have the first part
23 of your answer reread for you, Doctor, or can you
24 continue?

Confidential - Subject to Further Confidentiality Review

Page 618

1 THE WITNESS: No.
2 MS. ABARAY: I would just like to say we've made
3 our record about the length of the deposition and it
4 is in large part due to the speeches.
5 MR. STRAIN: It is not --
6 MS. ABARAY: So with that --
7 MR. STRAIN: Absolutely not. It is in large
8 part due to the repetition and ridiculous questioning
9 about Supreme Court cases and other drugs and --
10 and -- and the like.
11 You may continue your answer, Doctor.
12 BY THE WITNESS:
13 A. I was going to say, the paper describes a
14 summary that we've included some retrospective and
15 prospective studies. We also included new data from
16 the 2000s, I think, Meador, and several others,
17 registries, and provided that to FDA. In addition,
18 FDA certainly has the ability to do a literature
19 search on their own as well.
20 BY MS. ABARAY:
21 Q. So just in summary then, in Abbott's final
22 version of the White Paper, Abbott deleted a reference
23 to the expert panel including Dr. Meador who suggested
24 that the label be changed, Abbott omitted seven papers

Page 619

1 that were referred to in the original draft, Abbott
2 had a number of adverse events that was half what had
3 previously been identified for neurodevelopmental
4 delay post-marketing reports in 2003, and Abbott had
5 changed the title of the study conducted by Dr. Holmes
6 to eliminate the reference to a potent teratogen?
7 MR. STRAIN: Objection; form, misleading and
8 highly repetitious.
9 You may answer, Doctor.
10 BY THE WITNESS:
11 A. I actually think I disagree with most of
12 that.
13 I think we did agree that certain of the
14 references were not on the reference list. We talked
15 about the fact that -- that we included the more
16 current and robust references versus some of the case
17 reports and so forth.
18 The second piece you asked me about was
19 what, so the -- this -- this was like a four-part
20 question of things we --
21 MR. STRAIN: She is not -- counsel apparently is
22 not going to remind you what the question was, so
23 you'll have to stop there, Doctor.
24 BY MS. ABARAY:

Page 620

1 Q. No, I can remind you what the question
2 was.
3 A. So I've addressed the first part about the
4 question of missing references. So can you tell me
5 what the other parts were?
6 Q. The Lew Holmes article that had the title
7 changed so it no longer says potent teratogen?
8 A. Oh, okay. We can do them one by one.
9 We've addressed that in saying we did provide edits to
10 Dr. Holmes. At the end of the day his publication of
11 his article and his title were decisions of he and the
12 scientific advisory committee, including two people
13 from the government.
14 Q. And the -- and by the way, did the
15 government know that Abbott suggested changing the
16 title so it no longer said potent teratogen?
17 A. The -- I don't know to whom Dr. Holmes
18 circulated our edits.
19 Q. All right. And then we have that the
20 post-marketing events reported by Abbott in regard to
21 neurodevelopmental delay were down to 49 when the
22 number had been 106 from when Sanofi did a calculation
23 in 2003?
24 A. And we talked about the differences

Page 621

1 between Sanofi doing an analysis from their database
2 in conjunction with information from us and using
3 different search terms versus searching our database,
4 and the fact that some of the reports were taken out
5 because our read of them indicated they did not have
6 in uterine exposure.
7 Q. And Abbott eliminated the discussion of
8 the expert panel, failed to notify the FDA of the
9 PowerPoint presentation from Dr. Meador, and failed to
10 advise the FDA that the panel recommended a label
11 change?
12 MR. STRAIN: Objection; form.
13 BY THE WITNESS:
14 A. So, we agreed that there were not
15 paragraphs in here about the expert meeting. With the
16 submission there is always dialogue and discussion
17 with FDA. I don't have in front of me what was
18 brought up during that period of time, but clearly we
19 were advocating putting this information into the
20 labeling and FDA did not feel then or with our next
21 submission that there was enough information.
22 BY MS. ABARAY:
23 Q. And, of course, one way to not have enough
24 information is to delete half of it?

57 (Pages 618 to 621)

Confidential - Subject to Further Confidentiality Review

Page 622

1    MR. STRAIN: Objection; form.
2    BY MS. ABARAY:
3    Q.  Would you agree?
4    A.  I don't -- I -- I -- I think I've
5    described and addressed each of the points that you
6    brought up regarding deleted information.  I do not
7    agree that we were trying to delete and withhold
8    information from the FDA.  We were putting forward
9    what we thought was the best information.  We were
10   advocating for the position.  I don't have knowledge
11   today of what was the dialogue back and forth with FDA
12   in terms of communications and so forth.
13   Q.  And you were one of the people involved in
14   reviewing the White Paper and the edits, correct?
15   A.  I have no direct recollection.  I would
16   imagine that I likely involved the White Paper.  They
17   would have sent it to me.  I don't know that I would
18   have read all of the edits from each individual
19   person.
20   Q.  Did you make edits yourself on the White
21   Paper?
22   A.  I don't know.
23   Q.  And do you recall that the White Paper was
24   also sent to legal?

Page 623

1    A.  I don't recall.
2    Q.  And do you know if the changes to the
3    White Paper to delete the reference to the advisory
4    meeting and to delete the other information that we
5    talked about occurred after legal reviewed it?
6    MR. STRAIN: Objection; form.
7    BY THE WITNESS:
8    A.  I -- I don't recall.
9    MS. ABARAY: Can I go off the record for just a
10   minute?
11   THE VIDEOGRAPHER: Going off the record at
12   12:50 p.m.
13        (WHEREUPON, a recess was had
14        from 12:50 to 1:35 p.m.)
15   THE VIDEOGRAPHER: We are back on the record at
16   1:35 p.m.
17   BY MS. ABARAY:
18   Q.  Good afternoon, Dr. Heimberger.
19   A.  Good afternoon.
20   Q.  I wanted to continue just following up on
21   the 2005 White Paper that Abbott sent to the FDA in
22   regard to teratogenicity and neurodevelopmental delay.
23   And I want to hand you what we've marked as
24   Exhibit 260.

Page 624

1    A.  Do I need to have the White Paper?
2    Q.  No, I don't -- well, I guess it wouldn't
3    hurt if we can find it.  It has this black cover on
4    it.
5    A.  There.
6    Q.  The White Paper was Exhibit 243?
7    A.  Yes.
8    Q.  All right.  All right.  So I've handed you
9    Exhibit 260, which is an article by Dale Williams
10   entitled "Fetal Valproate Syndrome and Autism:
11   Evidence of" -- excuse me -- "Additional Evidence of
12   an Association."
13        Do you see that?
14   A.  Yes.
15   Q.  And do you recall when we were looking at
16   the draft of the White Paper, there had been a single
17   indication report by Dr. Williams' group of a child
18   with fetal valproate syndrome and autism that was
19   published -- it was published in 1997.
20   A.  Could you direct me to where you're seeing
21   that?
22   Q.  Yes, do you have the draft, this version
23   here, 259.
24   A.  259?

Page 625

1    Q.  Yes.
2    A.  Okay.  What page are you interested in?
3    Q.  It says page 3 in the bottom right-hand
4    corner, but it is of the final attachment to the
5    exhibit.  So go towards the back.
6        Oh, I'm sorry.  I'm looking at a different
7    version.
8    MR. STRAIN: So what's the page then, Janet?
9    MS. ABARAY: I have to find it.
10       Do you have the prior draft?  I'm getting
11   these all mixed up again.
12       Thank you.
13   BY MS. ABARAY:
14   Q.  Okay.  In the draft that was Exhibit 259,
15   it's on the top of the one, two -- the one, two,
16   three -- the fourth page of the report.
17   A.  The fourth page?
18   Q.  Yes.  And you see there there is a
19   reference to the "5.5-year-old male exposed in utero
20   to valproate who was found with minor facial anomalies
21   consistent with fetal valproate syndrome, normal gross
22   motor milestones and speech and language delay"?
23   A.  Yes.
24   Q.  And the title of that paper was "Fetal

58 (Pages 622 to 625)

Confidential - Subject to Further Confidentiality Review

Page 626

1  Valproate Syndrome and Autism," correct?
2      A.  Can you show me -- is that -- I'm looking
3  for a date on this Exhibit 260, thinking that that's
4  what you're referring me to.  But that says 2001.
5      Q.  I know.  What I'm trying to establish is
6  this article No. 260 is an update to what was cited in
7  the paper, which was an article by 1997.
8          So not only did the final report omit the
9  Williams 1997 report of a single child that had fetal
10  valproate and autism, it also omitted the article from
11  2001 that was on "Fetal Valproate Syndrome and Autism:
12  Additional Evidence of an Association" which reported
13  a case series?  That's my question.
14      MR. STRAIN:  Excuse me.  Pardon me.  So the
15  initial part of the question, Dr. Heimberger, is
16  whether Exhibit 260 is an update to the Williams 1997
17  reference.
18  BY THE WITNESS:
19      A.  And -- and I was looking.  There is
20  nothing here that would allow me to tell that it's an
21  update.  In fact, when I look at this, this report
22  describes five different patients, none of whom say 5
23  .5 years of age.  So I -- I can't tell.
24  BY MS. ABARAY:

Page 627

1      Q.  Well, update was I believe Mr. Strain's
2  word.
3      MR. STRAIN:  No, no.
4  BY MS. ABARAY:
5      Q.  If you -- okay.  Look at Exhibit -- look
6  at Exhibit 260, please, and if you look at the
7  references, there is a reference to Williams' article
8  from 1997 entitled "A Male With Fetal Valproate
9  Syndrome and Autism."
10      A.  So looking at Reference 260, the 2001
11  article, I do see the 1997 reference in the reference
12  list.
13      Q.  And the 1997 reference is in the draft
14  that was never submitted to the FDA prepared by Abbott
15  in 2005, correct?
16      MR. STRAIN:  Objection; form.
17  BY THE WITNESS:
18      A.  The -- and, again, I was just comparing
19  these references.  The 1997 article is in what you've
20  been calling the draft to the final March 2005
21  document.
22          I think we had said before this was not in
23  the reference list.  It was a case report.  And -- and
24  in the document that we submitted, we described

Page 628

1  broader studies.
2  BY MS. ABARAY:
3      Q.  And the broader study of "Fetal Valproate
4  Syndrome and Autism:  Additional Evidence of an
5  Association" by Dr. Williams and others, that was
6  published in 2001, is not in either the draft or the
7  final report that was sent to the FDA in 2005,
8  correct?
9      A.  So, I can check those, if you want.
10          So, I do not see it in the reference list
11  of the March 2005 document.  And I -- didn't you ask
12  me if it was in the reference list of this other
13  paper?
14      Q.  I asked if it was submitted in 2005 to the
15  FDA.
16      A.  Oh, I'm sorry.  I misunderstood part of
17  your question.
18      Q.  Okay.
19      A.  I -- it is not among the list of
20  references in the 2005 submission.  It's a compilation
21  of five case reports.
22      Q.  And if you read the abstract that's in
23  bold on the document of 260, it is the abstract of the
24  article, it says, "Autism has been described in

Page 629

1  association with a variety of medical and genetic
2  conditions.  We previously reported on a patient whose
3  clinical phenotype was compatible with both fetal
4  valproate syndrome and autism.  Here we present five
5  additional patients with fetal valproate syndrome and
6  autism.  In all five of our patients, there was
7  evidence of cognitive deficits, manifestations of
8  autism and typical phenotypic characteristics of fetal
9  valproate syndrome.  The association between this
10  known teratogen and autism has both clinical and
11  research implications."
12          Do you see that?
13      A.  Yes, I see that.
14      Q.  And in terms of the clinical and research
15  implications, Abbott has never done any clinical
16  research into autism associated with fetal valproate
17  syndrome, have they?
18      A.  I am not aware of us doing research in
19  that area.  We do have it in our -- our product
20  labeling, I believe.
21      Q.  You have it in now?
22      A.  Yes.
23      Q.  And do you know when that was added?
24      A.  I don't recall.

59 (Pages 626 to 629)

Confidential - Subject to Further Confidentiality Review

Page 630

1    (WHEREUPON, a certain document was
2        marked Deposition Exhibit No. 261,
3        for identification, as of 01/14/14.)
4    BY MS. ABARAY:
5        Q.   And I'll hand you what we'll mark as
6    Exhibit 261.
7        A.   We are done with this?
8        Q.   Yes.  And you see Exhibit 261 is an
9    article entitled "Behavioral Alterations in Rats
10   Prenatally Exposed to Valproic Acid:  Animal Model of
11   Autism"?
12       A.   Yes, I see that.
13       Q.   Are you familiar with this article,
14   Dr. Heimberger?
15       A.   No, I am not.
16       Q.   And are you aware that researchers,
17   including this group who published online in June of
18   2004, had determined that autism can be created in a
19   rat model by exposing the animals to valproate?
20       MR. STRAIN:  Objection; form.
21       Read at least the abstract, Doctor.
22       MS. ABARAY:  Well, I'd be happy to read the
23   first few lines into the record of the abstract.
24   BY MS. ABARAY:

Page 631

1        Q.   "Autism is a severe behavioral disorder
2    characterized by pervasive impairments in social
3    interactions, deficits in verbal and non-verbal
4    communication, and stereotyped, repetitive patterns of
5    behaviors and interests.  Recently, a new rodent model
6    of autism was created by exposure of rat fetuses to
7    valproic acid on the 12.5 day of gestation (VPA rats).
8    The model has striking anatomical, pathological, and
9    etiological similarities to human data; however, it
10   has not been characterized behaviorally."
11       Do you see that?
12       And then it continues to say, "In order to
13   determine if VPA rats present behavioral aberrations
14   observed in autism, their behavior was extensively
15   evaluated in a battery of tests."
16       And that's what this study is about.  Do
17   you agree with it?
18       A.   I -- I agree that that's what you read is
19   in the article.
20       Q.   Has Abbott at any time included articles
21   in regard to the use of Depakote to cause autism in
22   animal models in any of the White Papers sent to the
23   FDA about neurodevelopmental or behavioral delay?
24       A.   In neurodevelopmental -- so, we're asking

Page 632

1    about the developmental delay issue which I'm not sure
2    is the same as autism, but if you're asking, is this
3    paper listed among the references --
4        MR. STRAIN:  She asked in any of the
5    submissions, as I remember, Doctor.
6    BY THE WITNESS:
7        A.   Right.  The one I am looking at is right
8    here, and I was just going to say it's not in this
9    list of references.  It seems like this, and I -- and
10   I haven't really read it, is some sort of study where
11   they are talking about a -- a rat model for autism, as
12   you said.
13       Whether that has been validated and
14   accepted, I'm -- I'm not a toxicologist.  I'm not a
15   person who works with animal models.  I don't know the
16   answer to that.  And I also don't know what were the
17   references in any document we may have submitted when
18   we -- we made the autism label change.
19   BY MS. ABARAY:
20       Q.   Well, if you look at the last sentence of
21   the abstract for Exhibit 261, it states, "Our results
22   bring further support to validity of the proposed VPA
23   animal model of autism, suggesting similarities
24   between the observed pattern of behavioral alterations

Page 633

1    in VPA rats and features of disturbed behavior in
2    autistic patients."
3        Do you see that conclusion?
4        A.   I do see it.
5        Q.   Were you aware before you read this today
6    that researchers are using Depakote to cause autism in
7    a rat model?
8        MR. STRAIN:  Objection; form.
9    BY THE WITNESS:
10       A.   I'm not, as -- as I -- as I said when I
11   stepped back, I am not a toxicologist.  I don't know
12   what the models are for all of the various diseases.
13   I don't -- I wasn't aware of this, which I said a
14   moment ago, and I don't know whether this has been
15   widely accepted in the scientific community as the
16   animal rat model for autism.
17   BY MS. ABARAY:
18       Q.   So in fulfilling your responsibilities for
19   safety of Depakote, you have obviously not factored in
20   the potential of Depakote to cause autism in a
21   replicable animal model because you weren't aware of
22   it before today?
23       MR. STRAIN:  Objection; form.
24   BY THE WITNESS:

Confidential - Subject to Further Confidentiality Review

Page 634

1     A.    First of all, we've said several things.
2  I am not the person who looks at the information that
3  comes in on Depakote.  I don't look at this directly.
4  I have a broad range of responsibilities.  When issues
5  rise to the level of risk, making label changes, I
6  become aware of them.
7        That said, we do look at information
8  related to many things, including data in humans, and
9  I don't have in front of me the submission we made
10  when we made the labeling change and I don't know what
11  was listed in that submission.
12  BY MS. ABARAY:
13     Q.    And your safety group has not at any
14  meetings you've attended sat down and discussed the
15  implications of the fact that Depakote can cause
16  autism in a regular and systematic way in rats that
17  are exposed deliberately?
18     MR. STRAIN:  Objection; form.
19  BY THE WITNESS:
20     A.    And, again, in my role, I would not be
21  sitting in meetings on primary discussion of data.
22  BY MS. ABARAY:
23     Q.    Now, you -- and are you aware that
24  currently as of 2013 review articles are being

Page 635

1  published about how:  "In the past 10 years, animal
2  studies have investigated anatomical, behavioral,
3  molecular, and physiological outcomes related to in
4  utero VPA exposure.  Behavioral studies show that VPA
5  exposure in both rats and mice leads to autistic-like
6  behaviors in the offspring, including social behavior
7  deficits, increased repetitive behaviors and deficits
8  in communication"?
9     A.    So, I'm not seeing or familiar with the
10  information that you have been reading from a document
11  I can't see.
12     Q.    And so -- and the question that I have for
13  you then is:  Has Abbott, taking into account the
14  animal data as well as the clinical data in regard to
15  autism, reached the conclusion that valproate exposure
16  in utero does cause autism to children?
17     A.    Again, I think that we stated, I'm not
18  familiar with the studies or the references that may
19  have gone into our support for the labeling.  I also
20  don't know whether there has been a robust study that
21  shows an association between valproate and autism.
22        There are all sorts of levels of evidence,
23  animal data, case reports and so forth, but generally
24  what is accepted as causal is a higher level of

Page 636

1  evidence than that.
2     Q.    And my question is:  Has Abbott made any
3  effort to review all of the available data and come to
4  a conclusion as to whether exposure to valproate in
5  utero causes autism in humans?
6     A.    Again, I think we did propose a labeling
7  change, so Abbott has reviewed the safety.  You asked
8  me specifically about certain articles.  I can't say
9  what articles were reviewed.  We did change the
10  labeling.  Again, we put things in the labeling when
11  there is some amount of evidence, but whether there is
12  a robust study that determines whether Depakote is
13  associated with this in a significant manner, I don't
14  know.
15     MS. ABARAY:  Move to strike as non-responsive.
16     MR. STRAIN:  I oppose.
17  BY MS. ABARAY:
18     Q.    You are aware that the label merely says
19  something like, there have been re -- reports of
20  autism associated with valproate use?
21     A.    I -- I would need to see the labeling to
22  know exactly what it says.
23     Q.    Well, let's get out the 2013 label.
24     MS. ABARAY:  Did you mark -- did you use the

Page 637

1  2013 yesterday?
2     MR. SAMPSON:  197.
3     MS. ABARAY:  Okay.  Can I just borrow your copy
4  of it.
5        Thank you.
6     MR. STRAIN:  Let me help you get one for the
7  Doctor.
8     MS. ABARAY:  I can hand her this one.
9     MR. STRAIN:  Okay.  Let me find it too.
10        Do you want me to find one here, Janet?
11     MS. ABARAY:  I don't know that this is the right
12  one.  Yeah, it is, okay.
13     MR. WILLIAMS:  The doctor has a copy of it.
14  BY MS. ABARAY:
15     Q.    Okay.  And could you direct me to where
16  you see that, the statement about autism in the label?
17     MR. STRAIN:  If you have a section that you want
18  to direct her to, that would be fine.
19     MS. ABARAY:  No, actually, I don't.  I can't
20  find it in here.
21  BY THE WITNESS:
22     A.    Here it is.  It is right in front of
23  Section 7 about drug interaction.  It says, "There
24  have been reports of developmental delay, autism

61 (Pages 634 to 637)

Confidential - Subject to Further Confidentiality Review

Page 638

1 and/or autism spectrum disorder in the offspring of
2 women exposed to valproate during pregnancy."
3 BY MS. ABARAY:
4    Q.   All right.  So that is under 6.4, Other
5 Patient Populations.  It's not under the section on
6 birth defects, correct?
7    A.   That's correct.  To my understanding
8 autism is not a birth defect.
9    Q.   Well, in this particular case it is a
10 result of fetal exposure, correct?
11    A.   I don't know about that particular case.
12 And just because it's -- even if it were a result of
13 fetal exposure does not mean it's a birth defect in
14 terms of a malformation.
15    Q.   And Section 6.4 is part of the Adverse
16 Reaction section of the label, that's not part of the
17 warnings or precautions section of the label?
18    A.   That is correct.
19    Q.   And as I stated, all we have here is
20 "there have been reports of developmental delay,
21 autism and/or autism spectrum disorder in the
22 offspring of women exposed to valproate during
23 pregnancy."
24       There is no causal statement in this

Page 639

1 particular sentence?
2    A.   It does not say one way or the other.  We
3 are alerting about this, but based on the evidence you
4 have shown me so far that there is animal data and
5 some case reports, again, there are varying level of
6 evidence that are needed to help determine causation.
7    Q.   So you are unaware of the published
8 articles in the field of epidemiology concerning an
9 increased risk of autism associated with Dep --
10 valproate exposure during pregnancy?
11    MR. STRAIN:  Objection; form.
12 BY THE WITNESS:
13    A.   And -- and I think that we talked about
14 that I don't review these articles directly, that we
15 have a safety group of people who would have been
16 working on the autism submission to put this into the
17 labeling.
18 BY MS. ABARAY:
19    Q.   All right.  Well, so you just tossed out
20 that there is nothing but case reports and animal data
21 and that's not actually a correct statement, is it?
22    A.   I think --
23    MR. STRAIN:  Objection to form.
24 BY THE WITNESS:

Page 640

1    A.   I think what I said is what you have shown
2 me.
3 BY MS. ABARAY:
4    Q.   The only thing you know about whether
5 valproate causes autism is what I have shown you?
6    A.   I have people that work for me who are
7 familiar with what information they had and they
8 looked at to summarize autism.  I'm not familiar with
9 that level of detail.
10    Q.   And as the vice president of Clinical and
11 Medical Services at Abbott, could you please state for
12 the jury whether or not it's Abbott's position that
13 exposure to valproate in utero can cause autism in
14 children?
15    MR. STRAIN:  Objection; form and repetition.
16 BY THE WITNESS:
17    A.   I am aware that we have the information in
18 the labeling to alert people about the issue of
19 autism.  I just testified that I am not aware of
20 robust information that shows that Depakote causes
21 autism.
22    MS. ABARAY:  Move to strike as non-responsive.
23 BY MS. ABARAY:
24    Q.   Does Abbott have a position on whether or

Page 641

1 not Depakote causes autism in children --
2    MR. STRAIN:  Objection; form.
3 BY MS. ABARAY:
4    Q.   -- who are exposed in utero?
5    MR. STRAIN:  Excuse me.
6       Objection; form.  The doctor is here
7 testifying for herself.
8       You may answer, Doctor.
9 BY THE WITNESS:
10    A.   Again, as I said, and we talked about, I
11 have people who have worked on this particular issue.
12 We add things into the labeling when there is some
13 level of evidence, but it doesn't necessarily mean
14 cause and effect.  In this particular instance, I am
15 not familiar with the studies that were assessed
16 relating to autism and I'm un -- unaware of a robust
17 level of evidence showing cause and effect.
18 BY MS. ABARAY:
19    Q.   And my question is:  As the director of --
20 or the vice president of Clinical Medical Services at
21 Abbott, are you aware of whether or not Abbott has a
22 position on whether Depakote causes autism in
23 children?
24    A.   And I think that I've answered that as

62 (Pages 638 to 641)

Confidential - Subject to Further Confidentiality Review

Page 642

1   best I can with my awareness.  I can repeat that we do
2   have this in the labeling because there is some level
3   of evidence.  You have shown me some of that.  I've
4   stated that I am not aware of robust data sources
5   showing causation.
6       MS. ABARAY:  Would you mind reading that answer
7   back.
8           (WHEREUPON, the record was read
9           by the reporter as requested.)
10          (WHEREUPON, a certain document was
11          marked Deposition Exhibit No. 262,
12          for identification, as of 01/14/14.)
13  BY MS. ABARAY:
14      Q.   So I'll mark as Exhibit 262 the article by
15  Bromley, et al., entitled, "The prevalence of
16  neurodevelopmental disorders in children prenatally
17  exposed to antiepileptic drugs."  And I will assume
18  that you are --
19      MR. STRAIN:  Thank you.
20  BY MS. ABARAY:
21      Q.   -- unfamiliar with this paper that was
22  published January 31st, 2013, approximately one year
23  ago?
24      A.   Yes.

Page 643

1       Q.   Yes, you are unaware of the paper?
2       A.   Yes, I have not seen it.
3       Q.   And if you look at the abstract, do you
4   see that it states, "The aim of the study was to
5   compare the prevalence of diagnosed neurodevelopmental
6   delorder" -- "disorders in children exposed, in utero,
7   to different antiepileptic treatments"?
8       A.   I do see that.
9       Q.   And then skipping down to the results,
10  "Multiple logistic regression analysis revealed an
11  increase in risk of neurodevelopmental disorders in
12  children exposed to monotherapy sodium valproate," and
13  it gives us a statistic of 6 out of 50 or 12 percent
14  with an adjusted odds ratio of 6.05, 95 percent
15  confidence interval is 1.65 to 24.53, p-value of
16  0.007, "and of those exposed to polytherapy with
17  sodium valproate."  And again it gives statistics
18  which are significant.  And then going down "Autistic
19  spectrum disorder was the most frequent diagnosis?"
20      Do you see that?
21      A.   I do.
22      Q.   Who at Abbott would be paying attention to
23  the issue of whether Depakote causes autism in
24  children who are exposed in utero?

Page 644

1       A.   The phys -- physicians who work with
2   safety and who work on the product in clinical would
3   be aware of the safety information that's available.
4       Q.   And who is that?
5       A.   I don't know the name of the individual
6   physician who is looking at Depakote.  We have over 50
7   physicians who work on our products, and I don't know
8   the individual who is working on it currently.
9       Q.   Who -- what is is -- what would the title of
10  that person be?
11      A.   It would either be a senior medical
12  director or a medical director of safety.
13      Q.   And would their title have something with
14  valproate in the title or no?
15      A.   No, no.
16      Q.   And who would they report to?
17      A.   They would report to one of the
18  therapeutic area physicians that we have.
19      Q.   So the therapeutic area here would be
20  neurology?
21      A.   I think they are a combination of
22  therapeutic areas.  Neuroscience would be one.  That
23  might not be the only category of drugs in there.
24      Q.   And -- and you don't -- you're not able to

Page 645

1   identify who these individuals are at Abbott who are
2   monitoring the safety data in regard to autism and
3   Depakote?
4       A.   Again, we have 50 people who are
5   physicians who are monitoring our drugs, and I don't
6   know which particular one is assigned to Depakote.
7       Q.   And then going back to the 2005 White
8   Paper, we clarified that you did look at the various
9   drafts, correct?
10      A.   The 2005 White Paper?
11      Q.   Yes.
12      A.   I think that what I said is I don't have a
13  recollection, but I think that it's likely that I
14  looked at a draft of this.  I think that I said I
15  don't know that I looked at every edit that occurred.
16  But I believe I probably looked at it at some point.
17      Q.   And do you know who -- I keep losing the
18  same document.
19      Sorry.  I have it right here.  I just have
20  to get it out.
21      Do you know who Matthew Frekko is?
22      A.   I have heard the name.  I don't
23  remember -- he may work in legal.
24      Q.   Yeah --

63 (Pages 642 to 645)

Confidential - Subject to Further Confidentiality Review

---

Page 646

1    A.   I'm not 100 percent sure.
2    Q.   Yeah, are you aware he is an attorney at
3  Abbott?
4    A.   I just said, I -- I know I've heard the
5  name.
6    MR. STRAIN:  Objection; form.
7  BY THE WITNESS:
8    A.   I thought he worked in legal, but I wasn't
9  100 percent sure.
10 BY MS. ABARAY:
11   Q.   And do you know if he was one of the
12 people that reviewed the White Paper and helped to
13 edit it?
14   A.   I do not know.
15   Q.   And do you know if the White Paper --
16 well, strike that.
17         Both you and Mr. Frekko were among the
18 people who looked at the drafts as it changed from
19 what we looked at previously to the abbreviated
20 version that was sent in by --
21   MR. STRAIN:  Objection. Excuse me.  Objection;
22 form and repetition.
23 BY THE WITNESS:
24   A.   Again, I think I said I don't recall.  I

---

Page 647

1  said I think it's likely I looked at the March '05
2  draft. I don't know which version you are talking
3  about and I don't know whether he and I looked at a
4  similar version or not.
5  BY MS. ABARAY:
6    Q.   I'll just show you real quickly Exhibit
7  263.
8         (WHEREUPON, a certain document was
9         marked Deposition Exhibit No. 263,
10        for identification, as of 01/14/14.)
11 BY MS. ABARAY:
12   Q.   Do you see that in Exhibit 263 Cheryl Renz
13 is forwarding to Matthew Frekko from the legal
14 department as well as James Embrescia and Charles
15 Schwamlein the draft of the White Paper to review and
16 edit?
17   A.   She has said please review and provide
18 comments to them, yes, and that's the people that you
19 named.
20   Q.   All right. So you don't know if it was
21 the attorneys or if it was you or someone else in your
22 department that became involved and deleted the
23 references that we previously saw from the early draft
24 to what was submitted to the FDA?

---

Page 648

1    MR. STRAIN:  Objection; form.
2  BY THE WITNESS:
3    A.   I -- I think I've testified that I don't
4  recall. It was ten -- almost ten years ago -- what my
5  edits were or those of any of -- actually, I don't
6  even think I was aware the attorney was reviewing it
7  until you showed me the document.
8  BY MS. ABARAY:
9    Q.   All right. And now you are aware that
10 Dr. Meador communicated with Abbott in 2007 that he
11 was very upset that Abbott had not made any kind of a
12 label change in regard to neurodevelopmental delay?
13   A.   I think that I had some awareness of that.
14 I don't have specific awareness, but general
15 awareness.
16   Q.   And he, in fact, contacted the company to
17 complain about the fact that Abbott had not changed
18 the label, didn't he?
19   A.   I don't know the specifics.
20        (WHEREUPON, a certain document was
21        marked Deposition Exhibit No. 264,
22        for identification, as of 01/14/14.)
23 BY MS. ABARAY:
24   Q.   Well, I'll hand you what we marked as

---

Page 649

1  Exhibit 264.
2    MS. ABARAY:  Thank you.
3  BY MS. ABARAY:
4    Q.   Do you see this is an e-mail from
5  Dr. Meador to Jeff Baker at Abbott and in this e-mail
6  Dr. Meador is pointing out, "My prior e-mail referred
7  more to the development of greater anatomical
8  teratogenesis for valproate compared to other
9  antiepileptic drugs. Our new data on developmental
10 delay adds to an already substantially increased risk
11 caused by valproate. I do not feel that Abbott's PDR
12 information, website or educational efforts have
13 reflected this risk. I would be glad to discuss my
14 concerns directly with you."
15        And that was --
16   MR. STRAIN:  Dr. Heimberger -- excuse me. Have
17 you finished?
18 BY MS. ABARAY:
19   Q.   That was dated January 20, 2007.
20   MR. STRAIN:  Please read the e-mail that that
21 was responding to, Doctor.
22   MS. ABARAY:  Excuse me. Can she answer my
23 question first? I -- I -- you know, if you want to
24 conduct an exam, but this is very inappropriate.

---

64 (Pages 646 to 649)

Confidential - Subject to Further Confidentiality Review

Page 650

1    MR. STRAIN:  No.  It is inappropriate for you to
2   give her an e-mail that was --
3    MS. ABARAY:  I gave her the whole document.
4    MR. STRAIN:  I know, but you haven't let her
5   read it, Counsel.  That's pretty obvious.  You've been
6   talking non-stop since she has had it.
7    Read the first e-mail, Doctor.
8    MS. ABARAY:  I believe you are the one talking
9   non-stop, and I -- I object to you continuing --
10   MR. STRAIN:  She can't read it while you are --
11  while you are talking.
12   MS. ABARAY:  Well --
13   MR. STRAIN:  Please just give her a moment or 30
14  seconds of quiet.
15   MS. ABARAY:  I've been doing that throughout the
16  entire day.
17   MR. STRAIN:  Let's do it on this document as
18  well.
19   MS. ABARAY:  I don't need you to be interceding
20  and interrupting the deposition.
21   MR. STRAIN:  Well, you did, because you weren't
22  giving her time.
23   Let us know when you are finished, Doctor.
24  BY THE WITNESS:

Page 651

1    A.  I -- I am done.
2   BY MS. ABARAY:
3    Q.  Do you agree that Dr. Meador was
4   communicating to Abbott on January 20, 2007, that he
5   was upset with the information that Abbott was
6   releasing to the public in regard to the risks posed
7   by valproate exposure in utero?
8    A.  He was communicating that he didn't feel
9   that our PDR information, website and educational
10  efforts have reflected the issues that he laid out in
11  the first -- in the sentence above.
12   Q.  And his issue isn't only developmental
13  delay, it is also the already substantially increased
14  risk posed by valproate in terms of congenital
15  anomalies?
16   A.  I'm not sure what he is referring to with
17  greater anatomical.
18   At this point in time, which is 2007, we
19  had already submitted the data from the North American
20  registry that we talked about, which is the best study
21  on this particular data.  So I don't know what he is
22  referring to.
23   Q.  And now I'll hand you what we'll mark as
24  Exhibit 265.

Page 652

1    A.  Are we done with this?
2    Q.  Yes.
3    (WHEREUPON, a certain document was
4     marked Deposition Exhibit No. 265,
5     for identification, as of 01/14/14.)
6    MR. STRAIN:  Thank you.
7   BY MS. ABARAY:
8    Q.  And this is an internal e-mail from Abbott
9   dated July 19th of 2006 from Jeff Baker.
10   Is Jeff Baker in your department?
11   A.  No.  I don't know who he is.
12   Q.  Do you know Michelle Collins or Carla
13  Pumar?
14   A.  No, I don't.
15   Q.  Kimberly Martini?
16   A.  No.
17   Q.  And do you see it says it is an alert on
18  the third-quarter documents about valproate?
19   A.  Alert -- I -- I see what you are referring
20  to.
21   Q.  Okay.  And if you read this very short
22  e-mail, I just want to direct your attention to this,
23  it says, "Meador making more noise below," and then it
24  quotes information from a study abstract.

Page 653

1    Do you see that?
2    A.  Which particular issue are you talking
3   about?  I see three different...
4    Q.  Okay.
5    A.  I see what you are saying, "Meador is
6   making more noise," I see that directly.  And then
7   where are you referring me to, which paragraph?
8    Q.  And then below there is a title "TI
9   Antiepileptic Drugs and Neurodevelopment"?
10   A.  Yes.
11   Q.  And then apparently there was a summary of
12  published literature for or against the use of
13  antiepileptic drugs for neuropathic pain, migraine,
14  movement disorders, bipolar, aggressive behavior, and
15  pervasive developmental disorders in children and
16  adolescents.
17   A.  Yes, I see what that says.
18   Q.  So my question is:  Do you consider the
19  research that's been done by Dr. Meador to be noise?
20   A.  I would not describe research as noise.
21   This is not an e-mail to or from me.  What
22  I would say is -- and you had this in the previous
23  e-mail -- Dr. Meador did want us to have that in our
24  PDR labeling.  We had proposed that to the FDA.  Pat.

65 (Pages 650 to 653)

Confidential - Subject to Further Confidentiality Review

Page 654

1  in fact, proposed it again, I think, in 2007.  Both
2  times, based on his particular data, among others,
3  they said the information was too preliminary.
4    Q.   And that would be based upon the
5  incomplete data that was provided by Abbott?
6    MR. STRAIN:  Objection; form.
7  BY THE WITNESS:
8    A.  I don't agree with that.
9  BY MS. ABARAY:
10   Q.  All right.  And you also don't agree that
11 Dr. Meador's research is noise?
12   A.  I -- I would not refer to research as
13 noise.
14   Q.  Do you know if that's the attitude of
15 others at Abbott that what Dr. Meador is doing is
16 noise?
17   A.  The people that I was involved with when
18 we were putting forward the proposal, I mean, first of
19 all, we had to come -- I talk -- I talked yesterday,
20 right, about it's a -- a number of people discussed
21 some of these findings.  We agreed as Abbott that we
22 were putting together, putting forward a proposal and
23 his data was not completed at that time, but we put
24 forward the proposal in part based on his data and the

Page 655

1  advice we received, and so I don't think we were
2  treating that as noise.
3        (WHEREUPON, discussion was had
4          off the stenographic record.)
5        (WHEREUPON, a certain document was
6          marked Deposition Exhibit No. 266,
7          for identification, as of 01/14/14.)
8  BY MS. ABARAY:
9    Q.  I'm handing you what we're marking as
10 Exhibit 266.
11       Now, my question to you simply is this:
12 Are you aware that in the 2007 White Paper submitted
13 by Abbott to the FDA, the company again changed the
14 macro that was used to determine the level of
15 reporting of developmental delay in the adverse
16 events?
17   MR. STRAIN:  Objection; form.
18 BY THE WITNESS:
19   A.  Was I -- did I independently recall, no.
20 Do I see that that has been listed here, the answer is
21 yes, and it doesn't surprise me, as the dictionary
22 changes over time.
23 BY MS. ABARAY:
24   Q.  Well, it actually says that "I could not

Page 656

1  find the search strat-" -- "strategy used in the
2  original White Paper" and then "not specified in it.
3  I did not consult with other in" -- excuse me -- "I
4  did consult with others in the department who also
5  were unsure."
6    A.  And -- and I can't speak to -- to the
7  search strategy.
8    Q.  Are you aware that it wasn't until 2009
9  that Abbott finally used the word "autism" in one of
10 its White Papers?
11   MR. STRAIN:  Objection; form.
12 BY THE WITNESS:
13   A.  I have not gone back through all of the
14 White Papers we've written on the various issues to
15 look for the word "autism."
16 BY MS. ABARAY:
17   Q.  Did you have input into the descriptions
18 in these White Papers?
19   A.  In the earlier -- I don't know what you
20 mean by descriptions.  As we talked about before,
21 physicians would review the data, I would often review
22 the final paper.  As the group evolved over time and
23 my responsibilities were broader, Dr. Embrescia, as
24 the head of pharmacovigilance, was reviewing the White

Page 657

1  Papers, and I really don't do that anymore.  I will be
2  aware if we have a particularly large issue, but he
3  handles that as his role as the vice president of
4  pharmacovigilance.
5    Q.  And you do accept that autism is separate
6  from developmental delay in the way the terminology
7  has been used by the experts?
8    MR. STRAIN:  Objection; ambiguous.
9  BY THE WITNESS:
10   A.  I haven't read how the terminology is used
11 by the experts.
12       In the -- in the brief glancing at some of
13 the things you have shown me, sometimes it appears to
14 be separate, sometimes it appears to be linked.  And
15 so I couldn't answer that.
16 BY MS. ABARAY:
17   Q.  And if I could -- I just wanted to ask
18 you, were you aware then that the emphasis of the
19 submission in 2009 had changed so that it was now
20 entitled "Valproate Developmental Delay/Autism
21 Review"?
22   A.  A -- again, I -- I do not recall whether
23 or not I even reviewed that particular paper.  As I
24 said, in Dr. Embrescia's role at the time, he likely

66 (Pages 654 to 657)

Confidential - Subject to Further Confidentiality Review

Page 658

1  would have handled that.
2      Q.  And are you aware that there is a
3  discussion within the company in 2009 about whether to
4  include the animal data in the White Paper that was
5  being submitted on neurodevelopmental delay and
6  autism?
7      A.  As -- as I had just mentioned, I don't
8  believe that I was involved in that particular
9  submission.  I believe that was handled by some of the
10  safety staff and Dr. Embrescia most likely would have
11  reviewed that.
12      Q.  And you are familiar with a CBE, correct,
13  we talked about that a little bit yesterday?
14      A.  Changes being effected?
15      Q.  Yes.
16      A.  I am generally familiar.  I know that FDA
17  has to approve a CBE as well as they have to approve
18  it when it's submitted directly to them.
19      Q.  And are you aware that Abbott had the
20  ability to submit a CBE on neurodevelopmental delay or
21  autism whenever it wanted to?
22      A.  It's my understanding that a CB -- CBE
23  requires FDA approval at the end versus if you submit
24  to FDA directly.  So regardless, one requires FDA

Page 659

1  approval.  We, therefore, talk to the FDA about how
2  they want us to handle certain things.  Again, I'm not
3  in the regulatory group on that, but I believe they
4  wanted to review this particular issue.
5          (WHEREUPON, a certain document was
6          marked Deposition Exhibit No. 267,
7          for identification, as of 01/14/14.)
8  BY MS. ABARAY:
9      Q.  Let me just hand you what we've marked as
10  Exhibit 267.
11      MR. STRAIN:  Thank you.
12          Read the document, Doctor.
13  BY MS. ABARAY:
14      Q.  Are you finished reading the document?
15      A.  Almost.  Yes.
16      Q.  And do you see that this is a -- a minute
17  of a -- minute of a meeting or a contact report
18  between the Division of Neurology and the FDA?  Let me
19  rephrase that.
20          Do you see that Exhibit 267 is entitled
21  "Contact Report: Division of Neurology Teleconference"
22  and it's dated September 18, 2009?
23      A.  I do.
24      Q.  And it's a meeting between FDA

Page 660

1  representatives and Abbott representatives in regard
2  to the 2009 paper that Abbott submitted regarding
3  neurodevelopmental delay and/or autism labeling?
4      A.  That's correct.
5      Q.  And in this minutes of the conversation it
6  describes that the FDA is still conducting its review.
7  And then on the top of the second page it states,
8  "Mr. Muraoka then inquired if the Agency would be open
9  to our proposal for labeling language in the interim
10  while the F" -- "while the Agency completes its
11  review.  Dr. Katz," and Dr. Katz was with the FDA,
12  correct?
13      A.  That's correct.
14      Q.  "Dr. Katz stated that we were well within
15  our rights to submit a CBE but that they would not
16  take action until reviewing the data."
17          Do you see that?
18      A.  I do.
19      MR. STRAIN:  Objection.
20  BY MS. ABARAY:
21      Q.  So what -- what that provides is that it
22  was well within the rights of Abbott to submit a CBE
23  and that there is nothing -- that the FDA cannot
24  prohibit a CBE from being submitted?

Page 661

1      MR. STRAIN:  Objection; form, misleading.
2  BY THE WITNESS:
3      A.  I -- I think what I said before was that
4  we could submit directly to the FDA or you can submit
5  a changes being effected, but in either case FDA has
6  to approve the information either before or after.
7  If, in fact, you submit something and FDA decides, as
8  they had the previous two times, that they are not
9  going to approve something, then you would be needing
10  to remove something from the labeling, which is very
11  confusing for providers.
12  BY MS. ABARAY:
13      Q.  Well, in point of fact, the FDA previously
14  stated its review was ongoing.  There is no prior --
15  prior denial of a CBE by the FDA in regard to
16  developmental delay, is there?
17      A.  What I had --
18      MR. STRAIN:  Objection; form.
19  BY THE WITNESS:
20      A.  We had submitted directly two times, one
21  in '05 and I think the other was in '07, and the FDA
22  had said that the information was not substantial
23  enough to change the labeling.
24  BY MS. ABARAY:

67 (Pages 658 to 661)

Confidential - Subject to Further Confidentiality Review

Page 662

1    Q.   Right.  And that's what we've spent all
2  day going through this -- all afternoon, looking at
3  how Abbott omitted seven studies and changed the title
4  of a study and had half the amount of adverse events
5  and didn't tell about the meeting with the expert
6  panel, correct?
7        MR. STRAIN:  Objection; form, misleading.
8  BY THE WITNESS:
9    A.   I -- I don't think I disagree with any of
10  that.  I can --
11        MR. STRAIN:  You say you don't think you
12  disagree?
13  BY THE WITNESS:
14    A.   No, I don't think I agree with any of
15  that.  I disagree with all of --
16        MR. WILLIAMS:  Counsel, quit coaching the
17  witness.
18  BY THE WITNESS:
19    A.   -- that.
20        MR. STRAIN:  I wasn't coaching the witness.  It
21  was obviously a misstatement.
22        MR. WILLIAMS:  Wait a minute.  Wait a minute.
23  It is -- it is not for you to determine that.  If you
24  do this one more time, I am calling the judge.

Page 663

1        MR. STRAIN:  You -- you can call the judge.  It
2  is clear --
3        MR. WILLIAMS:  That is as unprofessional as can
4  be.
5        MR. STRAIN:  Let me know when you are finished.
6        MR. WILLIAMS:  It is clear -- it is not clear?
7  That is you coaching the witness.
8        MR. STRAIN:  This witness has testified on that
9  subject at least three times today.
10        MS. ABARAY:  I thought she just agreed with me
11  until you changed her testimony.
12        MR. STRAIN:  She testified on that subject at
13  least three times today.  It was clearly a slip of the
14  tongue.
15        MR. WILLIAMS:  Well, that is not for you to
16  decide.
17        MR. STRAIN:  You -- you can call the judge.  You
18  can call the judge.
19        MR. WILLIAMS:  Wait a minute.  You said there is
20  no judge here.  That is not for you to decide what her
21  testimony is to be.
22        MR. STRAIN:  All right.
23        MR. WILLIAMS:  Now, Paul, that is absolutely
24  unprofessional.

Page 664

1        MR. STRAIN:  I -- I -- I disagree.  I tell
2  you -- tell me when you are finished.
3        MR. WILLIAMS:  If you do that again, I will
4  bring it up to the judge.
5        MR. STRAIN:  That's fine.
6        MR. WILLIAMS:  And I will --
7        MR. STRAIN:  That's fine.  I'll tell you what --
8        MR. WILLIAMS:  It is inappropriate.
9        MR. STRAIN:  I'll tell you what I object --
10        MS. ABARAY:  I would bring it up to the judge
11  either way.
12        MR. STRAIN:  I'll tell -- I'll tell you what, I
13  object to over and over again the same subject is
14  being gone over with this witness.  That very subject
15  at least three times.  That's probably an
16  understatement.
17        Now let's continue.
18        MS. ABARAY:  And I would just like the record --
19  I would like the record to reflect --
20        MR. WILLIAMS:  Until you changed it.
21        MS. ABARAY:  -- that the witness continues to
22  give a speech, reiterating a position that's been
23  completely undercut all afternoon, which means I have
24  to repeat it.

Page 665

1        MR. STRAIN:  No, no.
2        MS. ABARAY:  So --
3        MR. STRAIN:  You can continue, Counsel.
4  BY MS. ABARAY:
5    Q.   I'm going to hand you what we're marking
6  as Exhibit 268, which is the 2009 White Paper.
7        (WHEREUPON, a certain document was
8        marked Deposition Exhibit No. 268,
9        for identification, as of 01/14/14.)
10  BY THE WITNESS:
11    A.   Are we done with this --
12  BY MS. ABARAY:
13    Q.   Yes --
14    A.   -- contact report?
15    Q.   -- Doctor.
16        And I'd like to direct your attention to a
17  couple of items in the cover letter.  And this
18  Exhibit 269 is the April 30, 2000 -- excuse me -- 268.
19  Let me start over.
20        Exhibit 268 is the April 30, 2009
21  submission of a White Paper by Abbott to the FDA, the
22  title of the letter states, "Subject:  General
23  Correspondence - Request For Advice Regarding
24  Developmental Delay and/or Autism/Autism Spectrum

Confidential - Subject to Further Confidentiality Review

Page 666

1    Disorder Labeling With In Utero Exposure to
2    Valproate."
3         Do you see that?
4    A.   I do.
5    Q.   And we have a description here of
6    developmental delay and autism information being sent
7    in by Abbott in which it specifies that there are
8    three new publications issued, if you look at the top
9    of the second page of the letter.
10        MR. STRAIN:  Read the letter, Doctor.
11   BY MS. ABARAY:
12   Q.   There is a reference to --
13        MS. ABARAY:  Would you please.
14   BY MS. ABARAY:
15   Q.   -- a reference to Eriksson, Rasalam and
16   Nicolai.
17        MR. STRAIN:  Read the letter, Doctor.
18   BY MS. ABARAY:
19   Q.   Do you see that on the top of the second
20   page?
21   A.   Just one sec.
22        I see the sentence that you referred to.
23   Q.   All right.  And then if you look under
24   that, it states, "Notably, recent publications and

Page 667

1    many of the newly received post-marketing reports have
2    raised the question of autism or autism spectrum
3    disorder as a result of intrauterine exposure to
4    valproate.  The risk of autism or ASD was not
5    discussed in the previous submissions.  The
6    information described above is summarized in the
7    attached Abbott White Paper dated March 5, 2009."
8         Do you see that?
9    A.   I see that.
10   Q.   And then the next paragraph says,
11   "Developmental delay information has been included in
12   the valproate labeling in other areas of the world.
13   Sanofi-Aventis, our valproate licensing partner,
14   recently updated information regarding developmental
15   delay in its ex-US SmPC" -- what is SmPC?
16   A.   Summary of product characteristics.  And
17   it's utilized in Europe.
18   Q.   -- "for valproate products (Europe,
19   Asia-Pacific and Africa)."
20        Do you see that?
21   A.   I do.
22   Q.   And do you recall that previously we were
23   looking at documents from 2002 and 2004 in which
24   Sanofi added neurodevelopmental delay to its company

Page 668

1    core data sheet?
2    A.   I don't remember the years.  We were
3    looking at documents where they added it, I think they
4    called it, to the CIS, yes.
5    Q.   Yes.  And, in fact, those were for 2002
6    and 2004, which you would agree with me really isn't
7    very recent in comparison to a letter being sent in
8    2009?
9         Do you agree with that?
10   A.   I -- I agree that 2002 and 2004 precede
11   2009, if that's what you're asking.
12   Q.   And do you have any explanation of why
13   Abbott waited over five years to notify the FDA that
14   the labeling had been changed by Sanofi in Europe,
15   Asia-Pacific and Africa in regard to developmental
16   delay?
17        MR. STRAIN:  Objection; form.
18   BY THE WITNESS:
19   A.   I think that we approached the Agency with
20   adding developmental delay on two previous occasions.
21   And in the front of this letter is the summary of the
22   Agency's concerns with the robustness of that
23   particular data and they did not agree that that
24   information should be added to the labeling.

Page 669

1         Whether or not they were aware of Sanofi
2    having this in the label, as I stated before,
3    countries act independently of one another.  Clearly
4    with FDA they will make their own scientific decision.
5    In fact, in this particular letter you can see that
6    they even asked for Dr. Meador's independent data to
7    analyze it themselves.  They make their own
8    independent decisions.
9    BY MS. ABARAY:
10   Q.   So is it your testimony, then, that it's
11   irrelevant to FDA whether the other countries in the
12   world have changed their label to include information
13   on neurodevelopmental delay or autism?
14   A.   I think that FDA -- what's relevant is is
15   there a potential signal, and that's what -- and that
16   was developmental delay and we approached FDA with
17   that information.  I think whether or not other
18   countries act on that particular signal will not move
19   FDA's process of going through all of their data, all
20   of the data that's submitted.  In this case you can
21   see they ask for data independently from the offer in
22   making their own independent decision.
23        MS. ABARAY:  Move to strike as non-responsive.
24        MR. STRAIN:  Oppose.

69 (Pages 666 to 669)

Confidential - Subject to Further Confidentiality Review

Page 670

1  BY MS. ABARAY:
2      Q.   Do you have an explanation for why Abbott
3  would have felt it was important in 2009 to let the
4  FDA know that these changes had been made by Sanofi
5  but didn't disclose it previously in 2005 or 2007?
6      MR. STRAIN:  Objection; form.
7  BY THE WITNESS:
8      A.   And, again, I -- I would say a couple of
9  things.  When we looked at the 2005 document, the only
10 piece that I focused on was the White Paper.  I didn't
11 read any of the other pieces of correspondence, and
12 I'm not familiar with the dialogue that goes back and
13 forth.  I don't believe we've looked at the 2007
14 submission, nor any of the dialogue notes.  So I
15 cannot say what or was not discussed.
16 BY MS. ABARAY:
17     Q.   And the second sentence of this
18 paragraph is, "It should also be pointed out that
19 Abbott's labeling in Canada, Latin America and some
20 Asian countries currently include information
21 regarding the risk of developmental delay as a result
22 of intrauterine exposure to valproate."
23          Do you see that?
24     A.   Yes, I see that.

Page 671

1      Q.   And then the next sentence says, "Based on
2  this new and updated submission package."
3          So, again, Abbott has described these
4  label changes around the world as recent and new and
5  in point of fact this had happened years earlier,
6  correct?
7      A.   What exactly is your question?  I'm not
8  sure.
9      Q.   That it had been at least five years since
10 Sanofi had changed the labels to include
11 neurodevelopmental delay?
12     A.   Because I thought we were talking about
13 Abbott's labeling.
14          Sanofi, again, I said I didn't remember
15 the date, you quoted two particular dates.  I don't
16 happen to remember.  I agreed they preceded 2009.
17     Q.   And they preceded 2005?
18     A.   2002 and 2004 precede 2005, yes.
19     Q.   All right.
20          And also in this White Paper on the
21 neurodevelopmental delay, do you see any discussion of
22 animal data?
23     A.   Do you want me to go through every page of
24 this White Paper to --

Page 672

1      Q.   I've shown you about four pages and it has
2  sections.  It has an intro and it has a section called
3  Clinical Studies and Case Reports and then it has a
4  section called Review of Reports in Abbott's
5  Post-Marketing Database and Previous Contact With the
6  FDA.
7      MR. STRAIN:  What's the pending question,
8  please?
9  BY MS. ABARAY:
10     Q.   That they did not submit any animal data
11 to the FDA in regard to the 2009 White Paper.
12     A.   So in a quick going through of this White
13 Paper from 2009, I didn't see mention of animal data.
14 I saw mention of human data, which is certainly a
15 higher level of evidence than animal data.
16     Q.   And there is also nothing in the cover
17 letter submitting animal data?
18     A.   Again, the cover letter -- letter, excuse
19 me, asks for the change and -- and the additions based
20 on the human information.  It does not mention animal
21 data in the cover letter.
22     MS. ABARAY:  All right.  I was handed a note
23 that there is five minutes left on the tape, so we'll
24 take a break.

Page 673

1      THE VIDEOGRAPHER:  Going off the video record at
2  2:40 p.m.
3          (WHEREUPON, a recess was had
4          from 2:40 to 3:00 p.m.)
5      THE VIDEOGRAPHER:  We are back on the record at
6  3:00 p.m.
7      MS. ABARAY:  Subject to our previous objections
8  that we've documented in correspondence in the
9  Rheinfrank case, I will pass the witness to
10 Mr. Williams.
11          EXAMINATION
12 BY MR. WILLIAMS:
13     Q.   Good afternoon, Dr. Heimberger.  My name
14 is John Eddie Williams.  I introduced myself
15 previously.  Good to see you today.
16     A.   Good afternoon.
17     Q.   Good afternoon.
18          You hold the title of medical doctor,
19 correct?
20     A.   That is correct.
21     Q.   When did you last see patients?
22     A.   During my Fellowship, you have to let me
23 think for a minute.  I think it was 1989.
24     Q.   And when did you -- have you ever seen a

70 (Pages 670 to 673)

Confidential - Subject to Further Confidentiality Review

Page 674

1  patient on Depakote, to your knowledge?
2      A.  Yes.
3      Q.  When?
4      A.  I, as a medical resident, had to receive
5  admissions to the hospital.  I -- I don't know a
6  specific patient, but I'm sure there was a patient who
7  came in, not necessarily for seizures, but would have
8  been on Depakote.
9      Q.  And when would that have been?  Prior to
10  1989?
11      A.  For my medical residency training, that
12  would have been '84 to '87.
13      Q.  Okay.  So fair to say you've not seen a
14  patient since 1989 and you've not seen a patient on
15  Depakote since at least 1987, true?
16      A.  That's correct.
17      Q.  And have you ever seen a child with birth
18  defects resulting from Depakote used by the mom?
19      A.  No.  I did internal medicine -- medicine
20  residency and was trained on adults.
21      Q.  Okay.  So you've never personally seen a
22  baby who had birth defects as a result of the mom
23  taking Depakote, true?
24      A.  Not that I recall.

Page 675

1      Q.  Is it true, is my statement true?
2      A.  I believe it's true.
3      Q.  Okay.  Do you hold yourself out as an
4  expert in any particular area?
5      A.  I think that I'm an expert in areas around
6  safety and how you do safety for products.  Did you --
7  at -- at one point I was an expert in internal
8  medicine and infectious disease and I practiced, I was
9  board certified in both of those.  I haven't practiced
10  for some time.
11      Q.  You no longer hold yourself out as an
12  expert in internal medicine or any -- any board
13  certification areas, true?
14      A.  I think that I have a broad understanding
15  of medicine.  From my background I know how to apply
16  it, but I don't think that I would go in and treat
17  internal medicine patients tomorrow.
18      Q.  You are not an expert in that -- because
19  you are not an expert in that area, you would agree,
20  currently?
21      MR. STRAIN:  Objection; form.
22      BY THE WITNESS:
23      A.  Because I don't have a current familiarity
24  with everything they are doing for all treatment

Page 676

1  protocols and so forth.  I have a broad understanding
2  of medicine from my background and from my training in
3  a number of areas.
4  BY MR. WILLIAMS:
5      Q.  So if -- if you have a background and
6  training in medicine and you hold yourself out as an
7  expert in safety, anything else that you would hold
8  yourself out as an expert in?
9      MR. STRAIN:  Objection; form.
10      BY THE WITNESS:
11      A.  I think that those are the areas in
12  relation to what I do today.
13  BY MR. WILLIAMS:
14      Q.  Okay.  Now, you claim to be an expert in
15  safety.
16      Tell me what areas of safety you hold
17  yourself out to be an expert in?
18      A.  I think that I have an understanding of
19  how safety is done within the industry, the things
20  that go into thinking about safety, ways that it goes
21  into thinking about risk/benefit, understanding of
22  what the current industry standard is, and
23  understanding of what types of things need to be done.
24      In my role I have broad responsibilities

Page 677

1  which are orchestrated by people underneath me and I
2  need to know that we need to have those particular
3  things in place.
4      Q.  Okay.  You are not an expert in
5  epidemiology, teratology, neurology, those areas?
6      A.  That's correct.
7      Q.  And are you an expert with regard to
8  safety and the drug known as Depakote?
9      A.  I would say that I am not the expert in
10  Depakote.
11      I think we talked a lot about that I have
12  people working with me.  What I do understand are the
13  issues that they present and bring forward.  We dis --
14  especially earlier on before Dr. Embrescia had his
15  role, we may have gone back and -- and talked about
16  data and so forth, understanding of how to read
17  information that they may have brought forward and so
18  forth.
19      Q.  To put it another way, with regard to
20  Depakote and safety, do you hold yourself out as an
21  expert or not an expert?
22      MR. STRAIN:  Objection; form.
23      BY THE WITNESS:
24      A.  I don't think that I am an expert on the

71 (Pages 674 to 677)

Confidential - Subject to Further Confidentiality Review

Page 678

1    product itself in all aspects of the product.
2        What I do understand in relation to the
3    product is how to look at the information that we had
4    available, how to work and make decisions about that
5    information, what might we want to put forward to FDA
6    and so forth.
7    BY MR. WILLIAMS:
8        Q.   Are you an expert, do you hold yourself
9    out to this jury with regard to the safety aspects of
10   Depakote to be an expert?
11       MR. STRAIN:  Objection; repetitious.
12           You may answer, Doctor.
13   BY MR. WILLIAMS:
14       Q.   I think you can -- you can say yes or no
15   and then explain.
16       MR. STRAIN:  You can answer, Doctor.
17   BY THE WITNESS:
18       A.   I -- I think I've answered that question.
19           I think that I have said that I have
20   people who work for me who have closer knowledge and
21   expertise to the data that's coming in.  They work
22   with this day-to-day.  I --
23   BY MR. WILLIAMS:
24       Q.   I understand that and appreciate that --

Page 679

1        MR. STRAIN:  Don't interrupt.  Don't interrupt,
2    Counsel.
3    BY MR. WILLIAMS:
4        Q.   But, Doctor, let me say that I'm -- I'm
5    just searching for a simple answer to a simple
6    question.
7        MR. STRAIN:  She can complete her answer,
8    Counsel.
9    BY MR. WILLIAMS:
10       Q.   With regard to Depakote, would you hold
11   yourself out as a safety expert to this jury, yes or
12   no?
13       MR. STRAIN:  Before you answer --
14   BY MR. WILLIAMS:
15       Q.   Either one is fine.
16       MR. STRAIN:  Before you answer that, Doctor, go
17   back and, please, finish your preceding answer.
18   BY MR. WILLIAMS:
19       Q.   No, Doctor, please, focus on my question.
20       MR. STRAIN:  Yeah.  She is not going to be drawn
21   to another question after you interrupt her.
22   BY MR. WILLIAMS:
23       Q.   Are you capable of giving a yes-or-no
24   answer?

Page 680

1        MR. STRAIN:  John Eddie, John Eddie, let's not
2    waste time here.  She is going to complete her answer.
3        MR. WILLIAMS:  It completely was not responsive.
4        MR. STRAIN:  She's going to -- that's not for
5    you to judge.  And she --
6        MR. WILLIAMS:  Or for you.
7        MR. STRAIN:  You -- you -- well, I'm not
8    judging.  I'm saying she -- I am judging one thing.
9    She gets to complete her answer.
10           Do you need to have the first half of the
11   first part of your answer reread, Doctor, or are you
12   able to pick up?
13       MR. WILLIAMS:  Come on.
14   BY THE WITNESS:
15       A.   I think I can pick it up.
16   BY MR. WILLIAMS:
17       Q.   It is a simple question:  Are you --
18       MR. STRAIN:  She is picking up the previous --
19   BY MR. WILLIAMS:
20       Q.   -- an expert with regard to safety?  Are
21   you holding yourself out to the jury as an expert, yes
22   or no?
23       MR. STRAIN:  Don't answer that until you
24   complete your previous answer and then go ahead and

Page 681

1    answer that, Doctor.
2    BY THE WITNESS:
3        A.   I actually don't think it is a simple
4    question with an easy yes-or-no answer.
5            I think that in my various roles I have
6    had managerial responsibility for safety.  I
7    understand what needs to take place.  We have put in
8    place physicians who have been looking at Depakote
9    safety and who are more familiar and expert in a
10   day-to-day basis of the various reports and so on and
11   so forth that have occurred in Depakote.
12           In my role where I review, discuss, help
13   to synthesize data, and we may end up recommend
14   labeling, I do have expertise.  But the product
15   specific knowledge of day-to-day is not what I do
16   directly and I wouldn't consider myself an expert on
17   that aspect.
18   BY MR. WILLIAMS:
19       Q.   Okay.  And -- and I'm trying to move
20   along, but if, as I understand it, you would not
21   consider yourself an expert on a day-to-day basis on
22   the safety aspects of Depakote, is that --
23       MR. STRAIN:  Objection.
24   BY MR. WILLIAMS:

72 (Pages 678 to 681)

Confidential - Subject to Further Confidentiality Review

Page 682

1    Q.   Is that a true statement?
2         MR. STRAIN:  Excuse me, sir.
3         Objection; asked and answered.
4         You may answer, Doctor.
5    BY THE WITNESS:
6    A.   What I'm trying to reflect, and I really
7    don't know how to answer this any differently, is I
8    have people who see that data day-to-day.
9         In my role, my responsibility is not to be
10   looking at Depakote data.  It's not to be reading
11   Depakote data every day.  I am running a group of 300
12   people that do multiple different types of things and
13   I have people who work for us who have deeper
14   day-to-day product expertise on Depakote.
15   BY MR. WILLIAMS:
16   Q.   Yes, ma'am.  And I'm going to put aside
17   those other 300 people now and I'm going to put this
18   to the vice president here, who manages those 300
19   people, and give you an opportunity if you feel like
20   you're an expert on safety with regard to Depakote,
21   I'm going to give you an opportunity to say that --
22   yes?
23        MR. STRAIN:  Objection; asked and answered.
24        You may answer, Doctor.

Page 683

1    BY THE WITNESS:
2    A.   I'm --
3    BY MR. WILLIAMS:
4    Q.   Do you think the answer is yes, that
5    you're an expert?
6    A.   Again, I don't know how to answer this
7    differently.
8    Q.   Okay.  That's fine enough.
9         Do you -- you've been a vice president
10   for -- at Abbott -- you were a vice president at
11   Abbott for 13 years?
12   A.   Since sometime in 2001.
13   Q.   Okay.  For -- so that if -- let me do my
14   math.
15        Is that 13 years?
16   A.   Yes.
17   Q.   Okay.  So during that 13 years, how many
18   vice presidents were there responsible for Depakote?
19   A.   We have no vice presidents of Depakote at
20   Abbott that I'm aware of that only are vice presidents
21   of Depakote, if that's what you're asking.
22   Q.   Let me go at it another way.
23        During your 13 years as vice president,
24   was Depakote part of your responsibility?

Page 684

1         MR. STRAIN:  Objection; repetitious.
2         You may answer that.
3    BY THE WITNESS:
4    A.   As we talked about in the beginning, I
5    have a group of people who work for me comprised of
6    physicians who do have responsibility in relation to
7    Depakote for the safety aspects, which during the
8    earlier years of the 2000 were shared with the
9    clinical team.
10   BY MR. WILLIAMS:
11   Q.   The safety aspects of Depakote during the
12   13 years that you were vice president at Abbott, that
13   was within your area of responsibility or not?
14   A.   I think we talked about this on day one.
15        Regarding all drugs, not just Depakote, my
16   area of responsibility was post-marketing safety.  The
17   clinical teams looked at the clinical trial safety,
18   some of the literature, I think we talked about within
19   the post-marketing responsibility there may have been
20   literature reports that came in that way, the
21   physicians would have looked at.  If they were
22   analyzing a signal, we would have perhaps done a
23   search for more information and then those groups
24   worked together.

Page 685

1         So I was responsible for those pieces
2    within my organization, the clinical team was
3    responsible for other aspects, and we worked together.
4    Q.   Okay.  During your 13 years of vice
5    presidency at Abbott, you were responsible for which
6    areas of safety concerning Depakote?
7         MR. STRAIN:  Objection; repetitious.
8         You may answer, Doctor.
9    BY THE WITNESS:
10   A.   I -- I think that I've answered this, but
11   I'll answer it again.
12        I was responsible for all products
13   relating to post-marketing safety and within that
14   there were physicians that were working on Depakote.
15   The clinical trial people were responsible for looking
16   at the clinical trial safety aggregate analysis,
17   medical literature.  I also mentioned in their role in
18   post-marketing safety, physicians under me may also
19   have looked at medical literature.  We talked about
20   that earlier.
21        And in -- additionally, I forgot to
22   mention, as the serious adverse events were reported
23   from the trials, that piece of looking at those and
24   determining regulatory reporting was under my

73 (Pages 682 to 685)

Confidential - Subject to Further Confidentiality Review

Page 686

1  responsibility.
2      Q.   Okay.  So during your 13 years as vice
3  president at Abbott, with regard to Depakote, there
4  are four areas that you've listed that were -- you
5  were responsible for, post-marketing safety is No. 1,
6  No. 2 clinical trials, No. 3 medical literature, No. 4
7  serious adverse events.
8          Have I left anything off that list?
9      A.   I don't agree with what you said and I
10  don't think that's how I previously answered.
11      Q.   Well, you understand those four.
12          Which of those four do you disagree with?
13      A.   Let's start with clinical trials, which I
14  said was not my responsibility --
15      Q.   Okay.  I -- I understand.
16      A.   -- until -- until about 2010, we reviewed
17  this on day one, that looking at the safety from
18  clinical trials became our responsibility about that
19  particular time.
20      I did say that with regard to the clinical
21  trials, collection of the serious adverse events were
22  done by the clinical teams, they were sent over to us,
23  we evaluated that -- evaluated them for expedited
24  reporting.

Page 687

1      Q.   Okay.
2      A.   The second thing you asked about, I -- I
3  want to make sure I hit all of them, post-marketing
4  safety was my responsibility.
5      And you asked about the medical
6  literature.  I think we had a discussion extensively
7  yesterday about that the clinical team was -- were
8  experts on the product, they looked at the literature.
9  However, we also, if literature was -- if adverse
10  events were reported in literature, doctors would have
11  seen that information.  And additionally, when they
12  were assessing signals, the post-marketing doctors may
13  have asked for literature around that particular
14  topic.
15      I think I also testified to the fact that
16  later in the 2000s, and I don't remember the year, I
17  think we now have another process relating to my team
18  getting medical literature.
19      Q.   Okay.  Let me show you, I've written down
20  the four things, No. 1, post-marketing safety, that
21  was under you the full time you were a vice president
22  at Abbott, true?
23      A.   Yes.
24      Q.   And the second one, clinical trials, you

Page 688

1  were responsible for that for a period of time while
2  you were a vice president with regard to Depakote,
3  true?
4      A.   That is not true.  I have never been
5  responsible for clinical trials.
6      Q.   Oh, with regard to Depakote, never?
7      A.   I've never been responsible for running
8  clinical trials of any drug, including Depakote.
9      Q.   Okay.  So we'll eliminate that.
10      Medical literature as regards to Depakote,
11  you were res -- that came under your responsibility as
12  a vice president of Abbott for a period of time while
13  you were vice president, true?
14      A.   Let me restate just so we are on the same
15  page, because I don't know that that's a true or a
16  false statement.
17      Medical literature -- to this day I
18  believe the clinical team still looks at medical
19  literature.  So they see medical literature and we
20  talked about early on they were responsible for the
21  medical literature.
22      We have said, however, that in the
23  collection of adverse events, some are reported in the
24  medical literature.  The physicians in post-marketing

Page 689

1  safety would have seen that information, may have
2  collected or asked for a broader series of literature
3  in their analysis.  In the later years we developed an
4  additional process around medical literature and I
5  can't speak to the details of that.
6      Q.   Let's talk about post-marketing safety,
7  which was under your umbrella as vice president of
8  Abbott for 13 years.
9      Do you know of anybody at Abbott who had a
10  longer tenure of responsibility for post-marketing
11  safety than you with regard to the drug Apakote --
12  Depakote?
13      A.   So just to be clear, post-marketing safety
14  reports into Dr. Embrescia and has for some amount of
15  time.  I believe since sometime in the 1990s.  And
16  Dr. Embrescia has reported to me.  I have been here a
17  few years longer than he has.  I think he has been
18  here 17 or 18.  Regarding the physicians in the group,
19  I have probably been here longer than they have.
20      Q.   Okay.  So you've been -- as far as you
21  know sitting here today, you've been looking at
22  Depakote safety issues or been responsible for it
23  longer than anybody that you're aware of at Abbott?
24      A.   I have been for -- responsible for the

74 (Pages 686 to 689)

Confidential - Subject to Further Confidentiality Review

Page 690

1  group who has looked at post-marketing safety issues
2  with Depakote, and -- and we've already stated my
3  various responsibilities and how those have changed
4  over the years.
5      Q.  For longer than any other person at
6  Abbott, correct?
7      A.  For -- are we talking about post-marketing
8  safety?
9      Q.  That was the question.
10     A.  As far as I'm -- in terms of physicians at
11  Abbott, I believe I have been working in
12  post-marketing safety, had that group under me through
13  Dr. Embrescia for the longest period of time.
14     Q.  Okay.  Do you know, is there any other
15  vice president of Abbott that has -- has had as many
16  years of experience with Depakote as you,
17  Dr. Heimberger?
18     A.  I think that we've established in our
19  discussion that I had the post-marketing safety piece.
20  The clinical trials for Depakote and the other aspects
21  related to Depakote, I don't know the length of time
22  that various people have been in their positions.  I
23  know that some from the early -- we said this in
24  testimony when I was asked, some are not here anymore

Page 691

1  so I don't know the tenures of all of the people who
2  may work with Depakote.
3      Q.  Okay.  From what you do know, and
4  you're -- you're the only one that knows the answer to
5  this question, from the vice presidents you've known
6  since you've been at Depakote, have you covered
7  Depakote safety and Depakote longer than any other
8  vice president, to your knowledge?
9      A.  I -- I don't know.
10     Q.  Okay.  Who -- who else would have come
11  close?  Give me a name, please.
12     A.  Again, I don't know the tenure of the
13  people and how long they worked on -- on Depakote
14  throughout the years.
15     Q.  Okay.  Who -- if we were at -- who is the
16  most knowledgeable person at Abbott concerning
17  Depakote?
18     MR. STRAIN:  Objection; form.
19  BY THE WITNESS:
20     A.  I don't know who the current person is on
21  the medical clinical trial end who is working on
22  Depakote right now.  I -- I have known that in the
23  past when I have been closer to some of these issues,
24  but I don't know that right now.

Page 692

1  BY MR. WILLIAMS:
2      Q.  You know, you cover how many drugs, you
3  are responsible for how many drugs?
4      A.  In -- at some points it's been hundreds.
5  Right now since we split, I'm guessing it is 50 or 60.
6      Q.  Okay.  And can you tell me who is the most
7  knowledgeable person at Abbott concerning Depakote and
8  birth defects in the 1980s, do you know?
9      A.  I don't even know who was here in the
10  1980s.
11     Q.  Do you have any idea of who was the most
12  knowledgeable person at Abbott concerning birth
13  defects and Depakote in the 1990s?
14     A.  I know some of the people who were here in
15  the 1990s.  I don't know which of those is the most
16  knowledgeable.
17     Q.  Do you know anybody that's the most
18  knowledgeable person at Abbott concerning birth
19  defects and Depakote in the 2000s?
20     A.  In the 2000s, it probably would have been
21  somebody on the clinical team, and I'm trying to
22  recall the e-mails that we saw.  Today I can't
23  remember who those were.
24         Rich Tresley would have been the

Page 693

1  post-marketing physician.  In some of the 2000s.  And
2  I don't -- I can't recall.  It was on some of the
3  documents, but I can't recall who was on the clinical
4  team.  Dr. Sommerville I do know was on the clinical
5  team for some of the issues we've talked about today.
6      Q.  Are either of them currently or did either
7  of them make it until the end of Abbott's -- when
8  Abbott -- until the end of 2012?
9      A.  They are not here today.
10     Q.  They left before the end of 2012?
11     A.  That's correct.
12     Q.  So when I asked you as the vice president
13  that was looking at post-marketing safety, can you
14  tell me the name of the person responsible for post --
15  for safety of Depakote during the 1980s?  Is there a
16  name?
17     A.  I -- I -- I don't know.
18     Q.  Is there a name during the '90s you can
19  give me?
20     A.  I believe Dr. Sommerville may have come
21  during the '90s and on the clinical side Andy Bruger
22  may have been in the beginning of the '90s.
23     Q.  Anybody that you can tell me during the
24  2000s?

75 (Pages 690 to 693)

Confidential - Subject to Further Confidentiality Review

Page 694

1    A.  I think I've already given you those
2  names.
3    Q.  If you could be so kind as to repeat it
4  for me, please?
5    A.  I think I said Dr. Tresley and
6  Dr. Sommerville.
7    Q.  And none of those people still work for
8  Abbott or AbbVie, correct?
9    A.  No.
10   Q.  No, I'm --
11   A.  No, that's -- no, they don't.
12   Q.  Okay.  So I am correct?
13   A.  Yes, sorry, you are correct.
14   Q.  Thank you.
15       Is this a true statement:  There is no
16  clear threshold below which Depakote does not cause
17  birth defects?
18   A.  You are talking about a dosing threshold?
19   Q.  I'm just asking that statement, is that a
20  correct statement?  Is that a true statement?
21   MR. STRAIN:  She has asked for clarification,
22  Counsel.
23       Answer if you can without the
24  clarification, Doctor, if not, tell him.

Page 695

1  BY THE WITNESS:
2    A.  So I believe that I have seen in -- in an
3  article that there was not a significant threshold to
4  separate dosing.
5  BY MR. WILLIAMS:
6    Q.  My question, I'm being precise:  There is
7  no clear threshold below which Depakote does not cause
8  birth defects.
9    A.  Again, I think --
10   Q.  Is that a true statement or not?
11   A.  And, again, I don't know that this is a --
12  a simple true or false.  I asked if the question was
13  about dosing and you weren't sure, so I'm going to
14  assume this is a question about dosing.
15   Q.  Here is my question.
16   A.  And I am not aware of a particular
17  threshold below which there is not a risk and that is
18  why we warn for all doses of Depakote.
19   Q.  Okay.  Here is the statement:  There is no
20  clear threshold below which Depadote -- Depakote does
21  not cause birth defects, true or false?  Which --
22  which is the answer?
23   MR. STRAIN:  Objection; asked and answered.
24       You may answer again, Doctor.

Page 696

1  BY THE WITNESS:
2    A.  Again, I don't think you can answer that
3  question --
4  BY MR. WILLIAMS:
5    Q.  Okay.  Can't answer.
6    A.  -- in a true or false way.
7       I -- I wasn't done with my statement.
8       I don't think you can answer in a true or
9  false way.  I did want to clarify that this was
10  related to dosing.  If it is related to dosing, I
11  think that I've already said that I believe that there
12  is not a clear threshold below which there is not an
13  issue with birth defects and that's why we warn for
14  all doses.
15   Q.  Is this statement an ambiguous statement
16  where I say:  There is no clear threshold below which
17  Depakote does not cause birth defects, is that
18  ambiguous?
19   A.  Again, you're -- you're showing this
20  statement out of context of everything else.  All I
21  asked for you to clarify was that this was referring
22  to dosing, which is how I took this statement to
23  refer.  But, again, there is no context in what you
24  are showing me for this particular statement.

Page 697

1    Q.  Okay.  Assume I'm talking about dosing.
2  So if I add in dosing, is it true or is it false?
3    A.  And I think I've responded to that by
4  saying that --
5    Q.  If you would -- if you would help me --
6    MR. STRAIN:  Just let her finish.
7  BY MR. WILLIAMS:
8    Q.  If you would help me in whether it is true
9  or false?
10   MR. STRAIN:  Just --
11  BY THE WITNESS:
12   A.  I'm trying to help you understand what
13  I --
14  BY MR. WILLIAMS:
15   Q.  Are you able to answer a true or false
16  question?
17   MR. STRAIN:  Let her finish the answer you
18  interrupted, please.
19       Go ahead, Doctor.
20  BY THE WITNESS:
21   A.  I am not aware of a particular threshold
22  or dose below which one can say you do not have a risk
23  of birth defects, which is why we warn for all doses.
24  BY MR. WILLIAMS:

76 (Pages 694 to 697)

Confidential - Subject to Further Confidentiality Review

Page 698

1    Q.  Okay.  So is this statement:  There is no
2  clear threshold below which Depakote does not cause
3  birth defects, a true statement?
4    A.  And, again, we are going to have the same
5  issue.  I'm assuming that this statement reflects
6  dosing.  So there is no clear dosing threshold below
7  which Depakote does not cause birth defects.  I think
8  that I have said --
9    Q.  Is that true or false?
10    A.  I think that I have said that I am not
11  aware of a threshold below which Depakote cannot cause
12  birth defects.
13    Q.  Okay.  But I've rephrased it this way for
14  the purposes of my question.
15        Is that a true or false statement?
16    MR. STRAIN:  About the fourth time.
17        You may answer again, Doctor.
18  BY THE WITNESS:
19    A.  I don't know how to answer this any
20  differently than I've been answering it.
21  BY MR. WILLIAMS:
22    Q.  Okay.  If somebody said that under oath,
23  would you say that it's -- what would you -- would you
24  say that you don't know how to answer that if they had

Page 699

1  made that statement under oath?
2    A.  I would say, first of all, I don't know
3  the context of what they are talking about under oath,
4  and I'm asking about whether this relates to dosing,
5  and I think I have said that I am not aware that there
6  is a threshold below which there is no risk of
7  Depakote.
8    Q.  Have you ever used these words and said
9  under oath:  There is no clear threshold below which
10  Depakote does not cause birth defects?
11    A.  I don't recall.
12    Q.  Let me show you your testimony from
13  yesterday where you say, "There is no clear threshold
14  below which Depakote does not cause birth defects."
15        Would you like to change your answer,
16  ma'am?
17    MR. STRAIN:  Objection.
18  BY THE WITNESS:
19    A.  As I said --
20    MR. STRAIN:  Completely consistent.
21  BY THE WITNESS:
22    A.  I think that I said that there is no
23  context around this.  You are pulling one line out of
24  12 hours of testimony.  I asked about whether it

Page 700

1  was --
2  BY MR. WILLIAMS:
3    Q.  Do you need to change your testimony?
4    MR. STRAIN:  Wait a minute, wait a minute.
5        Just finish your answer, Doctor.
6  BY MR. WILLIAMS:
7    Q.  My question is:  Do you need --
8    MR. STRAIN:  You've interrupted her, Counsel.
9    MR. WILLIAMS:  No, she's not being responsive.
10    MR. STRAIN:  You've interrupted her.  She is
11  going to finish --
12  BY MR. WILLIAMS:
13    Q.  Do you need to change your testimony?
14    MR. STRAIN:  She is going to finish the answer
15  she was on.
16    MR. WILLIAMS:  Well, you've already coached her.
17    MR. STRAIN:  I haven't coached her at all.  You
18  interrupted her.
19    MR. WILLIAMS:  Yeah, you did.  You blurt out
20  it's -- what was your word you said?  It's --
21    MR. STRAIN:  Doctor, finish your answer.
22  BY MR. WILLIAMS:
23    Q.  I just want a clear question -- answer.
24    MR. STRAIN:  I just want the doctor to finish

Page 701

1  her answer.
2  BY MR. WILLIAMS:
3    Q.  Do you need to change your testimony?
4    MR. STRAIN:  Go back to your last answer and
5  finish it, Doctor, and then you can answer that one.
6  BY THE WITNESS:
7    A.  As I said, I was given one line with no
8  context.  This was said in the context of hours worth
9  of testimony.  I think that what I was saying to you,
10  and I have said multiple times, is I am not aware of a
11  threshold below which there is not an issue with birth
12  defects.  So I do not believe I need to change the
13  testimony.
14  BY MR. WILLIAMS:
15    Q.  Okay.  So that statement from your mouth
16  from that similar chair yesterday that there is no
17  clear threshold below which Depakote does not cause
18  birth defects, you'll -- you'll stand with that
19  statement?
20    A.  Again, that statement was made in an
21  entire context of testimony which you're not showing
22  me.
23    Q.  Well, show me how you want to change it?
24  If it's untrue, if it's inaccurate, tell me how you

77 (Pages 698 to 701)

Confidential - Subject to Further Confidentiality Review

Page 702

1  want to change it? I'm giving you that opportunity
2  right now in front of the jury.
3      A.  I don't want to change my previous
4  testimony. All I'm saying is we're right now talking
5  about one line and changing one line when there is no
6  context to the hours of testimony that came before and
7  after. And, in fact, when I added to it, I said, I
8  assumed this relates to dosing, and if it does relate
9  to dosing, I don't know of a threshold below which
10  there is not a risk for birth defects.
11     Q.  Okay.
12         Is there a dose response relationship
13  between Depakote and birth defects?
14     A.  I think that there have been studies that
15  have suggested there may be, but there has also been
16  contradictory evidence. Again, I'm not an expert in
17  all of these studies, but I do know that some of them
18  may not have been large enough to answer the question
19  which is why we warn for all doses of Depakote.
20     Q.  Yes, ma'am. I'm asking your opinion.
21         Is there a dose response relationship
22  between Depakote and birth defects?
23     A.  I've answered as well as I can that I
24  believe that there has been contradictory information

Page 703

1  in the literature, but I do believe there have been
2  some articles that have suggested a dose response,
3  others may not have. Regardless of dose response, we
4  are warning for all doses of Depakote.
5      Q.  Okay.
6          Straight talk. I'm just asking you as a
7  lay person here asking a physician, vice president and
8  a physician, which of those two theories do you think
9  is correct: That there is a dose response
10  relationship between Depakote and birth defects or
11  there is not?
12         Do you have an opinion one way or the
13  other?
14     A.  I have not read all of the articles on
15  dose response and Depakote. I'm not an expert in dose
16  response on Depakote. I do know that I have seen in
17  studies saying that there is not a clear threshold for
18  below which there is no risk. And so we warn for all
19  doses.
20     Q.  Do all drugs in the class of AEDs cause
21  the same amount of birth defects?
22     A.  What do you mean by amount?
23     Q.  I'm sorry. You -- you don't understand
24  the word amount?

Page 704

1      A.  I'm just asking you to clarify.
2      Q.  I just -- come on, you know what amount
3  means. I'm -- it is just the regular, ordinary word
4  amount.
5          Do you want me to repeat the question?
6      A.  If you mean frequency, we can talk about
7  frequencies of malformations from the North American
8  study and we know that there was a higher rate with
9  Depakote than the four other groups combined.
10     Q.  Okay. So it is a true statement based on
11  the research you've seen that Depakote causes more
12  birth defects than the other AEDs, the other class of
13  AE -- the other drugs in its AED class, correct?
14     A.  I don't -- I don't think that that's what
15  I just said. I think that the data that I have seen
16  from the North American registry says that there is a
17  four times higher rate of birth defects with Depakote
18  as compared to the group of all other AEDs. It does
19  not compare, in that publication of results, Depakote
20  to each particular AED.
21     Q.  Okay. Compared to the group of other
22  AEDs, Depakote is four times higher in the risk -- in
23  the rates of birth defects, is that a fair statement?
24     A.  Yes.

Page 705

1      Q.  Okay. And that makes it -- that makes it
2  that Depakote is different from those other AEDs in
3  that respect?
4      MR. STRAIN:  Objection; form.
5  BY THE WITNESS:
6      A.  I -- I don't agree with that. I think
7  that we've talked about the rate of AEs -- birth
8  defects with Depakote is four times higher than the
9  group. You can't say from that statistic that it's
10  four times higher than any individual drug within the
11  group.
12  BY MR. WILLIAMS:
13     Q.  Right.
14         And did you do any -- did Abbott do any
15  research to find out the answer to that question as to
16  which, if any, of the drugs it has this relationship
17  with?
18     A.  What Abbott did was we added that
19  information into our labeling in addition to the other
20  information we have on there to warn against birth
21  defects.
22     Q.  No, ma'am.
23         My question was: Did you do any research
24  at Abbott to answer that question as to which of those

Confidential - Subject to Further Confidentiality Review

---

Page 706

1    drugs Abbott was four times worse than with regard to
2    birth defects?
3        Did you do any research?
4        A.   I don't know that you can say which of
5    those drugs Abbott was four times worse -- worse than.
6    This is research that has come up of a prospective
7    pregnancy registry. It's national and I think plus
8    Canada. It's been the broadest effort and they've
9    collected the most patients. This is something that
10   is very difficult to study. We have taken our results
11   from that and there are frequencies that come out for
12   the other drugs. For instance, phenobarbital also had
13   a paper about higher risk of birth defects. Our
14   obligation is to warn for our particular product, and
15   that's what we've done.
16   BY MR. WILLIAMS:
17       Q.   Did you do any research was my question?
18       A.   Again, we continued to participate in the
19   North American -- we've continued to participate in
20   the North American Pregnancy Registry.
21       Q.   Other than that, did you do any research?
22   I'm giving you the chance because I think -- just give
23   me the -- give me the answer, if you would, other than
24   that, continuing in that registry?

---

Page 707

1        A.   I think what I'm trying to say is that,
2    first of all, our obligation is to understand our
3    particular drug. We got this information and we used
4    it to update the labeling.
5            Secondly, this was a very extensive and
6    robust study to do. You couldn't easily redo this
7    information to study against one particular drug. I
8    don't know how long that would take. So we used the
9    information from it.
10           So if you're asking did we do something
11   separate from that, I'm not aware that we did, because
12   it makes sense to use the information from the North
13   American registry and we have already warned about our
14   product.
15       Q.   Yes, ma'am, straightforward question.
16           Other than the North American registry,
17   did Abbott do any additional research comparing its
18   birth rate defects to other AEDs?
19       MR. STRAIN: Objection; asked and answered.
20           You may answer, Doctor.
21   BY THE WITNESS:
22       A.   I'm not sure I can answer this
23   differently. If you want me to --
24   BY MR. WILLIAMS:

---

Page 708

1        Q.   No, ma'am. You can answer -- let me ask
2    you, how many degrees do you have?
3        A.   I have medical degrees -- I have a medical
4    degree, I have a Bachelor of Science.
5        Q.   How many people work for you?
6        A.   300 some.
7        Q.   Do you know how to give straight answers
8    to straight questions?
9        MR. STRAIN: Objection; don't answer that,
10   Doctor.
11   BY MR. WILLIAMS:
12       Q.   No, you need to answer that.
13       MR. STRAIN: No, she does not.
14       MR. WILLIAMS: Yes.
15       MR. STRAIN: I'm instructing her not to answer.
16   BY MR. WILLIAMS:
17       Q.   Do you know how to answer a straight
18   question?
19       MR. STRAIN: Don't answer that, Doctor.
20       MR. WILLIAMS: Counsel, that's inappropriate.
21       MR. STRAIN: I don't think so. That's a
22   sarcastic and unprofessional question.
23   BY MR. WILLIAMS:
24       Q.   Have you ever had -- have you ever had --

---

Page 709

1    do you make -- you manage people?
2        A.   Yes.
3        Q.   What happens when people come to you and
4    give an evasive answer?
5            Does -- does that -- do you accept evasive
6    answers?
7        A.   Again, I don't know what you mean by
8    evasive. When people come to me --
9        Q.   You don't know what I mean by evasive?
10       MR. STRAIN: She's -- she's -- don't interrupt,
11   Counsel.
12           Go ahead, Doctor.
13   BY THE WITNESS:
14       A.   When people come to me with something, if
15   I don't understand it, I'll try to talk to them and
16   understand the context around it, because issues are
17   sometimes not black and white. There are a lot of
18   things related to context.
19   BY MR. WILLIAMS:
20       Q.   Sure.
21           Do you understand what the word "evasive
22   answer" is -- means?
23       A.   I understand generally what evasive means.
24   I don't know what your interpretation of an evasive

---

Confidential - Subject to Further Confidentiality Review

Page 710

1  answer is.
2      Q.   Okay.  Other than the North American
3  Pregnancy Registry, did Abbott do any additional
4  research comparing its rate of birth defects to other
5  AEDs?
6      A.   Just as I said in my answer to you about
7  not all questions are black and white, we were part of
8  the North American reg -- registry, took years to do,
9  was robust data, we are responsible for understanding
10  our data and warning.  We've done that.  And I'm not
11  aware that there have been other studies done by us,
12  because it would be very -- we already have this
13  information out of a large registry relating to our
14  drug.
15      Q.   Okay.  I've -- a simple question here.
16      Is the answer yes or is it a no?  You --
17  you can read the question, it's right there, ma'am.
18      A.   I've seen the question.  I think I've
19  answered several times that in my mind this is not a
20  black and white question.  I think I've said several
21  times that we participated in the North American
22  registry, best source of information for our drug.
23  And I think I've said that I am not aware that we have
24  done other studies on birth defects outside of that.

Page 711

1      Q.   Okay.  I'm going to answer that -- circle
2  no.
3      Are you going to dispute that the answer
4  to that question that's posed in front of the jury
5  that the answer is no?  Are you going to dispute that
6  answer?
7      A.   I think I've already testified that we
8  reported the North American registry and then I'm not
9  aware of studies outside of that and that we had
10  information on our drug and we warned about it.
11      Q.   I'm going to give you an opportunity to
12  dispute that I circled no, that that's your answer.
13      Would you like to dispute that the answer
14  that you've given is no?
15      A.   I -- I think that I've given my answer.  I
16  think that I've set the context and said that I am not
17  aware that we have done studies outside of that.
18      Q.   What percentage of Depakote users are
19  women of childbearing age?
20      A.   I don't know the answer to that question.
21      Q.   Do you know what the childbearing age is?
22      A.   Depending on the woman or child, honestly,
23  it can be from young teens to probably occasionally
24  early 50s.

Page 712

1      Q.   Young teens, how young teens?
2      A.   It -- it depends on whether the child has
3  had menarche.  Any time after that.  I don't -- I -- I
4  don't have a particular age for you.  Again, most --
5  some kids have menarche early, most of them do not,
6  you know, have it as early.
7      Q.   So childbearing years, age, from your
8  definition could be early teens to did you say late
9  50s or early 50s?
10      A.   No, I said early 50s probably.
11      Q.   Okay.
12      A.   As an outside possibility.
13      Q.   Early teens to early 50s.  You agree?
14      A.   Again, as I said, with the 50s, that's the
15  outer range.  In any individual, you know, if they are
16  no longer having their menses, they are not of
17  childbearing potential.
18      Q.   As vice president of Abbott, do you have
19  any criticisms of the FDA with regard to birth defects
20  and Depakote labeling?
21      A.   No.
22      Q.   From your perspective, do you believe --
23  and a former VP of Abbott, do you believe that
24  informing doctors that Depakote causes more birth

Page 713

1  defects than the other AEDs in its group, do you
2  believe that that's important?
3      MR. STRAIN:  Objection; form.
4  BY THE WITNESS:
5      A.   We believed that when we got that
6  information, which I believe you have said is that we
7  have a higher rate, four times higher rate of birth
8  defects than the group of all other AEDs, we moved to
9  put that information into the product labeling, which
10  is the vehicle by which we give the doctors the
11  important prescribing information.
12  BY MR. WILLIAMS:
13      Q.   My question, and I'll ask it one more
14  time, give you a chance to answer it if you choose to
15  answer my question:  From your perspective as a former
16  VP of Abbott, do you believe that informing doctors
17  that Depakote causes more birth defects than other
18  AEDs in that group, do you think that that is
19  important?
20      MR. STRAIN:  Objection; form.
21  BY THE WITNESS:
22      A.   I would answer, again, that we got the
23  finding, which is I think what you are talking about,
24  there is a four times higher rate with Depakote than

Confidential - Subject to Further Confidentiality Review

Page 714

1  the group of all other AEDs. We believed the
2  information belonged in the labeling as part of the
3  important pry -- prescribing information that doctors
4  utilized and that's a vehicle for informing them.
5  BY MR. WILLIAMS:
6      Q.   Okay. Now, the fact that Depakote, and
7  you'll agree that it is a fact, that Depakote causes
8  four times higher rate of birth defects than all of
9  the other AEDs, that fact we've established --
10     A.   No, I don't agree with how you said that.
11     Q.   Okay.
12     A.   I think that what is in our labeling is
13 that Depakote causes a four times higher rate of birth
14 defects than the group of all other AEDs in the study.
15     MR. STRAIN:  That has to be ten times on that,
16 Counsel.  That has to be ten times.  And you have
17 about a half an hour left, if you use all of the time
18 and don't reserve any for -- for direct.  Let's not be
19 repetitious, if you would, as a request, please.
20 BY MR. WILLIAMS:
21     Q.   As I've written it here, Depakote causes
22 four times more birth defects than the other group of
23 AEDs, would you agree with that, have I correctly
24 stated your testimony?

Page 715

1      A.   I think my testimony was Depakote has a
2  higher -- a four times higher rate of birth defects --
3  I said Depakote has a four times higher rate of birth
4  defects than all other -- than --
5      Q.   All other?
6      A.   No, no.  I want to step back because I
7  think you're not writing exactly what I'm saying and
8  it is difficult for me to see.
9      Q.   Tell me.  I'm going to write exactly how
10 you say it.
11     A.   Perhaps you can start over with a new
12 sentence.
13         Depakote has a four times higher rate of
14 birth defects than a group of all other AEDs combined.
15     Q.   Now have I got it right?
16     A.   This reads, "Depakote has a four times
17 higher rate of birth defects than a group of all other
18 AEDs combined." Yes.
19     Q.   Okay.  Now, do you believe that cigarettes
20 cause cancer?
21     A.   I think that there has been a lot of
22 evidence that shows that cigarettes are associated
23 with cancer.  Do they cause cancer in every person who
24 smokes a cigarette, the answer is no.  Do they cause

Page 716

1  them in some people, yes.
2      Q.   Okay.  Simple question.  Do you believe
3  cigarettes cause cancer?
4      A.   In some people.
5      Q.   And do you believe that that is a
6  scientific fact?
7      A.   I haven't reviewed the research for
8  smoking.  I know there have been issues with the
9  Surgeon General, multiple other places, but I haven't
10 reviewed the research for smoking.
11     Q.   Okay.  So from your perspective, it's not
12 clear whether cigarette smoke causes cancer?
13     MR. STRAIN:  Objection; misstates testimony.
14         You may answer, Doctor.
15 BY THE WITNESS:
16     A.   I -- I don't think that that's what I
17 said.  And I think if you -- in -- in basic medical
18 training, cigarettes are listed as risk factors for
19 lung cancer.
20 BY MR. WILLIAMS:
21     Q.   Now, if cigarettes cause lung cancer, is
22 that true, is the same true ten years ago, 20 years,
23 30 years and 40 years ago?
24     A.   So is -- is this the question:  That if we

Page 717

1  know about an issue of lung cancer and we find it out
2  today, might it have occurred previously?
3      Q.   Yes.
4      A.   Again, I can't speculate as to the types
5  of cigarettes and the amount and so on and so forth
6  that it's -- that it's possible, but at some point
7  information became known.
8      Q.   Okay.  So if we go back and take this
9  statement, Depakote has a four times higher rate of
10 birth defects than a group of all other AEDs combined,
11 you agree that's -- that's true today?
12     A.   Yes.
13     Q.   Was it true ten years ago?
14     MR. STRAIN:  Completely repetitious.  I object.
15         You may answer, Doctor.
16 BY THE WITNESS:
17     A.   I think this is what I testified about
18 yesterday, that -- and -- and I said for context, we
19 collect safety information over time, we look to
20 develop evidence that's at a certain level, and then
21 we accept it as good medical evidence, we -- and we,
22 in this instance, change the labeling.
23         This information came out of the North
24 American registry.  We did put that into the labeling.

81 (Pages 714 to 717)

Confidential - Subject to Further Confidentiality Review

## Page 718

1  It was from a prospective study done over 12 years.
2  So it's a finding for Depakote.
3      If you want to generalize back to all of
4  the other years, I mean, you could do that for every
5  adverse event and every drug and say because it
6  happened today it happened previously, but the reality
7  is information on safety and the level of evidence
8  evolves over time.
9      Q.  Okay.  We've established that it was true
10  in 2013.
11      In what year was it -- was this statement
12  first true?
13      MR. STRAIN:  Objection; form.
14  BY THE WITNESS:
15      A.  What you're talking about --
16  BY MR. WILLIAMS:
17      Q.  I'm asking for a year.
18      MR. STRAIN:  Wait -- wait a minute.
19      Go ahead, Doctor.
20  BY THE WITNESS:
21      A.  I -- I understand, but I --
22  BY MR. WILLIAMS:
23      Q.  I'm asking for a year, do you understand
24  that?

## Page 719

1      A.  I don't think that people typically talk
2  about the weight of evidence and scientific research
3  on a particular year.
4      I can tell you that this finding came out
5  of the North American Pregnancy Registry.  I think the
6  publication was in 2005.
7      Q.  Okay.  It was true --
8      MR. STRAIN:  Go ahead, Doctor.
9  BY THE WITNESS:
10      A.  And that is the largest, best study that
11  has been done to my knowledge to date.
12  BY MR. WILLIAMS:
13      Q.  You'll agree it was -- this statement is
14  true in 2005?
15      A.  This finding was published in 2005.
16      Q.  My question is:  You'll agree that it was
17  true in 2005?
18      A.  It was the conclusion of the article
19  published in 2005 and we've accepted that as being --
20      Q.  Can you say the word "true"?
21      MR. STRAIN:  Go ahead, go ahead, Doctor, just
22  finish your answer.
23  BY THE WITNESS:
24      A.  We've accepted the conclusion of that

## Page 720

1  particular article.  We believe that Depakote is four
2  times higher.  We believe that's a true finding and
3  we've put it into the labeling.
4  BY MR. WILLIAMS:
5      Q.  Is it a true statement, this statement, in
6  2005?
7      A.  I think I've just answered that question.
8      Q.  Yes or no, if you can just humor me
9  because I'm not -- I don't have all of these medical
10  degrees and just tell me yes or no.
11      MR. STRAIN:  Okay.  I'll tell you what, I object
12  to the preamble.
13      And Doctor, you answer that question and
14  then we're going to take a five-minute break.
15      And I ask you, Counsel, to get to some
16  relevant stuff for the remainder of your questioning.
17      Answer his question.
18  BY THE WITNESS:
19      A.  I'm going to give you the context as I did
20  before, because when scientists think about evidence
21  and -- and research, they don't do it by pulling one
22  statement out of something and asking about a specific
23  year.
24      For this particular issue, we're talking

## Page 721

1  about the North American registry, that was the most
2  robust study done on this particular issue, that was a
3  conclusion that came out of the study.  We believed it
4  was a true finding and we moved to change the labeling
5  after the publication came out in 2005.
6  BY MR. WILLIAMS:
7      Q.  Do you recall my question?
8      MR. STRAIN:  Okay.  Let's -- let's take a
9  five-minute break.
10      MR. WILLIAMS:  No.  I have a question pending.
11  BY MR. WILLIAMS:
12      Q.  Do you recall my question?
13      MR. STRAIN:  Well, you don't have a question
14  pending, but I'll let you answer another one before
15  the break.
16      Go ahead.
17  BY THE WITNESS:
18      Q.  Do you recall my question?
19      A.  Are you asking --
20      MR. STRAIN:  If you recall it, tell him.  If
21  not, he'll repeat it.
22  BY THE WITNESS:
23      A.  True 2005, yes or no.
24  BY MR. WILLIAMS:

82 (Pages 718 to 721)

Confidential - Subject to Further Confidentiality Review

Page 722

1    Q.  I'm sorry.  Mr. Strange talked over you.
2    MR. STRAIN:  That's Strain.
3    MR. WILLIAMS:  I'm sorry, I apologize,
4  Mr. Strain.
5    BY THE WITNESS:
6    A.  I -- I was just reading what you wrote,
7  true 2005, yes or no.
8    BY MR. WILLIAMS:
9    Q.  Yeah, and what's the answer?
10    A.  I have given the answer that I feel is
11  appropriate.  Do you need me to repeat it?
12    Q.  Okay.  So which one should I circle, yes
13  or no?
14    A.  Again, I'm going to give you the context
15  and in the context I have already stated that we
16  believe this was a true finding and changed the
17  labeling.
18    MR. STRAIN:  Okay.  Let's take a five-minute
19  break.
20    THE VIDEOGRAPHER:  Going off the record at
21  3:55 p.m.
22       (WHEREUPON, a recess was had
23       from 3:55 to 4:06 p.m.)
24    THE VIDEOGRAPHER:  We are back on the record at

Page 723

1  4:06 p.m.
2    BY MR. WILLIAMS:
3    Q.  Doctor, if you could, tell us how many
4  birth defects have been caused by Depakote, please.
5    A.  I don't know the number of birth defects
6  that have occurred in patients taking Depakote.
7       With that said, while we do have a higher
8  rate of birth defects with Depakote and certainly that
9  can produce a teratogenic effect, there is also a
10  certain background rate.  There are issues like how
11  you had a family history of birth defect, et cetera,
12  that might add into the equation.  So I don't know on
13  any particular one that cause can be determined.
14    Q.  I'm going to start with your answer when I
15  asked you how many birth defects have been caused by
16  Depakote.
17       Would that be -- do you have any ballpark
18  figure at all?
19    A.  I don't have a ballpark -- a ballpark
20  figure.
21    Q.  Is there a lower limit or upper limit?
22    A.  We could go -- I know in the North
23  American, right, we've seen the number 30.  I know we
24  have cases in the post-marketing database.  I don't

Page 724

1  know how many those cases are and I know that we've
2  seen various numbers in these reports of cases that
3  had been reported in patients on Depakote.
4       That said, in an individual case for the
5  reasons I stated, it's very difficult to determine
6  cause, which is why we do prospective studies like the
7  North American registry.
8    Q.  Okay.
9       Straightforward question:  How many birth
10  defects have been caused by Depakote?  Do you have any
11  parameters, could it be -- would you agree that it's
12  been dozens?
13    MR. STRAIN:  Objection --
14       Excuse me.  Had you finished?
15       Objection; asked and answered.
16    BY THE WITNESS:
17    A.  I -- I think I have answered that.  I
18  think that I have said because of the word "cause," if
19  you're asking on any individual birth defect for the
20  issues I talked about it's hard to say.
21       That said, I believe and accept and our
22  labeling says, we have a higher rate of birth defects
23  associated with the drug.  In trying to give you some
24  numbers, I've referenced ones that come to mind.  I've

Page 725

1  told you we have post-marketing cases.  I don't know
2  the number.
3    BY MR. WILLIAMS:
4    Q.  Okay.  So you are the vice president
5  overlooking post-marketing safety for Depakote for 13
6  years at Abbott.  Did it ever occur to you or the
7  others at Abbott to say, How many of these babies have
8  been affected by our drug?
9    MR. STRAIN:  Objection.
10    BY MR. WILLIAMS:
11    Q.  Did you ever ask that question?
12    MR. STRAIN:  Objection; form.
13    BY THE WITNESS:
14    A.  We have looked at the birth defect
15  information over time.  In fact, I think we summarized
16  it in one of these papers.  I don't have that
17  information at the top of my head.
18    BY MR. WILLIAMS:
19    Q.  So I'm asking the number of babies that
20  have been affected by your drug.
21       Is it hundreds, thousands, tens of
22  thousands?
23    MR. STRAIN:  Objection; asked --
24       Excuse me.  Had you finished, Counsel?

83 (Pages 722 to 725)

Confidential - Subject to Further Confidentiality Review

Page 726

1    I'm objecting; asked and answered.
2        You may answer again, Doctor.
3    BY THE WITNESS:
4        A.   Again, I've talked about the issue with
5    cause.  I won't repeat that.  I talked about in --
6    BY MR. WILLIAMS:
7        Q.   Here is the question.
8        A.   -- in -- in the entire registry time
9    period, right, there were 30 case reported to them.  I
10   know we have post-marketing data on Depakote.  I would
11   be speculating to say the number of cases of birth
12   defects that there were.  There have been other papers
13   that showed, you know, five here, a certain number
14   there, but I have not added that up.
15       Q.   Do you want to leave the jury with the
16   impression that there is only five babies that have
17   been affected by Depakote with birth defects?
18       A.   I don't --
19       Q.   Is that the impression you want to leave?
20       MR. STRAIN:  Objection; form.
21   BY THE WITNESS:
22       A.   I don't believe that that's at all what I
23   answered.
24       I said in post-marketing data there have

Page 727

1    been reports of birth defects.  I know that there were
2    30 just from the North American pregnancy registry and
3    they reported -- we had a reporting system, they
4    reported that to us.  So I know that it's more than
5    30.  I just don't know the exact number.  I'm not at
6    all denying that Depakote has been associated with
7    birth defects.  I just don't happen to have the number
8    at my fingertips.
9    BY MR. WILLIAMS:
10       Q.   Would -- do you know where or who I could
11   ask at Dep -- at -- at Abbott to find out how many
12   thousands of babies have been affected by your drug?
13       MR. STRAIN:  Objection; form.
14   BY THE WITNESS:
15       A.   And, again, I don't think I've said
16   thousands of babies have been affected.  I think I
17   said I can't give a clear number.
18       At Abbott, you could probably ask Steve
19   Niemcryk's group for a report.  I think Steve
20   Niemcryk, I think I gave the counselor his name.
21   BY MR. WILLIAMS:
22       Q.   So you've got somebody you could have
23   asked to give you this number, correct, Steve
24   Niemcryk, right?

Page 728

1        A.   I have somebody who could print out a
2    report of the number of cases that have been reported
3    in the spontaneous database.
4        Q.   Did you, as vice president in charge of
5    post-marketing safety of Depakote, ever seek to find
6    out the extent of the damage being done to babies by
7    Depakote, i.e., the number of little babies that had
8    birth defects?
9        MR. STRAIN:  Objection; form and ambiguous.
10   BY MR. WILLIAMS:
11       Q.   Did you do that?
12       MR. STRAIN:  Excuse me, sir.  Sorry.  Objection;
13   form and ambiguous.
14       You may answer, Doctor.
15   BY THE WITNESS:
16       A.   As -- as I answered previously, I believe
17   that we have analyzed congenital anomalies several
18   different times in the past while I have been in my
19   role.  I just don't know the particular number on the
20   top of my head.  You're talking about information over
21   a vast period of time.
22   BY MR. WILLIAMS:
23       Q.   Did you ask somebody to tell you how many
24   babies?  Is it -- is it in the thousands?

Page 729

1        MR. STRAIN:  Objection; repetitious.
2        You may answer, Doctor.
3    BY THE WITNESS:
4        A.   I don't know how many cases are in the
5    spontaneous reporting database.  I know that we have
6    looked at it previously, and I know that that analysis
7    would have included a count of the spontaneous reports
8    that were reported.
9    BY MR. WILLIAMS:
10       Q.   Did I ask you how many were in the
11   spont-- in the spontaneous reporting database?  Did
12   I ask you that?
13       A.   When we were talking about Dr. Niemcryk
14   and what he could get was -- was our last line of
15   conversation, we were talking about that.  I think I
16   answered --
17       Q.   No, my question is:  Did I ask you that,
18   Doctor?  Come on.
19       MR. STRAIN:  Go ahead, Doctor.
20   BY MR. WILLIAMS:
21       Q.   Did I ask you that?
22       MR. STRAIN:  Doctor -- you've just interrupted
23   again.
24   BY MR. WILLIAMS:

84 (Pages 726 to 729)

Confidential - Subject to Further Confidentiality Review

## Page 730

1    Q.   I know.  Did I ask you that?

2    MR. STRAIN:  Doc -- Doctor, please finish your

3  answer and then he'll ask another.

4  BY THE WITNESS:

5    A.   Your initial --

6  BY MR. WILLIAMS:

7    Q.   Did I ask you that, Doctor?

8    MR. STRAIN:  Finish your answer, Doctor, and

9  he'll ask another.

10  BY THE WITNESS:

11    A.   Your initial question was not specific to

12  post-marketing safety and I answered that in a

13  different way.  This current question with

14  Dr. Niemcryk and when we were going go down that

15  avenue and you're asking me about that, I assumed that

16  that's what you were asking me about.

17  BY MR. WILLIAMS:

18    Q.   Oh, okay.  Then let's put that assumption

19  aside.  I don't care about -- right now my question

20  about Niem- -- Niemcryk or po -- or some database.

21    Have you ever sought, as vice president in

22  charge of post-marketing safety of Depakote, to find

23  out the number of children who have had birth defects

24  as a result of that drug Depakote?

## Page 731

1    A.   And I think that I've answered this in

2  several ways.

3    No. 1, from an individual case, which you

4  are asking about, a report of a number of a child, it

5  is very difficult to determine causation.  That said,

6  we agree that Depakote has a higher association than

7  the others, as a group of AEDs.  We have done analyses

8  in the past.  I have been aware that we have.  It

9  likely included post-marketing data.  Some of that

10  would have come from the literature, which would be

11  another source.  The North American data, depending if

12  it was after the time that those cases had been

13  reported, would have been included in that

14  information.  And so it wouldn't have been just one

15  place.  I simply cannot tell you what the analysis

16  showed talking today.

17    Q.   Simple question:  Total number of children

18  affected, what is that number?

19    MR. STRAIN:  Objection.

20  BY THE WITNESS:

21    A.   I don't think I can answer that any

22  differently than what I've said.

23  BY MR. WILLIAMS:

24    Q.   You don't do -- you don't know, do you?

## Page 732

1    A.   I don't have -- I don't recall a number

2  from the top of my head about this, no.

3    Q.   You know, in -- how do you consider birth

4  defects, is that something that's just a trivial?

5    A.   No, I don't consider them trivial.  I

6  consider --

7    Q.   What's your --

8    A.   -- them significant.

9    Q.   What's -- if -- okay.

10    So what's more significant than causing

11  birth defects in innocent children?

12    MR. STRAIN:  Objection; ambiguous.

13    You may answer, Doctor, if you can.

14  BY THE WITNESS:

15    A.   I -- I mean, I think there are, you know,

16  multiple significant medical issues.  I think I agreed

17  that birth defects in children are significant.

18  BY MR. WILLIAMS:

19    Q.   And these children, do they deserve to

20  have that burden of a birth defect?

21    MR. STRAIN:  Objection.

22    I -- I think I'll direct you not to answer

23  that, Doctor.  I think that's improper.

24  BY MR. WILLIAMS:

## Page 733

1    Q.   Are you going to answer it, Doctor?

2    MR. STRAIN:  I -- I've directed her not to,

3  Counsel.

4    MR. WILLIAMS:  I know.

5  BY MR. WILLIAMS:

6    Q.   But are you going to answer it, Doctor?

7    MR. STRAIN:  She is going to follow my

8  instructions.

9  BY MR. WILLIAMS:

10    Q.   You are going to follow your lawyer's

11  instructions?

12    A.   Yes.

13    Q.   He is your lawyer, right?

14    A.   Yes.

15    Q.   Okay.  So -- so does anybody at Abbott,

16  during the 12, 13 years you were vice president, ever,

17  did they ever seek to find the answer to this

18  question, total number of children affected by

19  Depakote?

20    A.   Again, I can't tell you the -- the dates

21  of the times that we did these analysis.  We have done

22  them over time.  I think what we're looking for is any

23  new information should we add it to the additional

24  labeling.  So I can't tell you a specific number.

85 (Pages 730 to 733)

Confidential - Subject to Further Confidentiality Review

Page 734

1    Q.   Well, but can you tell me if it's in the
2  thousands?
3      MR. STRAIN:  Objection; repetitious.
4      You may answer, Doctor.
5  BY THE WITNESS:
6    A.   Again, you're asking me to speculate
7  because I don't know the number.
8  BY MR. WILLIAMS:
9    Q.   Some people might say it wasn't important
10  enough for you to know.
11      What would you say to those critics?
12    A.   I would say that I don't agree with that.
13  I think that birth defects are important.  I think
14  that's why we have had issues on birth defects in the
15  labeling since 1983.  We've said that they are
16  Category D, which is a category assigned by the FDA
17  which says that fetal harm can occur with this.  We've
18  said that there is 1 to 2 percent incidence of spina
19  bifida, which is a neural -- a serious neural tube
20  defect that can occur.  We have said that there are
21  other anomalies and -- and named some types,
22  compatible and incompatible with life, and we've
23  talked about using this only if it's essential in the
24  management of patients.  If we didn't feel that it was

Page 735

1  important, we wouldn't have all of those warnings in
2  the labeling.
3    Q.   Let me ask you, with regard to birth
4  defects caused by Depakote, I would like to make a
5  list.
6      You agree that on that list we should put
7  spina bifida?
8    A.   I -- I, a -- again, I -- I repeat my
9  comment about cause in an individual patient.  So if
10  we are talking about -- because in an individual
11  patient you cannot sort out cause.
12      That said, I agree that Depakote is
13  associated with spina bifida and that's actually the
14  best association in terms of birth defects.
15    Q.   Okay.  If you want to use the word
16  "associated" instead of "caused," that's okay.
17      So we've -- on our list, birth defects
18  associated with Depakote, we've got spina bifida and
19  other neural-tube defects.  You agreed to those two?
20    A.   Yes, we are safely with neural tubes.
21    Q.   What else would be on this list?
22      MR. STRAIN:  This is -- John Eddie, you are
23  remembering this whole -- this same line was gone
24  into?

Page 736

1      MR. WILLIAMS:  I'm sorry.  I'm just trying to
2  get a concise list.
3      MR. STRAIN:  No, I -- I believe it was
4  Mr. Sampson, if memory serves me, it might have been
5  Ms. Abaray, but I think it was Mr. Sampson, just did
6  this exact thing.
7      Doctor, you go ahead.
8      MR. WILLIAMS:  Paul, if you'll give me two
9  minutes, we can make the list, I think.  Indulge me if
10  you would, please, sir.
11  BY MR. WILLIAMS:
12    Q.   Doctor, if you would --
13      MR. STRAIN:  Indulge you, I don't have any
14  choice but to indulge you.
15      MR. WILLIAMS:  Thank you.
16      MR. STRAIN:  If I had a choice, I would not.
17      Doctor, you may answer again.
18  BY MR. WILLIAMS:
19    Q.   So let's make this list.
20    A.   Our labeling states craniofacial and
21  cardiovascular.
22    Q.   Craniofacial.
23    A.   Craniofacial.  Cardiovascular.
24    Q.   Cardiovascular.

Page 737

1    A.   And then it has a category of other body
2  systems, so there have been other types of
3  malformations reported covered in that general
4  category.
5    Q.   Okay.  Anything else before -- on the
6  list?
7    A.   I -- I think that that's the -- the list.
8  As I noted, other covers a variety of things.
9    Q.   Right.  So what are the other body
10  systems?
11    A.   I mean, there are many body systems,
12  and -- and I would say we have probably had birth
13  defects reported --
14    Q.   No, ma'am, we -- we are using the term
15  "associated."
16      MR. STRAIN:  Continue with your answer.
17  BY THE WITNESS:
18    A.   Can I finish, please?
19      MR. STRAIN:  Just continue with your answer.
20  BY MR. WILLIAMS:
21    Q.   Yeah, let's -- let's stick --
22      MR. STRAIN:  Just continue with your answer.
23  BY MR. WILLIAMS:
24    Q.   -- with associated though, if you would?

86 (Pages 734 to 737)

Confidential - Subject to Further Confidentiality Review

Page 738

1     MR. STRAIN: Continue your answer.
2     BY THE WITNESS:
3        A.   We -- we have had other types of birth
4     defects reported. The data around figuring out
5     whether any specific defect is associated with a drug,
6     that's very difficult to do. In fact, that's
7     discussed in some of the Holmes papers in the
8     introductions where they state that their objective is
9     to identify an overall frequency of birth defects,
10    because it takes large numbers, very large, to confirm
11    any particular defect. So there have been case
12    reports, smaller, less robust studies that have named
13    birth defects. I can't give you a list of what all of
14    those are, but they would be covered by other.
15    BY MR. WILLIAMS:
16       Q.   You've got -- you chose, Abbott chose to
17    use the word "other body systems." I'm wanting to
18    know what those are and I'm going to give you an
19    opportunity to tell the jury.
20       A.   First of all, I don't know whether Abbott
21    or -- or FDA suggested that particular language.
22           But other -- a body system is, for
23    instance, the gastrointestinal, it's a body system --
24    I -- I -- I didn't say what we have. You are asking

Page 739

1     me what body systems are.
2        Q.   No. My question is birth defects
3     associated with Depakote. And you said other body
4     systems and I'm trying to figure -- I want to list
5     those.
6        A.   I think you said tell the jury what body
7     systems are, which is what I was trying to do.
8        Q.   Let me withdraw that question, may I? It
9     will save us some time.
10       A.   Certainly.
11       Q.   The precise question is: Birth defects
12    associated with Depakote, the other body systems, I
13    want to list those, please.
14       A.   I can tell you what has -- I can tell
15    you -- I can name body systems. We just reviewed the
16    fact that I don't have a -- a list of all of the
17    malformations in my head.
18           Whether the data is such that they are
19    associated with Depakote in the same way and
20    scientifically robust, I can't tell you.
21       Q.   Well, what does the word "other body
22    systems" mean to you? I want to list it out,
23    because...
24       A.   It means that your child could have a

Page 740

1     birth defect in another body system. It could have
2     a -- limb defect. We talked about that the other
3     day. This is essentially saying that, you know, we
4     know birth defects have been associated with Depakote.
5     We have good data on the overall rate of that. We
6     talked about that. We have pretty good data around
7     neural tubes. These other areas, we've had a number
8     in craniofacial and cardiovascular, but as you go down
9     the list, the evidence level is not as high. Other
10    covers the fact that it could be in something other
11    than these three.
12       MR. STRAIN: Excuse me one minute, John Eddie, I
13    don't want to break your chain of thought. I do need
14    to ask, is it your intention not to leave me any time
15    to do direct?
16       MR. WILLIAMS: No, my intention is just to
17    finish my questions.
18       MR. STRAIN: But you -- but, I mean, there is --
19    14 hours is almost up. Is it your intention to use
20    all of the 14 hours without preserving for defense
21    counsel any time to ask questions?
22       MR. WILLIAMS: I -- I don't -- I haven't thought
23    about it, Paul.
24       MR. STRAIN: Do you want to take a minute?

Page 741

1        MR. WILLIAMS: No. I want to finish. I want to
2     push on if I can.
3        MR. STRAIN: So --
4        MR. WILLIAMS: If I can stick with my line of
5     questioning.
6        MR. STRAIN: Okay.
7        MR. WILLIAMS: Okay.
8        MR. STRAIN: Well, my question was meant to be a
9     polite way to register my view that it's improper for
10    you to use all of the time without preserving any time
11    for direct.
12           Please continue, Counsel.
13    BY MR. WILLIAMS:
14       Q.   Okay. So, here is our list of birth
15    defects associated with Depakote and I'm trying to --
16    you've -- other body systems, you've put as a
17    subcategory limb defect.
18           Is there a B that I should put in there?
19       A.   I mean, other could cover any body system.
20    So you could -- I mean, I talked about
21    gastrointestinal, I talked about various body systems
22    that could be considered other under other. I think
23    my context to all of that was there is not a level of
24    data associated with that as there is in some of the

Confidential - Subject to Further Confidentiality Review

Page 742

1 other cases, but we warn about other systems.
2    Q.   Should gastrointestinal be on this list?
3    A.   It is a body system, yes.
4    Q.   One that could have a birth defect
5 associated with Depakote?
6    MR. STRAIN: Objection; form.
7 BY THE WITNESS:
8    A.   If -- associated in my mind does not mean
9 causation, and we talked about that in the level of
10 data and I talked a lot about the comfort with the
11 level of data for some of the others, particularly
12 around neural tube it's good.  So if you want to
13 consider it a reported or occurring in patients on
14 Depakote, so associated with the use, I could agree
15 with that.
16 BY MR. WILLIAMS:
17    Q.   Okay.  I'm just using the word "associated
18 with" because that's what you used.  So I'm going to
19 make a list just associated with.
20       So is this list complete?
21    A.   Associated with the use of Depakote, the
22 word "other" could cover any body system.  I don't
23 know which have been --
24    Q.   I've got that there.

Page 743

1    A.   I don't know which have been reported, but
2 I can name other body systems, if you like.
3    Q.   I'm just trying to get my list complete,
4 and if you -- is my list -- is there anything else
5 you'd like to add to the list?
6    A.   I'm sure that we have other reports of
7 Depakote in spontaneous surveillance.  I can't list
8 them, but I can tell you other body systems are
9 pulmonary, renal --
10    Q.   I -- I understand that.  I'm just asking
11 for the ones associated with Depakote.
12       You understand that, don't you?
13    A.   Actually, I think we've talked about a
14 couple of different things in this line of
15 questioning.  We started out with causation, which
16 would imply level of evidence.  Then we moved to have
17 been associated with the use of Depakote, which in my
18 mind means they have been reported but may or may not
19 be caused.  If you take that association, we have had
20 reported cases in other body systems of which I have
21 named several.
22    Q.   Okay.  Name -- I want you to make my list
23 complete.  I'm giving you the chance to make the list
24 complete.  Please help me.  Would you help me?

Page 744

1    A.   I -- I think that I've already said I -- I
2 don't -- I can't sit here and name every birth defect
3 that has been reported, but I am randomly naming body
4 systems.  So pulmonary --
5    MR. STRAIN: I don't think that's what he is
6 asking you, Doctor.  He is asking you not to name the
7 body systems but to name body systems that you
8 understand to have been associated with Depakote birth
9 defects, so -- I think I have it right.
10    MR. WILLIAMS: Yeah, thank you, Mr. Strain.
11    MR. STRAIN: So we don't want to name just any
12 body system.  We just want to name any body system
13 that you believe has been associated with birth
14 defects with Depakote.
15 BY THE WITNESS:
16    A.   Which -- which is -- I mean, I have been
17 randomly naming them.  And the distinction I'm trying
18 to make is that there is an association where you have
19 a good level of evidence, like we've talked about the
20 North American, we've talked about neural tube.
21 BY MR. WILLIAMS:
22    Q.   What question are you answering?
23    A.   There is more --
24    MR. STRAIN: Go ahead.

Page 745

1 BY THE WITNESS:
2    A.   -- information on craniofacial --
3 BY MR. WILLIAMS:
4    Q.   What question?  I'm lost.
5    A.   -- and cardiovascular.  There are other --
6    Q.   What question are you answering?
7    MR. STRAIN: Go ahead, Doctor.
8 BY THE WITNESS:
9    A.   There are other malformations that have
10 been reported where the date is far less robust and
11 the number of patients it would take to study the data
12 and come to a clear conclusion is exceedingly large.
13 Because of that, we warn for that under other body
14 system, because those cases have been reported but we
15 don't have the same level of evidence, but because
16 it's so difficult to get, we warn for that.
17 BY MR. WILLIAMS:
18    Q.   What question were you answering?
19    A.   It -- it has been deemed throughout these
20 questions that you have asked.
21    Q.   That doesn't make any sense.
22    MR. STRAIN: What doesn't make any sense?
23 BY MR. WILLIAMS:
24    Q.   Okay.  Doctor, is this list complete, do I

88 (Pages 742 to 745)

Confidential - Subject to Further Confidentiality Review

Page 746

1  circle yes or no?  I'm trying to get a direct answer.
2      A.   Again, we talked about whether or not we
3  are answering the same question.  I guess I'm not sure
4  of what your question really is.  I talked about where
5  we had higher evidence and where we label for that.
6  I've talked about associated with, meaning reported,
7  that we've had things reported.  I've been willing to
8  name body systems that have been reported with the
9  qualifier that says we don't have the level of
10 evidence for those individual defects to go to
11 causation.  So I'm not sure exactly what you want.
12     MR. STRAIN:  So we'll wait for another question
13 then, Doctor.
14 BY MR. WILLIAMS:
15     Q.   What was Abbott's first billion dollar
16 drug?
17     A.   I actually don't know.  I can name some
18 billion dollar drugs, but I don't know which was
19 first.
20     Q.   Depakote, was it a blockbuster, billion
21 dollar drug for many years?
22     MR. STRAIN:  Objection; form.
23 BY THE WITNESS:
24     A.   I believe at some point, I don't know

Page 747

1  when, there ma -- may have been a billion dollars of
2  sales with Depakote.  I don't have any idea over how
3  many years that was.
4  BY MR. WILLIAMS:
5      Q.   During an 11-year period Abbott sold over
6  13 billion dollars worth of Depakote, true?
7      A.   I don't know.
8      Q.   Well, how much were they selling while you
9  were the vice president in charge of post-marketing
10 surveillance?
11     A.   I don't get in --
12     Q.   Safety.
13     A.   -- sales reports about Depakote.
14     Q.   Well --
15     MR. STRAIN:  Are you winding up, John?  I
16 think --
17     MR. WILLIAMS:  No.
18 BY MR. WILLIAMS:
19     Q.   Do you --
20     MR. STRAIN:  Well, you have to wind it up.  The
21 14 hours is up.
22     MR. WILLIAMS:  I don't have to.
23     MR. STRAIN:  Sure you do.  The 14 hours is up.
24         I'll tell you what, take a few minutes and

Page 748

1  wind things up.  You can go over time by a few
2  minutes, if you would.
3  BY MR. WILLIAMS:
4      Q.   In any year did Abbott ever spend as much
5  money on safety as they spent on marketing of
6  Depakote?
7      A.   I have no knowledge about how much money
8  they spent on marketing Depakote.
9      Q.   If Abbott had wanted to do additional
10 studies concerning birth defects in relation to the
11 birth defects caused by the other group of drugs, was
12 there any shortage of cash that would have prevented
13 such research?
14     MR. STRAIN:  Objection; form.
15 BY THE WITNESS:
16     A.   I am unaware of any discussion on -- of
17 any drug where we said we won't do something because
18 of shortage of cash.
19 BY MR. WILLIAMS:
20     Q.   Now, do you own Abbott stock?
21     A.   I -- I don't own stock individually.  I
22 have mutual funds and such and if Abbott stock is in
23 there I own it and if it's not, I don't.
24     Q.   How much does Abbott pay you or how much

Page 749

1  did they pay you when you left?
2      A.   Left Abbott?
3      MR. STRAIN:  I think --
4  BY MR. WILLIAMS:
5      Q.   Yes, ma'am.
6      MR. STRAIN:  I think, John Eddie, I'm not sure
7  the history of that -- answering that question in this
8  litigation, but I will instruct Doctor not to answer.
9  If it has -- has been or is determined that that's a
10 proper question in this litigation, we'll supply you
11 the answer.
12         So for now, Doctor, I'll instruct you not
13 to answer, but that can be given to John Eddie if
14 it's -- to Mr. Williams if it's appropriate to do so
15 and I'll make sure that it is.
16 BY MR. WILLIAMS:
17     Q.   Are you refusing to answer the question?
18     MR. STRAIN:  I've instructed her to.
19 BY MR. WILLIAMS:
20     Q.   Are you, Dr. Heimberger, refusing to
21 answer the question?
22     A.   I'm going to follow the advice of my
23 lawyer.
24     Q.   How many VPs are there above your level?

89 (Pages 746 to 749)

Confidential - Subject to Further Confidentiality Review

Page 750

1     A.   Across the company, I don't know.
2     Q.   How many VPs are there at your level
3  across the company?
4     A.   I don't have a count of those.
5     Q.   During your 13 years of VP at Abbott
6  overseeing some parts of Depakote, did Abbott ever
7  commit misleading acts with regard to Depakote?
8     A.   Could you repeat that, during my?
9     Q.   During your 13 years --
10    A.   Yes.
11    Q.   -- of VP at Abbott where you oversaw some
12 parts of Depakote, did Abbott ever commit misleading
13 acts with regard to Depakote?
14    A.   Not that I'm aware of, no.
15    Q.   During your 13 years with Abbott while you
16 were a VP overseeing parts of Depakote, did Abbott
17 ever commit fraud with regard to Depakote?
18    A.   No.
19    Q.   Was there ever any improper conduct by
20 Abbott during -- with regard to Depakote while you
21 were -- during your 13 years of vice president
22 overseeing some parts of Depakote?
23    MR. STRAIN:  Objection; form.
24 BY THE WITNESS:

Page 751

1     A.   Not that I'm aware of.
2     MR. STRAIN:  Please wind it up, John.  I mean,
3  time is up.
4     MR. WILLIAMS:  Sure.
5  BY MR. WILLIAMS:
6     Q.   Do you know who Laura Schumacher is?
7     A.   I do.
8     Q.   Who is she?
9     A.   She has been the chief legal counsel.  I
10 think she has a broader role currently in the new
11 company.
12    Q.   She is a top lawyer at your company?
13    A.   She is a lawyer and, as I said, she was
14 the head of general counsel, I think she has more
15 roles now.
16    Q.   Okay.  General counsel strikes me as being
17 the top lawyer.
18         Do you dispute that, are you quibbling
19 about that?
20    A.   No, I'm not quibbling about that.
21    Q.   Okay.  And if she signed a document, would
22 you think that -- do you think that she would sign
23 untrue documents?
24    A.   I don't believe so.

Page 752

1     Q.   Do you know her personally?
2     A.   I know her as an acquaintance.  I don't
3  know her well.
4     Q.   Let me ask you this:  Should a label be
5  true, complete and accurate?
6     MR. STRAIN:  We are just -- we've gone through
7  that so many times, John Eddie, but the time is up
8  now.  She is not going to answer that.  Your time is
9  up.  If you have a new question to ask that is short
10 and concise, please do so.
11    MR. WILLIAMS:  Okay.
12    MR. STRAIN:  I don't want to deprive you of that
13 opportunity, unless it is in an area that is far
14 afield.
15 BY MR. WILLIAMS:
16    Q.   Did Abbott ever, to your knowledge, plead
17 guilty to criminal conduct with regard to Depakote
18 while you were at Abbott?
19    A.   Not that I'm aware of.
20    Q.   Do you know what -- okay.  I'm going to
21 assume for my question a hypothetical.
22         Assume that Abbott paid millions of
23 dollars in fines and restitution because it misled the
24 government and other people about Depakote.

Page 753

1         Is it your testimony that -- and pled
2  guilty to misbranding in the criminal sense, is it
3  your testimony that you never heard of that?
4     MR. STRAIN:  All right.  Your -- your time is
5  up, Eddie.  You are not going into an area that's
6  relevant to this witness's background and experience,
7  anything that's been testified to.  You are over the
8  14 hours.
9     MR. WILLIAMS:  The judge said I could go into
10 that.
11    MR. STRAIN:  Ex -- ex -- excuse me, please.  You
12 haven't saved any time for me to do direct.  This
13 witness has been answering questions since 8 o'clock
14 this morning.  That's it.
15    MR. WILLIAMS:  With a question pending?
16    MR. STRAIN:  If you have --
17    MR. WILLIAMS:  With a question pending you are
18 going to stop it?
19    MR. STRAIN:  If you have a question relevant to
20 this witness' background, experience and activities
21 that is succinct and new, I don't want to deprive you
22 of the opportunity to do that, as I said.
23    MR. WILLIAMS:  I get to choose my questions.
24 I'm sorry.

90 (Pages 750 to 753)

Confidential - Subject to Further Confidentiality Review

---

Page 754

1    MR. STRAIN: I understand. As long as it is
2  succinct --
3    MR. WILLIAMS: If you are shutting it down, then
4  say so.
5    MR. STRAIN: Well --
6    MR. WILLIAMS: Is that what you are saying?
7    MR. STRAIN: I'm -- I'm -- I'm trying to be a
8  little bit more considerate than that. I could have
9  shut it down ten minutes ago. In fact, I could have
10  shut it down 45 minutes ago to preserve time for
11  myself to ask direct questions.
12    MR. WILLIAMS: Well, this is the -- a few
13  minutes ago is the first time I heard you were going
14  to do a direct.
15    MR. STRAIN: You -- you didn't think I was going
16  to do a direct?
17    MR. WILLIAMS: You never notified me until about
18  ten minutes ago.
19    MR. STRAIN: I don't have to notify you.
20    MR. WILLIAMS: Well, I just -- kind of as a
21  courtesy.
22    MR. STRAIN: I mean, let -- in my -- I asked
23  you, whenever that was.
24    MR. WILLIAMS: That's okay, if you're going to

---

Page 755

1  do it.
2    MR. STRAIN: Excuse me, please.
3       I asked you, whenever that was, about your
4  intention, and you said you are thinking about it,
5  whether your intention was to use up all of the time
6  without my being left a little to do the direct.
7       We'll take five minutes and I'll let you
8  know whether I'm going to do a direct.
9    MR. WILLIAMS: But, Paul, that was the first
10  time hat you notified -- that I got notice from you
11  that you were going to do a direct, so be cognizant of
12  that. That's true, isn't it?
13    MR. STRAIN: But why --
14    MR. WILLIAMS: You never told me --
15    MR. STRAIN: No, I -- I never said that.
16    MR. WILLIAMS: Okay.
17    MR. STRAIN: I honestly --
18    MR. WILLIAMS: You never said you were going to
19  do a direct until about 20 minutes ago.
20    MR. STRAIN: But -- well, it might have been a
21  little -- it might have been more like 40 minutes ago,
22  but in any -- in any event, whatever it was, that is
23  when I first said it. I honestly think it should have
24  been anticipated.

---

Page 756

1       In any event, the witness has been
2  answering questions, Dr. Heimberger has, since eight
3  o'clock this morning, over 14 hours in this -- in this
4  testimony. I'll take five minutes and decide what, if
5  any, direct I'm going to do. Thank you.
6    MR. WILLIAMS: Doctor, I'm -- I'm not agreeing
7  to stop the deposition. I would like you to answer my
8  question.
9  BY MR. WILLIAMS:
10    Q.  Would you answer my question?
11    MR. STRAIN: No, she is not going to do it,
12  because the time is up and we've gone into an area
13  that has nothing to do with her background and
14  expertise and a hypothetical --
15    MR. WILLIAMS: There is a pending question.
16    MR. STRAIN: -- and a hypothetical to boot.
17    MR. WILLIAMS: There is a pending question. I'm
18  not agreeing to go off the record.
19    MR. STRAIN: Well, we are going off the record
20  because your time is up.
21    MR. WILLIAMS: I'm not agreeing.
22    MR. STRAIN: I gave you warning after warning
23  after warning.
24    MR. WILLIAMS: If you want to get up and walk

---

Page 757

1  out, that's fine. But I'm not agreeing to --
2    MR. STRAIN: All right.
3    MR. WILLIAMS: -- go off the record.
4    MR. STRAIN: Don't answer any more questions
5  from Mr. Williams.
6  BY MR. WILLIAMS:
7    Q.  Are you going to listen to your lawyer on
8  that?
9    A.  I'm following the advice of my lawyer.
10    Q.  So you are not going to answer any more
11  questions?
12    A.  I'm following the advice of my lawyer.
13    MR. STRAIN: Okay. We'll see you in five
14  minutes. Thank you.
15    THE VIDEOGRAPHER: We are going off the record
16  at 4:42 p.m.
17       (WHEREUPON, a recess was had
18       from 4:42 to 4:50 p.m.)
19    THE VIDEOGRAPHER: We are back on the record at
20  4:50 p.m.
21    MR. STRAIN: All right. Thank you.
22       Due to the lateness of the hour, I will
23  not conduct any direct. That concludes the
24  deposition. Thank you, all.

91 (Pages 754 to 757)

Confidential - Subject to Further Confidentiality Review

Page 758

1    MR. WILLIAMS:  May I make a comment?
2    MR. STRAIN:  Sure.
3    MR. WILLIAMS:  Again, on behalf of the
4    Plaintiffs, we object to the termination of this
5    deposition, especially with a pending question, and we
6    are going to ask the court for more time, and I think
7    we've been pretty clear about that.
8    MR. STRAIN:  All right.  And I obviously have
9    been very clear, I will oppose, and I think the
10   repetition makes that message even clearer.  Thank you
11   all again.
12   THE VIDEOGRAPHER:  Going off the record at
13   4:51 p.m.  This concludes videotape deposition
14   testimony of Dr. Heimberger.
15          (Time Noted:  4:51 p.m.)
16          FURTHER DEPONENT SAITH NOT.
17
18
19
20
21
22
23
24

Page 759

1          REPORTER'S CERTIFICATE
2          I, JULIANA F. ZAJICEK, C.S.R. No. 84-2604,
3    a Certified Shorthand Reporter, do hereby certify:
4          That previous to the commencement of the
5    examination of the witness herein, the witness was
6    duly sworn to testify the whole truth concerning the
7    matters herein;
8          That the foregoing deposition transcript
9    was reported stenographically by me, was thereafter
10   reduced to typewriting under my personal direction and
11   constitutes a true record of the testimony given and
12   the proceedings had;
13          That the said deposition was taken before
14   me at the time and place specified;
15          That I am not a relative or employee of
16   attorney or counsel, nor a relative or employee of
17   such attorney or counsel for any of the parties
18   hereto, nor interested directly or indirectly in the
19   outcome of this action.
20          IN WITNESS WHEREOF, I do hereunto set my
21   hand on this 28th day of January, 2014.
22
23          _____
24          JULIANA F. ZAJICEK, Certified Reporter

Page 760

1          DEPOSITION ERRATA SHEET
2
3
4    Case Caption:  In Re:  Depakote
5
6          DECLARATION UNDER PENALTY OF PERJURY
7
8          I hereby certify that I have read the
9    foregoing transcript of my deposition given at the
10   time and place aforesaid, consisting of Pages 1 to
11   758, inclusive, and I do again subscribe and make oath
12   that the same is a true, correct and complete
13   transcript of my deposition so given as aforesaid, and
14   includes changes, if any, so made by me.
15
16          TRACEY HEIMBERGER, M.D.
17
18   SUBSCRIBED AND SWORN TO
19   before me this      day
20   of          , A.D. 200 .
21
22      Notary Public
23
24

Page 761

1          DEPOSITION ERRATA SHEET
2    Page No._____Line No._____Change to:_____
3    _____
4    Reason for change:_____
5    Page No._____Line No._____Change to:_____
6    _____
7    Reason for change:_____
8    Page No._____Line No._____Change to:_____
9    _____
10   Reason for change:_____
11   Page No._____Line No._____Change to:_____
12   _____
13   Reason for change:_____
14   Page No._____Line No._____Change to:_____
15   _____
16   Reason for change:_____
17   Page No._____Line No._____Change to:_____
18   _____
19   Reason for change:_____
20   Page No._____Line No._____Change to:_____
21   _____
22   Reason for change:_____
23   SIGNATURE:_____DATE:_____
24          TRACEY HEIMBERGER, M.D.

92 (Pages 758 to 761)

Confidential - Subject to Further Confidentiality Review

Page 762

1            DEPOSITION ERRATA SHEET
2     Page No._____Line No._____Change to:_____
3     _____
4     Reason for change:_____
5     Page No._____Line No._____Change to:_____
6     _____
7     Reason for change:_____
8     Page No._____Line No._____Change to:_____
9     _____
10    Reason for change:_____
11    Page No._____Line No._____Change to:_____
12    _____
13    Reason for change:_____
14    Page No._____Line No._____Change to:_____
15    _____
16    Reason for change:_____
17    Page No._____Line No._____Change to:_____
18    _____
19    Reason for change:_____
20    Page No._____Line No._____Change to:_____
21    _____
22    Reason for change:_____
23    SIGNATURE:_____DATE:_____
24            TRACEY HEIMBERGER, M.D.

Confidential - Subject to Further Confidentiality Review

| **A** | | | | |
|---|---|---|---|---|
| **Abaray** 398:14 | 505:2,15 506:11 | 617:4,6,8,13,18 | 494:7 496:11,18 | 655:13 656:9 |
| 399:5 404:11,18 | 507:1,2,7,13,14 | 617:21 618:2,6,20 | 496:21 498:9 | 658:19 660:1,2,22 |
| 404:21 406:12,15 | 507:22 508:1 | 619:24 621:22 | 501:21,23 502:6 | 662:3 665:21 |
| 406:17,22 407:1,3 | 510:20 511:10 | 622:2 623:9,17 | 503:12 506:12 | 666:7 667:7 |
| 407:6,17 409:13 | 512:16 513:3,18 | 625:9,13 626:24 | 508:7 513:4,9 | 668:13 670:2 |
| 409:17,24 410:3,6 | 514:1,22 516:4,20 | 627:4 628:2 630:4 | 514:2 517:16 | 671:3 683:10,11 |
| 410:12,15 411:11 | 516:23 517:10,13 | 630:22,24 632:19 | 518:5,7,7,12 | 683:20 684:12 |
| 412:6 414:14 | 519:21 520:6,20 | 633:17 634:12,22 | 519:17 520:7 | 685:5 686:3 |
| 415:2 417:10,16 | 520:23 521:22,24 | 636:15,17,24 | 521:6 524:11 | 687:22 688:12 |
| 417:23,24 418:12 | 522:14 523:13 | 637:3,8,11,14,19 | 525:15,16,18 | 689:8,9,23 690:6 |
| 418:16,21 419:5 | 524:9 525:5,10 | 638:3 639:18 | 526:13,22 530:14 | 690:11,15 691:16 |
| 422:5,11,14,23 | 527:14,21,23 | 640:3,22,23 641:3 | 532:5,15 534:12 | 692:7,12,18 693:8 |
| 423:2,14 424:11 | 528:14,18 531:11 | 641:18 642:6,13 | 535:6,6,24 536:24 | 694:8 705:14,18 |
| 425:24 426:17 | 532:4 533:21 | 642:20 646:10 | 537:2,3,5,15 | 705:24 706:1,5 |
| 427:16 429:4,18 | 534:10,24 535:10 | 647:5,11 648:8,23 | 538:14 540:12,23 | 707:17 710:3 |
| 431:16,23,24 | 535:16,18,22 | 649:2,3,18,22 | 545:5 546:7 547:4 | 712:18,23 713:16 |
| 432:6,7,10,13,16 | 536:1,5,8,12,14 | 650:3,8,12,15,19 | 547:6,18 548:5,15 | 725:6,7 727:11,18 |
| 432:20,21 433:16 | 536:23 537:13,18 | 651:2 652:7 654:9 | 549:15 551:18 | 733:15 738:16,20 |
| 433:22 434:1,3,9 | 538:12 539:22 | 655:8,23 656:16 | 552:1,16 555:4 | 747:5 748:4,9,20 |
| 434:12,15,17,21 | 540:6,10 542:5,15 | 657:16 659:8,13 | 562:7,8,15 570:13 | 748:22,24 749:2 |
| 434:24 435:2,20 | 543:4 544:9,24 | 660:20 661:12,24 | 571:2,15,16 | 750:5,6,11,12,15 |
| 437:4,7,11,16,20 | 546:5 547:2,14 | 663:10 664:10,18 | 572:14,15 578:22 | 750:16,20 752:16 |
| 447:24 448:15 | 549:5,9,14,21 | 664:21 665:2,4,12 | 583:19 588:7 | 752:18,22 |
| 449:10,15,18,20 | 551:3,10,15,20,23 | 666:11,13,14,18 | 590:4 595:1,8 | **Abbott's** 452:6 |
| 454:12 455:10 | 552:12,15,24 | 669:9,23 670:1,16 | 596:3,3,3,5,17,19 | 467:14 524:22 |
| 456:19,20 457:14 | 555:19,24 560:5 | 672:9,22 673:7 | 597:10 598:1,4,10 | 531:2 537:24 |
| 458:10,22 459:18 | 562:2,5 565:11,16 | 736:5 | 599:4,10 600:3,7 | 550:17 618:21 |
| 459:23 460:4,13 | 569:16 570:2,7,11 | **Abbott** 397:12 | 600:12,15,24 | 640:12 649:11 |
| 461:24 462:18 | 570:17,24 571:24 | 399:20 400:11,14 | 601:4,6,6,20 | 670:19 671:13 |
| 464:9,13,21 465:3 | 572:11,20 573:6 | 400:22 401:3 | 602:21 603:5 | 672:4 693:7 |
| 465:6,10 467:4 | 573:16 575:5 | 402:3,17 403:6 | 604:5,11,18,22 | 746:15 |
| 469:12 470:16,23 | 576:10,15,18,20 | 408:1 416:11,15 | 605:3 607:22 | **abbreviated** 646:19 |
| 472:4 473:17,18 | 577:4,7,9 578:9 | 418:3,18 420:15 | 609:4 610:20 | **AbbVie** 694:8 |
| 474:2,7,21,22 | 578:18 581:3 | 421:22 426:3,18 | 611:15 612:21 | **aberrations** 631:13 |
| 475:5,8 480:17 | 582:11,21 584:20 | 437:22 445:8,15 | 613:2,14 614:17 | **abilities** 412:22 |
| 481:16,21 482:1 | 585:15 586:4,23 | 447:5 449:1 450:7 | 615:5,8,17 616:19 | 413:1,18 576:3 |
| 488:5,10,14,18,22 | 587:8,15,21 588:3 | 451:8,14 452:1 | 618:22,24 619:1,4 | **ability** 414:19 |
| 490:4,20 491:2,11 | 588:4 590:12 | 453:15 454:2,9 | 620:15,20 621:7 | 496:19 618:18 |
| 491:15,19 493:4 | 593:2 594:17 | 457:18 461:5,10 | 623:21 627:14 | 658:20 |
| 493:18 494:2,18 | 597:4,8,9 600:22 | 462:23 463:15,22 | 629:15 631:20 | **able** 564:24 644:24 |
| 495:8,19 497:17 | 604:16 605:6 | 466:12,13 468:2 | 635:13 636:2,7 | 680:12 697:15 |
| 498:8,24 499:14 | 606:16 607:12,17 | 469:17,18,19 | 640:11,24 641:21 | **abnormal** 419:15 |
| 500:10 501:2,8 | 607:20 608:6 | 470:18 473:1,4 | 641:21 643:22 | 456:6,7,10 457:18 |
| 502:20 503:1,7,8 | 609:2 610:10,19 | 485:21 486:2,3,9 | 645:1 646:3 | **abnormalities** |
| 503:19 504:9 | 611:5,6,9 612:1,4 | 486:18,21 488:9 | 648:10,11,17 | 419:16 526:16 |
| | 612:20 614:13,21 | 490:5,17 491:22 | 649:5 651:4,5 | 594:15 |
| | 615:24 616:4 | 492:22 493:20 | 652:8 654:5,15,21 | **abnormality** 453:6 |

Confidential - Subject to Further Confidentiality Review

592:1
abortions 479:16
ABPTILSD0024...
   401:7
absolutely 437:6
   618:7 663:23
abstract 399:11
   409:19,21 412:3
   481:10 482:3,17
   482:21 484:11
   492:18 493:3
   502:11,18,22
   505:22 506:1,6
   507:10 508:17
   509:3,16 510:15
   511:18 515:20
   534:20 576:6,9,19
   628:22,23 630:21
   630:23 632:21
   643:3 652:24
abstracts 481:6
   502:14
ABTDOTD0004...
   400:21
ABTDOT000309...
   400:6
ABTDOT000369...
   401:11
ABTDOT000404...
   400:8
ABTDOT000404...
   400:15
ABTDOT001337...
   402:21
ABTDPT000407...
   402:4
ABTDPW00040...
   400:18
ABTDPW00049...
   403:5
ABTILSD00004...
   399:21
ABTILSD00014...
   401:9
ABTILSD00078...
   401:5
ABTILSD00207...

401:17
ABTILSD00239...
   402:18
ABTILSD00323...
   400:23
ABTPAW00005...
   401:15
ABTPAW00030...
   399:24
ABTPAW00352...
   403:10
academics 541:8
accept 657:5 709:5
   717:21 724:21
accepted 587:1
   632:14 633:15
   635:24 719:19,24
access 447:14
   595:22
account 635:13
accuracy 524:10
accurate 425:10,12
   437:8 527:8,19
   612:23 752:5
acid 400:5 402:9
   476:7 579:23
   591:8 630:10
   631:7
acknowledges
   600:24
acquaintance
   752:2
act 448:2 669:3,18
action 402:14
   424:3 570:13
   590:3,5 660:16
   759:19
actions 397:14
   538:24
activities 539:3
   753:20
acts 750:7,13
Adab 575:16,17,19
   579:17 587:12
   588:14,21 616:2
add 424:2 525:20
   531:10 541:16

544:2 569:5 599:5
   641:12 697:2
   723:12 733:23
   743:5
added 480:14
   530:17 533:18
   546:17 629:23
   667:24 668:3,24
   702:7 705:18
   726:14
adding 523:5
   668:20
addition 527:6
   548:8 571:13
   618:17 705:19
additional 402:6
   486:9 489:1
   502:17 571:19
   572:10 579:19,22
   613:10 624:11
   626:12 628:4
   629:5 689:4
   707:17 710:3
   733:23 748:9
additionally 423:24
   581:7 685:21
   687:11
additions 672:19
address 539:11
   548:6 583:11,16
addressed 561:10
   609:18 610:3
   620:3,9 622:5
addressing 602:13
adds 649:10
adequate 539:24
adjusted 643:14
admin 554:22
administered
   412:16
administration
   468:6
admins 554:22,23
admissions 674:5
adolescents 653:16
adopt 529:22
adopted 445:18

adults 674:20
advantages 512:8
adverse 416:16
   419:10,13 420:3
   420:16,20 426:2
   430:8 431:4,4
   438:9 439:2,18
   444:10 445:9,22
   445:24 446:21
   447:6,10 448:5,24
   450:15 459:5,8,10
   470:18 538:5
   561:23 563:2,6,17
   563:21 568:7
   572:16 574:11,18
   575:1 605:1,2
   606:9 619:2
   638:15 655:15
   662:4 685:22
   686:7,21 687:9
   688:23 718:5
advice 403:8 655:1
   665:23 749:22
   757:9,12
advise 598:11
   621:10
advisers 595:15
   598:11,13
advisory 481:9
   497:12,24 498:20
   510:16 515:23
   534:22 553:4
   604:13,22 620:12
   623:3
advocating 596:13
   621:19 622:10
AE 704:13
AED 475:2 493:15
   509:10,18 510:2
   511:8 513:22
   514:8 557:4,7
   560:12 563:5
   579:4 588:11
   609:17 704:13,20
AEDs 479:11 485:4
   523:11 556:22
   557:4 575:10

578:20 579:2
   604:2 703:20
   704:12,18,22
   705:2 707:18
   710:5 713:1,8,18
   714:1,9,14,23
   715:14,18 717:10
   731:7
AEGIS 438:8
AERS 441:10
   447:17
AEs 705:7
affect 609:17
affiliates 439:14
affirming 468:8
afield 752:14
aforesaid 760:10
   760:13
afraid 524:24
   541:10 556:1
Africa 667:19
   668:15
afternoon 623:18
   623:19 662:2
   664:23 673:13,16
   673:17
Ag 540:22
age 405:20 509:4
   560:20 564:2,3
   579:5 589:24
   626:23 711:19,21
   712:4,7
agencies 427:14
   461:20
agency 538:11
   660:8,10 668:19
Agency's 668:22
agenda 553:2,4,8
agent 512:14
agents 512:12,13
aggregate 685:16
aggressive 653:14
Agnes 540:22
   545:1
ago 445:6 462:10
   482:14 494:14
   524:17 556:12

Confidential - Subject to Further Confidentiality Review

561:3 573:23
577:18 590:17
596:23 602:1
633:14 642:23
648:4 716:22,23
717:13 754:9,10
754:13,18 755:19
755:21
**agree** 452:10 458:6
462:20 469:13,15
469:24 470:2
479:23 480:9
486:13 495:9
498:12 503:10
509:21 511:1,15
511:19 513:7
533:8 536:6,24
537:3 539:4
542:17,20,21
567:17 569:2
574:16 576:24
577:10,16,16
580:10 585:22
586:6 605:19
611:15 619:13
622:3,7 631:17,18
651:3 654:8,10
662:14 668:6,9,10
668:23 675:19
686:9 705:6
712:13 714:7,10
714:23 717:11
719:13,16 724:11
731:6 734:12
735:6,12 742:14
**agreed** 504:5
611:21 621:14
654:21 663:10
671:16 732:16
735:19
**agreeing** 756:6,18
756:21 757:1
**agreement** 431:19
**ahead** 406:24
430:20 570:8
680:24 697:19
709:12 718:19

719:8,21,21
721:16 729:19
736:7 744:24
745:7
**amount** 516:8
565:6 636:11
662:4 689:14
703:21,22,24
704:2,4 717:5
**analyses** 582:3
731:7
**analysis** 441:13
444:10 446:17,20
466:2,4,18,21
467:6 468:14,17
470:3,8,10 472:2
561:15,16 563:17
564:16 569:13
598:22 606:6
607:6 612:9,22
621:1 643:10
685:16 689:3
729:6 731:15
733:21
**analyze** 445:9
564:22 669:7
**analyzed** 467:3,9
476:19 728:17
**analyzing** 450:14
564:20 684:22
**anatomical** 574:1
574:11,18 575:1
631:8 635:2 649:7
651:17
**Andy** 693:21
**and/or** 403:9 638:1
638:21 660:3
665:24
**anemia** 419:14
**animal** 402:9
630:10 631:22
632:15,23 633:16
633:21 635:1,14
635:23 639:4,20
658:4 671:22
672:10,13,15,17
672:20
**animals** 556:18

630:19
**ANJELICA** 398:21
**announced** 418:3
**annual** 548:11
**anom** 453:20
**anomalies** 477:6
504:21 532:10
533:9 593:1
594:20,23 625:20
651:15 728:17
734:21
**anomaly** 453:20,20
**anomaly/birth**
459:13
**answer** 406:18
408:18,19 412:1,2
421:4 422:16
423:6 425:5
427:20 428:21
430:20 433:21,24
434:8,21 435:1,3
435:10 436:13
460:10 469:21
474:5 511:11
519:23 527:9
528:3 550:23
560:1 576:7 577:6
585:14 592:14
593:19 595:19
600:9 601:16
605:5 606:22
607:17 611:13,19
617:12,14,17,23
618:11 619:9
632:16 641:8
642:6 649:22
655:20 657:15
678:12,16 679:5,7
679:13,16,17,24
680:2,9,11,23,24
681:1,4 682:4,7
682:24 683:4,6
684:2 685:8,11
691:4 694:23
695:22,24 696:2,5
696:8 697:15,17
698:17,19,24

699:15 700:5,14
700:21,23 701:1,4
701:5 702:18
705:15,24 706:23
707:20,22 708:1,9
708:12,15,17,19
709:4,22 710:1,6
710:16 711:1,3,5
711:6,12,13,15,20
713:14,15,22
715:24 716:14
717:15 719:22
720:13,17 721:14
722:9,10 723:14
726:2 728:14
729:2 730:3,8
731:21 732:13,22
733:1,6,17 734:4
736:17 737:16,19
737:22 738:1
746:1 749:8,11,13
749:17,21 752:8
756:7,10 757:4,10
**answered** 409:7
415:17 435:5
437:9,10 607:19
611:18 641:24
678:18 682:3,23
685:10 686:10
695:23 702:23
707:19 710:19
720:7 724:15,17
726:1,23 728:16
729:16 730:12
731:1
**answering** 437:5,6
578:15 698:20
744:22 745:6,18
746:3 749:7
753:13 756:2
**answers** 404:6
528:2 551:4 708:7
709:6
**antibiotic** 416:9
**anticipated** 755:24
**anticonvulsant**
615:9

**aim** 556:23 557:2
643:4
**al** 400:3,4 401:16
402:10,14 411:16
642:15
**alarm** 494:6
**alarming** 523:14
**alert** 402:20 415:5
640:18 652:17,19
**alerting** 639:3
**algorithm** 440:24
441:6,13 442:3,16
445:9,15,17 446:6
**algorithmic** 447:3
**allow** 626:20
**allowed** 498:14
551:3 582:8
**alterations** 402:8
591:18 630:9
632:24
**AL0268-A** 402:20
**ambiguous** 657:8
696:15,18 728:9
728:13 732:12
**amend** 541:9
**America** 515:9
574:19 670:19
**American** 401:21
449:3 472:20
475:4,7,9,10
482:18 486:19
492:19 498:5,13
502:13 524:6
533:18 534:7
545:22 563:15
574:13 580:15
590:22 601:3
602:21 603:6
651:19 704:7,16
706:19,20 707:13
707:16 710:2,8,21
711:8 717:24
719:5 721:1

Confidential - Subject to Further Confidentiality Review

**anticonvulsants**
591:23 592:4
**antiepilepsy** 505:7
532:8
**antiepileptic**
401:19 402:12
410:22 411:3,10
411:24 414:8,20
444:11,18 475:3
475:10,15 478:11
482:18 483:2,8
485:20 486:4,20
492:20 498:5
505:13 508:12
512:13,14 513:2,6
515:9 521:14
522:2,9 530:22
532:10 557:7
563:18 588:18
602:22 603:7
642:17 643:7
649:9 653:9,13
**antiepileptics**
504:4 513:1
531:18
**anti-infective** 418:4
**anybody** 689:9,23
692:17 693:23
733:15
**anymore** 594:10
657:1 690:24
**aorta** 567:14
**APA** 401:9
**Apakote** 689:11
**apologize** 404:12
417:5,19,20
430:13 457:10
474:15 503:1
556:5 722:3
**appalled** 499:1
**apparently** 452:6
475:2 503:4,4
525:14 619:21
653:11
**appear** 503:17
606:11
**APPEARED** 398:2

398:15
**appears** 464:16
469:2 470:11
478:17 515:4
564:7 657:13,14
**apples** 468:23
**applications**
438:19
**apply** 675:15
**appreciate** 678:24
**appreciated** 528:7
**apprised** 497:7
515:19
**approached** 668:19
669:16
**appropriate** 444:2
458:7 510:19
549:3 551:6
722:11 749:14
**approval** 486:8,22
658:23 659:1
**approvals** 529:20
**approve** 524:7
570:21 658:17,17
661:6,9
**approved** 537:8
**approximately**
567:3 642:22
**April** 399:23 403:6
449:13 463:23
464:15 466:11
468:10 469:13,15
469:18 521:10
540:12 547:16
607:23 665:18,20
**archived** 399:16
422:17
**area** 466:5 496:14
500:1,13 516:7
547:23 554:5,15
554:19 598:8
629:19 644:18,19
675:4,19 684:13
684:16 752:13
753:5 756:12
**areas** 466:5 644:22
667:12 675:5,13

676:3,11,16 677:5
685:6 686:4 740:7
**argue** 551:6
**argument** 546:21
**arguments** 541:1
**arrange** 553:16
**arrangement** 549:1
**article** 399:11
401:20 402:5,8,10
405:18,22 409:19
409:22,23 410:2
411:14 412:2
413:21 415:1
477:7 501:18
505:10 506:4
509:3 514:9 523:6
561:2 576:11,12
576:14,19 590:21
594:24 603:12,20
603:23 604:10
605:14,20 608:21
610:20 611:12
614:6,10,12,16,18
620:6,11 624:9
626:6,7,10 627:7
627:11,19 628:24
630:9,13 631:19
642:14 695:3
719:18 720:1
**articles** 406:1
414:5,17 415:5
473:21 582:17
588:8 615:22
616:17 617:1
631:20 634:24
636:8,9 639:8,14
703:2,14
**ASD** 667:4
**Asian** 670:20
**Asia-Pacific** 667:19
668:15
**aside** 507:19
514:14 682:16
730:19
**asked** 408:21 416:3
416:18 418:18
420:7,24 425:3

428:19,23 444:9
444:14,16,20
446:3 468:21
486:8 487:13
534:22 535:18,20
535:20 550:9
571:11,13,18,19
572:9 576:13
577:23 606:4
607:3 611:18
619:18 628:14
632:4 636:7 669:6
682:3,23 687:2,5
687:13 689:2
690:24 693:12
694:21 695:12,23
696:21 699:24
707:19 723:15
724:15 725:23
726:1 727:23
745:20 754:22
755:3
**asking** 414:15
420:12 421:15
424:16 432:16
460:1,6 471:6
518:7,11 575:3
577:17 582:1
590:16 595:18
602:17 612:13,14
612:15,18 613:3
631:24 632:2
668:11 683:21
694:19 699:4
702:20 703:6,7
704:1 707:10
718:17,23 720:22
721:19 724:19
725:19 730:15,16
731:4 734:6
738:24 743:10
744:6,6
**asks** 424:5 486:14
672:19
**aspect** 595:12
681:17
**aspects** 408:4 678:1

678:9 681:22
684:7,11 685:3
690:20
**assertion** 550:23
**assess** 440:16 444:2
594:14,23
**assessed** 442:8
560:11 641:15
**assessing** 442:9
443:15 557:20
687:12
**assessment** 610:6
**assessments** 557:14
557:18
**assigned** 441:17
645:6 734:16
**assist** 598:22
**assistance** 524:18
**associate** 438:11
**associated** 419:22
510:9 518:20
569:8 591:3
598:18 615:1
629:16 636:13,20
639:9 715:22
724:23 727:6
735:13,16,18
737:15,24 738:5
739:3,12,19 740:4
741:15,24 742:5,8
742:14,17,19,21
743:11,17 744:8
744:13 746:6
**Associates** 402:7
**association** 477:5
568:20 569:20
595:20 599:5
624:12 626:12
628:5 629:1,9
635:21 731:6
735:14 743:19
744:18
**assume** 552:12
554:14 642:17
695:14 697:1
752:21,22
**assumed** 420:11

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

702:8 730:15
**assuming** 476:13
561:4 698:5
**assumption** 730:18
**asterisks** 478:17
**asthma** 457:17
**atrial** 567:13
**attached** 451:5
482:16 492:13
553:8 576:11,18
597:13 667:7
**attaching** 484:11
501:22
**attachment** 400:19
450:3 452:24
453:14 482:2
608:7 625:4
**attachments**
399:23 449:13,17
449:18,19,19
450:4 452:21
464:24
**attacks** 424:20,21
426:4,20 427:11
428:2
**attempting** 548:15
**attend** 553:14
**attended** 555:12
562:15 578:23
634:14
**attention** 407:10
443:9 454:1
465:21 476:23
501:17 530:10
599:8 643:22
652:22 665:16
**attitude** 654:14
**attorney** 646:2
648:6 759:16,17
**attorneys** 647:21
**August** 400:5 476:5
479:24
**Australian** 574:3
574:19
**authors** 497:11
509:11 591:6
603:20

**autism** 402:6,9
444:17,21 456:1
456:15 457:16
462:3 543:11
573:9 614:2,7
624:10,18 626:1
626:10,11 627:9
628:4,24 629:4,6
629:8,10,16
630:11,18 631:1,6
631:14,21 632:2
632:11,18,23
633:6,16,20
634:16 635:15,16
635:21 636:5,20
637:16,24 638:1,8
638:21,21 639:9
639:16 640:5,8,13
640:19,21 641:1
641:16,22 643:23
645:2 656:9,15
657:5 658:6,21
660:3 666:6 667:2
667:2,4 669:13
**Autism/Autism**
403:9 665:24
**autistic** 615:13
633:2 643:18
**autistic-like** 635:5
**available** 446:12,19
448:5 480:23
546:9 636:3 644:3
678:4
**avenue** 730:15
**average** 412:17
564:10
**avoid** 489:23
527:15
**avoiding** 528:2
**aware** 405:8 419:6
419:12,21 420:6
421:18,21 473:3
480:9,15 481:6
489:14 497:6
522:15,18,20,22
525:17,18 546:14
550:8 552:8

572:15 582:5
586:24 590:8
595:12 596:15
614:3,5,10 629:18
630:16 633:5,13
633:21 634:6,23
636:18 640:17,19
641:21 642:4
644:3 646:2 648:6
648:9 655:12
656:8 657:2,18
658:2,19 669:1
683:20 689:23
695:16 697:21
698:11 699:5
701:10 707:11
710:11,23 711:9
711:17 731:8
750:14 751:1
752:19
**awareness** 642:1
648:13,14,15
**awkward** 477:2
**A.D** 760:20
**a.m** 397:22 404:2
491:6,8,10 587:22

_____

## B

**b** 399:9 400:1,3
401:1 402:1 403:1
552:3 741:18
**babies** 725:7,19
726:16 727:12,16
728:6,7,24
**baby** 543:6 674:22
**Bachelor** 708:4
**back** 404:2,5 405:5
424:4 425:2 439:9
450:19 455:14
458:14,23 461:19
461:19 467:16
468:1 491:9 496:4
497:10,23 505:21
507:23 510:5,20
511:17 515:8
517:12,22 518:1,3
522:16 524:13,24

525:15 526:10
546:8,13 549:2,24
550:8 561:12
562:9 566:22
571:11 578:2
583:17 587:18
588:1 591:6 592:6
595:19 596:11
601:12 605:1
606:2,20 609:12
622:11 623:15
625:5 633:11
642:7 645:7
656:13 670:12
673:5 677:15
679:17 701:4
715:6 717:8 718:3
722:24 757:19
**background**
423:18 496:17
556:17,21 557:24
565:5 586:5
594:23 675:15
676:2,5 723:10
753:6,20 756:13
**backwards** 449:23
**bad** 489:10
**Baker** 402:17,19,22
649:5 652:9,10
**ballpark** 723:17,19
723:19
**Baltimore** 398:17
**bar** 601:7
**bars** 568:3
**based** 425:16,18
426:1 462:24
468:6 506:2 532:3
534:17 540:14
545:23 561:4
583:20 586:5
595:18 639:3
654:2,4,24 671:1
672:19 704:10
**basic** 716:17
**basis** 526:1 681:10
681:21
**Bates** 507:11,16

**battery** 631:15
**beach** 558:19
**beg** 617:13
**beginning** 583:18
684:4 693:22
**behalf** 398:2,15
404:22 758:3
**behavior** 456:6
457:18 556:17
631:14 633:1
635:6 653:14
**behavioral** 402:8
542:13 630:9
631:1,13,23
632:24 635:2,4
**behaviorally**
631:10
**behaviors** 631:5
635:6,7
**belief** 526:18
**beliefs** 526:20
**believe** 407:12
444:3,19,23
448:19,19 458:19
460:19 462:10
464:2 469:1,8
472:24 473:2
475:17 476:21
478:19 481:4
483:17 485:3,7,17
485:23 493:23
512:2 519:12
524:3,18 526:6
529:4,5 530:7,9
533:14 538:17
545:18 548:9
553:19 554:1
565:13 572:24
583:3,14 585:2,18
591:1 600:8,13
605:10 627:1
629:20 645:16
650:8 658:8,9
659:3 670:13
675:2 688:18
689:15 690:11
693:20 695:2

Confidential - Subject to Further Confidentiality Review

696:11 701:12
702:24 703:1
712:22,23 713:2,6
713:16 715:19
716:2,5 720:1,2
722:16 724:21
726:22 728:16
736:3 744:13
746:24 751:24
**believed** 713:5
714:1 721:3
**believes** 526:20
529:8
**belonged** 714:2
**benefit/risk** 409:3
**bent** 584:3
**best** 427:14 463:17
512:8 534:7
536:13 546:18
593:19 622:9
642:1 651:20
710:22 719:10
735:14
**Beth** 450:2,7
**better** 514:24
615:23
**beyond** 424:16
**bifida** 504:21
532:24 542:10
543:12 544:20
593:9,10,13,15
734:19 735:7,13
735:18
**big** 472:2 536:20
562:12,20 606:7
**bigger** 562:21
**biggest** 559:8
**Bill** 500:21 554:20
**billion** 746:15,18
746:20 747:1,6
**bipolar** 444:22
653:14
**birth** 415:6 431:18
432:3,22 458:3
475:14 476:17
479:9 480:3
483:12 484:6

494:17 495:1,10
504:3 505:14
509:16,24 510:9
510:10 511:5,13
511:22 512:12
514:20 522:7,23
523:16 532:9,19
541:3,5,6,15,17
541:22 542:22
544:4,19 545:3,4
569:8 573:10,14
574:4 590:6 593:5
593:7 601:14
603:24 638:6,8,13
674:17,22 692:8
692:12,18 694:17
695:8,21 696:13
696:17 697:23
698:3,7,12 699:10
699:14 701:11,18
702:10,13,22
703:10,21 704:12
704:17,23 705:7
705:20 706:2,13
707:18 710:4,24
712:19,24 713:7
713:17 714:8,13
714:22 715:2,3,14
715:17 717:10
723:4,5,8,11,15
724:9,19,22
725:14 726:11,17
727:1,7 728:8
730:23 732:3,11
732:17,20 734:13
734:14 735:3,14
735:17 737:12
738:3,9,13 739:2
739:11 740:1,4
741:14 742:4
744:2,8,13 748:10
748:11
**births** 479:15
**bit** 405:5 424:4
439:9 454:21
478:14 508:13
557:24 600:17

602:1 658:13
754:8
**black** 503:10,18
624:3 709:17
710:7,20
**Blaise** 553:10
**blanked** 485:8
**Blasine** 499:15,20
499:21 500:21,24
555:5,6
**blinded** 557:13,17
557:18,19
**blindness** 455:19
458:23 462:2
**blindsided** 485:4
489:5,8,12,24
496:19
**blockbuster** 746:20
**blood** 419:15,15
**blue** 501:24 502:8
502:19,21,24
503:3,4,11,17
**blurt** 700:19
**board** 407:14
442:14 444:6,8,13
675:9,12
**body** 737:1,9,11
738:17,22,23
739:1,3,6,12,15
739:21 740:1
741:16,19,21
742:3,22 743:2,8
743:20 744:3,7,7
744:12,12 745:13
746:8
**bold** 628:23
**bone** 456:10
**boot** 756:16
**born** 530:19 614:23
**borrow** 637:3
**bothered** 546:7
**bottom** 438:2
450:22 455:24
456:23 465:12
476:24 477:11,15
477:22 487:22
625:3

**bought** 498:4
**bound** 583:13
585:7,9,20
**bounds** 580:16
584:15 586:20
**Bourgeois** 553:10
**BRACEWELL**
398:7
**brain** 518:20
556:22
**brains** 518:15
520:8 526:24
**brand** 476:8
**break** 481:13 491:3
570:4 578:7
587:18 590:15
672:24 720:14
721:9,15 722:19
740:13
**breast** 584:4
**brief** 657:12
**bring** 404:5 407:10
461:11 632:22
664:4,10 677:13
**Brisard** 450:8
**broad** 634:4 675:14
676:1,24
**broader** 628:1,3
656:23 689:2
751:10
**broadest** 706:8
**broad-spectrum**
418:4
**Bromley** 402:10
411:15 642:15
**brought** 443:9
448:9 529:24
582:5,12,16
621:18 622:6
677:17
**Bruce** 500:17
**Bruger** 693:21
**Bryzinski** 401:11
**built** 441:24
**bulk** 470:4
**bullet** 509:13 513:8
513:19

**bought** 498:4
**burden** 732:20
**Burg** 398:12,22
**business** 496:5,10
496:12,21 499:2,9
500:13 519:12,14
519:18 547:23
554:19 555:4,7
**B.P** 397:3

**C**

**C** 397:15 400:10
**calculate** 593:1
**calculated** 469:17
**calculating** 440:18
563:3
**calculation** 620:22
**calculations** 441:3
**calendar** 462:21
**call** 434:9 478:5
663:1,17,18
**called** 397:18
401:21 404:14
467:22 486:4
575:9 590:23
593:6 597:18
614:6 668:4 672:2
672:4
**calling** 494:9
510:10,11 627:20
662:24
**calls** 439:12 512:19
**Canada** 475:18,18
476:12 530:7,8,9
530:14 670:19
706:8
**cancer** 584:4
715:20,23,23
716:3,12,19,21
717:1
**capable** 679:23
**Caption** 760:4
**carbamazepine**
522:9 565:23
568:1 589:20
**carbon** 491:24
499:15
**cardiovascular**

Confidential - Subject to Further Confidentiality Review

399:17 422:19
423:20 426:12
428:2 538:10
736:21,23,24
740:8 745:5
**care** 496:5 730:19
**career** 462:12
**careful** 556:2
600:18
**Carla** 652:12
**Carlson** 401:6
**carry** 518:18
**case** 416:3 420:12
421:1,3,8,11
425:4,8,16 427:19
427:24 428:1,7,16
429:1,12 440:14
446:2,4 448:12
453:17 457:11
476:13 506:13
586:18 592:22
610:12 611:3,24
613:19,23,24
619:16 626:13
627:23 628:21
635:23 638:9,11
639:5,20 661:5
669:20 672:3
673:9 724:4 726:9
731:3 738:11
760:4
**cases** 404:23 420:2
420:8 427:23
428:12,15 446:4
446:15 451:6
452:3,5,7,9,13,17
452:22 454:18
458:20 463:8,19
467:19,20 468:4,9
468:9 469:7,8
470:3,13,14 478:5
478:8 479:15,19
592:24 606:11
607:5,9 618:9
723:24 724:1,2
725:1 726:11
728:2 729:4

731:12 742:1
743:20 745:14
**cash** 748:12,18
**categorization**
532:22
**category** 504:19
532:21 644:23
734:16,16 737:1,4
**caught** 489:9
**causal** 635:24
638:24
**causally** 598:20
**causation** 639:6
642:5 731:5 742:9
743:15 746:11
**cause** 504:6 533:17
631:21 633:6,20
634:15 635:16
640:13 641:14,17
694:16 695:7,21
696:17 698:2,7,11
699:10,14 701:17
703:20 715:20,23
715:24 716:3,21
723:13 724:6,18
726:5 735:9,11
**caused** 420:16
424:19 514:20
649:11 723:4,15
724:10 735:4,16
743:19 748:11
**causes** 431:18
432:3 495:10,11
590:6 636:5 640:5
640:20 641:1,22
643:23 704:11
712:24 713:17
714:7,13,21
716:12
**cause-and-effect**
532:12 533:10
**causing** 416:16
426:20 428:12
432:22 732:10
**CB** 658:22
**CBE** 658:12,17,20
658:22 660:15,22

660:24 661:15
**CBZ** 565:21,22
566:11
**CDC** 515:24
561:13 581:19
604:14
**CDs** 448:3,11
**cell** 419:15
**cells** 419:15
**Centers** 561:8
**cerebral** 567:15
**certain** 409:14
417:13 422:8
429:15 437:13
449:7 464:6
474:17 481:18
488:19 491:12
498:15 501:4
506:2,21 516:8
517:6 520:16
528:15 540:3
543:24 547:11
551:12 552:21
555:16 590:9
597:1 607:4
619:13 630:1
636:8 642:10
647:8 648:20
652:3 655:5 659:2
659:5 665:7
717:20 723:10
726:13
**certainly** 415:1
496:13 565:15
567:21 571:8
594:14 599:13
605:23 618:18
672:14 723:8
739:10
**CERTIFICATE**
759:1
**certification**
675:13
**certified** 397:21
675:9 759:3,24
**certify** 759:3 760:8
**cetera** 454:24

524:21 723:11
**CFR** 460:5
**chain** 401:8,10
402:22 495:23
554:8 572:8
740:13
**chains** 507:8
**chair** 701:16
**chaired** 407:16
442:14 444:6
**chance** 485:6
489:16 501:10
544:12,19,20
568:19 569:19
706:22 713:14
743:23
**chances** 543:13
**change** 461:18,19
472:6,11 509:12
525:18,24 526:2
533:20 534:17,23
540:13,16 548:12
595:18 621:11
632:18 634:10
636:7,9 648:12
661:23 672:19
699:15 700:3,13
701:3,12,23 702:1
702:3 717:22
721:4 761:2,4,5,7
761:8,10,11,13,14
761:16,17,19,20
761:22 762:2,4,5
762:7,8,10,11,13
762:14,16,17,19
762:20,22
**changed** 408:19
454:21 458:14,17
460:18,22 462:2
462:13 472:8,12
493:6 533:23
534:9 596:5 604:5
604:19,24 618:24
619:5 620:7
646:18 648:17
655:13 657:19
662:3 663:11

664:20 668:14
669:12 671:10
690:3 722:16
**changes** 407:13
461:10,17 501:14
518:17,20 524:6
530:12,16 602:17
604:12 607:8
623:2 634:5
655:22 658:14
661:5 670:4 671:4
760:14
**changing** 472:5
494:7 509:2,14
539:5 620:15
702:5
**characteristics**
541:9 591:4 629:8
667:16
**characterized**
631:2,10
**charge** 728:4
730:22 747:9
**Charles** 400:3,14
400:17 475:21
484:14 491:22
492:11,16 495:7
501:20 508:15,22
515:5 550:9
554:16 647:14
**chart** 399:19,20
429:20,21,23
436:2 437:22
457:22 477:12,14
477:18 567:4
**charts** 435:23
465:3 479:22
**check** 467:17 628:9
**Cheryl** 402:13
599:18 647:12
**Chicago** 397:21,22
553:6
**chief** 751:9
**child** 455:24 456:6
456:14 457:16
542:24 543:8,14
543:20 544:12,13

Confidential - Subject to Further Confidentiality Review

560:14,20 593:4
593:14 594:2,3
624:17 626:9
674:17 711:22
712:2 731:4
739:24
**childbearing** 509:4
602:10 711:19,21
712:7,17
**children** 402:12
412:13,15,16,18
413:8,9 414:7,8
414:19,20 518:10
518:16,19 520:8
522:7,24 526:24
530:19 558:18
575:18 576:3
577:14 579:3,7,20
579:21 591:7,13
591:17,21 592:9
592:19 593:3,21
594:15,16,21,23
595:2,6 601:9,17
610:16 614:23,24
615:2,8 616:10,18
635:16 640:14
641:1,23 642:16
643:6,12,24
653:15 730:23
731:17 732:11,17
732:19 733:18
**child's** 559:9 564:1
**choice** 548:8 550:3
736:14,16
**choose** 713:14
753:23
**chose** 596:19
738:16,16
**chosen** 472:12
**Christianson**
610:12 611:11,16
612:2
**chromosomal**
563:10
**cigarette** 715:24
716:12
**cigarettes** 715:19

715:22 716:3,18
716:21 717:5
**Cincinnati** 398:13
404:22
**CIOMS** 463:14
**circle** 711:1 722:12
746:1
**circled** 711:12
**circulated** 521:9
599:16 620:18
**CIS** 668:4
**citations** 571:10
**cited** 626:6
**Civil** 397:19
**claim** 676:14
**claims** 416:5 420:9
420:12,21 421:7,9
421:16 425:3,5,15
428:24 429:1
**clarification**
433:17 694:21,24
**clarified** 645:8
**clarify** 430:9
574:23 696:9,21
704:1
**class** 532:14,15
533:15 703:20
704:12,13
**classification**
560:12
**Claudine** 450:1,8
**clear** 430:3 431:22
432:5 461:4
473:13 527:7,19
539:20 561:20
592:21 595:20
604:17 663:2,6,6
689:13 694:16
695:7,20 696:12
696:16 698:2,6
699:9,13 700:23
701:17 703:17
716:12 727:17
745:12 758:7,9
**clearer** 758:10
**clearly** 535:6 563:9
621:18 663:13

669:3
**cleft** 567:15
**clinical** 407:22
408:8,16,17 409:2
429:8,10,19,22
430:1,4,5,10,11
431:3,5,6,7,14
432:23 433:2,6,7
433:9,10 435:15
435:16,23,24
436:1,2,3,8,20
438:15,18 439:20
439:21 440:10,19
440:20 476:4
485:2 500:17
526:12 532:7
538:18 559:23
598:12 629:3,10
629:14,15 635:14
640:10 641:20
644:2 672:3 684:9
684:17,17 685:2
685:15,16 686:6
686:13,18,20,22
687:7,24 688:5,8
688:18 690:20
691:21 692:21
693:3,4,21
**clinicians** 598:21
**clip** 410:12
**clipped** 507:3
**close** 583:13 691:11
**closer** 455:9 467:18
678:20 691:23
**closest** 568:11
**CMS** 520:8
**CNS** 401:4
**coach** 528:1
**coached** 700:16,17
**coaching** 662:16,20
663:7
**coarctation** 567:14
**code** 606:9
**coded** 461:23
468:21 606:8,10
**codes** 450:19 607:8
**coding** 607:8

**cognitive** 413:18
414:18 557:18
575:7,9 576:3
577:14 629:7
**cognizant** 755:11
**collect** 717:19
**collected** 592:22
689:2 706:9
**collecting** 516:9
**collection** 686:21
688:23
**collects** 431:4
**College** 401:12
**Collins** 402:19
652:12
**combination**
467:13 480:13
591:22 644:21
**combinations**
580:3
**combined** 468:2
469:16 478:10
568:6 704:9
715:14,18 717:10
**combining** 452:16
463:7 523:23
**come** 406:1 415:5
439:12,23 441:14
442:11 443:20
445:17 458:16
487:2 490:10
514:15 516:19
517:11 524:24
525:15 529:6
545:9 564:19
576:22 587:17
592:24 636:3
654:19 680:13
691:10 693:20
704:2 706:6,11
709:3,8,14 724:24
729:18 731:10
745:12
**comes** 430:7
435:15 439:10
634:3
**comfort** 742:10

**coming** 439:13
443:22 460:14
497:6 515:19
615:23 678:21
**commencement**
759:4
**comment** 405:24
422:22 423:5
455:21 497:3
564:5 567:16
568:24 569:13
585:24 735:9
758:1
**commented** 511:17
**comments** 400:17
417:11 492:13
497:14 498:3
500:7 501:23
503:5,12 509:12
510:6,14 647:18
**commercial** 499:24
500:2,19
**commit** 750:7,12
750:17
**commitment** 485:8
485:12,14 486:7
486:13 487:6,9,11
487:14
**committee** 481:9
498:20 510:16
515:24 604:13
620:12
**common** 427:9
445:18 512:5
529:24 586:24
**commonly** 479:11
**commonly-used**
557:3
**communicated**
648:10
**communicating**
651:4,8
**communication**
631:4 635:8
**communications**
438:8 622:12
**community** 633:15

Confidential - Subject to Further Confidentiality Review

**companies** 424:16
468:23 550:2
582:7 605:24
**company** 424:5,7
424:12 441:12
451:17 460:23
479:24 480:19
487:23 489:1,4,9
492:4 497:11
515:11 516:3,8,11
516:12,16,21
517:2 524:3 526:8
529:8 536:3
538:20,22 548:24
549:4 550:2,10,15
648:16 655:13
658:3 667:24
750:1,3 751:11,12
**company's** 539:6
**comparative**
444:10 446:20
511:22 575:15
**comparator** 577:15
**compare** 441:7
444:17,20 503:16
505:10 510:8
512:4 513:1 643:5
704:19
**compared** 413:8
414:8 444:18
478:3,11,21,23
480:3,4 482:24
483:7,13 505:17
567:6 588:17
589:19 649:8
704:18,21
**compares** 478:16
505:12
**comparing** 411:23
479:6 483:20
588:8 627:18
707:17 710:4
**comparison** 411:21
445:5 479:12
505:4,6 514:7
530:11,13 532:5
668:7

**compatible** 629:3
734:22
**compilation** 447:9
628:20
**Compiled** 400:17
**complain** 648:17
**complete** 427:1
433:20,24 434:7
435:10 679:7
680:2,9,24 742:20
743:3,23,24
745:24 752:5
760:12
**completed** 654:23
**completely** 404:8,9
437:2 607:15
664:23 680:3
699:20 717:14
**completes** 660:10
**complex** 419:13
447:3
**complexity** 598:9
**complicated**
598:19
**complications**
560:13
**components** 414:1
414:2 436:15
**compound** 500:5
504:14 511:24
512:20 527:5
582:13
**comprehension**
412:22
**comprised** 684:5
**con** 469:14
**concede** 586:20
**concept** 401:4
**conceptually** 530:2
**concern** 540:15
541:1
**concerned** 444:5
543:20 544:5
**concerning** 511:14
527:7 592:15
602:9 639:8 685:6
691:16 692:7,12

692:18 748:10
759:6
**concerns** 649:14
668:22
**concise** 736:2
752:10
**concluded** 523:8
590:2 598:17
604:23
**concludes** 757:23
758:13
**conclusion** 426:22
484:4 493:2
513:20 514:23
633:3 635:15
636:4 719:18,24
721:3 745:12
**Conclusions**
493:11
**condition** 486:22
563:10,10
**conditions** 457:16
523:23 629:2
**conduct** 434:10
486:9 487:23
518:9,15 538:20
649:24 750:19
752:17 757:23
**conducted** 426:16
480:1 538:17
619:5
**conducting** 441:13
660:6
**conference** 562:20
**confid** 583:2
**confidence** 412:19
412:23 413:2
477:5 483:16,21
580:7,17 581:1,9
582:18,22,24
583:1,3,6,13
584:15 585:2,7,9
586:8,13 587:1
589:2 643:15
**confidential** 480:18
**CONFIDENTIA...**
397:16

**confirm** 566:22
738:10
**confirming** 503:22
505:20
**confirms** 504:18
**confounding**
412:13 598:20
**confused** 463:2
508:13
**confusing** 477:20
518:6 661:11
**confusion** 507:24
608:19
**congenital** 453:20
453:21 459:13
477:6 526:16
532:10 533:9
563:4,9,10 566:15
567:11 601:10,19
651:14 728:17
**coni** 469:14
**conjunction** 427:14
442:10 483:16
621:2
**consider** 458:7
523:14 580:15
653:18 681:16,21
732:3,5,6 742:13
**considerate** 754:8
**considerations**
599:4
**considered** 442:16
454:15 458:24
514:16 523:8
587:2 741:22
**consistency** 573:18
**consistent** 414:5,16
415:1 510:15
591:18 594:19
625:21 699:20
**consisting** 419:14
760:10
**constituted** 443:10
**constitutes** 440:4
759:11
**consult** 656:3,4
**consulted** 524:20

**consulting** 509:4
**contact** 403:3
541:10 659:17,21
665:14 672:5
**contacted** 571:9
648:16
**contacts** 499:11
**contain** 539:15
**contained** 440:4
604:14
**contains** 497:12
498:1,21 539:14
**content** 399:16
422:17 429:3
**context** 696:20,23
699:3,23 701:8,8
701:21 702:6
709:16,18 711:16
717:18 720:19
722:14,15 741:23
**continuation**
397:18
**continue** 407:5
417:8 426:19
433:20 435:1
479:22 513:8
516:19 523:10
525:9 591:24
617:12,17,24
618:11 623:20
664:17 665:3
737:16,19,22
738:1 741:12
**continued** 400:1
401:1 402:1 403:1
706:18,19
**continues** 631:12
664:21
**continuing** 405:1
456:5 457:21
578:17 650:9
706:24
**contract** 582:19
**contradictory**
702:16,24
**contribution** 490:2
490:11,12

Confidential - Subject to Further Confidentiality Review

contributions
490:10
control 412:15
478:19,24 483:1
558:3,15 561:9
564:24 565:3
589:21 598:14
controlled 559:2,14
564:4,9,14 589:23
598:16
controlling 412:13
498:17
controls 480:12
convened 545:17
545:17 598:10
604:22
convenient 481:13
481:15
conversation 538:7
572:8 607:1 660:5
729:15
convey 510:8
514:19
convulsions 565:6
coordination
453:19 454:6
456:7
copied 491:23
492:16 499:16
500:3 553:2
copies 417:20
487:20
copy 417:18 474:15
482:17 491:24
502:19 551:19
571:14 637:3,13
core 528:22 529:7,7
529:10,15,20
530:12 531:2,6
548:11 668:1
corner 438:2 457:2
465:12 476:24
599:24 603:2,5
625:4
correct 412:10
416:6,13,17
419:10 421:6

424:8 430:17
432:24 433:1,7
435:24 438:13,20
439:4 441:8
445:13 450:11
451:23 454:8
463:11 465:9,17
466:5 467:5,12
472:6 475:11,16
478:6 482:8
483:14 485:21
486:5 489:19
492:17 499:18
501:1 502:1
503:23 505:18
508:8 516:24
518:24 522:3,4
525:12,13,16
527:4 540:20
550:18 554:4
555:9,13 557:6,8
557:11 558:4
559:10 566:8,9
569:3,15 577:3,5
582:12 586:15
595:3,9 603:10,22
609:11 622:14
626:1 627:15
628:8 638:6,7,10
638:18 639:21
645:9 658:12
660:4,12,13 662:6
671:6 673:19,20
674:16 677:6
690:6 693:11
694:8,12,13,20
703:9 704:13
727:23 760:12
correctly 407:9
714:23
correspondence
403:8 665:23
670:11 673:8
counsel 414:11
432:12 481:12
488:4,13 502:16
525:7 527:17

528:5,8 536:7
550:23 551:2
569:24 585:13
619:21 650:5
662:16 665:3
679:2,8 694:22
700:8 708:20
709:11 714:16
720:15 725:24
733:3 740:21
741:12 751:9,14
751:16 759:16,17
counselor 727:20
count 446:15 729:7
750:4
counted 605:2
616:23
counting 455:14
countries 529:11
529:22 669:3,11
669:18 670:20
country 404:24
529:13,17 531:7
counts 447:1
couple 443:12
448:8 523:20
534:3 569:4
665:17 670:8
743:14
course 421:18
440:19 460:23
571:14 621:23
court 397:1 424:7
434:9 617:9,10
618:9 758:6
courtesy 754:21
Courts 397:20
covariates 561:19
covaried 560:21,24
561:5
covarying 561:9
cover 453:2,3 624:3
665:17 672:16,18
672:21 692:2
741:19 742:22
covered 691:6
737:3 738:14

covers 737:8
740:10
co-marketing
548:24
craniofacial 594:12
594:20 736:20,22
736:23 740:8
745:2
crease 593:24
created 440:24
513:5 630:18
631:6
criminal 752:17
753:2
criteria 454:20
461:18 558:1,9,12
582:17
critical 598:14
criticisms 712:19
critics 734:11
cross 580:6,7,14
581:1,8
crosses 580:7,10,11
crossing 581:7
cross-functional
407:15 444:6
CROSS-NOTIC...
397:14
CSI 401:7 528:20
528:22 530:16
CSR 397:20
cumulative 542:16
542:20 543:1,23
601:16
current 413:14
433:14 439:7,8
458:15,21 460:8
460:19,20 461:1
461:11 462:11,16
489:14 546:17
619:16 675:23
676:22 691:20
730:13
currently 408:12
435:12 439:19
458:18 492:8
512:22 634:24

644:8 670:20
675:20 693:6
751:10
CUSTODIAN
397:8
custom 496:18
customary 492:4
cut 477:3
C.S.R 759:2

D

D 397:15 399:1
504:19 532:21
734:16
Dale 402:5 624:9
damage 728:6
data 423:19 427:5
430:6 431:7,8
439:15,21 440:14
440:15,18,22
441:1,5,20,21
442:21,23 443:9
443:23 444:2
445:3,9 446:1,12
446:14,18,22
447:20,23 452:16
454:19 463:1,8,13
467:18 468:7
470:11 471:3,7,20
472:3 473:4,7
476:16 479:10
480:22 481:5
490:13 496:20
497:6,19 505:4
506:2,6,7 512:14
516:10,19 524:8
524:15 531:14
533:18 534:7,16
534:20 541:1,7
544:16 545:23,24
546:2 548:11
561:13,15 564:1
564:14,20,22
565:18,19 569:11
569:12 570:22
572:15,18 573:18
574:7,16,20 575:7

Confidential - Subject to Further Confidentiality Review

577:18,18,22
583:7 587:10
589:23 595:16,18
595:23 596:8,8
600:9 601:16,20
603:9 613:10
615:23 618:15
631:9 634:8,21
635:14,14,23
636:3 639:4,20
642:4 645:2 649:9
651:19,21 654:2,5
654:23,24 656:21
658:4 660:16
668:1,23 669:6,19
669:20,21 671:22
672:10,13,14,15
672:17,21 677:16
678:21 681:13
682:8,10,11
704:15 710:9,10
726:10,24 731:9
731:11 738:4
739:18 740:5,6
741:24 742:10,11
745:11
**database** 441:11
447:11 452:4,6,13
463:14 467:14
468:18,19 469:3
470:5,10 476:19
607:7 621:1,3
672:5 723:24
728:3 729:5,11
730:20
**date** 400:12 404:1
459:22 464:1
512:9 626:3
671:15 719:11
745:10 761:23
762:23
**dated** 399:19,22
400:5,7,15,16,20
400:22 401:3,6,9
401:11,14,16
402:3,14,17,19,22
403:4 501:19

507:8 508:6
517:16 540:12
547:16 597:11
607:23 649:19
652:9 659:22
667:7
**dates** 415:16
671:15 733:20
**David** 400:10
**DAWN** 397:3
**day** 439:7,8 536:14
549:3 550:2
620:10 631:7
650:16 662:2
682:11 684:14
686:17 688:17
740:3 759:21
760:19
**days** 583:4
**day-to-day** 458:13
466:8 471:12
678:22 681:10,15
681:21 682:8,14
**Dean** 401:16
616:11
**Dear** 450:23 451:2
**death** 424:22
428:13 459:9
522:8,24 563:4
565:20 566:12
569:9
**deaths** 419:21,24
420:1,3 569:10
**decades** 590:17
**December** 451:9
462:20
**decide** 499:11
510:18 663:16,20
756:4
**decided** 426:18
427:13 531:20
532:2
**decides** 516:11,16
661:7
**deciding** 430:24
**decision** 504:12,24
549:4 604:15

669:4,22
**decisions** 498:23
526:3 620:11
669:8 678:4
**DECLARATION**
760:6
**decreased** 456:9
**deemed** 745:19
**deeper** 682:13
**defect** 459:14
523:16 542:23
544:4,19 567:13
567:13 593:5,7,10
593:13 601:14
638:8,13 723:11
724:19 725:14
732:20 734:20
738:5,11 740:1,2
741:17 742:4
744:2
**defects** 415:6
431:18 432:3,23
475:14 476:17
479:9 480:3
483:12 484:7
494:17 495:1,10
504:4 505:14
509:16,24 510:9
510:10 511:6,13
511:22 512:12
514:20 522:8,23
532:9,20 541:6,15
541:17,22 543:12
545:4 567:15,17
567:17,18,18
569:8 573:10,15
574:1,4,11,18
575:1 590:6
603:24 638:6
674:18,22 692:8
692:13,19 694:17
695:8,21 696:13
696:17 697:23
698:3,7,12 699:10
699:14 701:12,18
702:10,13,22
703:10,21 704:12

704:17,23 705:8
705:21 706:2,13
707:18 710:4,24
712:19 713:1,8,17
714:8,14,22 715:2
715:4,14,17
717:10 723:4,5,8
723:15 724:10,22
726:12,17 727:1,7
728:8 730:23
732:4,11,17
734:13,14 735:4
735:14,17,19
737:13 738:4,9,13
739:2,11 740:4
741:15 744:9,14
746:10 748:10,11
**Defendant** 397:13
398:15
**defense** 740:20
**deficiency** 591:20
**deficits** 575:8 629:7
631:3 635:7,7
**defined** 504:19
**definition** 458:17
458:19 459:4,14
459:19 460:15,17
460:18,22 462:12
495:4,17 504:7
512:6 534:11,15
712:8
**definitions** 461:3
**degree** 498:15
560:22 581:13,14
581:17 708:4
**degrees** 708:2,3
720:10
**delay** 401:4 402:16
403:9 405:10
413:11,14 414:2
414:18 445:1,2,4
449:1 450:3,14,17
452:3,22 453:7,11
462:24 465:22
466:1,14 468:10
469:16 471:18
518:9 522:23

523:17 524:2,7
526:15 527:1,3
530:18 531:1,9
540:15 541:2,4,18
541:24 542:24
543:10 544:8,21
545:2,13,21 546:7
546:13,20,22
548:6 550:18
563:5 567:23
570:14 571:7
573:4,15 574:3
577:14,23 578:4
590:7,17 592:1,8
592:12 595:2,8,15
595:24 598:9,18
599:23 601:10,13
601:19,22,23
602:11,14,16
605:2,18 608:12
609:5 615:15
616:18 619:4
620:21 623:22
625:22 631:23
632:1 637:24
638:20 648:12
649:10 651:13
655:15 657:6
658:5,20 660:3
661:16 665:24
666:6 667:11,15
667:24 668:16,20
669:13,16 670:21
671:11,21
**delayed** 610:17
**delays** 542:13
569:9 615:2
**Delay/Autism**
657:20
**delete** 531:20
596:19 621:24
622:7 623:3,4
**deleted** 547:4
604:21 618:22
622:6 647:22
**deliberate** 512:7
**deliberately** 464:20

Confidential - Subject to Further Confidentiality Review

634:17
**delivers** 509:23
511:3
**delorder** 643:6
**demise** 573:10
574:2 601:10,19
**demographic**
479:12 556:22
**demographics**
564:2,8,17
**demonstrate**
593:22
**denial** 661:15
**denying** 727:6
**dep** 484:22 639:9
727:11
**Depadote** 695:20
**Depakote** 401:17
402:15 405:9
408:2,4,5,10,14
408:21 409:4
430:14,15 431:17
432:2,22 442:21
443:10,21,24
444:10,17,21
445:5 449:1
450:11 466:15
473:5 476:8,12,18
477:6 481:11
485:3 487:1,5,17
487:18 489:2
504:18 512:11,15
513:5 514:9
522:24 523:15
525:19 526:24
529:12,17 533:10
535:2,3,7,23
537:1,2 540:14
548:17 550:15
553:4 566:8,10
569:7 572:17
573:8 594:21
601:9,18 604:1
631:21 633:6,19
633:20 634:3,15
636:12 640:20
641:1,22 643:23

644:6 645:3,6
674:1,8,15,18,23
677:8,10,20
678:10 679:10
681:8,11,22
682:10,11,14,20
683:18,19,21,24
684:7,11,15 685:6
685:14 686:3
688:2,6,8,10
689:12,22 690:2
690:16,20,21
691:2,6,7,7,13,17
691:22 692:7,13
692:19 693:15
694:16 695:7,18
695:20 696:17
698:2,7,11 699:7
699:10,14 701:17
702:13,19,22
703:4,10,15,16
704:9,11,17,19,22
705:2,8 711:18
712:20,24 713:17
713:24 714:6,7,13
714:21 715:1,3,13
715:16 717:9
718:2 720:1 723:4
723:6,8,16 724:3
724:10 725:5
726:10,17 727:6
728:5,7 730:22,24
731:6 733:19
735:4,12,18 739:3
739:12,19 740:4
741:15 742:5,14
742:21 743:7,11
743:17 744:8,14
746:20 747:2,6,13
748:6,8 750:6,7
750:12,13,16,17
750:20,22 752:17
752:24 760:4
**department** 400:12
401:13 490:10
491:1 496:10
547:22 548:1

647:14,22 652:10
656:4
**departments**
496:21
**dependent** 539:1
**depending** 440:9
440:13 442:11
446:23 529:23
539:19 711:22
731:11
**depends** 540:1
712:2
**depiction** 557:21
**DEPONENT**
758:16
**deposed** 424:3
425:14 428:17
**deposition** 397:18
409:15 415:9,20
417:14 419:7
422:9 426:5
428:14 429:3,16
437:14 449:8
464:7 473:6,12
474:18 481:19
482:13 488:20
491:13 501:5
506:22 517:7
520:17 528:16
540:4 547:12
551:13 552:22
555:17 561:2
575:24 583:19
590:10 597:2
618:3 630:2
642:11 647:9
648:21 650:20
652:4 655:6 659:6
665:8 756:7
757:24 758:5,13
759:8,13 760:1,9
760:13 761:1
762:1
**depositions** 397:20
428:6
**depression** 560:16
**deprive** 752:12

753:21
**describe** 440:21
453:5 467:2
511:13 593:4
612:8 653:20
**described** 415:13
425:21 444:14
467:10 469:8
470:15 531:18
573:3 581:24
596:8 603:23
622:5 627:24
628:24 667:6
671:3
**describes** 418:2
556:16,18,21
598:3 618:13
626:22 660:6
**describing** 602:21
609:4,10 613:13
**description** 453:7
453:12,16 454:16
479:5 567:10
588:22 594:20
613:1 666:5
**descriptions** 454:1
504:20 656:17,20
**descriptive** 561:14
581:24 615:9
**deserve** 732:19
**design** 485:7
489:17,21 490:16
497:5 498:16
524:20 557:1,10
**designation** 462:2
**designed** 585:3
**desired** 529:21
**destruction** 419:14
**detail** 441:23
442:18 448:14
463:18 579:16
583:11 640:9
**details** 460:22
486:17 494:14
605:22 689:5
**detect** 431:12 439:2
526:24

**detecting** 439:6
**determinations**
461:15
**determine** 440:3,23
444:3 518:19
523:11 557:3
631:13 639:6
655:14 662:23
724:5 731:5
**determined** 630:18
723:13 749:9
**determines** 636:12
**determining**
685:24
**dev** 402:15
**develop** 529:12,16
717:20
**developed** 438:22
481:7,7 486:2,3
529:20 535:9
689:3
**developing** 438:19
438:21
**development**
405:19 438:15,18
453:18 454:5
456:10 457:24
575:18 576:3
587:12 599:7
609:17
**developmental**
403:8 405:10
413:11,14 414:2
414:17 450:3,14
450:17 452:3
453:7,11,18 454:5
454:16 465:22
466:1 522:8,23
523:17 524:2,7
530:18 531:1,9
540:15 541:2,4,18
541:24 542:24
544:7,21 545:2,13
545:21 546:7,13
546:20 548:5
550:18 563:5
567:23 569:8

Confidential - Subject to Further Confidentiality Review

571:6 573:3,15
577:22 592:1
595:8,15,24
599:23 601:13,19
601:22,23 602:11
602:16 605:18
608:12 609:5
632:1 637:24
638:20 649:9
651:12 653:15
655:15 657:6,20
661:16 665:24
666:6 667:11,14
668:15,20 669:16
670:21
**developmentally**
610:17
**develops** 441:6
**diagnosed** 643:5
**diagnosis** 643:19
**dialogue** 606:3
621:16 622:11
670:12,14
**dialysis** 419:18
**dictionary** 467:23
472:7,11 606:9
655:21
**died** 454:24 523:16
**Diego** 475:1
**differ** 412:15
**difference** 459:2
515:4 530:1 550:1
584:23
**differences** 606:7
620:24
**different** 436:15
443:12 446:2
453:5 459:19
460:15 468:24
470:12 471:10
472:1,12 478:14
499:13 502:7
509:23 511:4,16
512:3 523:5,11,23
531:10 539:2
542:3,6 543:2
569:4 593:9

604:24 605:11
607:7 621:3 625:6
626:22 643:7
653:3 682:12
705:2 728:18
730:13 743:14
**differential** 557:3
**differentiate**
530:20
**differently** 511:16
682:7 683:7
698:20 707:23
731:22
**difficult** 447:1
448:12,14 706:10
715:8 724:5 731:5
738:6 745:16
**difficulties** 615:14
**Dilantin** 566:3
**diminished** 543:9
543:10,11
**direct** 476:23
501:16 599:8
622:15 624:20
637:15,18 652:22
665:16 714:18
732:22 740:15
741:11 746:1
753:12 754:11,14
754:16 755:6,8,11
755:19 756:5
757:23
**directed** 733:2
**directing** 417:10
**direction** 759:10
**directionally**
445:13
**directly** 407:19
466:9 634:3
639:14 649:14
653:6 658:18,24
661:4,20 681:16
759:18
**director** 438:8,11
496:5 519:14
641:19 644:12,12
**dis** 677:13

**disabilities** 522:8
**disability** 455:3
458:8,18
**disability/incapa...**
459:13
**disagree** 497:1
514:6 619:11
662:9,12,15 664:1
686:12
**discipline** 496:16
**disclose** 670:5
**discuss** 450:16
505:1 515:16
549:2 649:13
681:12
**discussed** 431:13
473:15 500:22
510:5 511:21
512:4 519:17
557:23 576:21
577:2 596:12
602:18 605:11,15
606:13 634:14
654:20 667:5
670:15 738:7
**discussing** 422:3
450:14 545:14
601:23
**discussion** 448:23
450:7 452:8
465:22 473:22,23
474:8,9,10,11
484:19 485:2
487:17 492:12
494:4 504:5
508:17,22 509:2
553:11 590:2
597:17 599:23
600:7 601:5
608:13 609:22
621:7,16 634:21
655:3 658:3
671:21 687:6
690:19 748:16
**discussions** 538:10
**disease** 436:21
561:9 675:8

**diseases** 560:14
633:12
**disorder** 403:9
453:19 454:6
456:1,2,2,9 458:1
631:1 638:1,21
643:19 666:1
667:3
**disorders** 402:11
532:11 642:16
643:6,11 653:14
653:15
**disposal** 605:23
**dispute** 711:3,5,12
711:13 751:18
**dissected** 584:7
**distinction** 430:13
503:3 744:17
**distract** 417:2
**distracted** 477:18
**distress** 453:17
**District** 397:1,2,20
**disturbed** 633:1
**Divalproex** 524:19
**diver** 574:2
**diverse** 592:24
**division** 400:11
403:4 438:6
496:13 659:18,21
**Doc** 730:2
**DOCS** 402:20
**doctor** 406:24
407:5 412:1 418:9
418:20 422:20
428:21 430:20
433:24 434:7
435:1,10 436:13
460:2,10 466:19
469:21 473:24
496:15 515:14
519:23 541:14
547:19 560:1
576:7,14 578:14
585:14 586:6
605:5 606:22
611:19 617:12,23
618:11 619:9,23

630:21 632:5
637:7,13 641:6,8
649:21 650:7,23
659:12 665:15
666:10,17 673:18
678:12,16 679:4
679:16,19 680:11
681:1 682:4,24
685:8 694:24
695:24 697:19
698:17 700:5,21
700:24 701:5
707:20 708:10,19
709:12 716:14
717:15 718:19
719:8,21 720:13
723:3 726:2
728:14 729:2,18
729:19,22 730:2,7
730:8 732:13,23
733:1,6 734:4
736:7,12,17 744:6
745:7,24 746:13
749:8,12 756:6
**doctors** 504:11,14
504:17,23 512:18
512:20 687:10,12
712:24 713:10,16
714:3
**document** 400:9
403:3 409:14
417:13 418:9,15
418:20,22,23
422:8,20 423:10
423:15 429:15
437:13 449:7
464:6 465:17,18
466:12 474:17
476:15 481:18
488:10,19 491:12
501:2,4,10,15
506:21 517:6
520:16 527:18
528:15 529:1
534:6 540:3,22
547:11 550:13,22
551:4,12 552:21

Confidential - Subject to Further Confidentiality Review

555:16 559:21
570:1,9 571:5
572:24 573:1
578:7,13,17
583:18,23 590:9
590:14 597:1
601:23 602:19,21
610:2 614:11
627:21,24 628:11
628:23 630:1
632:17 635:10
642:10 645:18
647:8 648:7,20
650:3,17 652:3
655:5 659:5,12,14
665:7 670:9
751:21
**documented** 541:3
673:8
**documents** 473:19
498:19 606:15
652:18 667:23
668:3 693:3
751:23
**doing** 432:6,15,16
432:19 436:9
448:3 466:8
468:17 470:8
490:14 526:14,23
536:13,14 539:24
557:14,20 582:2
621:1 629:18
650:15 654:15
675:24
**dollar** 746:15,18,21
**dollars** 747:1,6
752:23
**dosage** 560:12
**dose** 697:22 702:12
702:21 703:2,3,9
703:15,15
**doses** 560:13
695:18 696:14
697:23 702:19
703:4,19
**dosing** 694:18
695:4,13,14

696:10,10,22
697:1,2 698:6,6
699:4 702:8,9
**doubling** 483:24
584:9,14
**dozens** 724:12
**Dr** 401:14,14,18
402:17 404:19
406:4 407:16,18
408:14 428:23
442:14 443:6,7,9
443:13,16 444:7
448:22 449:11
464:17 472:13,18
473:20,21 475:22
475:23 476:1
480:2 481:8,9
482:3,4,17 484:20
488:9 490:2
491:16 492:21
493:13 497:11
499:1 500:4 502:3
502:12 503:9,22
505:4,22 506:14
511:20 512:2
514:23 516:5
517:4,17,19 518:4
518:4,22 519:4
520:2,8 522:3,6
522:16,21 523:10
524:1 526:14,22
526:23 527:2,7,9
527:18 537:10
545:19 546:15
547:15,20 550:9
551:16,17 552:1
552:12,17 553:9
553:10,10,11,11
553:12 555:11,22
556:11 560:11
562:6 563:3
567:23 568:6
571:2,9,15 573:5
573:18 575:6,7
576:23 577:6,10
578:21 579:18
582:7,20 583:8

584:13 587:11
588:5,6,21 589:10
592:7 595:16
596:18 597:5
598:4 600:16
601:1,8,18 603:9
604:19,23 611:7
618:23 619:5
620:10,17 621:9
623:18 624:17
626:15 628:5
630:14 648:10
649:5,6,16 651:3
653:19,23 654:11
654:15 656:23
657:24 658:10
660:11,11,14
669:6 673:13
677:14 689:14,16
690:13,17 693:4
693:20 694:5,6
729:13 730:14
749:20 756:2
758:14
**draft** 402:4 501:18
506:5,7 515:21
596:20 597:12,24
599:15 604:10
608:11 610:11
613:18 614:19
619:1 624:16,22
625:10,14 627:13
627:20 628:6
645:14 647:2,15
647:23
**drafts** 596:16 645:9
646:18
**dramatically** 472:6
541:5 545:3
**drawn** 416:14
679:20
**drives** 459:5
**dropped** 425:22
524:23
**dropping** 600:16
**drug** 406:6 407:11
410:22 411:1,24

415:22 418:4,18
420:4,15 421:5,22
422:3 424:5,5,7
424:18 426:12,19
426:23 427:10
436:7,9 459:8,10
475:3,10 482:18
485:20,22,24
486:4,10,20
492:20 495:9
504:11,19 505:11
505:19 508:12
514:21 515:10
522:9 535:1,2,19
536:3 538:11,19
538:22 539:6
543:23 548:24
557:14 563:19,22
569:11 582:6
602:22 603:7
637:23 677:8
688:8 689:11
705:10 707:3,7
710:14,22 711:10
718:5 724:23
725:8,20 727:12
730:24 738:5
746:16,21 748:17
**drugs** 401:19
402:12 410:24
411:3,10 414:9,21
428:12 438:19,19
438:21 444:11,18
445:5 447:6,11
475:15 476:18
478:11,16,20,22
479:2 480:4,5,13
483:2,8,14 490:15
505:6,13 506:16
513:6 521:14
522:2 523:9 532:8
535:8 557:7 567:7
567:8 577:15
580:2 588:18
618:9 642:17
644:23 645:5
649:9 653:9,13

684:15 692:2,3
703:20 704:13
705:16 706:1,5,12
746:18 748:11
**drug-treated**
532:11
**due** 399:17 419:10
422:18 530:20
557:4 618:4,8
757:22
**duly** 404:15 759:6
**dysfunction** 419:17
419:19

### E

**E** 397:15 398:5
399:1,9 400:1
401:1 402:1 403:1
438:14 594:3
**EAD** 475:2
**earlier** 408:7
444:12 461:3
462:15 467:16
519:15 573:13
577:2 607:16,19
656:19 671:5
677:14 684:8
685:20
**early** 415:13,18,20
421:3 426:11
431:3,5 485:6
489:16,24 496:20
521:18 524:6
577:24 578:2
583:4 609:19
647:23 688:20
690:23 711:24
712:5,6,8,9,10,13
712:13
**easier** 449:22
**easiest** 449:16
**easily** 707:6
**East** 398:17
**easy** 681:4
**eaten** 582:2
**Eddie** 673:14 680:1
680:1 735:22

Confidential - Subject to Further Confidentiality Review

740:12 749:6,13 752:7 753:5
**edit** 464:3 496:21 497:9,15,18,22 645:15 646:13 647:16
**edited** 492:21
**editing** 499:3 500:3 500:8 513:10 514:3
**edits** 497:23 498:6 498:17 500:23 503:17 596:24 620:9,18 622:14 622:18,20 648:5
**education** 558:24 575:14 589:24 598:21
**educational** 579:19 579:22 649:12 651:9
**effect** 458:16 533:17 559:4 641:14,17 723:9
**effected** 658:14 661:5
**effects** 401:19 504:6 521:13 522:1 538:10 557:3 575:9
**effort** 636:3 706:8
**efforts** 516:9 649:12 651:10
**eight** 756:2
**either** 424:6 426:13 428:11 433:5 435:2 440:11 446:23 510:10 511:13,14 523:16 542:2 576:6 601:9 601:18 611:3,13 628:6 644:11 661:5,6 664:11 679:15 693:6,6
**Eldredge** 398:12 398:22
**elective** 479:16

**electronic** 447:17 447:19,19,20 448:9
**eliminate** 619:6 688:9
**eliminated** 621:7
**eliminates** 601:7
**Em** 521:12
**Embrescia** 401:8 406:4 407:16,18 408:15 442:14 444:7 451:22 500:18 554:17 599:17 647:14 656:23 658:10 677:14 689:14,16 690:13
**Embrescia's** 443:16 451:20 657:24
**emerging** 598:13
**Emory** 521:13
**emphasis** 657:18
**emphasized** 598:13
**employee** 759:15 759:16
**employees** 401:3 492:21 493:20 498:2 517:16
**enclosing** 464:18 553:3
**ended** 471:18
**England** 475:3,6
**enrolled** 479:15 563:18
**entered** 498:13
**entire** 447:10 455:7 475:18 497:12 505:16,18 530:6 650:16 701:21 726:8
**entitled** 402:5,8,11 403:3 558:8 598:2 603:13 608:11,12 614:1 624:10 627:8 630:9 642:15 657:20

659:20
**entry** 454:2 468:7
**environment** 560:15
**environmental** 530:21 559:1,3
**epidemiology** 426:4 441:21 442:3 561:15 581:13,14,18,24 639:8 677:5
**epilepsy** 411:17 530:19,22 558:18 601:3 614:23
**epileptic** 514:14 521:19 533:16 579:20 598:16 616:10
**Epival** 476:8,11
**equal** 569:19
**equaled** 582:9
**equation** 723:12
**Eriksson** 666:15
**ERRATA** 760:1 761:1 762:1
**especially** 467:16 677:14 758:5
**ESQ** 398:5,9,14,18 398:19
**essential** 504:22 533:2 734:23
**essentially** 441:9 523:7 740:3
**establish** 626:5
**established** 555:10 690:18 714:9 718:9
**establishing** 587:11
**estimates** 483:17 593:1
**et** 400:3,3 401:16 402:10,14 411:15 454:24 524:20 542:15 723:11
**etiological** 631:9
**Europe** 426:14 529:3 540:14

667:17,18 668:14
**European** 450:10
**evaluate** 461:21 557:16 605:23
**evaluated** 579:4 591:7,13,17 592:20 631:15 686:23,23
**evasive** 709:4,5,8,9 709:21,23,24
**evening** 405:7
**event** 438:9 453:12 453:12 458:8 459:5 460:8 568:7 574:11 718:5 755:22 756:1
**events** 399:17 416:16 422:19 424:20 426:2,12 427:6,9 430:8 431:4 439:3,18 444:10 445:10,22 445:24 447:6,10 448:5,24 450:15 453:5 470:18,19 538:6 563:17,21 572:16 605:1,3 606:9 619:2 620:20 655:16 662:4 685:22 686:7,21 687:10 688:23
**eventually** 485:22 524:23
**everybody** 499:7 535:23 536:2 566:20,23
**evidence** 402:6 509:16,24 511:5 546:18 596:1 624:11,11 626:12 628:4 629:7 635:22 636:1,11 639:3,6 641:13,17 642:3 649:7 672:15 702:16 715:22 717:20,21

718:7 719:2 720:20 740:9 743:16 744:19 745:15 746:5,10
**evolved** 445:17 656:22
**evolves** 718:8
**evolving** 490:14
**ex** 593:5 753:11,11
**exact** 445:11 462:13 545:15 576:22 609:24 727:5 736:6
**exactly** 452:10 469:4 514:18 533:6 561:20 574:9 585:15 606:11 636:22 671:7 715:7,9 746:11
**exam** 399:5,6 649:24
**examination** 397:19 404:17 673:11 759:5
**examined** 404:15 614:23 615:8
**examines** 521:13
**example** 444:16 495:17
**exceedingly** 745:12
**exchange** 401:3 471:14 517:16
**exchanged** 548:4
**exchanges** 548:9
**excluded** 470:13 563:11
**excuse** 411:22 412:16 418:21 422:16 424:12 428:18 430:18 454:13 463:22 465:2 490:6,6 498:10 535:11 539:8 550:16,19 550:19 551:10 612:24 624:11

Confidential - Subject to Further Confidentiality Review

626:14 641:5
646:21 649:16,22
656:3 665:18
672:18 682:2
724:14 725:24
728:12 740:12
753:11 755:2
**exhibit** 399:10
400:2 401:2 402:2
403:2 409:12,15
409:18 410:10
417:14,17 418:2
422:7,9 429:14,16
437:12,14,18
449:8,12 463:1
464:7,11,23
468:15 474:13,18
474:24 481:17,19
481:23 488:20
489:4 491:13,17
491:21 501:3,5,19
506:20,22 508:2
517:5,7,15 518:4
520:15,17 521:4
524:13 527:7
528:14,16 530:10
540:4,8,11 547:10
547:12,16 551:13
551:17 552:20,22
553:1 555:14,17
555:23 556:6
577:11 578:23
587:17 588:6
590:10,14 597:2,6
597:10 599:9,22
601:24 602:8
606:17 607:24
608:7,11,13 610:1
610:11 623:24
624:6,9 625:5,14
626:3,16 627:5,6
630:2,6,8 632:21
642:11,14 647:6,9
647:12 648:21
649:1 651:24
652:4 655:6,10
659:6,10,20 665:6

665:8,18,20
**existing** 459:11
**expedited** 461:16
686:23
**experience** 415:9
459:8,10 690:16
753:6,20
**experiments** 436:9
**expert** 553:4
597:18,19,22,23
598:2,11 600:4,6
604:22 618:23
621:8,15 662:5
675:4,5,7,12,18
675:19 676:7,8,14
676:17 677:4,7,9
677:21,21,24
678:8,10 679:11
680:20,21 681:9
681:16,21 682:20
683:5 702:16
703:15
**expertise** 424:15
435:17 678:21
681:14 682:14
756:14
**experts** 435:16
436:20 496:22
545:18 550:16
562:14,22 595:18
596:4,18 598:4
604:23 657:7,11
687:8
**explain** 678:15
**explained** 411:14
**explaining** 562:7
**explanation** 557:9
668:12 670:2
**explored** 440:13
**exploring** 486:23
**exposed** 400:5
402:9,12 412:14
412:16,18 413:8
414:7,7,19 426:19
476:7,17 478:3
479:8,10 483:13
509:17 510:1

511:7 518:16
520:9 522:24
523:15 526:24
542:8,9,10,11,12
557:15 568:8
572:17 575:21
576:4 577:14
579:3,7,22 591:7
591:22 592:2,3,10
592:11 594:21
595:2,6,7 601:9
601:17 603:14
606:18 616:18
625:19 630:10
634:17 638:2,22
641:4 642:17
643:6,12,16,24
**exposing** 630:19
**exposure** 399:12
403:10 410:8
411:21 467:2,9
468:5,9 469:9
477:6 479:12
557:5 588:11
590:18 591:19
598:19 599:6
606:12 607:10
609:17 621:6
631:6 635:4,5,15
636:4 638:10,13
639:10 640:13
651:7 666:1 667:3
670:22
**expression** 414:6
**expressive** 413:1
414:18
**extensive** 435:17
707:5
**extensively** 631:14
687:6
**extent** 728:6
**external** 478:19,24
480:12 483:7
519:6 600:14
**extra** 487:20
**ex-US** 467:19
471:13 667:15

**eyes** 593:22
**e-mail** 400:7,14,16
400:20,22 401:3,6
401:8,10,16 402:3
402:13,17,19,22
449:12 450:1,1
463:7,18 464:24
467:15 468:3
474:9,11 482:2,3
482:11 484:10
489:3 491:21
492:1,10,15
497:16 499:16
500:12 501:19
508:6,10,13,14,16
515:8,13,16
517:15,18,20
518:4 519:15
520:4 521:5
524:14 526:17,19
528:19 547:16
552:6 554:9,14
562:9 597:10
599:11,15 607:1,5
649:4,5,6,20
650:2,7 652:8,22
653:21,23
**e-mails** 399:22
449:23 468:16
492:5 540:12
692:22

---

**F**

**F** 397:15,20 398:18
398:19 598:1
660:10 759:2,24
**faces** 593:21
**facial** 625:20
**fact** 420:15 455:2
459:7 476:14
489:9 498:18
523:5 524:2
534:18 590:16
592:9 619:15
621:4 626:21
634:15 648:16,17
654:1 661:7,13

668:5 669:5 671:5
687:15 702:7
714:6,7,9 716:6
725:15 738:6
739:16 740:10
754:9
**factor** 479:9 484:6
509:5 559:3
**factored** 633:19
**factors** 470:1
530:21 559:1
716:18
**facts** 582:14
**failed** 526:22
550:10 607:22
621:8,9
**fair** 446:5 674:13
704:23
**fall** 408:2,10,22
409:5
**falls** 408:6,24 409:8
**false** 688:16 695:12
695:21 696:6,9
697:2,9,15 698:9
698:15
**familiar** 410:19
411:2 418:17
440:7 449:4
459:14 460:6
462:14 463:21
472:13,18 520:13
574:14 578:5
584:1,6 589:14
630:13 635:9,18
640:7,8 641:15
658:12,16 670:12
681:9
**familiarity** 675:23
**family** 615:3
723:11
**far** 561:6 567:6
639:4 689:20
690:10 745:10
752:13
**fashion** 431:14
**FD** 535:6
**FDA** 399:14 400:9

Confidential - Subject to Further Confidentiality Review

402:23 403:7
416:15,18 418:2,3
418:18 421:22
422:2 423:18
424:5,5,7,9,16
426:3 441:1 445:8
445:15,17,21
446:5 447:6,8
448:4 458:9
463:22,23 466:12
467:18 469:18
470:18 471:4,12
471:19 480:20
486:8,14,21
487:16 504:19
524:7,12 531:9
532:14 534:17
535:2 537:8 538:7
546:1,18,24
570:12,21 571:1,4
571:6,14 572:9,17
577:23 583:19
595:22 596:4,7,20
598:1 599:10,21
600:5,8 601:7,21
605:13,19,22
606:3 609:4,21,23
610:2,5,21 611:13
611:17 612:17
613:2,14,22
614:18 615:5,17
618:17,18 621:8
621:10,17,20
622:8,11 623:21
627:14 628:7,15
631:23 647:24
653:24 655:13
658:16,23,24,24
659:1,18,24 660:6
660:11,23 661:4,5
661:7,13,15,21
665:21 668:13
669:4,11,14,16
670:4 672:6,11
678:5 712:19
734:16 738:21
**FDA's** 441:10

487:21 532:22
535:2 669:19
**features** 578:3
591:3 594:19
633:1
**February** 451:8
462:22,23
**Federal** 397:19
**feel** 436:24 585:6
595:22 621:20
649:11 651:8
682:19 722:10
734:24
**Fellowship** 673:22
**felt** 490:1 670:3
**females** 446:15
**fetal** 401:22 402:6
431:18 432:3,23
453:17 468:9
504:20 532:23
563:4 565:20
566:12 569:9
573:10 574:2
578:2 588:16
590:23 591:8
594:5,10 595:2
601:10,18 614:1,6
615:9 624:10,18
625:21,24 626:9
626:11 627:8
628:3 629:3,5,8
629:16 638:10,13
734:17
**fetus** 468:4 541:16
573:9
**fetuses** 523:15
631:6
**field** 545:18 639:8
**fields** 542:2
**figure** 723:18,20
739:4
**figuring** 738:4
**filed** 524:5,6
**files** 461:11
**filings** 548:10
**final** 476:22 478:12
478:14 506:7,8

534:16 569:12
575:19 596:20
599:9,21 604:14
607:22 609:3
610:21 611:12,12
611:16 614:17
616:6,12,19
618:21 625:4
626:8 627:20
628:7 656:22
**finalized** 534:8
**finally** 515:3
612:17 656:9
**find** 409:1 440:9
452:2,11 481:12
524:22 591:18
600:14 609:1,12
624:3 625:9 637:9
637:10,20 656:1
705:15 717:1
727:11 728:5
730:22 733:17
**finding** 480:10
487:2 512:10
713:23 718:2
719:4,15 720:2
721:4 722:16
**findings** 400:4
476:6 479:6
481:10 506:15
509:18 510:2
511:8 598:17
654:21
**fine** 488:18 578:13
637:18 664:5,7
679:15 683:8
757:1
**fines** 752:23
**fingertips** 727:8
**finish** 406:19,21
481:16 519:20
536:10,16 570:8
578:9,13 587:17
679:17 697:6,17
700:5,11,14,21,24
701:5 719:22
730:2,8 737:18

740:17 741:1
**finished** 410:5
423:15 426:21,21
649:17 650:23
659:14 663:5
664:2 724:14
725:24
**finishing** 588:5
**first** 411:15 415:12
415:18 424:1
435:14 436:16
443:13 452:21
453:17 457:9,11
459:17 466:16,19
505:22 508:23
509:1,13 524:17
530:15,16 531:17
532:21 556:16
577:11 578:3
584:23 591:11
592:18 604:18
607:6 617:22
620:3 630:23
634:1 649:23
650:7 651:11
654:18 680:10,11
699:2 707:2
718:12 738:20
746:15,19 754:13
755:9,23
**five** 445:12 616:17
626:22 628:21
629:4,6 668:13
671:9 672:23
726:13,16 755:7
756:4 757:13
**five-minute** 720:14
721:9 722:18
**flaccid** 456:8
457:17
**flag** 442:17
**flattened** 594:1
**flip** 477:12 592:15
**fluoroquinolone**
416:9
**focus** 431:17 454:1
679:19

**focused** 524:1
545:6 670:10
**focusing** 613:7
**FOI** 446:24 448:10
**FOIs** 448:13
**folks** 495:20 519:18
544:10
**follow** 733:7,10
749:22
**following** 430:14
459:9 524:23
623:20 757:9,12
**follows** 404:16
510:24 522:9
**footnote** 603:11,16
**force** 424:7
**foregoing** 759:8
760:9
**foreign** 470:19
**forgot** 685:21
**form** 411:6 414:22
421:24 426:7,24
427:2 428:19
430:18 436:11
446:16 447:12,21
448:6 455:5
461:12 462:5
468:12 469:20
470:20 471:21
480:6 490:3,7,22
492:23 493:17,21
494:11,22 495:13
496:23 498:7,10
499:5 503:24
504:14 505:8,23
510:3 511:24
512:19 513:14,24
514:4 516:14,22
519:22 522:13
523:2,18 527:5
531:3,24 533:12
534:1,13 535:4
537:17 538:2
539:9 541:19
542:18 543:17
544:14 545:7
546:10 548:18

Confidential - Subject to Further Confidentiality Review

549:17 550:21
551:5,8 568:22
571:23 572:5
573:11 574:21
581:2 582:13
584:19 585:12
592:13 594:7
596:21 604:6
610:5,9,18 612:3
614:8,20 615:18
616:21 619:7
621:12 622:1
623:6 627:16
630:20 633:8,23
634:18 639:11,23
640:15 641:2,6
646:6,22 648:1
654:6 655:17
656:11 661:1,18
662:7 668:17
670:6 675:21
676:9 677:22
691:18 705:4
713:3,20 718:13
725:12 726:20
727:13 728:9,13
742:6 746:22
748:14 750:23
**format** 461:1
**former** 712:23
713:15
**formula** 441:24
**formulation** 451:7
**forth** 427:11 430:8
431:10 449:6
450:19 502:3
529:2 549:2 550:1
574:17 596:11
606:2 619:17
622:11,12 635:23
670:13 676:1
677:16,18 678:6
681:11 717:5
**forward** 432:19
510:13 521:8
598:23 622:8
654:18,22,24

677:13,17 678:5
**forwarded** 484:10
518:23
**forwarding** 647:13
**found** 486:24 592:2
592:10 614:24
625:20
**foundation** 551:11
**foundational**
564:23
**four** 504:3 505:13
505:14,16 512:11
512:24 513:5
514:12 559:24
563:18 603:24
610:16 616:17
672:1 686:4,11,12
687:20 704:9,17
704:22 705:8,10
706:1,5 713:7,24
714:8,13,22 715:2
715:3,13,16 717:9
720:1
**fourth** 625:16,17
698:16
**four-part** 619:19
**FRAGNOLI** 397:3
**fraud** 750:17
**free** 497:14
**Freedom** 448:1
**Freeway** 398:3
**Frekko** 402:14
645:21 646:17
647:13
**frequencies** 704:7
706:11
**frequency** 560:12
704:6 738:9
**frequent** 643:19
**frequently** 427:11
**FRIEND** 397:5,9
**front** 405:22
597:14 602:3
607:24 608:7
614:11 621:17
634:9 637:22
668:21 702:2

711:4
**fulfilling** 633:18
**full** 457:9,11
687:21
**fully** 509:11
**function** 498:18
**fund** 515:9 526:13
526:23 527:2
550:9
**funded** 486:18
525:15 527:13
552:1 582:7
595:10
**funding** 486:19
515:16 519:7
526:3 527:12
551:17 552:5
**funds** 748:22
**funny** 416:22
**Furlano** 400:10
488:9
**further** 397:16
404:16 440:13
452:16 462:17
467:3,10 551:8
569:14 606:12,14
632:22 758:16
**future** 527:14
**Fw** 402:20
**FYI** 401:11 519:9

**G**

**G** 398:14
**Gabitril** 485:12,15
485:18,20 486:4,8
486:11,12,22
487:4,7,9,12,21
**Gaily** 575:20
**Gaily's** 589:11,15
**gastrointestinal**
738:23 741:21
742:2
**gathered** 460:7
**general** 403:7
421:7 425:3
431:11 567:18
592:23 648:14

665:22 716:9
737:3 751:14,16
**generalize** 718:3
**generally** 468:22
486:14 506:6
557:19 584:6
635:23 658:16
709:23
**generated** 476:16
**genetic** 530:21
559:15 629:1
**Genetics** 401:21
590:23
**gentleman** 451:24
500:20
**Georgia** 401:13
**gestation** 631:7
**gestational** 564:2
**getting** 448:8 489:1
542:22 570:2
625:10 687:18
**Gilles** 450:23,23
451:2
**Giordano** 401:16
599:17
**Giu** 545:2
**Giudicelli** 540:22
545:2
**GIULIANI** 398:7
**give** 406:18 418:23
459:22 462:9,13
497:4 499:9,12,13
501:10 515:20,20
562:18 617:15
650:2,13 664:22
682:19,21 691:11
693:19 706:22,23
708:7 709:4
711:11 713:10,14
720:19 722:14
724:23 727:17,23
736:8 738:13,18
**given** 414:24
417:18,21 433:22
441:7 471:4
483:21 497:2
550:24 598:7

694:1 701:7
711:14,15 722:10
749:13 759:11
760:9,13
**gives** 516:3 643:13
643:17
**giving** 406:15
418:24 500:8
535:16 536:8,11
607:18 617:9
650:22 679:23
702:1 706:22
743:23
**glad** 649:13
**glancing** 657:12
**glean** 559:20
**global** 399:18
439:12 450:2
531:15
**GMT** 400:8
**go** 406:24 417:18
424:7 430:20
439:5,9 449:21
456:14 488:24
506:12 509:8
510:5 556:17
559:12 561:7
562:9 566:22
570:8 571:11
578:10 603:1
609:13 617:9
623:9 625:5
671:23 675:16
676:20 679:16
680:24 683:22
697:19 701:4
709:12 717:8
718:19 719:8,21
719:21 721:16
723:22 729:19
730:14 736:7
740:8 744:24
745:7 746:10
748:1 753:9
756:18 757:3
**goes** 442:8 458:14
462:22 495:1

Confidential - Subject to Further Confidentiality Review

537:7 556:24
670:12 676:20
**going** 406:19
409:18 410:1,12
417:17 431:20
432:19,19 433:2
434:3,6,6,7,9
435:4,8 449:3,11
450:20 458:12
468:1 474:12
481:14 486:24
487:18 488:3
490:18 491:5,16
501:14 512:4
515:8 518:23
524:19 528:14
531:12 536:17,20
540:7,13 543:6,19
544:13 548:16
549:15 555:22
568:24 569:24
570:10 577:8
578:6,12,16
587:20 590:13
605:20 618:13
619:22 623:11
632:8 643:18
645:7 661:9 662:2
665:5 669:19
672:12 673:1
679:20 680:2,4
682:16,17,21
695:13 698:4
700:11,14 711:1,3
711:5,11 715:9
720:14,19 722:14
722:20 723:14
730:14 733:1,6,7
733:10 738:18
742:18 749:22
752:8,20 753:5,18
754:13,15,24
755:8,11,18 756:5
756:11,19 757:7
757:10,15 758:6
758:12
**Golkow** 398:23

**good** 404:19,20
491:2 515:4
623:18,19 673:13
673:15,16,17
717:21 740:5,6
742:12 744:19
**Google** 415:4
**gotten** 521:2
525:16 558:6
**government** 497:13
498:1,22 510:18
534:21 620:13,15
752:24
**GPRD** 438:2
**graph** 566:24 601:7
601:24
**gray** 500:12
**greater** 512:24
513:5 514:12
558:13 649:7
651:17
**gross** 412:19 413:7
413:17,23 625:21
**group** 407:15
408:24 411:17
429:8,10,20,22
430:1,2,3,5,10
431:1,3,6,10
432:23 433:6,9
436:19 441:21
442:3 443:13,16
444:6 446:4
451:17,19,21
461:22 470:13
476:4 478:19,20
478:24 480:2,12
480:13 482:17
483:7 492:20
493:13 499:4
500:4,21 502:3,13
504:4 505:12,17
505:18 512:6,13
512:24 515:22
545:18 552:4,4
565:21 566:21
575:15,21 588:24
589:20,21 600:14

604:1 607:4
624:17 630:17
634:13 639:15
656:22 659:3
682:11 684:5
689:18 690:1,12
704:18,21 705:9
705:11 713:1,8,18
714:1,14,22
715:14,17 717:10
727:19 731:7
748:11
**groups** 430:4,23
446:1 479:18
557:24 563:19
564:11 566:15,19
684:23 704:9
**growth** 591:19,20
**guard** 489:10
**guess** 587:16 624:2
746:3
**guessing** 692:5
**guilty** 752:17 753:2
**Gulf** 398:3
**G-i-l-l-e-s** 450:24

---

**H**

**H** 399:9 400:1
401:1 402:1 403:1
**half** 415:18 419:1
419:17 433:22
481:14 547:5
619:2 621:24
662:4 680:10
714:17
**halfway** 456:15
**hand** 422:12
443:15 449:11
464:10 474:12
491:16 506:19
520:14 540:2,7
547:9 552:19
590:13 623:23
630:5 637:8
648:24 651:23
659:9 665:5
759:21

**handed** 410:3
474:23 561:17
624:8 672:22
**handing** 437:17
481:22 517:4
597:5 655:9
**handle** 659:2
**handled** 658:1,9
**handles** 657:3
**happen** 434:7
596:2,3 671:16
727:7
**happened** 461:10
487:8 529:21
551:24 671:5
718:6,6
**happens** 709:3
**happy** 551:11
630:22
**hard** 521:22 529:18
539:11 724:20
**harm** 431:18 432:3
432:23 504:20
532:23 573:9
734:17
**hat** 755:10
**Hattig** 608:21
609:5,8,10,21,22
**Hauser** 553:11
**head** 406:5 408:15
544:23 656:24
725:17 728:20
732:2 739:17
751:14
**headed** 492:20
522:3 553:11
**heading** 477:3,21
597:18 598:2
**heads** 485:6 489:17
489:24 496:20
**Health** 400:13
581:16,18 584:5
**healthy** 543:8,14
543:21 544:13
589:20
**hear** 423:3 425:19
474:5,9 600:19

**heard** 410:23
520:12 645:22
646:4 753:3
754:13
**hearing** 456:9
458:2
**heart** 424:20,21,22
426:3,20 427:11
428:2 542:11
567:14
**Heimberger**
397:18 399:4
400:7 404:13,19
438:6 448:22
449:11 482:4
491:16 499:1
503:9 516:5 517:4
527:9 537:10
547:15 551:16
575:6 577:6,10
588:5 597:5
600:16 611:7
623:18 626:15
630:14 649:16
673:13 690:17
749:20 756:2
758:14 760:16
761:24 762:24
**held** 553:5
**help** 440:23 505:11
523:10 541:7,11
550:9 553:16
637:6 639:6
681:12 697:5,8,12
743:24,24
**helped** 464:3
646:12
**hemolytic** 419:14
**hereto** 759:18
**hereunto** 759:20
**Hersh** 398:12,22
**he'll** 721:21 730:3,9
**hierarchical** 466:7
**Higgins** 397:22
**high** 484:15 505:13
740:9
**higher** 411:4

Confidential - Subject to Further Confidentiality Review

467:22 469:5
470:12 479:18
480:11,16 483:20
504:3 505:14,16
512:11 531:17,23
532:9 533:9,15,24
567:8 575:4
577:15 582:9
583:9 585:11,22
586:21 603:24
635:24 672:15
704:8,17,22 705:8
705:10 706:13
713:7,7,24 714:8
714:13 715:2,2,3
715:13,17 717:9
720:2 723:7
724:22 731:6
746:5
**highest** 467:11
567:6
**highly** 532:17
619:8
**hilarious** 417:6
**history** 615:3
723:11 749:7
**hit** 687:3
**HLT** 467:22
**hoc** 612:9,22
**hold** 457:4 479:6
673:18 675:3,11
676:6,7,16 677:20
678:8 679:10
**holding** 600:8
680:21
**Holmes** 400:3
472:13,15,18
473:3,20,21
474:24 480:2
481:8,9 482:3,17
486:21 490:2
492:21 493:13
497:11 500:4
502:3 503:22
505:4,22 506:14
511:20 512:2
517:17,19 518:4,6

518:8 519:4 520:2
520:8 526:22,23
527:7,18 552:12
574:6 582:20
583:8 584:13
603:9 604:19
605:14 619:5
620:6,10,17 738:7
**Holmes's** 582:7
**home** 560:15
**honestly** 445:6
495:3 545:11
546:20 711:22
755:17,23
**HOOG** 398:23
**hope** 417:10
**hormone** 584:2
**hospital** 674:5
**hospitalization**
459:11,12
**hospitalized** 454:24
**host** 514:15
**hot** 578:14
**hotel** 553:6 562:17
562:19
**hour** 433:22 481:14
570:5 578:7,15
714:17 757:22
**hours** 699:24 701:8
702:6 740:19,20
747:21,23 753:8
756:3
**Houston** 398:4,8
**human** 400:13
631:9 672:14,20
**humans** 493:8,14
494:8 502:4
504:20 509:15,23
511:3 513:21
634:8 636:5
**humor** 720:8
**hundreds** 410:24
692:4 725:21
**hurt** 543:7 624:3
**hypoplastic** 567:14
**hypospadias**
542:11

**hypothesis-gener...**
427:8
**hypothetical**
752:21 756:14,16
**H-a-t-t-i-g** 608:23

---

**I**

**ID** 399:11 400:2
401:2 402:2 403:2
**idea** 524:23 605:18
692:11 747:2
**identical** 509:15
**identification**
409:16 417:15
422:10 429:17
437:15 449:9
464:8 474:19
481:20 488:21
491:14 501:6
506:23 517:8
520:18 528:17
540:5 547:13
551:14 552:23
555:18 590:11
597:3 630:3
642:12 647:10
648:22 652:5
655:7 659:7 665:9
**identified** 452:3,12
518:17,21 519:12
578:3 616:16
617:1 619:3
**identify** 539:24
645:1 738:9
**Illinois** 397:2,21,22
404:23
**imagine** 622:16
**imaging** 401:4
518:15,21 520:8
**impact** 467:24
556:22
**impaired** 453:18
454:5,16 457:24
458:2
**impairments** 631:2
**implication** 565:12
565:14

**implications**
629:11,15 634:15
**imply** 743:16
**importance** 598:10
598:14
**important** 494:16
503:21 504:10
505:5 509:5 510:7
511:19 512:18
514:19 539:14,23
670:3 713:2,11,19
714:3 734:9,13
735:1
**importantly** 539:20
**imposed** 582:7
**impression** 726:16
726:19
**improper** 411:6
513:14 732:23
741:9 750:19
**impure** 478:7
479:13,14
**inaccuracy** 524:11
**inaccurate** 532:17
533:8 701:24
**inappropriate**
528:4,11 649:24
650:1 664:8
708:20
**incidence** 532:9,10
533:9,16 734:18
**include** 402:23
447:20 479:15
524:19 546:22
587:2 605:13
607:22 658:4
669:12 670:20
671:10
**included** 419:13
471:3 485:4 506:5
510:17 524:3
531:1,2 545:19,19
563:3 574:12
601:5,20 603:6
605:16 609:21
611:13,14 617:3
618:14,15 619:15

631:20 667:11
729:7 731:9,13
**includes** 433:3
452:9,12 455:3
459:9 469:5
482:21 515:24
541:17 760:14
**including** 420:3
424:20 426:14
428:13 457:16
470:12 502:14
573:9 574:2,2,24
596:8,18 605:17
618:23 620:12
630:17 634:8
635:6 688:8
**inclusion** 557:24
558:8,12
**inclusive** 760:11
**incompatible**
734:22
**incomplete** 654:5
**incorporate** 509:12
**increase** 414:17
424:19 483:11
484:1,2 541:5
545:4 583:22
643:11
**increased** 428:13
480:3 509:16,24
511:5 532:9 580:5
584:3,8 598:7
603:13 635:7
639:9 649:10
651:13
**incurred** 419:13
**indented** 591:12
**independent**
496:22 515:22
556:14 558:6
604:13 669:6,8,22
**independently**
484:21 655:19
669:3,21
**indicate** 532:7
**indicated** 522:22
621:5

Confidential - Subject to Further Confidentiality Review

**indicates** 503:4
  559:2
**indicating** 577:13
**indication** 624:17
**indications** 438:22
  505:7
**indirectly** 759:18
**individual** 445:24
  453:5 498:18
  512:14 513:2
  514:8 531:7
  622:18 644:5,8
  705:10 712:15
  724:4,19 731:3
  735:9,10 746:10
**individually** 397:4
  397:8 748:21
**individuals** 645:1
**indulge** 736:9,13
  736:14
**industry** 445:18,21
  461:14 676:19,22
**infant** 400:4 476:7
  560:8
**infectious** 675:8
**influence** 548:7,16
  549:11 550:4
**influences** 559:15
**inform** 494:20
  539:21
**information** 427:12
  439:10,22 440:1,3
  440:8,22 442:1,8
  442:9 446:24
  447:22 448:2,11
  450:19 459:18
  461:19 462:9,10
  466:11 469:2,2,11
  471:24 479:13
  480:10,18 487:2
  489:2,10,13 500:8
  504:23 505:21
  512:18,22 520:5
  521:8 523:7
  524:11 528:23
  529:2,7,10,15,20
  530:13,14 532:24

532:24 533:3
534:18 537:10
538:23 539:14,15
539:15 544:17
546:8,21 548:4,9
556:23 564:23
565:5 571:9,17,19
572:10 592:7,23
599:5 601:7,22
602:9 604:21
605:14,22 607:4
607:14,22 610:4
621:2,19,21,24
622:6,8,9 623:4
634:2,7 635:10
640:7,17,20 644:3
649:12 651:5,9
652:24 654:3
661:6,22 666:6
667:6,11,14
668:24 669:12,17
670:20 672:20
677:17 678:3,5
684:23 687:11
689:1 702:24
705:19,20 707:3,7
707:9,12 710:13
710:22 711:10
713:6,9,11 714:2
714:3 717:7,19,23
718:7 725:15,17
728:20 731:14
733:23 745:2
**informative** 598:20
**informed** 504:12
  540:13
**informing** 712:24
  713:16 714:4
**informs** 494:24
**infrequent** 561:18
**initial** 582:17
  626:15 730:5,11
**initiated** 520:2
**Initiative** 584:5
**injured** 426:22
**injuries** 495:2
**injury** 421:11

425:8 427:19
428:2,4,13,16
**ink** 501:24
**innocent** 732:11
**input** 485:6 489:17
  489:20 490:1,16
  497:4 498:16
  499:8,10,12,13
  506:14 515:4,11
  515:20,20 516:2,2
  516:21 524:4
  656:17
**inquired** 660:8
**inquiry** 468:16
  517:19
**insert** 540:17,18
**instance** 413:12
  415:4 447:21
  453:17 454:23
  455:12 461:17
  483:18 495:10
  497:2 544:3 584:2
  641:14 706:12
  717:22 738:23
**instances** 548:20
**instruct** 617:14
  749:8,12
**instructed** 583:19
  617:16 749:18
**instructing** 708:15
**instructions** 733:8
  733:11
**intending** 598:1
**intention** 507:12
  540:16 740:14,16
  740:19 755:4,5
**interact** 436:22
**interacting** 472:9
**interaction** 637:23
**interactions** 631:3
**interceding** 650:19
**interchangeably**
  593:12
**interest** 441:2
  524:21 526:13
**interested** 487:2,5
  489:1 586:21

625:2 759:18
**interesting** 558:2
  580:22
**interestingly**
  538:13
**interests** 631:5
**interim** 563:17
  660:9
**internal** 402:3
  483:1 541:8
  597:10 601:4
  606:1 652:8
  674:19 675:7,12
  675:17
**internally** 548:7
**international**
  548:10
**interpret** 559:19
**interpretation**
  421:14 709:24
**interpreted** 428:24
**interrupt** 406:11
  406:16,23 407:4
  433:19 434:2,3,6
  434:19 535:15
  536:15 578:16
  617:5,5,7 679:1,1
  679:21 709:10
**interrupted** 435:8
  474:4 536:7,18
  617:20 697:18
  700:8,10,18
  729:22
**interrupting**
  432:11 536:20
  551:7 576:16
  650:20
**interruption**
  587:21
**interval** 412:20,23
  413:2 483:16,21
  580:7,17 582:18
  582:22,24 583:1,3
  583:7,14 584:15
  585:2,7,10 643:15
**intervals** 477:5
  581:1,10 586:14

587:2 589:2
**intimately** 440:7
**intrauterine** 667:3
  670:22
**intro** 672:2
**introduced** 673:14
**introductions**
  738:8
**investigate** 539:19
**investigated** 635:2
**investigator** 401:5
  472:19 481:5
  519:6
**investigator-initi...**
  519:4 552:7
**invited** 562:14
**involved** 421:8
  425:4 428:12,15
  430:23 439:20
  468:9 473:1
  490:13 497:3
  526:3 545:13
  595:11 622:13,16
  647:22 654:17
  658:8
**involvement**
  527:12
**involving** 428:2
**in-patient** 459:10
**IQ** 558:3,12,15,24
  559:2,9,9,13,15
  559:15,17 560:19
  560:21,24 564:3
  564:15,24 575:12
  575:16,20 588:11
  588:17 589:7,17
  589:18
**irrelevancy** 427:1
**irrelevant** 669:11
**isolation** 541:15
**issue** 409:1 420:19
  431:12 432:24
  435:14 440:16
  494:17 502:6,15
  514:11 525:1,14
  536:20 539:1,21
  539:24 540:1

Confidential - Subject to Further Confidentiality Review

545:1 557:22
559:13 598:10
601:13 605:14
632:1 640:18
641:11 643:23
651:12 653:2
657:2 659:4
696:13 698:5
701:11 717:1
720:24 721:2
726:4
**issued** 452:13
506:6 666:8
**issues** 407:12,16
427:6 442:12
446:10 461:17
514:20 538:24
541:24 542:4,6
543:3 545:21
546:19 558:22
560:10 569:6
573:14 602:14,16
602:18,18 634:4
651:10 656:14
677:13 689:22
690:1 691:23
693:5 709:16
716:8 723:10
724:20 732:16
734:14
**item** 405:6 539:2
**items** 665:17
**IV** 485:8,12,14
486:6,13 487:6,9
487:11,14
**i.e** 728:7

**J**

**J** 492:13
**jabaray@burgsi...**
398:14
**James** 599:17
647:14
**Jane** 400:22 521:5
524:14 526:18
**Janet** 398:14
404:21 625:8

637:10
**January** 397:22
404:1 409:6
501:20 534:20
550:18 553:5
555:11 556:7
571:3 572:3,4
578:22 596:19
598:3,11 600:12
604:21 642:22
649:19 651:4
759:21
**Jardine** 398:12,22
**Jeff** 402:17,19,22
649:5 652:9,10
**Jim** 408:14 451:20
451:22 500:17
554:16
**job** 405:13,14
515:5
**John** 398:5 400:14
400:14 491:22,23
492:15 494:1
495:6,20 496:2
497:9,22 518:23
519:11 520:5
554:1,3,5,11
673:14 680:1,1
735:22 740:12
747:15 749:6,13
751:2 752:7
**joined** 498:13
515:17,18 516:7
**joining** 516:5
**joint** 456:2,2
**Journal** 401:21
588:14 590:22
**JR** 398:5,9
**judge** 434:23
617:11 662:24
663:1,17,18,20
664:4,10 680:5
753:9
**judging** 512:7
680:8,8
**JULIANA** 397:20
759:2,24

**July** 652:9
**June** 517:16 630:17
**jury** 460:15 569:17
600:19 640:12
678:9 679:11
680:21 702:2
711:4 726:15
738:19 739:6
**jwilliams@willia...**
398:5
**J.B** 397:7

**K**

**Karmony** 452:1
**Katz** 464:17 660:11
660:11,14
**KBTD020014291...**
402:24
**keep** 521:22 555:21
645:17
**Ken** 524:19,24
526:5,6,7
**Ken's** 526:20
**Keppra** 410:19,22
412:14,18
**kept** 480:18 497:7
515:18
**Kevin** 500:18
**key** 539:13
**KHERKER** 398:3
**kidney** 419:16
**kids** 712:5
**Kimberly** 652:15
**kind** 430:15 462:16
593:24 648:11
694:3 754:20
**kindly** 571:2
**knew** 505:21
506:14,16
**know** 407:8 410:18
410:22,24 412:5,8
413:10,12,22
414:1,2 416:5,24
420:9,13,14,18,19
420:21 421:9,12
421:16 425:5,9,15
427:20,22,23

428:3 436:1 440:8
442:15,20,22
444:15 445:14
447:18 449:2
450:24 451:15
452:10,14 458:16
458:18,20 459:1
460:20,21,22,24
461:2,3 463:24
467:20,21,24
468:18,19 472:8
472:10,19,23
473:7 474:14
475:18,22,23
476:14 479:1
482:9 485:16,19
486:16 487:8
492:6,10 495:3,4
495:5,16,18 496:8
496:17 497:21,23
498:16 499:7
500:7,9,15,19,23
501:14,15 508:17
510:7 514:10,11
518:1 520:10
523:4 524:1
525:24 526:2,5,18
526:20 527:12
533:5 534:4 536:8
539:11,20 543:6,8
543:12,16,24
544:3,16 545:12
545:15 546:12
551:20 552:18
554:21 555:1,5
556:8 557:14,17
557:20 558:5
559:10 560:23
561:18 562:10,15
564:8 569:7,11
570:9 571:5,12
572:8,9,12 573:2
573:3 577:22
579:12,14 580:6,6
581:6,7 582:3,19
584:7,11 586:10
586:18 594:11,11

596:4,10,11
605:21 606:1,3
609:7 613:10
614:4 616:24
620:15,17 622:17
622:22 623:2
626:5 629:23
632:15,16 633:11
633:14 634:10
635:20 636:14,22
637:11 638:11
640:4 644:5,7
645:6,15,17,21
646:4,11,14,15
647:2,3,20 648:19
649:23 650:4,23
651:21 652:11,12
654:14 656:19
658:16 663:5
670:4 674:5
675:15 677:2
682:7 683:6
688:15 689:9,21
690:14,21,23
691:1,3,9,12,20
691:24 692:2,8,9
692:14,15,17
693:4,17 695:11
698:19,24 699:2
702:9,17 703:16
704:2,8 706:4
707:8 708:7,17
709:7,9,24 711:20
711:21 712:6,15
716:8 717:1 723:5
723:12,22,23
724:1,1 725:1
726:10,13 727:1,4
727:5,10 728:19
729:4,5,6 730:1
731:24 732:3,15
733:4 734:7,10
738:18,20 740:3,4
742:23 743:1
746:17,18,24
747:7 750:1 751:6
752:1,2,3,20

Confidential - Subject to Further Confidentiality Review

755:8
**knowledge** 455:9
   622:10 674:1
   678:20 681:15
   691:8 719:11
   748:7 752:16
**knowledgeable**
   436:4 691:16
   692:7,12,16,18
**known** 421:19
   480:20 495:2
   541:3 629:10
   677:8 691:5,22
   717:7
**knows** 535:23
   536:2 691:4
**Koch** 612:8,10,14
   612:21 613:1,3,6
   613:9,13
**Kody** 400:14,15,20
   491:22,23 494:1
   495:6,21 496:2,7
   496:8 497:22
   518:23 519:11
**Kody's** 497:9
**Kormany** 401:9
   451:14 500:21
   554:20 599:17
**Kristin** 475:1

**L**
**L** 397:15 398:9
**label** 525:19,24
   526:1 531:7,21
   532:5,16 533:23
   536:3 537:10
   539:2,5 540:14,19
   550:5,17 595:19
   596:5 604:24
   618:24 621:10
   632:18 634:5
   636:18,23 637:16
   638:16,17 648:12
   648:18 669:2,12
   671:4 746:5 752:4
**labeled** 454:9,10
   458:2

**labeling** 403:9
   413:15 461:16
   504:18 512:23
   525:22 529:12,16
   529:22 532:14,15
   532:20 533:15,20
   534:23 535:8
   537:7 539:13
   544:6,6 546:2,17
   546:22 548:21,23
   549:24 577:24
   594:13 596:1
   602:17 605:15,19
   621:20 629:20
   634:10 635:19
   636:6,10,10,21
   639:17 640:18
   641:12 642:2
   653:24 660:3,9
   661:10,23 666:1
   667:12 668:14,24
   670:19 671:13
   681:14 705:19
   707:4 712:20
   713:9 714:2,12
   717:22,24 720:3
   721:4 722:17
   724:22 733:24
   734:15 735:2
   736:20
**labels** 529:6 533:6
   534:5,17 671:10
**Laboratories**
   397:12 400:11
   408:1 488:9
   598:10 599:4
**ladies** 544:11
**laid** 651:10
**lamotrigine** 522:10
   566:1 567:24
**language** 405:19
   412:22 413:1
   414:6,19 530:17
   531:10,21 532:3
   534:4 548:8,16
   549:3,12,16
   625:22 660:9

738:21
**large** 559:3 618:4,7
   657:2 702:18
   710:13 738:10,10
   745:12
**largest** 512:9
   719:10
**late** 712:8
**lateness** 757:22
**Latin** 670:19
**Laura** 751:6
**lawyer** 733:13
   749:23 751:12,13
   751:17 757:7,9,12
**lawyer's** 733:10
**lay** 551:11 703:7
**lead** 472:19
**leading** 492:12
**leads** 635:5
**learning** 615:14
**leave** 726:15,19
   740:14
**left** 587:16 612:2
   615:16 672:23
   686:8 693:10
   714:17 749:1,2
   755:6
**left-hand** 476:24
**legal** 397:8 420:12
   421:15 424:15
   425:15 427:23
   429:1 547:3
   622:24 623:5
   645:23 646:8
   647:13 751:9
**LEJEUNE** 397:7
**length** 618:3
   690:21
**lengthy** 501:9
**Leonard** 554:1,3,5
   554:11
**letter** 401:12
   402:23 403:7
   464:17 540:24
   551:22 552:3
   665:17,22 666:9
   666:10,17 668:7

668:21 669:5
   672:17,18,18,21
**letterhead** 400:12
**letting** 407:8
   579:14
**let's** 416:21,21
   431:17 438:1
   439:8 460:19
   500:12 507:13
   508:21 546:6
   578:7 589:5 616:2
   636:23 650:17
   664:17 680:1
   686:13 689:6
   714:18 721:8,8
   722:18 730:18
   736:19 737:21,21
**LEV** 412:14
**level** 436:23 442:18
   467:22 469:5
   470:13 634:5
   635:24 639:5
   640:9 641:13,17
   642:2 655:14
   672:15 717:20
   718:7 740:9
   741:23 742:9,11
   743:16 744:19
   745:15 746:9
   749:24 750:2
**levels** 560:13,13
   635:22
**levetiracetam**
   399:12 405:20
   410:8,17
**Lew** 472:13,15
   473:3 474:24
   486:20 517:17
   518:5,6,8 620:6
**Lewis** 400:3
**liaison** 496:6
**licensing** 667:13
**life** 459:9 734:22
**light** 484:16
**limb** 543:12 740:2
   741:17
**limit** 723:21,21

**limitations** 446:10
**limited** 448:11
**LINDA** 397:7
**line** 451:5 452:2,11
   452:12 463:14
   492:3,6,7 577:19
   578:10 579:24
   591:10,11 606:5,5
   607:15 699:23
   701:7 702:5,5
   729:14 735:23
   741:4 743:14
   761:2,5,8,11,14
   761:17,20 762:2,5
   762:8,11,14,17,20
**lines** 492:5,8
   630:23
**linked** 657:14
**lip** 593:23,23
**list** 452:12 453:6
   463:4 468:21
   500:13 554:23
   555:1 567:19
   611:21 616:8,15
   617:2 619:14
   627:12,23 628:10
   628:12,19 632:9
   686:8 735:5,6,17
   735:21 736:2,9,19
   737:6,7 738:13
   739:4,13,16,22
   740:9 741:14
   742:2,19,20 743:3
   743:4,5,7,22,23
   745:24
**listed** 453:10
   457:11,18 560:17
   563:6 607:8 609:8
   613:9,17 632:3
   634:11 655:20
   686:4 716:18
**listen** 757:7
**listened** 556:10,13
**listing** 451:5 452:2
   463:14 470:12
   610:23
**listings** 606:5

Confidential - Subject to Further Confidentiality Review

**lists** 451:10 564:7
**literature** 405:8,12
  430:16 431:8
  433:11 436:5
  439:17,18 440:15
  440:21 496:21
  532:7 547:1
  595:24 598:8,13
  618:18 653:12
  684:18,20 685:17
  685:19 686:6
  687:6,8,9,10,13
  687:18 688:10,17
  688:19,19,21,24
  689:2,4 703:1
  731:10
**litigation** 749:8,10
**little** 405:5 424:4
  439:9 452:16
  454:21 463:2
  477:2 478:14
  508:13,20 518:6
  557:23 558:19
  591:12 593:24
  658:13 728:7
  754:8 755:6,21
**live** 479:15
**liver** 419:18
**Liverpool** 411:16
**LLP** 398:7,16
**logistic** 643:10
**long** 427:5 445:8
  578:14 691:13
  707:8 754:1
**longer** 451:17
  516:13 570:1,9
  604:20 609:11
  620:7,16 675:11
  689:10,17,19,23
  690:5 691:7
  712:16
**longest** 690:13
**long-term** 496:5
**look** 410:4 412:8
  436:5 440:23
  445:24 446:1,4,15
  450:6 452:20

459:3 461:22
467:21 468:15
476:15 480:8
482:22 483:18
487:15,21 500:11
500:12 501:13
508:21 524:13
538:23 540:21
541:15 560:10
561:19 562:13
568:5 575:2 576:5
583:17,24 591:5,8
593:3 599:11
600:2 602:20
603:11 604:10
607:13 610:8
626:21 627:5,5,6
632:20 634:3,7
643:3 645:8
656:15 666:8,23
678:3 717:19
**looked** 412:2 427:4
  447:1 468:16,18
  519:15 558:23
  560:11 561:11
  566:21 572:14,24
  576:6 579:5 602:1
  604:3 640:8
  645:14,15,16
  646:18,19 647:1,3
  670:9,13 684:17
  684:21 685:19
  687:8 690:1
  725:14 729:6
**looking** 412:3
  419:23 424:24
  431:7,10 433:10
  435:22 436:22
  439:20 441:14
  450:22 452:23
  453:1 455:15,23
  463:17 465:8
  478:15 506:9
  523:22 524:17
  525:22 537:14
  541:6 550:13
  558:11 576:1

578:21 587:14
592:20 597:16
601:12 624:15
625:6 626:2,19
627:10 632:7
644:6 662:2
667:23 668:3
681:8 682:10
685:15,23 686:17
689:21 693:13
733:22
**looks** 431:1 546:24
  559:17 565:17
  567:24 597:17
  634:2 688:18
**Losche** 612:5,9,19
  612:22,24
**losing** 645:17
**lost** 456:17 616:14
  745:4
**lot** 427:6 430:22
  431:8 677:11
  709:17 715:21
  742:10
**lots** 446:10
**Lou** 518:4,5,7
  520:4 524:15
  548:3,3
**Louis** 400:16,22
  501:20 508:22
  521:5 540:23
**Louisiana** 398:8
**lower** 580:16 583:2
  583:13 584:15
  585:6,9,20 723:21
**lowest** 588:16
**LTG** 565:24
**lung** 716:19,21
  717:1

―――― M ――――
**ma** 747:1
**macro** 655:14
**main** 439:22
**maintaining** 539:6
**major** 411:3 477:6
  479:7 484:6

509:13 574:11,18
575:1 603:13
**making** 432:13
  446:11 461:15
  520:2 537:9
  541:14 580:18
  582:1 634:5
  652:23 653:6
  669:22
**male** 614:1,6
  625:19 627:8
**males** 446:16
**malformation**
  478:2,18 479:7,18
  563:4,9 601:11
  638:14
**malformations**
  512:6 531:16
  541:23 566:15
  567:1,2,11,12
  594:12 601:20
  603:13 704:7
  737:3 739:17
  745:9
**manage** 709:1
**managed** 513:9
**management**
  441:21 504:22
  533:2 734:24
**manager** 438:12
**managerial** 681:6
**manages** 682:18
**Manchester** 411:16
**manifestations**
  591:8 629:7
**manner** 466:7
  563:14 636:13
**manufactured**
  535:24
**manufacturer**
  485:5 535:7
**manuscript** 400:18
  492:19 494:4
  498:6 500:4
  501:22 508:11,11
  508:16,18,19
  509:10 513:10

514:3 604:4
**March** 461:6
  465:16 507:9
  508:7 597:11
  599:16 602:11
  610:2 613:22
  627:20 628:11
  647:1 667:7
**mark** 409:12,18
  417:17 422:6
  429:14 464:10
  488:3,5,8,11,17
  501:2 506:19
  520:14 528:14
  547:9 552:19
  555:14,22 630:5
  636:24 642:14
  651:23
**marked** 399:10
  400:2 401:2 402:2
  403:2 409:15
  417:14 418:2
  422:9 429:16
  437:14 449:8
  464:7 474:15,18
  474:23 481:19,22
  488:20 491:13
  501:5 506:22
  517:7 520:17
  527:6 528:16
  540:4 547:12
  550:22 551:13
  552:22 555:17
  577:11 583:18
  590:10,14 597:2
  623:23 630:2
  642:11 647:9
  648:21,24 652:4
  655:6 659:6,9
  665:8
**market** 399:16
  416:12 418:19
  419:10 421:23
  422:18 423:19
  436:9 487:3 505:7
  523:12 537:15,16
  537:24 538:4,5

Confidential - Subject to Further Confidentiality Review

583:20
marketed 410:16
411:1 485:21
529:17
marketer 537:1,2
marketing 420:4
450:11 451:8
486:8 499:2,8,23
500:24 541:11
547:22 555:8
748:5,8
marking 422:12
437:17 449:12
474:13 491:17
517:5 540:7 597:6
655:9 665:5
Marleen 553:19,21
553:21 554:10
Marriott 397:21
Martini 652:15
Maryland 398:17
Master 581:15,17
match 470:8
maternal 530:21
558:3,15,23 559:2
560:14,15,21,22
560:24 564:2,3,8
564:14,24
math 683:14
mathematical
447:4
matrix 431:14
matter 428:5
445:21 541:12
matters 503:3
759:7
Matthew 402:14
645:21 647:13
Mawer 616:5
maximum 565:20
Maya 475:1
ma'am 406:8 408:9
409:4 410:7
427:17 682:16
699:16 702:20
705:22 707:15
708:1 710:17

737:14 749:5
McCarthy 500:17
McRaith 500:19
Meador 401:14,18
402:17 522:3,6,16
522:21 524:1,17
526:14 527:2
545:19 546:15
550:9 551:17
552:1,17 553:10
555:11 560:11
562:6 563:3
567:23 568:6
571:2,9,15 573:18
575:7 576:23
578:21 587:11
589:10 595:16
596:18 598:4
601:1,8 604:23
615:23 618:16,23
621:9 648:10
649:5,6 651:3
652:23 653:5,19
653:23 654:15
Meador's 523:10
555:22 556:11
573:5 579:18
588:6 592:7 596:8
600:9 601:18
654:11 669:6
mean 424:9 446:14
447:7 473:8 474:9
483:10,19 490:5
498:9 531:6 543:1
543:5 554:21
557:7,19 572:2
589:19 596:3
638:13 641:13
654:18 656:20
703:22 704:6
709:7,9 718:4
732:15 737:11
739:22 740:18
741:19,20 742:8
744:16 751:2
754:22
meaning 427:9

504:19 557:13
598:12 746:6
meaningful 583:12
583:13 585:6
means 440:17
454:6 483:15
514:18 516:6
559:8 560:23
569:19 664:23
704:3 709:22,23
739:24 743:18
meant 489:12
554:10 741:8
measured 413:7,17
414:1 559:18
measurements
412:18 413:20
measures 440:20
mechanisms
431:13 590:3,5
MedDRA 450:19
451:10 467:7,21
467:23 469:4
470:12 472:7,11
607:8
medical 399:18
401:12,21 406:4
407:23,24 438:6,7
450:2 496:6,7,11
496:14 499:2,10
500:14 543:2
548:21 560:3,6
586:6 590:23
629:1 640:11
641:20 644:11,12
673:18 674:4,11
685:17,19 686:6
687:5,18 688:10
688:17,18,19,21
688:24 689:4
691:21 708:3,3
716:17 717:21
720:9 732:16
medically 440:15
459:3 461:22
medications 444:21
444:22

medicine 401:13
543:7 674:19,19
675:8,12,15,17
676:2,6
MedWatch 447:21
meet 431:13
meeting 401:17
449:6 524:2,5
550:14,16 553:3,4
553:14,16,18
555:11 556:7
562:8,12,16
571:16,20,21,22
572:2,4 573:22,23
578:22 596:18
598:3 601:4
621:15 623:4
659:17,24 662:5
meetings 606:2
634:14,21
meets 498:20
Meinhold 400:22
521:5 524:14
526:18
MEIP 402:20
mem 516:17
member 516:13,18
517:2
memorandum
400:3 474:24
475:20
memory 467:17
736:4
menarche 712:3,5
menses 712:16
mention 672:13,14
672:20 685:22
mentioned 439:19
442:7 448:9
470:14 550:14
570:12 658:7
685:17
merely 539:4
636:18
Meridia 399:16
421:19,21 422:17
424:2 426:4

428:16 537:20
538:8 583:17,19
message 509:23
510:8 511:4,15
513:4 758:10
met 518:12
methodologic
546:19
methodology 447:4
467:1
methods 592:21
mfroberts@vena...
398:20
mice 635:5
MICHAELA
398:19
Michelle 402:19
652:12
Mick 484:12
microcephaly
591:20
mid 461:1 462:16
middle 423:17
508:22
migraine 444:21
653:13
milestones 625:22
millions 752:22
mind 437:12
511:12 549:5
599:4 642:6
710:19 724:24
742:8 743:18
Mine 464:16
465:14 502:24
Mini 400:17,20,22
501:20 508:22
514:23 518:5,7,22
520:4 521:5
524:15 540:23
548:3
minimum 493:15
513:21
mining 440:23
442:23 443:23
444:2 446:14,18
446:22 447:23

Confidential - Subject to Further Confidentiality Review

**Mini's** 502:12
**minor** 397:3,7
　625:20
**minus** 560:21
**minute** 431:21
　462:10 474:15
　525:7 550:20
　577:21 616:14
　623:10 659:16,17
　662:22,22 663:19
　673:23 700:4,4
　718:18 740:12,24
**minutes** 570:5
　578:8,15 660:5
　672:23 736:9
　747:24 748:2
　754:9,10,13,18
　755:7,19,21 756:4
　757:14
**misbranding** 753:2
**misleading** 469:20
　531:22 576:15
　605:4,6,7,10
　619:7 661:1 662:7
　750:7,12
**misled** 752:23
**misnumbered**
　465:2
**missing** 620:4
**misspoke** 417:23
**misstatement**
　662:21
**misstates** 436:11
　570:16 604:6
　606:21 716:13
**misunderstood**
　628:16
**mixed** 625:11
**model** 402:9
　529:11 630:10,19
　631:5,8 632:11,23
　633:7,16,21
**models** 631:22
　632:15 633:12
**molecular** 635:3
**mom** 674:18,22
**moment** 483:4

491:20 552:10
592:15 599:12
600:2 633:14
650:13
**money** 491:1 516:6
　516:8,12,17 535:2
　748:5,7
**money's** 490:21
**monitor** 405:12
　406:6 407:11
　430:6 439:17
**monitoring** 407:12
　408:5,13,17,23
　409:8 436:17
　443:18 645:2,5
**monotherapies**
　483:1 589:3
**monotherapy**
　493:7,9 494:10
　502:4,10,22
　509:14,22 511:2
　557:22 563:19
　566:15,19,21,24
　579:4,21 586:7
　588:24 589:19
　591:19 592:3,10
　595:7 615:1
　643:12
**months** 420:4
**Moore** 615:7
**Morales** 475:1
**morning** 404:19,20
　576:1,9,21 577:2
　577:11,21 583:24
　753:14 756:3
**mother** 559:13,17
**mothers** 530:19
　559:16 614:23
　616:11
**mother's** 558:12
　559:9
**mother/child**
　563:18
**motor** 412:19
　413:7,17,23
　615:15 625:22
**mouth** 701:15

**move** 525:8 552:13
　589:6 598:23
　608:4 611:5 616:2
　616:3 617:4
　636:15 640:22
　669:18,23 681:19
**moved** 713:8 721:4
　743:16
**movement** 653:14
**moving** 435:12
　531:13 555:21
　561:22
**mult** 531:8
**multiple** 406:2
　430:23 453:20
　467:23 532:6,19
　643:10 682:12
　701:10 716:9
　732:16
**multitude** 469:6
**Muraoka** 660:8
**muscle** 456:7
　457:17
**musculoskeletal**
　453:21
**mutual** 748:22
**M-a-w-e-r** 616:5
**M.D** 397:18 399:4
　400:10 404:13
　760:16 761:24
　762:24

### N

**N** 397:15,15 399:1
　475:2
**Nambisan** 475:1
**name** 404:21
　410:16 413:13
　443:1 476:11
　644:5 645:22
　646:5 673:13
　691:11 693:14,16
　693:18 727:20
　739:15 743:2,22
　744:2,6,7,11,12
　746:8,17
**named** 450:7

647:19 734:21
738:12 743:21
**names** 476:8 575:2
　694:2
**naming** 744:3,17
**nasty** 556:2
**national** 529:6,19
　529:23 706:7
**nature** 453:6
　524:22 526:14
**NDD** 599:7 614:24
　615:2,3
**NE** 475:2,3
**NEAD** 401:19
　413:13,16,22
　521:19 522:2
　524:15 556:18,23
　560:11 588:7
**near** 570:2
**necessarily** 476:22
　531:6 641:13
　674:7
**necessary** 537:6
**need** 423:5 424:21
　432:10 436:24
　467:17 471:11
　485:9 487:14
　488:5,16 520:22
　529:6 539:16
　548:6 555:20
　586:3 600:14
　617:22 624:1
　636:21 650:19
　676:23 677:2,2
　680:10 700:3,7,13
　701:3,12 708:12
　722:11 740:13
**needed** 431:15
　523:8,10 585:7
　639:6
**needing** 661:9
**needs** 431:12 435:3
　440:12 538:22
　539:15,16 575:14
　579:19,22 681:7
**negative** 412:20,20
　412:23,23 413:2,2

**neural** 734:19,19
　735:20 740:7
　742:12 744:20
**neural-tube** 593:7
　593:10,13 735:19
**neuro** 521:19,19
　612:7
**neurobehavioral**
　557:4
**neurodevelopment**
　556:18 558:18
　653:9
**neurodevelopme...**
　401:4,19 402:11
　411:17 445:1,2,4
　448:24 462:24
　466:14 468:10
　469:16 471:18
　518:9 521:20
　522:1 526:15
　527:1,3 542:12
　543:10 570:14
　573:9 574:3
　577:13 578:4
　590:7,17 592:8,11
　595:2 598:9,18
　601:10 602:14
　605:2 615:2
　616:18 619:3
　620:21 623:22
　631:23,24 642:16
　643:5,11 648:12
　658:5,20 660:3
　667:24 669:13
　671:11,21
**neurological**
　578:20 579:3
　592:1
**neurologist** 526:11
**neurologists**
　497:13 498:1,21
　510:17 516:1
　545:20
**neurology** 399:12
　401:13 403:4
　405:18 409:20
　496:5 588:15

Confidential - Subject to Further Confidentiality Review

589:11 644:20 659:18,21 677:5
**neuropathic** 653:13
**Neuroscience** 644:22
**Neurosurgery** 588:15
**neurovas** 466:14
**never** 429:12 437:12 520:7,12 551:24 552:1 573:7 576:13 595:1,9 627:14 629:15 674:21 688:4,6,7 753:3 754:17 755:14,15 755:18
**new** 405:6,8 409:1 415:5 436:9,10 438:19,19,21,22 475:3,6 530:17 541:1 602:8 618:15 631:5 649:9 666:8 671:2 671:4 715:11 733:23 751:10 752:9 753:21
**newly** 667:1
**news** 399:14 418:1
**NGUYEN** 398:21
**Nicolai** 666:16
**Niem** 730:20
**Niemcryk** 442:24 443:2,6,7,9,13 727:20,24 729:13 730:14,20
**Niemcryk's** 727:19
**NIH** 516:1 604:14
**noise** 652:23 653:6 653:19,20 654:11 654:13,16 655:2
**nonsensical** 535:21 536:19
**nonserious** 458:8 461:23
**non-Abbott** 452:22

**non-fatal** 424:20 424:21
**non-responsive** 611:5 617:4 636:15 640:22 669:23
**non-stop** 650:6,9
**non-verbal** 631:3
**normal** 543:8,13 544:13 625:21
**North** 449:3 472:20 475:4,7,9,10 482:18 486:19 492:19 498:5,13 502:13 515:9 524:6 533:18 534:7 545:22 563:15 574:13,19 580:15 602:21 603:6 651:19 704:7,16 706:19 706:20 707:12,16 710:2,8,21 711:8 717:23 719:5 721:1 723:22 724:7 727:2 731:11 744:20
**NOS** 454:6
**nose** 593:24
**Notably** 666:24
**Notary** 760:22
**note** 522:6 589:17 672:22
**noted** 472:1 523:6 590:17 737:8 758:15
**notes** 546:18 670:14
**notice** 479:24 568:15 755:10
**notified** 754:17 755:10
**notify** 621:8 668:13 754:19
**November** 399:21
**number** 445:11 452:23 453:3

467:5 469:4,11 507:16 517:10 545:20 549:19 554:23 558:23 562:14,22 573:4 575:4 605:1 609:18 610:3 611:1 613:16 615:21 616:24 619:2 620:22 654:20 676:3 723:5,23 725:2,19 726:11,13 727:5,7 727:17,23 728:2,7 728:19 730:23 731:4,17,18 732:1 733:18,24 734:7 740:7 745:11
**numbered** 453:5 597:21
**numbers** 445:4 463:3 465:12 478:13 544:22 575:3 603:1 724:2 724:24 738:10
**numerical** 442:15
**nutrition** 560:14
**N-i-e-m-c-r-y-k** 443:4

------

## O

**O** 397:15
**oath** 405:2 698:22 699:1,3,9 760:11
**object** 407:6 427:1 437:1,4 460:8 525:8 539:8 570:16 605:7 650:9 664:9,13 717:14 720:11 758:4
**objecting** 427:1 726:1
**objection** 411:6 414:22 421:24 426:7,24 428:18 428:18 430:18

436:11 447:12 448:6 455:5 459:16 461:12 462:5 468:12 469:20,22 470:20 471:21 480:6 490:3,6,22 492:23 493:17,21 494:11 494:22 495:13 496:23 498:7,10 499:5 500:5 503:24 504:14 505:8,23 510:3 511:24 512:19 513:14,24 514:4 516:14,22 519:22 522:13 523:2,18 527:5,21,23 531:3 531:24 533:12 534:1,13 535:4 537:12,17 538:2 539:9 541:19 542:14,18 543:17 544:14 545:7 546:10 548:18 549:13,17 550:21 551:5,8 568:22 571:23 572:5 573:11 574:21 581:2 582:10,13 584:19 585:12 587:4 592:13 594:7 596:21 604:6 605:4 606:21 610:9,18 611:18 612:3 614:8,20 615:18 616:21 619:7 621:12 622:1 623:6 627:16 630:20 633:8,23 634:18 639:11,23 640:15 641:2,6 646:6,21,21 648:1 654:6 655:17 656:11 657:8 660:19 661:1,18

662:7 668:17 670:6 675:21 676:9 677:22 678:11 681:23 682:3,23 684:1 685:7 691:18 695:23 699:17 705:4 707:19 708:9 713:3,20 716:13 718:13 724:13,15 725:9 725:12,23 726:20 727:13 728:9,12 729:1 731:19 732:12,21 734:3 742:6 746:22 748:14 750:23
**objections** 527:16 673:7
**objective** 497:3 738:8
**obligation** 706:14 707:2
**observable** 591:2,4
**observed** 567:11 631:14 632:24
**obtained** 446:24 522:16
**obvious** 460:8 650:5
**obviously** 531:21 550:10 633:19 662:21 758:8
**occasion** 443:5,8 446:23
**occasionally** 448:13 711:23
**occasions** 415:9 668:20
**occur** 497:19 541:23 542:1 594:21 725:6 734:17,20
**occurred** 584:7 596:11 611:4 623:5 645:15 681:11 717:2

Confidential - Subject to Further Confidentiality Review

723:6
occurring 742:13
October 400:12
    482:4 488:7,8
odds 543:8 580:1,5
    580:8,24 582:23
    583:2 584:24
    585:21 643:14
offer 669:21
officials 497:13
offspring 509:17
    510:1 511:6
    521:15 599:7
    603:14 635:6
    638:1,22
oh 417:18,23
    424:12 474:14
    477:17 482:9
    503:13 508:5
    517:10,11,14,23
    521:2,22 528:12
    555:19 590:16
    602:24 608:16
    615:11 616:13
    620:8 625:6
    628:16 688:6
    730:18
Ohio 398:13
Ohtsuka 614:18,22
okay 405:4,17
    409:21 410:4,14
    423:7,9,11,13
    431:20 432:18
    437:12 439:10,24
    450:9 451:13,22
    453:1 454:3
    455:18 457:6,8,13
    463:20 465:1
    473:11 474:1,6
    475:9 477:1,20
    482:9 486:3
    487:19 488:16
    492:11 501:16,19
    507:17,18 517:24
    518:2 521:3,23
    535:24 536:4
    552:19 555:3

556:3 558:11
565:18 582:22
587:19 589:5
591:16 593:20
599:14 608:18
609:1,13 615:7,12
616:13 620:8
625:2,14 627:5
628:18 637:3,9,12
637:15 652:21
653:4 674:13,21
675:3 676:14
677:4 681:19
683:8,13,17 685:4
686:2,15 687:1,19
688:9 689:20
690:14 691:3,10
691:15 692:6
694:12 695:19
696:5 697:1 698:1
698:13,22 701:15
702:11 703:5
704:10,21 705:1
710:2,15 711:1
712:11 714:6,11
715:19 716:2,11
717:8 718:9 719:7
720:11 721:8
722:12,18 724:8
725:4 730:18
732:9 733:15
735:15,16 737:5
741:6,7,14 742:17
743:22 745:24
751:16,21 752:11
752:20 754:24
755:16 757:13
old 575:19
older 438:23
Om 537:21
omit 626:8
omits 609:4
omitted 600:3
    609:23 610:7,20
    611:16 612:16
    613:2 614:16
    616:19 618:24

626:10 662:3
Omniflox 399:14
    418:5 537:21
once 424:22 440:2
    541:11 548:15
    588:15
ones 452:17 463:8
    463:13 470:15
    509:13 555:4,5
    724:24 743:11
one-minute 587:16
ongoing 661:14
online 630:17
open 660:8
operations 438:11
opinion 426:14
    550:1 702:20
    703:12
opportunity 418:24
    489:23 527:2
    576:14 682:19,21
    702:1 711:11
    738:19 752:13
    753:22
oppose 404:8 611:8
    636:16 669:24
    758:9
opposed 405:20
    413:17 414:20
    476:18 511:23
optimal 598:14
optimally 598:16
Optimized 438:2
options 511:23
    523:9
oral 468:6
oranges 468:23
orchestrated 677:1
order 442:4 447:8
    448:2 505:11
    631:12
ordered 448:13
ordinary 704:3
organization
    399:20 407:9
    438:3 442:11
    443:19 685:2

organizational
    399:19 429:6
    435:22 436:2
    437:22 465:3
original 502:2,18
    502:22 511:18
    515:8,13 596:16
    612:9,15 619:1
    656:2
originally 503:11
    503:16 524:19
    529:19
outcome 557:16
    560:19 578:20
    579:3,6 759:19
outcomes 423:20
    459:9 557:4
    561:23 563:3,7
    574:11,18 575:1
    635:3
outer 712:15
output 524:4
outputs 441:14
outside 710:24
    711:9,17 712:12
ovary 525:11,19
overall 435:18
    514:24 573:7
    738:9 740:5
overlap 589:1
overlooking 725:5
oversaw 750:11
overseeing 750:6
    750:16,22
overview 501:11
owned 481:5
o'clock 753:13
    756:3
O'Hare 397:21

_____
**P**
package 540:17,18
    671:2
pad 464:22
page 399:3 419:1
    437:24 449:21
    450:23 455:12,15

455:16,24 456:15
456:18,23,24,24
457:1,21,22 465:8
465:12,21 466:2
476:24 477:3,8,11
477:12,16,22,23
487:22 488:13
507:10 508:23
515:3 530:16
531:13 540:21
558:5,8 559:2,12
560:7,18 561:23
561:24 563:16
564:4,7,9 565:2,5
565:8,17,17
566:14,18 569:3
569:15 573:17
574:15 575:6
579:8 585:24
587:14 588:10
589:7 593:4
597:17,18,20,22
599:24,24 602:20
603:1,1,5 608:13
608:20 625:2,3,8
625:16,17 660:7
666:9,20 671:23
688:15 761:2,5,8
761:11,14,17,20
762:2,5,8,11,14
762:17,20
pages 466:16,19
    562:1 578:20
    600:18 672:1
    760:10
paginated 477:13
paging 558:17
paid 538:16 752:22
pain 653:13
pairs 563:18
    610:12
palates 567:15
panel 497:12,13
    498:1,2 596:4
    597:18,19,22,23
    598:2,11 600:4
    604:22 618:23

Confidential - Subject to Further Confidentiality Review

621:8,10 662:6
**paper** 399:23 402:4
402:4,15,23 403:6
447:18 463:21
464:1,3,14,18
465:9,15 472:10
476:22 478:12,14
484:5 496:9
497:21 499:3
506:8 513:12
547:5 562:14
573:2,3 588:14
596:16 597:12,12
597:17,24 599:10
600:4,7 601:6
602:2,4,13,15
604:18 605:20
606:13 607:23
609:3,11,13,15,16
611:12,17 612:7,9
612:16 613:14,19
613:20,22 614:17
615:5,21 616:7,12
616:20 618:13,22
622:14,16,21,23
623:3,21 624:1,6
624:16 625:24
626:7 628:13
632:3 642:21
643:1 645:8,10
646:12,15 647:15
655:12 656:2,22
657:23 658:4
660:2 665:6,21
667:7 670:10
671:20,24 672:11
672:13 706:13
**papers** 618:24
631:22 656:10,14
656:18 657:1
725:16 726:12
738:7
**paragraph** 423:18
479:4 488:15
591:12 603:6
609:4,10,14,24
612:15 613:13,17

613:18 614:19
615:16,20 616:2
653:7 667:10
670:18
**paragraphs** 621:15
**Paralegal** 398:21
**parameters** 724:11
**pardon** 586:16
598:2 617:13
626:14
**PARENT** 397:4
**parents** 558:24
**part** 405:12,14
443:17 444:7
458:19 486:7
496:19 508:18
520:24 522:6
524:22 548:12
594:5 617:22
618:4,8 620:3
626:15 628:16
638:15,16 654:24
680:11 683:24
710:7 714:2
**partic** 595:12
**participants**
498:21
**participate** 487:23
489:20 494:3
498:14 706:18,19
**participated**
486:19 710:21
**participating** 498:4
500:3 534:6
**particular** 408:5
425:16,20 426:13
427:9 440:6,16
442:15 446:2
449:2,5 454:4
458:20 463:4
470:6 472:10
485:24 487:1
489:2 493:24
495:17 497:8,21
498:18 502:15
505:1,11,19 506:3
506:15 512:10

520:24 522:18
529:12 530:4
534:6 540:1
545:12 552:3
557:15 559:21
564:11 565:2
573:24 595:12
596:12 606:13
613:24 615:20
638:9,11 639:1
641:11,14 645:6
651:21 653:2
654:2 657:23
658:8 659:4
668:23 669:5,18
671:15 675:4
677:2 686:19
687:13 695:16
696:24 697:21
704:20 706:14
707:3,7 712:4
719:3 720:1,24
721:2 723:13
728:19 738:11,21
**particularly** 545:21
657:2 742:11
**parties** 759:17
**partner** 450:11
548:23 667:13
**parts** 545:9 620:5
750:6,12,16,22
**pass** 404:7 673:9
**passing** 519:9
**Pat** 653:24
**paternal** 560:21
**pathological** 631:8
**patience** 451:1,3
**patient** 514:15
543:23 629:2
638:5 674:1,6,6
674:14,14 735:9
735:11
**patients** 419:16,18
479:2 504:22
512:18,20 598:16
598:21 626:22
629:5,6 633:2

673:21 675:17
706:9 723:6 724:3
734:24 742:13
745:11
**pattern** 632:24
**patterns** 631:4
**Paul** 398:18 663:23
736:8 740:23
755:9
**pay** 491:1 516:8,16
748:24 749:1
**paying** 490:1 516:6
516:11 643:22
**PC** 398:12,22 525:6
**PCOS** 525:1,11,15
**PDR** 649:11 651:9
653:24
**peer** 506:9 534:9
**Pellock** 553:12
**PENALTY** 760:6
**pending** 406:9,13
406:22 407:3
418:22 422:24
672:7 721:10,14
753:15,17 756:15
756:17 758:5
**Penkowski** 499:15
555:6
**people** 407:10,15
408:14 426:3,19
426:22 427:10
428:3 431:14
436:20 438:17
440:5,10 442:10
442:19 444:3
445:21 448:20
466:8 485:10
487:15 490:17
491:24 495:5,23
496:20 498:22
499:10 500:2,8,11
500:23 501:21,23
503:12 508:7
510:17 512:7
524:20 534:21
547:4,18 548:20
548:21 554:7,13

554:14,18,22,24
557:13 561:18
562:8,15 564:19
580:9 582:1
604:14 620:12
622:13 639:15
640:6,18 641:11
645:4 646:12,18
647:18 654:17,20
677:1,12 678:20
682:8,12,13,17,19
684:5 685:15
690:22 691:1,13
692:14 694:7
708:5 709:1,3,8
709:14 716:1,4
719:1 734:9
752:24
**perc** 470:6
**percent** 412:19,22
413:1 477:4
478:18 483:11
484:1 522:10,10
522:11,11 523:1
544:1,1,5,19,19
565:21 566:11,17
567:3,9 568:1,2,8
568:12,13 574:4,6
574:6 575:14,15
579:21 583:21
584:9,9 592:2,3
592:10 595:6,7
601:8,17 615:12
615:14 643:13,14
646:1,9 734:18
**percentage** 541:5
541:17 545:4
565:20,20 566:14
567:2,22 568:7
711:18
**percentages** 478:2
522:7
**performed** 451:6
**perinatal** 479:12
**period** 427:5
446:24 448:23
449:2 455:8

Confidential - Subject to Further Confidentiality Review

475:19 517:18
522:20 527:13
545:14,15 546:14
597:13 621:18
688:1,12 690:13
726:9 728:21
747:5
**periods** 462:15
**PERJURY** 760:6
**permanent** 455:3
458:7,18
**persistent** 459:12
**person** 438:14
441:23 454:4
496:7 499:3,8
500:24 519:13
538:18 555:1
557:20 583:11
622:19 632:15
634:2 644:10
690:5 691:16,20
692:7,12,18
693:14 703:7
715:23
**personal** 405:14
421:10 425:7
427:19 428:3,15
759:10
**personally** 442:6
472:16 494:24
674:21 752:1
**person's** 497:15
**perspective** 712:22
713:15 716:11
**pertaining** 397:20
616:17
**pervasive** 631:2
653:15
**pfstrain@venabl...**
398:19
**Pharmaceutical**
400:11 496:13
**pharmacovigilan...**
406:5 408:15
438:7 451:18,21
452:4 500:18
656:24 657:4

**Phase** 485:8,12,14
486:6,13 487:6,9
487:11,14
**phen** 566:4
**phenobarbital**
479:9 514:11,13
575:11 579:5
706:12
**phenotype** 401:22
590:24 591:2
629:3
**phenotypic** 629:8
**phenytoin** 522:10
566:4,6,7 567:9
568:1,12 579:6
**PHILLIP** 398:9
**phillip.sampson...**
398:10
**philtrum** 593:23
**phone** 404:11
**Photo** 593:5
**photos** 593:3,21
**PHT** 566:2
**phys** 644:1
**physician** 406:3
442:9 451:16
644:6 693:1 703:7
703:8
**physicians** 406:2
440:8 441:17
443:16 445:23
512:23 539:16
644:1,7,18 645:5
656:21 681:8
684:6,21 685:14
685:18 688:24
689:18 690:10
**physiological** 635:3
**Ph.D** 400:10
484:12 496:15
**pick** 505:11 680:12
680:15
**picked** 417:4
464:21 468:23
**picking** 680:18
**picture** 543:13
558:19 560:8

562:23 593:16
**pictures** 594:15,18
**piece** 447:17 448:9
493:2 497:21
532:19 539:13
557:18 573:1
606:4 619:18
670:10 685:23
690:19
**pieces** 440:15
605:11 670:11
685:1
**pilot** 518:12,14,19
519:7
**place** 506:2 677:3
681:7,8 731:15
759:14 760:10
**places** 431:11
716:9
**Plaintiffs** 397:6,10
397:19 398:2
404:22,22,23
758:4
**plan** 450:16 541:8
**play** 514:16
**played** 533:17
**plead** 752:16
**please** 404:10
406:10,10,16,21
407:5 409:12
417:3,4,9 418:14
418:15,20 432:10
433:20 434:2
435:10 466:18,22
473:24 507:20
510:21 511:11
517:21 525:9
527:17 528:1,3
535:14,14,14,17
535:17 536:15
541:11 552:11
592:16 600:18
617:12 627:6
640:11 647:17
649:20 650:13
666:13 672:8
679:17,19 691:11

694:4 697:18
714:19 723:4
730:2 736:10
737:18 739:13
741:12 743:24
751:2 752:10
753:11 755:2
**pled** 753:1
**plus** 479:13 516:2
546:24 560:21,21
706:7
**PM** 400:8
**po** 730:20
**point** 409:1 411:4
423:24 432:17
455:2 461:15
480:14 483:17
485:3 494:16
495:16 500:12,15
509:13 510:7
511:19 512:17
513:19 514:19
517:21 522:20
541:14 575:12
580:13,17,22
585:23 592:9
594:5 645:16
651:18 661:13
671:5 675:7 717:6
746:24
**pointed** 520:3
575:11 588:20
589:18 670:18
**pointing** 457:15
477:17 508:14
530:24 531:5
573:24 574:8
586:1 649:6
**points** 412:17,21,24
502:12 513:9
575:17,21 622:5
692:4
**polite** 741:9
**polycystic** 525:11
525:19
**polytherapy** 580:4
589:24 592:11

595:8 615:1
643:16
**poorest** 579:6
**pop** 441:2
**pops** 442:1
**populations** 436:10
592:24 638:5
**Population-Based**
616:10
**portion** 500:12
**posed** 527:19
548:17 651:6,14
711:4
**position** 526:7,10
622:10 640:12,24
641:22 664:22
**positions** 690:22
**possibility** 609:16
712:12
**possible** 503:15
530:20 565:14
590:3,5 592:24
599:5 717:6
**post** 612:9,21
693:14
**postnatal** 591:19
591:20 609:17
**post-marketing**
427:7,13 429:24
430:2,5,6,16
431:1,2 436:7,17
436:18 439:12
440:22 441:5
452:4 466:1,4,18
466:20 486:9
619:4 620:20
667:1 672:5
684:16,19 685:13
685:18 686:5
687:3,12,20
688:24 689:6,10
689:13 690:1,7,12
690:19 693:1,13
723:24 725:1,5
726:10,24 728:5
730:12,22 731:9
747:9

Confidential - Subject to Further Confidentiality Review

**potent** 493:7,13
494:8,15,19 495:3
495:4,11,17 502:4
503:23 504:8
509:15,22 510:7
510:12 511:3
513:11,20 514:17
603:21 604:5,20
619:6 620:7,16
**potential** 442:5
444:1 518:12
531:1 546:13
602:10 633:20
669:15 712:17
**potentially** 409:1
584:3
**power** 483:21
580:16 583:10
585:3
**powered** 579:11
**powering** 524:20
**PowerPoint** 401:18
555:15,22 571:1
572:19 579:18
600:12 601:1
621:9
**powers** 424:16
**practice** 587:1
**practiced** 675:8,9
**Pratt** 398:17
**pre** 591:18
**preamble** 525:8
608:4 720:12
**precautions** 638:17
**precede** 668:10
671:18
**preceded** 671:16
671:17
**preceding** 679:17
**precise** 695:6
739:11
**precluded** 584:13
**predictor** 559:9
**preferred** 453:8,13
469:6 470:6
**pregnancies** 400:4
479:14

**pregnancy** 411:18
411:21,24 472:20
473:5 475:10
476:6 482:18
484:6 486:10,16
486:20 487:23
492:20 498:5,14
509:10,18,18
510:2,2 511:8,9
515:10 518:6
523:9 530:16
531:17 532:8,22
542:1,9 557:16
558:24 560:13
565:6,10 572:17
573:8,19 574:5
577:12 598:15
602:22 603:7,14
638:2,23 639:10
706:7,20 710:3
719:5 727:2
**pregnant** 433:3
521:14 542:8
543:6 544:11
598:24
**preliminary** 506:7
523:7 524:8
534:18 545:23
546:3 569:13
570:23 654:3
**premature** 458:3
560:8
**prenatally** 402:8
402:12 630:10
642:16
**preparation** 464:1
473:10
**prepared** 461:5
482:17 499:3
500:4 596:17
627:14
**prescribe** 539:16
**prescribed** 548:9
**prescriber** 539:21
**prescribing** 537:6
539:14 713:11
714:3

**present** 398:1,21
471:7 479:11
518:11 586:14
591:21 629:4
631:13 677:13
**presentation**
556:11 564:13
571:15 578:21
588:6 596:9
600:10,11,13
601:3 621:9
**presentations**
553:9 556:14
595:17
**presented** 546:21
555:11 564:14
568:6 571:17
573:18 574:20
575:7 576:23
577:17 587:11
588:13 595:16
598:4 604:23
605:22
**presents** 563:16
586:13
**preserve** 754:10
**preserving** 740:20
741:10
**presidency** 685:5
**president** 407:21
407:24 438:6
559:22 560:3
640:10 641:20
657:3 682:18
683:9,10,23
684:12 686:3
687:21 688:2,12
688:13 689:7
690:15 691:8
693:12 703:7
712:18 725:4
728:4 730:21
733:16 747:9
750:21
**presidents** 683:18
683:19,20 691:5
**press** 520:22 521:9

521:12,21 522:18
523:22 576:6
**presumably** 516:17
517:1
**presuming** 494:1
559:6 566:1,3
**pretty** 408:9 501:9
650:5 740:6 758:7
**prevalence** 402:11
479:7 642:15
643:5
**prevent** 550:4
**prevented** 748:12
**previous** 446:3
468:7 502:15
512:3 552:6
562:14 601:14
653:22 661:8
667:5 668:20
672:5 673:7
680:18,24 702:3
759:4
**previously** 404:14
413:19 467:12
504:5 510:6,12,15
514:17 519:12
527:11 529:5
555:1 579:17
589:14 601:15
610:24 619:3
629:2 646:19
647:23 661:13
667:22 670:5
673:15 686:10
717:2 718:6
728:16 729:6
**pre-advise** 550:15
**pre-advisory**
401:17 553:3
**primarily** 561:14
**primary** 560:19
634:21
**print** 728:1
**printing** 411:13
**printout** 453:4
**printouts** 450:3
**prior** 415:9 445:20

446:5 468:15
473:20 477:3
527:6,6 550:22
590:15 592:7
625:10 649:6
661:14,15 674:9
**privately** 524:14,16
**probably** 417:23
439:22 442:23
445:12 451:11
468:21 492:9
529:5 545:15
562:20,21 566:11
566:16 567:19
607:2 645:16
664:15 689:19
692:20 711:23
712:10 727:18
737:12
**problem** 542:20
**problems** 404:3
542:11
**Procedure** 397:19
**procedures** 468:7
**proceed** 404:10
**proceeded** 573:2
**proceedings** 759:12
**process** 444:13
445:14,16 448:14
485:23 519:5,5
520:1,2 530:1
535:8 537:7 552:4
552:7,9 669:19
687:17 689:4
**processes** 407:13
440:7 442:13
**produce** 723:9
**product** 400:11
409:2,3,8 413:15
428:15 430:24
431:15 435:17,19
436:5,21 439:23
441:7,9 447:2
489:15 497:8
504:13 512:23
516:19 529:5,8
538:21 539:17

Confidential - Subject to Further Confidentiality Review

541:9 548:22
629:19 644:2
667:16 678:1,1,3
681:14 682:14
687:8 706:14
707:14 713:9
**productive** 492:12
494:3
**products** 438:23
441:8,18 442:4
496:13 532:23
537:4,15,23 538:1
538:4 539:7 644:7
667:18 675:6
685:12
**professional** 499:2
**profile** 406:6
407:11,13 408:13
408:24 409:8
435:13 446:3
497:7 537:6
539:17
**program** 581:23
**prohibit** 660:24
**project** 438:12
524:18
**prolongation**
459:11
**prompt** 534:11,15
**prompted** 420:17
**promptly** 533:19
533:22 534:9
**proper** 749:10
**proposal** 517:17
548:6 570:21,21
654:18,22,24
660:9
**propose** 518:18
548:22 636:6
**proposed** 508:11
508:15 632:22
653:24 654:1
**proposes** 599:4
**proposing** 605:12
605:13,17
**prospective** 411:20
411:23 475:13

478:5,7 480:1
512:5 557:11
589:7,17 592:9,22
609:19 611:2,23
615:22 618:15
706:6 718:1 724:6
**protocols** 676:1
**provide** 571:12
572:15 620:9
647:17
**provided** 466:12
471:24 473:3,7
524:11 571:2
601:8 609:20
610:4 611:22
618:17 654:5
**providers** 661:11
**provides** 660:21
**pry** 714:3
**PSUR** 548:10,12
549:16
**psychomotor**
453:18 454:5,16
457:24
**public** 480:21,23
548:16 581:16,18
651:6 760:22
**publication** 506:10
550:5 592:19
620:10 704:19
719:6 721:5
**publications**
506:16 516:3
666:8,24
**publish** 582:8
585:5
**published** 399:11
401:20 405:9,18
409:19 411:15
414:5,16 430:15
489:10 492:19
498:6 514:11
529:3 533:19
583:5,8 588:8
589:11 590:22
594:24 595:5
614:6 616:17

624:19,19 628:6
630:17 635:1
639:7 642:22
653:12 719:15,19
**publishing** 584:13
**pull** 595:24
**pulled** 467:7 571:8
577:20 607:9
**pulling** 699:23
720:21
**pulmonary** 743:9
744:4
**Pumar** 652:13
**pure** 478:5 479:13
479:13
**purposes** 698:14
**pursuant** 397:19
**push** 741:2
**put** 481:10 510:13
530:2,3 546:1
553:18 574:17
577:23 605:18
636:10 639:16
654:23 677:19
678:5 681:7
682:16,17 713:9
717:24 720:3
730:18 735:6
741:16,18
**puts** 565:5
**putting** 596:13
621:19 622:8
654:18,22,22
**p-value** 412:21,24
413:3 568:16
569:18 586:11,14
643:15
**P-2** 465:14,15
**P-3** 465:14
**p.m** 507:10 587:24
588:2 623:12,14
623:16 673:2,4,6
722:21,23 723:1
757:16,18,20
758:13,15

—————————

**Q**

—————————

**qualifier** 746:9
**qualitative** 446:6
**quantification**
505:3,5
**quantitative** 446:7
446:9,13,17
512:17
**quantitatively**
514:10
**quarter** 447:9
**quarterly** 447:5,15
448:4
**question** 406:8,12
406:18,22 407:3
408:10 415:15
418:21 419:4
420:7,11,24 421:2
421:15 422:15,24
423:6 427:18
430:19 432:17
433:23 434:4,17
434:22 435:4,21
440:2 459:21
468:1 471:2
479:23 484:11,14
504:7 510:20
511:11 519:20
525:9 535:13,18
535:21 536:19,22
537:11 539:12
546:6,13 549:6,10
550:21,24 570:3
577:1,1,8 590:19
591:16 592:14
600:6 608:5
611:11 619:20,22
620:1,4 626:13,15
628:17 635:12
636:2 641:19
649:23 653:18
655:11 667:2
671:7 672:7
678:18 679:6,19
679:21 680:17
681:4 690:9 691:5
695:6,12,14,15
696:3 697:16

698:14 700:7,23
702:18 704:5
705:15,23,24
706:17 707:15
708:18,22 710:15
710:17,18,20
711:4,20 713:13
713:15 716:2,24
719:16 720:7,13
720:17 721:7,10
721:12,13,18
724:9 725:11
726:7 729:17
730:11,13,19
731:17 733:18
739:2,8,11 741:8
744:22 745:4,6,18
746:3,4,12 749:7
749:10,17,21
752:9,21 753:15
753:17,19 756:8
756:10,15,17
758:5
**questioning** 404:5
434:10 578:10
618:8 720:16
741:5 743:15
**questions** 404:6
405:6 428:11
431:20,22 432:2,4
435:3 437:1
501:12 551:13
576:13 578:15
581:10 582:1
607:18 617:14
708:8 710:7
740:17,21 745:20
753:13,23 754:11
756:2 757:4,11
**quibbling** 751:18
751:20
**quick** 672:12
**quickly** 550:24
647:6
**quiet** 650:14
**quit** 516:11 662:16
**quite** 433:8,11

Confidential - Subject to Further Confidentiality Review

509:23 511:4
529:4 540:24
541:23 561:18
602:23
**quote** 544:21 559:6
**quoted** 502:18
671:15
**quotes** 652:24
**Q0003** 402:20

## R

**raised** 442:13
484:11 545:1
667:2
**ran** 552:4
**random** 568:20
569:20
**randomized** 430:10
433:4,7,9 435:23
436:3
**randomly** 744:3,17
**range** 634:4 712:15
**rank** 586:8
**rarely** 530:18
**Rasalam** 666:15
**rat** 630:19 631:6
632:11 633:7,16
**rate** 446:8 479:7,18
480:11,16 504:3
505:14 512:11
574:4 577:15
603:13,24 704:8
704:17 705:7
707:18 710:4
713:7,7,24 714:8
714:13 715:2,3,13
715:17 717:9
723:8,10 724:22
740:5
**rates** 446:11
478:18 514:12
574:10 704:23
**ratio** 580:1,5,24
582:23 583:2
584:24 643:14
**ratios** 441:6
**rats** 402:8 630:9

631:7,13 633:1
634:16 635:5
**reached** 635:15
**Reaction** 638:16
**reactions** 419:10
419:12,13 420:3
420:16,21
**read** 413:11 414:24
418:9,10,14,20
422:20 423:10
452:15 460:20
462:10 466:16,19
467:2 469:8 474:9
474:11 479:4
485:1 488:14
502:18 510:20,22
520:22 549:7
559:19 561:2
569:14 576:14
582:16 584:6
592:20 610:24
621:5 622:18
628:22 630:21,22
631:18 632:10
633:5 642:8
649:20 650:5,7,10
652:21 657:10
659:12 666:10,17
670:11 677:16
703:14 710:17
760:8
**reader** 494:20
495:1
**reading** 414:10,13
414:15 423:15
460:2,5 461:5
569:1 614:4
635:10 642:6
659:14 682:10
722:6
**reads** 715:16
**real** 593:23 647:6
**reality** 718:6
**really** 416:24
448:10 459:4
528:3 556:4 565:9
632:10 657:1

668:6 682:6 746:4
**reason** 418:18
460:9 472:2
476:10 485:9
486:18 503:2
504:10 534:18
536:19 761:4,7,10
761:13,16,19,22
762:4,7,10,13,16
762:19,22
**reasonable** 569:5
**reasonably** 546:15
**reasons** 724:5
**recall** 408:6 415:10
416:7,8 418:4
419:23 421:7
425:3 427:7 428:9
429:2 443:22
444:12 445:2,3,7
448:22 449:5
454:21 464:1,5
482:11,13 484:19
485:11,23 489:22
492:9 494:5
497:11 515:12
525:21 537:19,22
547:3,7,21 550:6
550:12 552:3
556:6,8,9,10
558:14,16 563:12
563:13,14 564:13
565:1 571:4
573:17,21,22
577:19 580:15
583:21,23 589:16
590:19 605:21
622:23 623:1,8
624:15 629:24
646:24 648:4
655:19 657:22
667:22 674:24
692:22 693:2,3
699:11 721:7,12
721:18,20 732:1
**recalled** 419:9
420:20 538:8
**recalling** 399:14

526:1
**receive** 674:4
**received** 447:10
451:7 468:4
482:11 491:24
503:5,11,16
508:19 509:9
524:5 600:24
615:5 655:1 667:1
**receiving** 531:16
**recess** 491:7 587:23
623:13 673:3
722:22 757:17
**recitation** 434:12
435:5
**recite** 433:16
**recognize** 440:5
445:16
**recognized** 541:4
545:3
**recollection** 416:17
462:15 471:11
488:15 494:13
506:5 522:19
555:3 556:15
558:6 596:24
622:15 645:13
**recommend** 504:24
518:24 681:13
**recommendation**
487:22
**recommendations**
497:10
**recommended**
485:18 486:21
487:16 595:21
596:5 621:10
**recommends**
486:15
**reconcile** 469:10
471:7,23 606:14
**record** 404:2 485:1
488:24 491:5,9
503:9 510:22
549:7 551:9
587:20 588:1
618:3 623:9,11,15

630:23 642:8
655:4 664:18,19
673:1,5 722:20,24
756:18,19 757:3
757:15,19 758:12
759:11
**recorded** 564:3
**recording** 454:21
**red** 419:15 501:23
502:10,17,21
503:3,5,11,17
521:1 522:6
531:14
**redirect** 577:7
**redo** 707:6
**reduced** 493:14
513:21 575:16
759:10
**reduction** 414:6
575:12,20 576:2
606:18
**ref** 617:1
**refer** 590:15
654:12 696:23
**reference** 478:18
527:8,19 588:21
600:4,21,23 601:2
603:12 609:9,21
610:5,14 612:6
613:8 616:8,15
617:2 618:22
619:6,14 623:3
625:19 626:17
627:7,10,11,11,13
627:23 628:10,12
666:12,15
**referenced** 579:17
596:9 600:10,11
611:11 613:9,21
615:21 724:24
**references** 603:11
603:16 609:20
610:22 611:22,23
615:6 619:14,16
620:4 627:7,19
628:20 632:3,9,17
635:18 647:23

Confidential - Subject to Further Confidentiality Review

**referred** 429:7
519:3 527:18
574:24 596:17
619:1 649:6
666:22
**referring** 477:8,19
482:10 486:7
489:8 513:17
529:9 544:17
572:19 610:1
626:4 651:16,22
652:19 653:7
696:21
**refers** 452:14
**reflect** 537:5
539:16 548:12
664:19 682:6
**reflected** 649:13
651:10
**reflects** 698:5
**refresh** 488:15
519:1 555:3
**refreshed** 449:4
465:18 473:6,9
485:17 569:1
**refreshing** 413:12
482:12 484:22
561:1
**refusing** 749:17,20
**reg** 459:23 710:8
**regard** 399:16
405:6,9,19 409:11
414:6 422:16,17
428:14,16 432:2
432:22 473:5
475:14 476:17
481:7 487:3
508:10 513:10
518:9 524:15
525:19,20 526:15
526:23 527:2
548:17 550:16
574:1 581:5 598:8
620:20 623:22
631:21 635:14
645:2 648:12
651:6 660:1

661:15 668:15
672:11 677:7,19
678:9 679:10
680:20 682:20
686:3,20 688:2,6
689:11 706:1
712:19 735:3
750:7,13,17,20
752:17
**regarded** 532:12
533:10,17
**regarding** 402:15
403:8 424:15
426:3 448:24
463:23 473:4
476:6 485:3 487:1
492:7 497:9
508:15 517:17
521:9 528:20
529:2 541:1 544:7
548:5 558:3
579:19 588:7
599:5 613:19
622:6 660:2
665:23 667:14
670:21 684:15
689:18
**regardless** 461:22
485:4 495:3
497:24 658:24
703:3
**regards** 590:18
602:17 688:10
**register** 411:18
741:9
**registries** 573:20
575:2 618:17
**registry** 449:3
472:20 473:5
475:10 482:19
484:16 485:7
486:20,24 487:5
487:23 489:17,21
490:16 497:4
498:2,5,14 499:11
506:15 508:12
509:10,18 510:2

511:9 515:10,18
515:18 516:5,6,7
516:12,13,18
518:7 534:7,21
563:15 574:5,13
577:12 602:22
603:7 651:20
704:16 706:7,20
706:24 707:13,16
710:3,8,13,22
711:8 717:24
719:5 721:1 724:7
726:8 727:2
**regression** 643:10
**regs** 458:6,9,21
459:8,17 461:10
**regular** 634:16
704:3
**regulation** 460:3
460:20
**regulations** 458:13
458:15 459:2
460:24 462:11,14
462:16
**regulator** 472:9
**regulators** 426:15
454:20 471:10
**regulatory** 427:14
454:20 500:20
547:24 607:2
659:3 685:24
**Reinisch** 575:12
**reiterating** 664:22
**rejected** 531:8
**relate** 453:11 702:8
**related** 493:8 494:9
494:16 502:9,13
502:21 511:18
529:8 541:6 545:4
563:5 569:10
585:3 604:10
606:5 634:8 635:3
690:21 696:10,10
709:18
**relates** 454:19
699:4 702:8
**relating** 481:10

641:16 685:13
687:17 710:13
**relation** 458:21
607:1 676:12
678:2 684:6
748:10
**relationship** 532:12
533:11 702:12,21
703:10 705:16
**relative** 477:4
478:4,10,17
482:23 483:6,11
483:18 560:22
582:8,23 583:9,20
585:10,21 759:15
759:16
**release** 399:14
418:1 425:17,20
425:21 520:22
521:9,12,21
522:19 523:22
576:6
**releasing** 651:6
**relevant** 669:14
720:16 753:6,19
**relying** 460:17
**remainder** 452:6
720:16
**remember** 416:4
420:8 421:10
425:7 426:10
427:18 428:7
445:11 455:7
460:21 487:4
544:22 556:13
562:11,13,16
570:15 595:17
632:5 645:23
668:2 671:14,16
687:16 692:23
**remembering**
735:23
**remind** 404:24
619:22 620:1
**remove** 533:23
661:10
**removed** 538:11

**removing** 513:11
513:19
**renal** 419:17 743:9
**Renz** 402:13
599:18 647:12
**repeat** 565:17
642:1 664:24
694:3 704:5
721:21 722:11
726:5 735:8 750:8
**repetition** 618:8
640:15 646:22
758:10
**repetitious** 437:2
587:4 607:16
619:8 678:11
684:1 685:7
714:19 717:14
729:1 734:3
**repetitive** 631:4
635:7
**rephrase** 572:12
659:19
**rephrased** 698:13
**replacement** 584:2
**replicable** 633:21
**replicating** 472:9
**report** 403:4 406:3
408:14 429:11,22
430:4 439:17
454:2 455:8,13
458:14 461:5
462:22 466:9
467:10,19 468:2
469:18 470:15,18
471:13 476:16
495:20,21 496:3
521:18 522:5
553:21,22,24
554:7 591:6
610:12 611:3,17
611:24 613:19,24
614:19 624:17
625:16 626:8,9,21
627:23 628:7
644:16,17 659:17
659:21 665:14

Confidential - Subject to Further Confidentiality Review

727:19 728:2
731:4
**reported** 420:2
426:2 441:10
449:1 452:18
463:9,15,16 468:6
469:19 530:18
554:1 567:23
610:14 620:20
626:12 629:2
685:22 687:10
688:23 689:16
711:8 724:3 726:9
727:3,4 728:2
729:8 731:13
737:3,13 738:4
742:13 743:1,18
743:20 744:3
745:10,14 746:6,7
746:8 759:9
**reporter** 397:21
510:23 549:8
642:9 759:3,24
**REPORTER'S**
759:1
**reporting** 427:13
429:21 438:12,18
446:8,11,21 459:5
461:16 470:17
471:10 655:15
685:24 686:24
727:3 729:5,11
**reports** 406:4
407:18 430:1
441:7,7 442:2,6
443:10,14,15,15
443:18 444:17
445:4 447:6
450:14 451:7,22
453:15 461:4
462:24 463:3,5
466:13,24 468:3
469:16 470:19
471:7,13,17,19
532:6 548:11
592:22 613:23
619:4,17 621:4

628:21 635:23
636:19 637:24
638:20 639:5,20
667:1 672:3,4
681:10 684:20
689:14 724:2
727:1 729:7
738:12 743:6
747:13
**representation**
411:7
**representatives**
660:1,1
**represented** 466:13
**representing**
582:14
**reproduced** 602:1
**reputable** 545:20
**request** 403:8
448:2 519:7 520:3
551:17 592:23
607:3 665:23
714:19
**requested** 423:19
470:7 510:23
534:19 549:8
642:9
**requests** 519:16
**require** 471:10
570:13 583:15
**required** 402:15
416:15 419:17
421:22 439:17
467:18 561:16
606:8
**requirements**
461:2 582:6
**requires** 471:12
658:23,24
**reread** 617:23
680:11
**rereading** 549:5
**res** 688:11
**research** 485:10
519:16 520:3
526:3,12 527:12
538:18 550:10

554:6 582:7 584:4
590:5 629:11,14
629:16,18 653:19
653:20 654:11,12
704:11 705:15,23
706:3,6,17,21
707:17 710:4
716:7,10 719:2
720:21 748:13
**researcher** 521:13
**researchers** 524:4
630:16 633:6
**reserve** 404:4
714:18
**residency** 674:11
674:20
**resident** 674:4
**resources** 605:23
**respect** 535:20
536:18 705:3
**respectively** 479:14
**respiratory** 456:1
**respond** 482:8
**responded** 697:3
**responding** 607:2
649:21
**response** 428:11
437:11 451:13
484:23 518:22
702:12,21 703:2,3
703:9,15,16
**responsibilities**
405:13,15 429:6
430:12 439:2
538:19 633:18
634:4 656:23
676:24 690:3
**responsibility**
405:16 406:1,5
408:3,6,11,13,22
408:23 409:5,9
430:17 436:6,8,18
439:13 443:17
466:5,6 536:3
537:4,5,24 539:6
681:6 682:9
683:24 684:6,13

684:16,19 686:1
686:14,18 687:4
688:11 689:10
**responsible** 406:3
431:6 435:13
441:12 442:4
443:14 683:18
685:1,3,5,12,15
686:5 688:1,5,7
688:20 689:22,24
692:3 693:14
710:9
**responsive** 535:13
611:10 680:3
700:9
**responsiveness**
404:4
**rest** 474:5 477:12
529:16
**restate** 688:14
**restitution** 752:23
**restrain** 528:7,9
**result** 538:9 583:13
585:6 638:10,12
667:3 670:21
674:22 730:24
**resulting** 674:18
**results** 412:12
413:4 414:4,16
472:6,11 473:4
481:7 482:21,22
484:5 522:5,17
532:8 545:23
573:19,19 576:22
587:2 588:13,16
588:22 589:10
632:21 643:9
704:19 706:10
**resuscitated** 424:22
**retrospect** 479:14
**retrospective**
588:11 609:19
611:1,23 613:16
615:22 616:9
618:14
**revealed** 643:10
**review** 397:16

407:14,15 440:8,9
440:14 442:5,14
444:6,7,13 446:6
491:20 506:9
516:3 517:3 534:9
550:17 634:24
636:3 639:14
647:15,17 656:21
656:21 657:21
659:4 660:6,11
661:14 672:4
681:12
**reviewed** 473:19,21
559:14 577:21
588:19 607:10
623:5 636:7,9
646:12 657:23
658:11 686:16
716:7,10 739:15
**reviewing** 423:19
463:1 466:10
622:14 648:6
656:24 660:16
**revised** 401:6
467:23 509:9
528:20
**Rheinfrank** 673:9
**Rich** 692:24
**Richard** 402:22
**ridiculous** 618:8
**right** 404:5,10
407:18,21 408:21
409:10 410:10
411:13 412:11
413:22 415:3
416:2,12,20
418:13,14 422:6
423:10 429:13
431:22 432:3,18
432:19 433:6,13
438:17 441:23
442:10 450:6,13
450:18 451:24
452:15,20 453:14
453:24 454:15
455:11,18,23
457:2 459:7 460:7

Confidential - Subject to Further Confidentiality Review

462:19 463:1
465:4,6,20 466:10
467:11 470:24
471:16 472:17
473:13 474:12
475:20 476:5
478:1,21 482:16
484:3 486:1 488:2
488:16,23 491:4
493:5 498:6 501:9
502:23 503:1
508:2,9,21 518:3
518:14 519:16
521:4 525:21
526:8 536:2,17
547:8 548:2
549:22 551:24
557:21 561:22
562:24 563:8
564:18,21 565:4
567:14 568:12
569:23 570:7
572:1,21 573:13
577:8 581:13
587:9 589:5
590:13 591:17
593:11,18 598:7
599:20 613:3
614:14 616:24
620:19 624:8,8
632:7,7 637:11,22
638:4 639:19
645:19 647:20
648:9 654:10,20
662:1 663:22
666:23 671:19
672:22 691:22,24
692:5 702:2,4
705:13 710:17
715:15 723:23
726:9 727:24
730:19 733:13
737:9 744:9 753:4
757:2,21 758:8
**rights** 660:15,22
**right-hand** 438:2
465:12 599:24

603:1,5 625:3
**rise** 634:5
**risen** 436:23
**risk** 399:17 422:18
424:19 428:13
436:23 444:4,4
475:14 476:17
478:4,11,17 479:9
480:3 482:23
483:6,11,12 484:1
484:1,2,6 494:21
505:6 509:4
511:22 513:5
522:23 531:15,18
531:22 533:24
541:18 542:10,16
542:22,23 543:24
544:1,3,7 572:16
573:8 582:9,23
583:9,20 584:3,8
584:10,14,14
585:10,21 592:8
593:1 634:5 639:9
643:11 649:10,13
651:14 667:4
670:21 695:17
697:22 699:6
702:10 703:18
704:22 706:13
716:18
**risks** 477:4 483:18
523:11 541:16
542:21,21 543:21
543:22 548:17
568:5 651:6
**risk/benefit** 430:24
431:15 435:18
504:24 533:3
598:22 676:21
**Road** 397:22
**Robert** 400:10
**ROBERTS** 398:19
**robust** 490:19
497:5 611:3
619:16 635:20
636:12 640:20
641:16 642:4

707:6 710:9 721:2
738:12 739:20
745:10
**robustness** 668:22
**rodent** 631:5
**Roebel** 400:7
484:12,20
**role** 541:7 634:20
657:3,24 676:24
677:15 681:12
682:9 685:17
728:19 751:10
**roles** 681:5 751:15
**room** 562:20
578:14
**Roughly** 415:15
**route** 468:5
**routinely** 442:2
**rules** 397:19
461:16
**run** 433:2 441:22
442:1,3 455:8
463:14
**running** 682:11
688:7
**runs** 441:19 443:14
447:23
**R-E** 492:7

---

**S**

**S** 399:9 400:1 401:1
402:1 403:1
**safe** 537:4,16 538:1
538:21
**safely** 735:20
**safer** 493:15
504:12 513:22
514:9
**safety** 406:6 407:11
407:13,14 408:5
408:10,13,22,24
409:5,8 427:7
428:15 430:2,15
431:2,3,7,11
435:13,15 436:7
436:17,18 439:21
442:13 444:5,7,13

446:3 486:10
497:7 528:22
529:2,8,10 530:12
537:6 538:23
539:7,17 559:23
633:19 634:13
636:7 639:15
644:2,3,12 645:2
658:10 675:6,6
676:7,15,16,19,20
677:8,20 678:9
679:11 680:20
681:6,9,22 682:20
684:7,11,16,17
685:6,13,16,18
686:5,17 687:4,20
689:1,6,11,13,22
690:1,8,12,19
691:7 693:13,15
717:19 718:7
725:5 728:5
730:12,22 747:12
748:5
**SAITH** 758:16
**sales** 411:4,9 535:3
747:2,13
**sample** 615:13
**Sampson** 398:9
404:3 428:23
511:21 637:2
736:4,5
**Sampson's** 428:11
**Sanofi** 401:7 450:8
450:10 451:24
463:10,16 467:20
468:2,14,16
469:17 470:3,7
471:3,4,14,17,20
472:9 528:20
529:3,20 530:2,8
530:12,16 531:2
531:14,20 532:2
533:23 540:13,23
541:14 545:2
548:5 549:12
605:1 606:5 607:1
620:22 621:1

667:24 668:14
669:1 670:4
671:10,14
**Sanofi's** 452:7
467:13 470:5,11
529:5 530:5 534:5
540:16 548:10
550:4
**Sanofi-Aventis**
667:13
**Santi** 450:2,8
**sarcastic** 708:22
**sat** 634:14
**save** 739:9
**saved** 753:12
**saw** 405:7 446:1
465:19 484:21
494:6 552:5
577:20 647:23
672:14 692:22
**saying** 406:20
428:8 432:1,14
443:23 471:1,19
471:23 493:6
497:20 523:8
536:10,16 564:10
574:15 580:13
583:6 584:12
592:6 620:9 653:5
680:8 697:4 701:9
702:4 703:17
715:7 740:3 754:6
**says** 412:12 419:24
423:18 438:2
452:1,5,11,16,21
455:15,19,21
463:7 466:24
468:3 477:4,15
479:5 486:15
487:1 490:12
493:8 495:1 496:4
502:21 508:19
518:18 519:3
521:21 532:13,22
540:16 557:2,12
557:17 558:17
560:20 561:23

Confidential - Subject to Further Confidentiality Review

566:19 568:15
569:2 579:8,11
588:10 590:1
597:22 598:7
604:20 609:16
610:11 612:8
614:22,22 615:8,8
615:12 620:7
625:3 626:4
628:24 636:18,22
637:23 652:17,23
653:17 655:24
667:10 671:1
704:16 724:22
734:17 746:9
**scale** 412:15 609:18
**Scholar** 415:5
**School** 401:13
**Schumacher** 751:6
**Schwamlein** 400:3
400:14,17,21
401:14 475:21,22
475:23 491:22
492:16 501:21
550:9 554:16
647:15
**Science** 708:4
**scientific** 496:16
498:19 499:4
510:16 515:23
519:17 534:22
586:5 598:12
604:13 620:12
633:15 669:4
716:6 719:2
**scientifically**
739:20
**scientists** 720:20
**score** 560:20
**scored** 412:17
**scores** 589:18
**SCOUT** 423:21
425:13,17 426:9
426:15 427:15
538:9,13
**scratched** 493:20
**se** 420:2

**search** 451:6 467:1
467:6 469:3 472:1
472:5,12 606:10
618:19 621:3
656:1,7 684:23
**searching** 621:3
679:5
**sec** 666:21
**second** 420:24
437:24 450:23
454:2 540:21
594:18 619:18
660:7 666:9,19
670:17 687:2,24
**Secondly** 707:5
**seconds** 419:1
650:14
**section** 482:22
525:23 601:14
608:10 609:6,13
613:8 637:17,23
638:5,15,16,17
672:2,4
**sections** 672:2
**see** 410:7,21 411:12
411:14,19 412:3,7
413:4 414:4,15
418:1,24 419:24
420:23 422:15
423:17,22,23
424:23 425:1
437:21 438:1,5
440:11 442:5
443:21,23 444:1
450:1,4,13,16
451:12 452:8,19
452:21,23 453:9
453:10,11,12,22
454:4 455:18
456:4,12 457:20
458:4 461:7
464:14 465:13,21
466:1,11 476:9,16
477:13,15,17,19
478:1 479:20,21
482:5 483:3,5,9
483:10 484:8,23

487:14,24 489:6
489:18 491:21
492:11,18 493:1,1
493:2,5,11,19,23
499:17 502:2,8,12
503:13 506:18
508:6,14 509:1,7
509:19 513:13,16
515:1,6,13 517:15
517:20 518:3,16
520:24 521:4,16
522:12 525:2
528:19 530:11,15
531:14,19 540:11
541:13 547:8,15
548:7,13 551:16
551:22 552:10
553:1,7,13 554:22
556:20 558:8
559:5,11,12 560:7
560:17 562:6
563:2,6,20 566:10
566:16,18,24
567:12,24 568:3,4
568:9,18 574:7,8
575:7,9,22 579:2
579:20,24 586:10
586:11 588:13,20
589:7,13,23 592:5
594:2 597:16
598:5 599:1,15
600:3 603:3,12,19
604:17 608:15,20
609:3 610:14,22
612:6,11,24
613:10,12,17,21
615:10,11 616:8
616:15 624:13
625:18 627:11
628:10 629:12,13
630:8,12 631:11
633:3,4 635:11
636:21 637:16
643:4,8,20 647:12
649:4 652:17,19
653:1,3,5,6,17
655:20 659:16,20

660:17 666:3,19
666:22 667:8,9,20
669:5,21 670:23
670:24 671:21
672:13 673:15,21
682:8 688:19
715:8 757:13
**seeing** 445:3
480:14 556:6
593:16 624:20
635:9
**seek** 728:5 733:17
**seen** 413:6 463:24
465:16 476:20,21
476:22 478:13
482:12 486:14
533:5 550:12
590:21 643:2
673:24 674:13,14
674:17,21 687:11
689:1 695:2
703:16 704:11,15
710:18 723:23
724:2
**seizure** 457:17
532:11 558:23
560:12 598:14
**seizures** 533:16
558:23 674:7
**selecting** 509:6
**selling** 420:15
747:8
**send** 447:9 492:4
506:9 517:2 571:1
**sending** 450:18
553:2
**senior** 438:12
644:11
**sense** 446:13
448:12 610:3
707:12 745:21,22
753:2
**sent** 400:22 452:17
463:8,13,22
467:20 468:20
469:18 482:3,6,7
497:23 515:17

521:5 524:14
547:6 570:20
571:4,6,13 572:14
595:23 599:10
601:6,21 611:12
612:17 613:2,22
614:17 615:17
622:17,24 623:21
628:7 631:22
646:20 666:6
668:7 686:22
**sentence** 418:11
423:23 424:1
452:19 493:12,19
494:1 508:17
509:2,7 513:16,20
519:9 545:12
550:7 609:16
610:24 632:20
639:1 651:11
666:22 670:17
671:1 715:12
**separate** 418:22
430:11 479:1
530:8 541:22
542:21 569:6
605:24 657:5,14
695:4 707:11
**separately** 470:9
498:20 541:23
573:14
**sepsis** 457:17
**septal** 567:13,13
**September** 659:22
**series** 440:14 446:4
626:13 689:2
**serious** 399:17
416:16 419:10
420:2 422:18
424:19,20 431:4
454:10,13,17,23
455:2,21 456:1,2
456:3,6,7,8,9,10
456:11,16 457:19
458:1,1,2,3,17,19
458:24 459:4,8,15
460:22 461:23

Confidential - Subject to Further Confidentiality Review

462:1,3,3,4
467:19 470:19
471:13 474:6
494:20 561:23
563:2,6,17,21
567:18,20 568:7
572:16 573:10
685:22 686:7,21
734:19
**seriously** 474:5
**serves** 467:17
736:4
**Service** 407:24
**Services** 399:18
400:13 407:23
408:1 438:7 450:2
496:14 560:4,6
640:11 641:20
**set** 454:20 470:6
479:10 484:16
502:3 507:19
540:11 556:19
582:17 585:2
594:18 607:7
711:16 759:20
**sets** 529:1 602:24
**seven** 616:17,24
618:24 662:3
**severe** 631:1
**severest** 598:15
**Shallcross** 411:15
**share** 548:4,23
**shared** 520:4 684:8
**shareholder** 416:5
420:9,14,17,18,21
**shareholders** 428:7
**shed** 484:16
**sheet** 531:2,6 668:1
760:1 761:1 762:1
**sheets** 548:11
**she'll** 406:18
**short** 433:23
469:10 652:21
752:9
**shortage** 748:12,18
**Shorthand** 397:21
759:3

**show** 409:11
429:13 437:12
487:19 548:22
588:22,23 605:21
626:2 635:4 647:6
687:19 699:12
701:23
**showed** 504:2
571:5 576:2,9
595:6,15 601:24
648:7 726:13
731:16
**showing** 417:8
497:15 559:20
573:18 588:16
589:10 601:17
641:17 642:5
696:19,24 701:21
**shown** 414:17
479:17 639:4
640:1,5 642:3
657:13 672:1
**shows** 530:11
635:21 640:20
715:22
**shut** 754:9,10
**shutting** 754:3
**sibling** 610:12
**sibutramine**
399:16 421:4,18
422:17 423:20
**side** 454:19 517:22
518:1,3 555:4
693:21
**sign** 751:22
**signal** 440:4,11,18
442:5,17 443:11
443:21,23 444:1
669:15,18 684:22
**signals** 439:2,6
442:21,23 443:18
445:9 687:12
**SIGNATURE**
761:23 762:23
**signed** 447:5
506:14,17 751:21
**significance** 442:12

480:15 580:23
**significant** 444:4
459:12 470:19
479:6 480:3
482:24 495:2
567:12 568:16
580:2,3,9,12,21
581:9 583:15
586:1,9 587:3
636:13 643:18
695:3 732:8,10,16
732:17
**significantly**
479:17 495:15
**signify** 423:8
**similar** 423:8
563:14 647:4
701:16
**similarities** 631:9
632:23
**similarly** 565:5
**simple** 408:9 435:3
535:18 582:3
679:5,5 680:17
681:3 695:12
710:15 716:2
731:17
**simply** 430:19
435:21 494:8
655:11 731:15
**Simpson** 398:12,22
**single** 507:10 539:2
559:3 624:16
626:9
**sir** 682:2 728:12
736:10
**sit** 435:4 578:14
596:15 744:2
**sitting** 634:21
689:21
**six** 484:2 579:5
616:17
**size** 588:23
**skills** 412:19 413:7
413:17,23 414:7
**skipped** 517:11
**skipping** 643:9

**slide** 588:21 590:1
**slip** 663:13
**slower** 575:18
587:12
**small** 562:12
579:10 586:19
592:19 611:1,23
613:16 615:22
**smaller** 609:18
610:4 738:12
**smoke** 716:12
**smokes** 715:24
**smoking** 716:8,10
**SmPC** 667:15,15
**social** 530:21 631:2
635:6
**Society** 601:3
**socioeconomic**
560:15
**sodium** 643:12,17
**Sofitel** 553:5
**sold** 485:22,24
487:4 747:5
**somebody** 455:9
458:13 552:6
692:21 698:22
727:22 728:1,23
**Sommerville** 476:1
526:6 693:4,20
694:6
**Sommerville's**
526:7
**soon** 410:4
**sorry** 406:17 443:1
473:10 507:24
508:5 517:14,23
555:19 587:21
602:24 608:16,19
617:6 625:6
628:16 645:19
694:13 703:23
722:1,3 728:12
736:1 753:24
**sort** 427:12 428:8
632:10 735:11
**sorts** 539:3 635:22
**sought** 730:21

**sound** 611:2
**sounds** 502:14
**source** 439:15
710:22 731:11
**sources** 439:11,22
642:4
**SOUTHERN** 397:2
**speak** 458:20 459:5
462:17 478:12
526:4 533:4 656:6
689:5
**speaking** 527:15,21
527:23
**special** 575:13
**specialist** 542:2
**specific** 432:17
434:4,17 468:21
492:13 501:11
557:2 602:15
609:15 648:14
674:6 681:15
720:22 730:11
733:24 738:5
**specifically** 413:7
413:20 428:6,24
449:5 461:3
465:21 468:3
523:4 531:15
556:13 571:20
595:16 596:17
600:24 601:24
636:8
**specifics** 562:18
648:19
**specified** 453:19
454:7 456:3,3
656:2 759:14
**specifies** 666:7
**specify** 462:8
**spectrum** 403:9
638:1,21 643:19
665:24 667:2
**speculate** 717:4
734:6
**speculating** 726:11
**speech** 406:15
433:23 456:8

Confidential - Subject to Further Confidentiality Review

458:1 536:11
615:14 625:22
664:22
**speeches** 535:16
536:9 607:18
617:9,15 618:4
**spell** 443:3
**spend** 748:4
**spent** 662:1 748:5,8
**spina** 504:21
532:24 542:10
543:12 544:20
593:9,9,12,14
734:18 735:7,13
735:18
**split** 692:5
**spoke** 588:24
**spoken** 554:24
584:24 585:1
**sponsor** 518:8
552:17 553:19
**sponsored** 485:5
520:7,11
**spont** 729:11
**spontaneous** 430:7
443:10 451:6
479:16 728:3
729:5,7,11 743:7
**staff** 405:16,17,24
406:2,4 443:18
658:10
**stamped** 400:12
**stand** 701:18
**standard** 676:22
**staple** 556:4
**staples** 556:1
**start** 439:8 449:22
449:24 460:19
469:14 564:20
665:19 686:13
715:11 723:14
**started** 445:15
524:17 537:14
575:24 590:15
743:15
**starting** 464:16
466:20 565:19

**starts** 599:23
608:15,20
**state** 397:21 459:8
489:15 505:19
509:3 512:14
617:21 640:11
738:8
**stated** 407:9 415:13
416:4 436:16
470:4 488:24
511:16 515:10
532:6 579:15
581:1 635:17
638:19 642:4
660:14 661:14
669:2 690:2
714:24 722:15
724:5
**statement** 509:9
637:16 638:24
639:21 675:1
682:1 688:16
694:15,19,20,20
695:10,19 696:7
696:15,15,20,22
696:24 698:1,3,5
698:15 699:1
701:15,19,20
704:10,23 717:9
718:11 719:13
720:5,5,22
**states** 397:1,19
403:7 475:15,16
475:17 492:11
515:3 521:13
522:7 524:16
530:6,14,17
540:24 591:6
599:3 632:21
643:4 660:7
665:22 666:24
736:20
**stating** 493:6 494:7
585:9
**statistic** 643:13
705:9
**statistical** 440:17

440:20 441:3
480:14 561:15,16
580:23 583:10
587:1
**statistically** 480:2
482:24 561:6
568:16 580:1,3,9
580:12,20 581:8
583:15 585:24
586:8 587:3
**statistician** 441:19
561:17 581:6,11
583:16 586:2
**statisticians** 582:4
**statistics** 440:22
579:19 643:17
**stats** 580:8
**status** 560:15
**stenographic** 655:4
**stenographically**
759:9
**step** 561:11 715:6
**STEPHAN** 398:23
**stepped** 633:11
**stereotyped** 631:4
**Steve** 442:24
500:20 547:19
727:18,19,23
**stick** 737:21 741:4
**sticker** 417:19,21
**stillbirths** 479:15
**stock** 748:20,21,22
**stop** 506:17 619:23
753:18 756:7
**stopped** 424:22
**straight** 521:23
703:6 708:7,8,17
**straightforward**
707:15 724:9
**Strain** 398:18
404:8 406:10,14
406:16,19,23
407:2,4 409:23
410:1,4,11,14
411:6 412:1
414:10,22 416:21
417:1,7,12,22

418:9,14,20,23
421:24 422:13,20
423:1,3,8,10
424:9 425:19,22
426:7,24 428:18
430:18 431:21
432:4,9,10,12,14
432:18 433:15,18
433:24 434:2,5,11
434:14,16,18,19
434:23 435:1,7
436:11 437:1,6,9
437:19 447:12
448:6 449:14,17
454:11 455:5
456:17 457:1,5,7
457:9,11 458:9
459:16,21 460:1,7
461:12 462:5
464:12,19 465:1,4
466:16,18,22
468:12 469:20
470:20 471:21
473:16,23 474:6
474:10,20 475:4,7
480:6 481:12,24
488:3,7,12,16
490:3,6,22 491:4
491:18 492:23
493:17,21 494:11
494:22 495:13
496:23 498:7,10
499:5 500:5 501:7
502:16,23 503:2
503:13,24 504:14
505:8,23 506:24
507:4,8,21 510:3
511:24 512:19
513:14,24 514:4
515:14 516:14,22
517:9 519:20,22
520:19 521:21
522:13 523:2,18
525:4,7 527:5,15
527:17,22,24
528:1,5,8,10,13
531:3,24 533:12

534:1,13 535:4,14
535:17,20,23
536:4,7,10,13,15
537:12,17 538:2
539:8 540:9
541:19 542:14,18
543:17 544:14
545:7 546:10
548:18 549:13,17
550:19 551:5,19
552:10 559:24
562:1 565:9,14
568:22 569:24
570:4,8,16 571:23
572:5,18,21
573:11 574:21
576:5,13,17 577:1
577:5 578:6,12
581:2 582:10,13
584:19 585:12,16
586:16 587:4,14
587:19 592:13
594:7 596:21
597:7 600:16
604:6 605:4,7
606:21 607:15,19
608:4 609:1 610:9
610:18 611:8,18
612:3,18 614:8,20
615:18 616:3,21
617:5,7,10,16,19
617:22 618:5,7
619:7,21 621:12
622:1 623:6 625:8
626:14 627:3,16
630:20 632:4
633:8,23 634:18
636:16 637:6,9,17
639:11,23 640:15
641:2,5 642:19
646:6,21 648:1
649:16,20 650:1,4
650:10,13,17,21
652:6 654:6
655:17 656:11
657:8 659:11
660:19 661:1,18

Confidential - Subject to Further Confidentiality Review

662:7,11,20 663:1
663:5,8,12,17,22
664:1,5,7,9,12
665:1,3 666:10,17
668:17 669:24
670:6 672:7
675:21 676:9
677:22 678:11,16
679:1,7,13,16,20
680:1,4,7,18,23
681:23 682:2,23
684:1 685:7
691:18 694:21
695:23 697:6,10
697:17 698:16
699:17,20 700:4,8
700:10,14,17,21
700:24 701:4
705:4 707:19
708:9,13,15,19,21
709:10 713:3,20
714:15 716:13
717:14 718:13,18
719:8,21 720:11
721:8,13,20 722:2
722:2,4,18 724:13
725:9,12,23
726:20 727:13
728:9,12 729:1,19
729:22 730:2,8
731:19 732:12,21
733:2,7 734:3
735:22 736:3,13
736:16 737:16,19
737:22 738:1
740:12,18,24
741:3,6,8 742:6
744:5,10,11,24
745:7,22 746:12
746:22 747:15,20
747:23 748:14
749:3,6,18 750:23
751:2 752:6,12
753:4,11,16,19
754:1,5,7,15,19
754:22 755:2,13
755:15,17,20

756:11,16,19,22
757:2,4,13,21
758:2,8
**Strain's** 627:1
**Strange** 722:1
**strat** 656:1
**strategy** 656:1,7
**Street** 398:8,12,17
**strictly** 432:2
475:16
**strike** 462:21
473:15 493:24
525:8 531:19
532:3 552:13
608:4 611:5 616:3
617:4 636:15
640:22 646:16
669:23
**strikeout** 493:12
531:14,15
**strikes** 751:16
**striking** 631:8
**string** 399:22 400:7
400:20
**stroke** 424:21
**strokes** 426:4,20
**strongly** 485:17
486:15
**stuck** 549:15
**studies** 413:6,10,11
430:16 435:24
436:3 486:9
511:20 512:3
519:17 527:12
538:20 547:5
552:5 559:19
561:10 573:4
574:10 575:8
577:19 583:4
584:2,8 586:19
598:18 609:19
610:4 611:2,24
613:16 618:15
628:1 635:2,4,18
641:15 662:3
672:3 702:14,17
703:17 710:11,24

711:9,17 724:6
738:12 748:10
**study** 401:4,19
411:20,23 413:13
413:17,23 425:13
425:17 426:9,15
426:20,21 427:15
440:21 473:20
475:13 478:4
479:1 480:1,4,11
483:14,22 490:2
490:19 497:5
503:21 504:2
511:20 512:2,5,9
512:11 515:23
517:17 518:8,12
518:14,19 519:4,7
520:7 521:19
522:2,21,22
523:10,16,21
525:15 526:23
527:3 538:9,13,16
538:17 539:1,24
542:7 546:7,15,15
552:7 556:19,23
556:24 557:10,11
557:24 558:4,14
559:4,14 560:11
564:20 566:20,23
569:1 573:5 574:3
574:6,19,19,20
575:13,16,17,19
575:19,20 576:1,5
576:22 577:3,12
577:17,20 579:9
579:10,13,17
583:3 585:4
587:13 588:7,11
588:23 589:8,11
589:15,17 592:7,9
592:15,16,19
595:1,5,9,13
601:9,18 604:19
609:5,8,8,11,15
609:22 610:7
611:11,16 612:5
612:10 613:1,1,9

615:9,23 616:10
619:5 628:3
631:16 632:10
635:20 636:12
643:4 651:20
652:24 662:4
704:8 706:10
707:6,7 714:14
718:1 719:10
721:2,3 745:11
**studying** 526:15
**stuff** 720:16
**subcategory**
465:24 593:10
741:17
**subject** 397:16
400:17 401:3,6,9
401:11,16 402:3
402:14,20,23
403:7 404:6 428:5
429:2 469:21
492:7,8 597:11
663:9,12 664:13
664:14 665:22
673:7
**submission** 403:6
610:2,21 613:8
621:16,21 628:20
634:9,11 639:16
657:19 658:9
665:21 670:14
671:2
**submissions** 531:9
596:10 632:5
667:5
**submit** 552:8 598:1
658:20,23 660:15
660:22 661:4,4,7
672:10
**submitted** 461:20
471:4 520:11
533:19,22 534:19
545:22,23 546:4
546:20 552:8
595:21 596:7,13
596:20 599:21
600:5,7 602:6

604:18 609:3,23
613:14 627:14,24
628:14 632:17
647:24 651:19
655:12 658:5,18
660:2,24 661:20
669:20
**submitting** 672:17
**subscribe** 760:11
**SUBSCRIBED**
760:18
**substantial** 661:22
**substantially**
649:10 651:13
**substituted** 493:15
513:22
**success** 514:2
**successful** 513:9
**succinct** 753:21
754:2
**suffered** 419:18
**suggest** 484:5
498:15,17 528:2
531:22
**suggested** 493:12
618:23 620:15
702:15 703:2
738:21
**suggesting** 460:15
497:18,20 502:7
632:23
**suggestion** 502:9
502:10,17 533:24
**suggestions** 604:12
**suggests** 463:18
**suit** 416:5 420:9,14
420:17,18,22
421:16
**Suite** 398:3,8,12,17
**summarize** 640:8
**summarized** 667:6
725:15
**summary** 541:9
591:5 618:14,21
653:11 667:16
668:21
**Sun** 438:14

Confidential - Subject to Further Confidentiality Review

**supervisors** 466:9
**supply** 749:10
**support** 459:19
  516:9 632:22
  635:19
**supposed** 490:14
**Supreme** 618:9
**sure** 405:22 414:13
  432:4 473:17
  474:21 478:15
  482:15 484:14
  487:16 490:18
  497:5 514:18
  519:2 537:4,9
  538:1,20,23
  541:24 545:24
  551:8 555:6 564:6
  567:21 574:24
  586:2 587:6 589:4
  594:10 612:12
  632:1 646:1,9
  651:16 671:8
  674:6 687:3
  695:13 707:22
  709:20 743:6
  746:3,11 747:23
  749:6,15 751:4
  758:2
**surely** 418:13,17
**Surgeon** 716:9
**surprise** 655:21
**surveillance** 743:7
  747:10
**surveys** 582:1
**Susan** 599:17
**suspect** 529:19
**suspected** 485:11
**switch** 417:20
**sworn** 404:15 759:6
  760:18
**sym** 615:13
**symptoms** 615:13
**syndrome** 401:22
  402:6 525:11,20
  578:2,4 590:24
  591:9 594:6,10
  595:3 614:1,7

615:9 624:10,18
625:21 626:1,11
627:9 628:4 629:4
629:5,9,17
**synonymous**
  540:18
**synthesize** 681:13
**system** 427:9 438:9
  445:23 446:21
  492:10 727:3
  738:22,23 740:1
  741:19 742:3,22
  744:12,12 745:14
**systematic** 634:16
**systems** 737:2,10
  737:11 738:17
  739:1,4,7,12,15
  739:22 741:16,21
  742:1 743:2,8,20
  744:4,7,7 746:8

---

**T**
**T** 397:15 399:9
  400:1 401:1 402:1
  403:1
**Table** 477:4,14,15
  477:19,21,22
  479:11
**tablets** 399:15
  418:7
**take** 419:1 421:22
  444:5 481:13
  483:16 491:20
  497:14 498:3,3
  507:22 516:2
  538:24 544:11
  570:4,13 578:7
  583:19,24 592:14
  592:15 600:2
  660:16 672:24
  681:7 707:8 717:8
  720:14 721:8
  722:18 740:24
  743:19 745:11
  747:24 755:7
  756:4
**taken** 397:19,20

419:7 426:5,9,10
428:14 537:16
621:4 706:10
759:13
**takes** 543:23
  738:10
**talk** 409:3 424:1
  431:15 435:14,18
  478:17 480:24
  508:15,20 549:24
  571:6 604:11
  654:19 659:1
  689:6 703:6 704:6
  709:15 719:1
**talked** 406:7 408:7
  408:16 416:18
  425:15 427:8
  428:5,6 430:7,22
  431:1,2,5,8 433:8
  433:11 436:4
  439:11,16 445:22
  470:1 504:7
  510:11 514:7,16
  515:17 532:13
  537:20,20 538:6,6
  538:8 545:20
  549:23 552:3
  557:23 564:16
  565:3 569:4 573:4
  573:7,13,14,15
  574:13 581:22,22
  594:22 595:11,14
  595:17 600:9
  601:14,15 604:9
  604:11 606:6,7,24
  611:1 613:15
  619:14 620:24
  623:5 639:13
  641:10 651:20
  654:19 656:20
  658:13 677:11,15
  684:4,14,18
  685:19 688:20
  693:5 705:7 722:1
  724:20 726:4,5
  734:23 740:2,6
  741:20,21 742:9

742:10 743:13
744:19,20 746:2,4
746:6
**talking** 417:12
  419:2 439:7
  447:18 463:12
  523:24 537:22
  547:7 552:13
  567:1 603:19
  609:14 632:11
  647:2 650:6,8,11
  653:2 671:12
  690:7 694:18
  697:1 699:3 702:4
  713:23 718:15
  720:24 728:20
  729:13,15 731:16
  735:10
**talks** 508:16 517:19
  533:15 561:5
  592:22 601:13
**tape** 672:23
**tasked** 431:10
**team** 408:12,16
  409:2 435:13
  436:8 485:2
  518:12 526:12
  541:11 684:9
  685:2 687:7,17
  688:18 692:21
  693:4,5
**teams** 408:8 435:15
  435:16,23 436:3
  439:20 684:17
  686:22
**Technologies**
  398:23
**teens** 711:23 712:1
  712:1,8,13
**tegretol** 565:23
**Teleconference**
  403:4 659:21
**tell** 405:17,24
  413:20 415:5
  417:7 429:19
  433:18 436:1
  439:5 447:15

460:16 469:6
471:9 507:5,5
544:10,10,18,20
562:19 571:22
572:3 574:12
595:20 596:2
606:1 614:15
617:10 620:4
626:20,23 662:5
664:1,2,7,9,12,12
676:16 692:6
693:14,23 694:24
701:24 715:9
719:4 720:10,11
721:20 723:3
728:23 731:15
733:20,24 734:1
738:19 739:6,14
739:14,20 743:8
747:24
**tells** 483:21
**tema** 415:22
**temafloxacin**
  399:15 415:23
  416:1,2,8 418:7
  419:8,9 420:19,20
  428:7 538:5
**Temple** 400:10
**ten** 452:5,13,14
  453:15 482:13
  556:12 561:3
  570:17 573:23
  577:18 596:23
  648:4,4 714:15,16
  716:22 717:13
  754:9,18
**tens** 725:21
**tenure** 689:10
  691:12
**tenures** 691:1
**teratogen** 493:7,14
  494:8,15 495:4
  502:4 503:23
  504:8 509:15,22
  510:7,11 511:3,13
  513:11,20 514:17
  603:21 604:5,20

Confidential - Subject to Further Confidentiality Review

619:6 620:7,16
629:10
**teratogenesis** 649:8
**teratogenic** 504:6
514:20 723:9
**teratogenicity**
402:15 463:23
493:8 494:9,15,21
494:24 502:9,21
509:5 541:2
550:17 602:10,16
623:22
**teratologist** 593:17
594:11,14
**teratology** 677:5
**term** 410:23 467:22
469:5 470:12,13
489:3 737:14
**termination** 758:4
**terminations**
479:17
**terminology** 657:6
657:10
**terms** 414:18,18
451:10,11 453:8
453:10,13 461:22
467:6,21 468:22
468:24 469:4,6
470:6 472:1,5,12
514:3 533:3 539:6
542:7,7 596:7
604:12 606:8,10
621:3 622:12
629:14 638:14
651:14 690:10
735:14
**territories** 451:8
530:3,5
**test** 436:10 559:18
**tested** 479:5
**testified** 404:15,16
415:8,16 421:1
428:1 439:1 572:7
640:19 648:3
663:8,12 687:15
711:7 717:17
753:7

**testify** 424:14
572:23 759:6
**testifying** 641:7
**testimony** 415:12
416:7 420:8
421:13 425:2,10
425:12 427:17,21
428:4 433:3,5
436:12 437:3
461:9 462:1,7
470:17,22 570:15
570:16 604:7
606:21 607:16
663:11,21 669:10
690:24 699:12,24
700:3,13 701:3,9
701:13,21 702:4,6
714:24 715:1
716:13 753:1,3
756:4 758:14
759:11
**tests** 582:3 631:15
**Texas** 398:4,8
**thank** 405:4 409:10
409:13 422:13
425:1 437:19
438:24 449:14
451:1,2 463:20
464:12 465:4
473:16 474:20
481:24 491:4,11
491:18 492:12
501:7 503:6,20
506:24 507:20
517:9 520:19
521:22 528:13
540:9 551:2 562:2
588:3 597:7
613:12 625:12
637:5 642:19
649:2 652:6
659:11 694:14
736:15 744:10
756:5 757:14,21
757:24 758:10
**Thanks** 484:17
507:23 540:24

**theatrics** 417:3,8
**theories** 703:8
**therapeutic** 644:18
644:19,22
**therapy** 509:6
557:20 584:3
**thick** 556:4 573:1
**thin** 593:23
**thing** 427:15 428:8
434:6 446:9 447:4
488:17 513:9
543:24 544:1
552:14 585:1
640:4 680:8 687:2
736:6
**things** 407:10
424:14,17 439:13
441:2 442:7
443:12 448:8
454:22 455:14
459:3 461:21
467:24 471:13
498:16 514:15
517:2 523:5,20
532:18,19 534:3
539:19 541:22
544:4 549:19
558:2 563:8 569:4
581:8,9 583:15
591:4 594:4
605:24 607:4
619:20 634:1,8
636:10 641:12
657:13 659:2
670:9 676:19,23
677:3 682:12
687:20 709:18
737:8 743:14
746:7 748:1
**think** 415:14,18
417:11 422:2
425:22 426:11
428:23 430:22
431:9 439:11,16
439:19 440:11
447:16 458:15,18
458:23 460:16

462:7,11 470:2,9
477:7 478:23
486:14 487:16,17
488:5,8 489:12
490:12 491:2
493:1 494:19,24
497:22 499:7
500:18 502:12
503:7,18 504:5
512:9,10 514:6
517:20 518:13
519:14 520:1,3,4
523:6,20 529:9
539:18 543:15,19
546:17,23 547:21
548:20 549:20
550:3,4 552:2,5
556:24 564:10,11
564:16 565:1,3
567:9,19 569:3,7
569:21 572:7
573:21 581:22
593:14 594:19,22
596:9 604:9 606:6
606:7 617:13
618:16 619:11,13
622:4 627:22
635:17 636:6
639:13,22 640:1
641:24 644:21
645:12,13,14
646:24 647:1
648:3,6,13 654:1
655:1 661:3,21
662:9,11,14 668:3
668:19 669:14,17
673:23,23 675:5
675:14,16 676:11
676:18 677:11,24
678:14,18,19
680:15 681:3,5
683:4 684:14,18
685:10 686:10
687:6,15,17
689:17 690:18
694:1,5 695:9
696:2,8,11 697:3

698:7,10 699:5,22
701:9 702:14
703:8 704:14,15
705:6 706:7,22
707:1 708:21
710:18,20,23
711:7,15,16
713:18,23 714:12
715:1,7,21 716:16
716:17 717:17
719:1,5 720:7,20
724:17,18 725:15
727:15,16,19,20
729:15 731:1,21
732:15,16,22,23
733:22 734:13,13
736:5,9 737:7
739:6 741:22
743:13 744:1,5,9
747:16 749:3,6
751:10,14,22,22
754:15 755:23
758:6,9
**thinking** 435:14
445:12 523:9
626:3 676:20,21
755:4
**third** 606:4 608:20
**third-quarter**
652:18
**thought** 430:12
463:13 465:2
477:18 487:10,13
502:20 510:18
581:12,20 583:12
584:21 593:17
612:18 616:13
622:9 646:8
663:10 671:12
740:13,22
**thousands** 725:21
725:22 727:12,16
728:24 734:2
**threatening** 459:10
**three** 405:19 420:1
420:3,3 479:10
523:23 524:16

Confidential - Subject to Further Confidentiality Review

567:7 568:5
610:16 616:16
625:16 653:3
663:9,13 664:15
666:8 740:11
**three-and-a-half**
483:19
**three-year** 545:24
**threshold** 694:16
694:18 695:3,7,17
695:20 696:12,16
697:21 698:2,6,11
699:6,9,13 701:11
701:17 702:9
703:17
**thumbing** 600:17
**TI** 653:8
**time** 408:5 424:6
426:13 427:5
431:3 433:8,11
445:17 446:24
448:22 450:12
455:8 458:14,17
462:15 465:19
472:8 475:19
481:13 487:10
491:2 492:10
494:14 504:17
506:3 517:18
522:15,20 530:1
533:7,18 536:21
542:1 545:14,15
546:1,14 554:2
557:15 577:13
578:1,14 595:22
597:13 607:9
617:15 621:18
631:20 650:22
651:18 654:23
655:22 656:22
657:24 662:24
675:10 680:2
686:19 687:21
688:1,12 689:15
690:13,21 698:16
712:3 713:14
714:17 717:19

718:8 725:15
726:8 728:21
731:12 733:22
739:9 740:14,21
741:10,10 748:1
751:3 752:7,8
753:4,12 754:10
754:13 755:5,10
756:12,20 758:6
758:15 759:14
760:10
**timely** 539:23
**times** 428:14 429:7
438:22 467:23
483:19 484:2
504:3 505:14,16
512:11,24 513:5
514:12 531:10
559:24 570:17
580:14 603:24
654:2 661:8,20
663:9,13 664:15
701:10 704:17,22
705:8,10 706:1,5
710:19,21 713:7
713:24 714:8,13
714:15,16,22
715:2,3,13,16
717:9 720:2
728:18 733:21
752:7
**title** 403:7 410:7
493:1,5 494:7
502:3,7,7,11,19
509:14,21,24
510:14 511:2,5,18
559:23 574:10
581:20,21 602:8
604:4,5,11,19
605:15 614:12
619:5 620:6,11,16
625:24 644:9,13
644:14 653:8
662:3 665:22
673:18
**titled** 399:12
401:18 502:14

510:15
**titles** 511:12
**today** 409:5 417:4
421:13 435:4,8
437:9 447:16
473:20 537:14
570:18 596:15
622:11 633:5,22
663:9,13 673:15
676:12 689:21
692:22 693:5,9
717:2,11 718:6
731:16
**Today's** 404:1
**told** 462:11 463:13
524:21 571:16
585:4 593:16
725:1 755:14
**tomorrow** 675:17
**tomox** 419:7
**tone** 456:8 457:17
**tongue** 663:14
**tool** 445:19 447:23
**top** 455:15 457:1
477:14,22 482:6
544:22 625:15
660:7 666:8,19
725:17 728:20
732:2 751:12,17
**topic** 449:5 595:9
604:10 687:14
**tossed** 639:19
**total** 445:3 452:7
452:17 462:23
463:8 466:13
467:11 478:10
568:7 572:16
731:17 733:18
**totaled** 523:1
**totalling** 563:21
**totally** 430:11
478:24
**Townsend** 500:20
547:19,20
**toxicologist** 632:14
633:11
**Tracey** 397:18

399:4 404:13
438:5 760:16
761:24 762:24
**tracking** 559:15
**trained** 674:20
**training** 581:15,23
674:11 676:2,6
716:18
**transcript** 434:15
759:8 760:9,13
**transplacental**
468:4
**treat** 675:16
**treated** 563:13
**treating** 514:14
655:2
**treatment** 511:23
530:22 598:23
675:24
**treatments** 643:7
**Tresley** 402:22
692:24 694:5
**trial** 423:20 433:2
435:16 436:3
439:21 440:14
684:17 685:15,16
691:21
**trials** 408:17
429:22 430:5,6,11
431:5,6,8,11
432:23 433:6,7,9
433:10 435:23
436:8,20 440:11
440:19,20 476:4
685:23 686:6,13
686:18,21 687:24
688:5,8 690:20
**tried** 430:9 506:17
531:9
**trimester** 531:17
**trivial** 732:4,5
**true** 426:23 444:24
480:19 489:11
549:20 566:23
578:1 581:4
592:12 674:15,23
675:1,1,2,13

682:1 687:22
688:3,4,13,15
694:15,20 695:10
695:12,21 696:6,8
697:2,8,15 698:3
698:9,15 704:10
716:22,22 717:11
717:13 718:9,12
719:7,14,17,20
720:2,5 721:4,23
722:7,16 747:6
752:5 755:12
759:11 760:12
**truly** 429:1
**truth** 759:6
**truthful** 427:21
**try** 448:13 469:10
709:15
**trying** 430:12
433:17 539:19
543:22 549:11,24
550:3 555:20
578:10 609:12
622:7 626:5
681:19 682:6
692:21 697:12
707:1 724:23
736:1 739:4,7
741:15 743:3
744:17 746:1
754:7
**tube** 734:19 742:12
744:20
**tubes** 735:20 740:7
**turn** 437:24 455:12
465:20 578:19
588:10 599:20
607:21 608:10,12
**turned** 526:22
527:1
**turning** 404:11
515:3 530:10
553:8 573:17
602:3
**tutle** 502:13
**two** 399:23 415:9
449:17,18,19,19

Confidential - Subject to Further Confidentiality Review

450:3 464:24
466:16,19 468:23
507:8 511:12,15
537:14 541:21
542:3,6 543:2
545:9 562:1
578:20 581:19
588:18 589:3
602:15,24 610:12
615:13 616:16
620:12 625:15,15
661:8,20 668:20
671:15 703:8
735:19 736:8
**two-sided** 608:16
**two-thirds** 591:21
**type** 427:24 453:7
455:18 558:23
581:13 582:3
593:8
**types** 427:23
471:10 541:22
542:23 543:2
567:11 569:6
676:23 682:12
717:4 734:21
737:2 738:3
**typewriting** 759:10
**typical** 629:8
**typically** 606:1
719:1

**U**

**uh-huh** 507:1
520:20 564:6
597:8
**UK** 411:17
**ul** 430:23
**ultimate** 436:6
**ultimately** 426:21
429:10 430:23
**umbrella** 689:7
**um-hum** 481:3
591:15
**un** 641:16
**unaware** 639:7
641:16 643:1

748:16
**undercut** 664:23
**underlined** 424:24
509:11
**underneath** 479:4
559:7 677:1
**understand** 424:15
430:19 439:24
487:18 489:13
490:13 537:11
543:1,21 545:11
677:12 678:2,24
681:7,20 686:11
686:15 697:12
703:23 707:2
709:15,16,21,23
718:21,23 743:10
743:12 744:8
754:1
**understanding**
411:9 413:16
435:22 441:22,23
447:3,14 467:14
541:7,21 542:3
543:2 565:22
569:9 583:12
584:16 587:7
638:7 658:22
675:14 676:1,18
676:21,23 677:16
710:9
**understands**
569:18
**understatement**
664:16
**unexposed** 412:15
**unfamiliar** 642:21
**unit** 496:5,12 499:9
519:14 555:7
**United** 397:1,19
475:15,16,17
530:6,14
**unjustified** 404:9
**unlabeled** 454:11
454:13 455:1
456:2,6,7,8,9,10
456:11,16 457:19

458:1,2,3
**unprofessional**
663:3,24 708:22
**unsure** 656:5
**untrue** 701:24
751:23
**update** 447:16
461:11 626:6,16
626:21 627:1
707:4
**updated** 667:14
671:2
**updates** 448:4
**upfront** 549:23
**upper** 593:23
723:21
**upset** 648:11 651:5
**USA** 456:21
**usage** 557:22
**use** 440:20,22
441:1,6 446:22
447:4,16 448:16
448:19 450:20
480:4 484:5
493:14 502:10
504:12,22,23
511:17 513:21
519:5 532:7 533:1
540:24 555:20
591:3 593:12
594:10 602:9
606:9 631:21
636:20,24 653:12
707:12 714:17
735:15 738:17
740:19 741:10
742:14,21 743:17
755:5
**users** 711:18
**usually** 449:16,22
**uterine** 621:6
**utero** 399:12
403:10 410:8
412:17 413:8
467:2,8 469:9
522:24 557:4
575:10 579:4,7

588:11 591:8
598:19 599:6
606:12,18 607:10
609:17 616:19
625:19 635:4,16
636:5 640:13
641:4 643:6,24
651:7 666:1
**utilize** 502:18,22
512:23 548:10
**utilized** 667:17
714:4
**U.K** 574:5,19 576:4
577:13

**V**

**vague** 537:12 539:9
**validated** 632:13
**validity** 632:22
**valproate** 399:13
401:7,22 402:6,20
403:10 405:20
410:8 411:4,21,23
412:17 413:8
414:7,19 415:6
451:7 468:5,10
478:3 479:3,17
480:2,11 483:13
484:5 493:7,9
494:8,9,16,21
502:3,9 503:22
504:3,6 505:6,10
505:12 509:10,14
509:17,22 510:1,9
511:2,7,22 518:16
520:9 522:11
528:20 529:2
531:16,23 533:24
541:3,6,8 542:8
545:5 566:16
568:2,8 574:5,17
575:3,13,14,16
576:4 577:14
578:2 579:6,7
588:17,24 589:2
589:19 590:6,18
590:24 591:3,9

592:8 594:5,10,12
595:3 598:17,19
599:6 602:9
603:14,21 604:4
604:20 614:1,7
615:1 616:19
624:10,18 625:20
625:21 626:1,10
626:11 627:8
628:3 629:4,5,9
629:16 630:19
635:15,21 636:4
636:20 638:2,22
639:10 640:5,13
643:12,17 644:14
649:8,11 651:7,14
652:18 657:20
666:2 667:4,12,15
667:18 670:22
**valproate-exposed**
479:8 518:10
**Valproate/Devel...**
452:22
**valproic** 400:5
402:9 476:7
579:23 591:7
630:10 631:7
**value** 442:16
586:11
**Van** 554:10
**variable** 560:19
**variables** 412:13
598:20
**variety** 629:1 737:8
**various** 397:14
438:17,22 439:11
441:17,18,20
443:18 454:22
461:20 471:9
501:21,23 508:7
524:20 542:23
547:18 574:9
593:1 633:12
645:8 656:14
681:5,10 690:3,22
724:2 741:21
**varying** 639:5

Confidential - Subject to Further Confidentiality Review

**vast** 728:21
**vehicle** 713:10
  714:4
**VENABLE** 398:16
**vendor** 447:16
  448:16,18,19,21
**ventricle** 567:13
**venue** 596:12
**verbal** 575:12,16
  575:20 588:17
  589:18 631:3
**Verification** 401:21
  590:23
**verify** 471:11
**Verlinden** 553:20
  554:10
**version** 447:19,20
  476:21 501:22
  599:9,21 607:23
  610:21 612:16
  614:17 616:6,12
  616:20 618:22
  624:22 625:7
  646:20 647:2,4
**versus** 399:12
  410:8 441:9
  444:11,21 459:4
  480:12,12 505:12
  512:15 514:9
  575:15 589:2
  611:24 619:16
  621:3 658:23
**vice** 407:21,24
  438:6 559:22
  560:3 640:10
  641:20 657:3
  682:18 683:9,10
  683:18,19,20,23
  684:12 685:4
  686:2 687:21
  688:2,12,13 689:7
  690:15 691:5,8
  693:12 703:7
  712:18 725:4
  728:4 730:21
  733:16 747:9
  750:21

**video** 673:1
**VIDEOGRAPH...**
  398:23 404:1
  491:5,9 587:20,22
  588:1 623:11,15
  673:1,5 722:20,24
  757:15,19 758:12
**videotape** 758:13
**videotaped** 397:18
**view** 570:22 741:9
**visual** 562:23
**visually** 562:16
**Vogdes** 401:6
**voice** 425:22
  600:17
**voluntarily** 416:19
  418:3 424:6,10,13
  538:7
**voluntary** 424:1
**volunteer** 428:10
  428:20
**VP** 438:15 712:23
  713:16 750:5,11
  750:16
**VPA** 493:13 513:20
  566:8 567:3
  575:21 579:21
  580:4 586:7
  591:19,22 592:2,3
  592:11 595:7,7
  631:7,13 632:22
  633:1 635:4,4
**VPA-exposed**
  518:19 587:12
**VPs** 749:24 750:2
**vs** 397:11

---

**W**

**wait** 406:10 426:18
  431:21 474:15
  483:4 555:19
  662:22,22 663:19
  700:4,4 718:18,18
  746:12
**waited** 668:13
**walk** 756:24
**Walnut** 398:12

**want** 404:24 416:23
  416:24 417:1
  429:5 431:19
  432:1 433:16,18
  434:12,14 441:22
  459:20,22 473:15
  474:5,9 485:3
  487:17 488:10,11
  489:4,9 499:12,13
  501:13 504:11,12
  506:12 507:6
  513:4 543:6,7,12
  543:15,21 548:7
  551:6,10 562:9
  570:3,4 623:23
  628:9 637:10,17
  649:23 652:22
  653:23 659:2
  671:23 678:5
  687:3 696:9
  700:23,24 701:23
  702:1,3 704:5
  707:23 715:6
  718:3 726:15,19
  735:15 739:4,13
  739:22 740:13,24
  741:1,1 742:12
  743:22 744:11,12
  746:11 752:12
  753:21 756:24
**wanted** 405:5
  442:20,22 473:13
  485:5 489:13,16
  490:12,13,18,21
  501:10 518:8,15
  519:6 524:16
  551:7 570:9
  571:10 595:23
  605:13 623:20
  657:17 658:21
  659:4 748:9
**wanting** 738:17
**warn** 695:18
  696:13 697:23
  702:19 703:18
  705:20 706:14
  742:1 745:13,16

**warned** 707:13
  711:10
**warning** 525:20,23
  703:4 710:10
  756:22,22,23
**warnings** 638:17
  735:1
**warrant** 598:21
**wasn't** 414:15
  425:18 426:6
  428:19,19 430:13
  446:18 447:2
  459:21 484:14
  490:11 518:23
  536:11 545:5
  546:22 552:4
  571:12 574:23
  582:8 584:9 586:1
  633:13 646:8
  656:8 662:20
  696:7 734:9
**waste** 680:2
**way** 443:24 457:4
  461:18 503:5,10
  511:14 512:7
  532:16 533:7
  561:19 562:7
  609:12 620:14
  621:23 634:16
  639:2 657:6
  664:11 677:19
  683:22 684:20
  696:6,9 698:13
  703:12 730:13
  739:19 741:9
**ways** 436:9 573:8
  676:20 731:2
**website** 400:10
  487:21 649:12
  651:9
**wee** 600:17
**weight** 546:18
  560:14 719:2
**Welch** 401:10
**well-designed**
  490:19
**went** 457:4 470:14

  475:20 516:9
  519:11 547:4
  551:20 611:22
**weren't** 419:2
  467:8 514:12
  537:16 614:5
  633:21 650:21
  695:13
**West** 397:21
**Westerveld** 553:10
**we'll** 409:12 422:6
  429:14 439:9
  464:10 501:2
  506:19 517:11
  520:14 547:9
  552:19 555:14
  587:17 630:5
  651:23 672:23
  688:9 746:12
  749:10 755:7
  757:13
**we're** 422:12
  436:22 437:17
  440:10 449:12
  461:5 474:13
  490:14 491:17
  517:4 539:19
  540:7 597:5 606:8
  631:24 655:9
  665:5 702:4
  720:14,24 733:22
**we've** 427:7 436:4
  467:22 481:13,22
  500:22 504:19
  514:6 545:14
  554:16,17 555:10
  569:3,7 574:13
  590:14 595:11
  604:21 605:10,15
  615:21 616:16
  618:2,14 620:9
  623:23 634:1
  656:14 659:9
  662:1 670:13
  673:8 690:2,18
  693:5 705:7
  706:15,19 710:10

Confidential - Subject to Further Confidentiality Review

714:9 718:9
719:19,24 720:3
723:23 724:1
734:15,17,22
735:17,18 740:7
743:13 744:19,20
746:7 752:6
756:12 758:7
**whatsoever** 459:18
**WHEREOF**
759:20
**whichever** 585:21
**whim** 435:9
**white** 399:23 402:3
402:4,15,23 403:6
463:21 464:1,3,14
464:18 465:8,15
547:5 573:1,3
596:16 597:11,12
597:16,24 599:9
600:4,7 601:6
602:3,13,15
604:18 607:23
611:12,17 612:16
613:14,18,20,22
614:17 615:5
616:6,12,20
618:22 622:14,16
622:20,23 623:3
623:21 624:1,6,16
631:22 645:7,10
646:12,15 647:15
655:12 656:2,10
656:14,18,24
658:4 665:6,21
667:7 670:10
671:20,24 672:11
672:12 709:17
710:7,20
**wide** 581:9 586:19
**widely** 633:15
**wide-set** 593:22
**William** 451:13,15
452:1 599:17
**Williams** 398:3,5
399:6 402:5
416:23 417:5,12

474:4 528:1,6,9
528:12 613:19
614:5 624:9,17
626:9,16 627:7
628:5 637:13
662:16,22 663:3,6
663:15,19,23
664:3,6,8,20
673:10,12,14
676:4,13 678:7,13
678:23 679:3,9,14
679:18,22 680:3,6
680:13,16,19
681:18,24 682:15
683:3 684:10
692:1 695:5 696:4
697:7,14,24
698:21 700:2,6,9
700:12,16,19,22
701:2,14 705:12
706:16 707:24
708:11,14,16,20
708:23 709:19
713:12 714:5,20
716:20 718:16,22
719:12 720:4
721:6,10,11,17,24
722:3,8 723:2
725:3,10,18 726:6
727:9,21 728:10
728:22 729:9,20
729:24 730:6,17
731:23 732:18,24
733:4,5,9 734:8
736:1,8,11,15,18
737:20,23 738:15
740:16,22 741:1,4
741:7,13 742:16
744:10,21 745:3
745:17,23 746:14
747:4,17,18,22
748:3,19 749:4,14
749:16,19 751:4,5
752:11,15 753:9
753:15,17,23
754:3,6,12,17,20
754:24 755:9,14

755:16,18 756:6,9
756:15,17,21,24
757:3,5,6 758:1,3
**willing** 518:8
586:20 746:7
**wind** 747:20 748:1
751:2
**winding** 747:15
**withdraw** 416:15
416:18 418:18
424:5,6,8,10,13
739:8
**withdrawal** 399:17
422:18 423:19
424:2
**withdrawn** 416:11
416:14 424:18
426:13
**withdrew** 416:19
422:3
**withhold** 622:7
**witness** 399:3
404:5,7,14 407:7
411:8 412:4
414:12,23 417:2
418:10 419:3
422:1,21 423:7,9
423:11,12 425:20
426:8 427:3
428:22 430:21
434:20,21 435:3,8
435:11 436:14
447:13 448:7
455:6 457:3,6,8
457:10,12 458:11
460:11 461:13
462:6 465:7
466:17,20,23
468:13 469:23
470:21 471:22
474:1,4 480:7
490:8,23 492:24
493:22 494:12,23
495:14 496:24
498:11 499:6
500:6 502:24
503:14 504:1,16

505:9,24 510:4
512:1,21 513:15
514:5 515:15
516:15 519:24
520:21 523:3,19
527:10 528:2
531:4 532:1
533:13 534:2,14
535:5 538:3
539:10 541:20
542:19 543:18
544:15 545:8
546:11 548:19
549:18 551:21
560:2 562:3
568:23 570:19
572:6,22 573:12
574:22 576:8
582:15 585:17
586:17 587:5
592:17 594:8
596:22 600:20
604:8 605:9
606:23 611:20
614:9 615:19
616:22 617:14,16
618:1,12 619:10
621:13 623:7
626:18 627:17
632:6 633:9,24
634:19 637:21
639:12,24 640:16
641:9 646:7,23
648:2 650:24
654:7 655:18
656:12 657:9
661:2,19 662:8,13
662:17,18,20
663:7,8 664:14,21
665:10 668:18
670:7 673:9
675:22 676:10
677:23 678:17
680:14 681:2
682:5 683:1 684:3
685:9 691:19
695:1 696:1

697:11,20 698:18
699:18,21 701:6
705:5 707:21
709:13 713:4,21
716:15 717:16
718:14,20 719:9
719:23 720:18
721:22 722:5
724:16 725:13
726:3,21 727:14
728:15 729:3
730:4,10 731:20
732:14 734:5
737:17 738:2
742:7 744:15
745:1,8 746:23
748:15 750:24
753:13,20 756:1
759:5,5,20
**witness's** 404:4
753:6
**woman** 450:7 505:1
542:7 543:6
557:15 711:22
**women** 411:22
433:3 475:14
476:17 478:2,3
479:8,8,10 483:7
483:12,13 495:11
495:12 504:11,15
509:4,17 510:1
511:6 521:14
531:16 532:11
533:16 543:15,19
558:18 567:3
568:8 572:16
579:20 598:23
602:9 638:2,22
711:19
**Women's** 584:4
**wondering** 562:11
**word** 425:19,23
494:19 501:22
510:11 514:17
580:20 627:2
656:9,15 700:20
703:24 704:3

Confidential - Subject to Further Confidentiality Review

709:21 719:20
724:18 735:15
738:17 739:21
742:17,22
**worded** 561:20
**wording** 462:13
**words** 466:8 513:11
699:8
**work** 405:16 409:2
413:13 439:19
440:6,6 442:9
443:16 448:20
449:23 451:16,18
466:8 476:2,3
499:10,11 548:21
561:8 640:6 644:1
644:2,7 645:23
678:4,20,21
682:13 684:5
691:2 694:7 708:5
**worked** 410:24
422:2 451:20
475:23 481:4
561:13,14 641:11
646:8 684:24
685:3 691:13
**working** 440:10
442:19 472:22
639:16 644:8
677:12 685:14
690:11 691:21
**works** 407:9
430:10 443:24
458:13 471:12
499:9 500:21
632:15
**world** 506:9 529:11
529:16 530:6
667:12 669:12
671:4
**worried** 490:11
**worse** 706:1,5,5
**worst** 574:17
**worth** 490:1,21
701:8 747:6
**wouldn't** 495:9
516:18 517:2

542:16 571:21
624:2 681:16
731:14 735:1
**wrap** 488:23
**write** 524:16 715:9
**writing** 452:1
463:10 526:19
540:23 715:7
**written** 493:13
495:6 496:9,21
501:23 503:10
561:5 575:22
603:21 610:1
656:14 687:19
714:21
**wrong** 457:4
464:22 517:10
555:20
**wrote** 473:22 495:5
526:19 545:12
722:6
**Wyszynski** 475:1
**w/attachment**
400:8

_____
**X**
_____
**X** 399:1,9 400:1
401:1 402:1 403:1

_____
**Y**
_____
**yeah** 416:23 424:12
449:18 453:3
457:1 464:18
465:11 473:17
475:6 488:12
501:16 507:7,13
549:10 570:4
571:21 576:12
607:17 608:17
613:24 637:12
645:24 646:2
679:20 700:19
722:9 737:21
744:10
**year** 426:11 459:16
460:2,21 462:21
480:24 642:22

687:16 718:11,17
718:23 719:3
720:23 748:4
**years** 405:19 408:7
408:20 431:6,9
444:12 445:6,12
454:22 467:16
468:20 470:9
471:14 482:14
494:14 524:17
533:4,22 541:4
545:3 556:12
561:3 573:23
575:18 577:18
579:5 581:19
596:23 626:23
635:1 648:4 668:2
668:13 671:5,9
683:11,15,17,23
684:8,12 685:4
686:2 689:3,8,17
690:4,16 691:14
710:8 712:7
716:22,22,23,23
717:13 718:1,4
725:6 733:16
746:21 747:3
750:5,9,15,21
**Yerby** 553:9,11
**yesterday** 404:4
405:1,7,9,18
406:7 408:6,16
409:19 412:9
415:8 417:3 419:6
420:7 425:2,11
427:17 428:10
429:7 430:3,9,22
433:8,12 434:13
435:6 437:10
439:1,11,16 473:8
511:21 512:4
532:14 557:23
576:2 637:1
654:19 658:13
687:7 699:13
701:16 717:18
**yesterday's** 437:2

**yes-or-no** 679:23
681:4
**young** 711:23
712:1,1

_____
**Z**
_____
**Z** 566:11
**ZAJICEK** 397:20
759:2,24

_____
**0**
_____
**0.007** 643:16
**0001** 568:17 569:19
**001** 412:21 413:3
**005** 412:24
**01P-163-0108945...**
456:21
**01/14/14** 409:16
417:15 422:10
429:17 437:15
449:9 464:8
474:19 481:20
488:21 491:14
501:6 506:23
517:8 520:18
528:17 540:5
547:13 551:14
552:23 555:18
590:11 597:3
630:3 642:12
647:10 648:22
652:5 655:7 659:7
665:9
**01/20/07** 402:17
**04** 507:9
**05** 647:1 661:21
**05:58:22** 400:8
**07** 661:21

_____
**1**
_____
**1** 465:8 495:10,11
523:15,21 525:21
544:12,19 568:1
568:19,20 569:19
569:22 580:6,7,10
580:11,14 581:1,7
581:8 586:21

587:2 594:9 686:5
687:20 731:3
734:18 760:10
**1st** 517:16
**1.16** 583:20
**1.62** 478:18
**1.63** 586:8
**1.65** 643:15
**1.8** 412:23
**1/12/04** 400:16
**1/6/05** 401:16
**1/8/04** 400:15
**1:35** 623:14,16
**10** 451:11 463:15
476:24 477:10,23
494:14 522:10
544:5,19 568:2,12
568:13 575:16
635:1
**10,000** 495:10
568:19,21 569:20
569:21,22
**10-page** 400:9
**10.7** 574:6
**10/22/02** 400:7
**10/30/02** 401:6
**100** 646:1,9
**106** 452:7,17
462:24 463:5,8,19
467:12,13 468:2,9
469:17 470:3
605:2 606:17,20
607:5 620:22
**11** 412:23
**11-year** 747:5
**11:51** 587:22,24
**116** 614:23
**12** 451:11 575:20
643:13 699:24
718:1 733:16
**12th** 501:20
**12.5** 631:7
**12/18/00** 401:14
**12:06** 587:24 588:2
**12:50** 623:12,14
**13** 555:11 566:16
567:3 683:11,15

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

683:17,23 684:12
685:4 686:2 689:8
725:5 733:16
747:6 750:5,9,15
750:21
**13th** 553:5
**13-cv-324-SCW**
397:3
**13-cv-326-SCW**
397:7
**13903010** 402:21
**14** 397:22 409:6
555:12 566:17
567:3 575:16
603:12 740:19,20
747:21,23 753:8
756:3
**14th** 404:1 461:6
553:5 597:11
599:16
**14.2** 574:4
**14.7** 413:2
**15** 445:6
**15th** 540:12 547:16
**15.8** 412:17
**154** 507:15 508:2
**16** 583:21
**17** 603:12,12,16,16
603:17 689:18
**175** 593:4
**18** 399:23 464:15
466:11 659:22
689:18
**18th** 469:18 607:23
**19** 488:7 591:7,13
591:17 592:9,19
**19th** 652:9
**197** 637:2
**1978** 451:8 454:18
458:15,23 459:2,6
459:19 460:16,17
461:2 462:3,3
**1980s** 609:20 692:8
692:10 693:15
**1983** 734:15
**1987** 608:23 609:8
674:15

**1988** 401:20 590:22
591:6 595:1,5
**1989** 673:23 674:10
674:14
**1990s** 415:13
689:15 692:13,15
**1992** 559:4
**1994** 610:13 611:16
612:10
**1996** 400:12 488:8
579:9,10 612:10
612:14 613:1,6,11
613:13
**1997** 624:19 626:7
626:9,16 627:8,11
627:13,19
**1999** 613:9 614:18
614:22

---
**2**
**2** 456:24 483:22
517:9 522:10
544:1,19 578:19
580:8,17 582:9,18
583:4,7,9,14
584:16 585:7,10
585:11,20 686:6
734:18
**2nd** 507:9 508:7
**2-by-2** 582:3
**2.5** 566:11 568:2
**2.51** 580:5
**2:40** 673:2,4
**20** 476:6 495:12
649:19 651:4
716:22 755:19
**200** 760:20
**2000** 448:4 550:8
551:18 615:7
665:18 684:8
**2000s** 415:19 421:3
426:11 546:23
618:16 687:16
692:19,20 693:1
693:24
**2001** 616:2 626:4
626:11 627:10

628:6 683:12
**2002** 400:5 451:9
454:18 462:20
471:5 473:4,7
476:6 479:24
480:21 481:1,2
482:4 502:11
505:21 531:21
532:6,16 533:4
616:5,11 667:23
668:5,10 671:18
**2003** 448:23 449:13
461:6,6 462:22,23
467:12 468:1,11
469:14,15 471:17
605:1 606:20
619:4 620:23
**2004** 492:9 501:20
508:7 517:17
521:10 522:16
526:10 534:20
540:12 545:16
547:16 575:17
587:13 588:14
589:12 630:18
667:23 668:6,10
671:18
**2005** 399:21,23
463:23 464:2,15
465:16 466:11
469:19 471:19
524:6,12 533:19
547:5 550:18
553:5 556:7
570:13 571:3
572:3,4,14 577:24
578:22 596:6,16
596:19 597:11
598:11 599:16
600:12 601:21
602:11 607:23
610:2 613:8,20
615:17 623:21
627:15,20 628:7
628:11,14,20
645:7,10 670:5,9
671:17,18 719:6

719:14,15,17,19
720:6 721:5,23
722:7
**2006** 532:16 533:5
652:9
**2007** 546:3 648:10
649:19 651:4,18
654:1 655:12
670:5,13
**2009** 403:6 656:8
657:19 658:3
659:22 660:2
665:6,20 667:7
668:8,11 670:3
671:16 672:11,13
**2010** 431:9 686:16
**2012** 693:8,10
**2013** 408:23 634:24
636:23 637:1
642:22 718:10
**2014** 397:22 404:2
409:4,6 759:21
**2090** 398:12
**21** 460:5
**21202** 398:17
**22** 467:1
**22nd** 482:4
**2300** 398:8
**237** 399:11 409:15
409:18 410:10,11
**238** 399:14 417:14
417:23 418:2
**239** 399:16 422:9
422:12 616:10
**24.5** 412:20
**24.53** 643:15
**240** 399:18 429:14
429:16 464:19
465:2,3
**241** 399:20 437:14
437:18
**242** 399:22 449:8
449:12 463:1
464:24,24 468:15
**243** 399:23 464:7
464:11,19 599:9
599:22 602:8

607:24 624:6
**244** 400:3 401:15
474:13,18,24
**245** 400:7 481:19
481:23 489:4
515:14
**246** 400:9 488:20
**247** 400:14 491:13
491:17,21
**248** 400:16 501:3,5
501:19
**249** 400:20 506:20
506:22 508:4,5
**25** 568:8 601:8,17
**250** 400:22 517:11
517:12 520:15,17
521:4 524:13
**251** 401:3 517:5,7
517:11,15 518:4
**252** 401:5 528:14
528:16 530:10
**253** 401:8 540:4,8
540:11
**254** 401:10 547:10
547:12,16
**255** 401:12 551:13
551:17
**256** 401:16 552:20
552:22 553:1
**257** 401:18 555:15
555:17,23 556:6
578:23 588:6
**258** 401:20 590:10
590:14
**259** 402:3 597:2,6
597:10 608:7,11
608:13,14 610:1
624:23,24 625:14
**260** 402:5 623:24
624:9 626:3,6,16
627:6,10 628:23
**261** 402:8 630:2,6,8
632:21
**262** 402:10 642:11
642:14
**263** 402:13 647:7,9
647:12

Confidential - Subject to Further Confidentiality Review

**264** 402:17 648:21
649:1
**265** 402:19 651:24
652:4
**266** 402:22 655:6
655:10
**267** 403:3 659:6,10
659:20
**268** 403:6 665:6,8
665:18,20
**269** 665:18
**28** 451:8 521:10
522:11 523:1
**28th** 759:21
**283** 417:17,22

**3**

**3** 402:20 471:5
575:15 602:20
608:13 625:3
686:6
**3.40** 580:2 586:7
**3.5** 482:23 483:11
483:19,19
**3.96** 478:7
**3/14/05** 402:3
**3/19/04** 399:19
**3/2/04** 400:20
**3/21/05** 402:14
**3/23/07** 402:23
**3:00** 673:4,6
**3:55** 722:21,23
**30** 403:6 476:5
575:14 579:21
584:9 650:13
665:18,20 716:23
723:23 726:9
727:2,5
**30th** 479:24
**300** 682:11,17,18
708:6
**31** 400:12 488:7,8
609:9
**31st** 451:9 642:22
**310.305** 460:5
**312** 398:12
**350** 483:11

**361** 563:17
**37** 600:21 614:24
**372** 400:8

**4**

**4** 455:12,16 477:4
477:14,15,19,21
477:22 523:15
544:12 603:1,5
686:6
**4.4** 413:2
**4/15/04** 401:9,11
**4/29/04** 400:23
**4/7/03** 399:22
**4:06** 722:23 723:1
**4:42** 757:16,18
**4:50** 757:18,20
**4:51** 758:13,15
**40** 570:5 579:3
584:9 716:23
755:21
**404** 399:5
**409** 399:11
**410-244-7514**
398:18
**417** 399:14
**422** 399:16
**429** 399:18
**437** 399:20
**449** 399:22
**45** 578:8,15 754:10
**45202** 398:13
**464** 399:23
**474** 400:3
**481** 400:7
**488** 400:9
**49** 466:13 467:5,9
469:19 470:14
471:18 605:3
606:18,19 607:11
620:21
**491** 400:14

**5**

**5** 456:18,23,24
457:1,2,5 479:11
544:1 565:21

**566:**11 567:9
626:22,23 667:7
**5.22** 478:10
**5.5-year-old**
613:20 625:19
**50** 420:2 643:13
644:6 645:4 692:5
**50s** 711:24 712:9,9
712:10,13,14
**501** 400:16
**506** 400:20
**513-852-5600**
398:13
**5153** 507:11
**517** 401:3
**52** 615:8
**520** 400:22
**528** 401:6
**540** 401:8
**547** 401:10
**551** 401:12
**552** 401:16
**555** 401:18
**590** 401:20
**597** 402:3

**6**

**6** 457:22 465:21
479:11 483:23
560:20 575:15,18
643:13
**6.0** 483:6
**6.02** 478:4
**6.05** 643:14
**6.1** 574:6
**6.4** 412:21 638:4,15
**6/1/04** 401:3
**6:29** 507:9
**60** 615:12 692:5
**600** 398:3
**620** 484:1
**623** 402:5
**630** 402:8
**642** 402:10
**647** 402:13
**648** 402:17
**652** 402:19

**655** 402:22
**659** 403:3
**665** 403:6
**673** 399:6 438:1
**675** 399:21

**7**

**7** 449:13 468:10
469:13,15 479:11
488:13 522:11
575:12 597:18
599:24 637:23
**7th** 597:22
**7.1** 412:20
**7.10** 586:8
**7/19/06** 402:19
**70** 558:13
**71** 466:24 467:1,8
467:11 469:7
470:14 592:2,10
595:6 606:19
**711** 398:8
**713-223-2300**
398:9
**713-230-2200**
398:4
**736** 403:10
**750** 398:17
**758** 760:11
**77** 615:14
**77002** 398:8
**77017-5051** 398:4
**79** 607:9

**8**

**8** 546:3 753:13
**8:03** 397:22 404:2
**80s** 458:16 461:1
462:16 546:8,23
578:2
**822** 400:6
**84** 588:17,23
589:19 674:12
**84-2604** 397:21
759:2
**8441** 398:3
**8535** 397:21

**87** 674:12
**890** 399:24

**9**

**9** 466:2 477:8,11,16
477:22
**9.5** 412:24
**9/18/09** 403:4
**9:36** 507:9
**9:39** 491:6,8
**9:53** 491:8,10
**90** 592:3,10 595:7
**90s** 415:18,20
546:8 693:18,21
693:22
**900** 398:17
**94** 588:17
**95** 412:19,22 413:1
477:4 589:20
643:14
**952** 400:18
**96** 452:23 453:2,3,4
463:16 471:16
589:19
**98** 588:18