**Michael Privitera, MD**
485 Wood Ave
Cincinnati, OH 45220
michael.privitera@uc.edu
513-861-7054
alternate email for secure numbers privitmd@gmail.com

Invoice Date  7/9/2016
Billing from  6/7/2016
Billing to    7/9/2016

Janet Abaray
BurgSimpson
312 Walnut Street, Suite 2090
Cincinnati, OH 45202

# INVOICE

Re: Moughler Case

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 6/7/2016 | Review case materials | 1 | 400 | $400.00 |
| 6/18/2016 | Review case materials; work on report | 5 | 400 | $2,000.00 |
| 6/19/2016 | Review case materials; work on report | 2 | 400 | $800.00 |
| 6/23-24/2016 | Review case materials; work on report | 4 | 400 | $1,600.00 |
| 6/25/2016 | Review case materials; work on report | 4 | 400 | $1,600.00 |
| 6/30/2016 | Work on final report | 1 | 400 | $400.00 |

Amount due this invoice    $6,800.00

Check payable to:
Michael Privitera, MD
SSN: ...5552

Δ π EXHIBIT 2
Deponent Privitera
Date 8/1/16  Rptr. [signature]
WWW.DEPOBOOK.COM