# Florence I. Roullet, Phd

| Date | Hour | TOTAL | Hours | Amount Due @ $485/hr | |
|---|---|---|---|---|---|
| | | | 59.5 | $28,857.50 | |
| MAR | | | | | |
| 6-Mar | 0.5 | | | | |
| 18-Mar | 0.5 | | | | |
| 28-Apr | 1 | | | | |
| 29-Apr | | | | | |
| 30-Apr | 1 | | | | |
| MAY | | | | | |
| 1-May | 1 | | | | |
| 2-May | 0.5 | | | | |
| 3-May | | | | | |
| 4-May | 0.5 | | | | |
| 5-May | 4 | | | | |
| 6-May | | | | | |
| 7-May | | | | | |
| 8-May | | | | | |
| 9-May | | | | | |
| 10-May | 0.5 | | | | |
| 11-May | | | | | |
| 12-May | | | | | |
| 13-May | | | | | |
| 14-May | | | | | |
| 15-May | | | | | |
| JUNE | | | | | |
| 1-Jun | | | | | |
| 2-Jun | | | | | |
| 3-Jun | 0.5 | | | | |
| 4-Jun | | | | | |
| 5-Jun | | | | | |
| 6-Jun | 0.5 | | | | |
| 7-Jun | 4.5 | | | | |
| 8-Jun | 0.5 | | | | |
| 9-Jun | 0.5 | | | | |
| 10-Jun | | | | | |
| 11-Jun | 1 | | | | |
| 12-Jun | | | | | |
| 13-Jun | 1 | | | | |
| 14-Jun | | | | | |
| 15-Jun | 0.5 | | | | |
| 16-Jun | 1 | | | | |
| 17-Jun | | | | | |
| 18-Jun | | | | | |
| 19-Jun | | | | | |
| 20-Jun | 5 | | | | |
| 21-Jun | | | | | |
| 22-Jun | | | | | |
| 23-Jun | 2 | | | | |

EXHIBIT
Roullet 2
PENGAD 800-631-6989
08/16/2016 PC

Florence I. Roullet, Phd

| Date | Value | | | | |
|---|---|---|---|---|---|
| 24-Jun | | | | | |
| 25-Jun | | | | | |
| 26-Jun | 1 | | | | |
| 27-Jun | 1.5 | | | | |
| 28-Jun | 2 | | | | |
| 29-Jun | 3 | | | | |
| 30-Jun | 5.5 | | | | |
| 1-Jul | | | | | |
| 2-Jul | 4 | | | | |
| 3-Jul | 2.5 | | | | |
| 4-Jul | 2 | | | | |
| 5-Jul | | | | | |
| 6-Jul | | | | | |
| 7-Jul | 7 | | | | |
| 8-Jul | 3 | | | | |
| 9-Jul | 1 | | | | |
| 10-Jul | 0.5 | | | | |
| 11-Jul | | | | | |
| 12-Jul | | | | | |
| 13-Jul | | | | | |
| 14-Jul | | | | | |
| 15-Jul | | | | | |